# EXHIBIT B

**EXHIBIT B**

**CONSENT TO REMOVAL**

Defendant American Auto Shield, LLC consents to the removal of *Joshua Lapin v. American Auto Shield, LLC et al.,* Case No. 2022CV99, currently pending in the First Judicial District Court, in and for Jefferson County, Colorado to the United States District Court for the District of Colorado.

By filing this consent, American Auto Shield, LLC does not waive and expressly reserves all defenses and claims, and denies all assertions of liability and damages.

Dated: June 21, 2022

Respectfully Submitted,

By: /s/ *Jeffrey H. Kass*
Jeffrey H. Kass, Reg. No. 44305
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, Colorado 80203
303.861.7760
*Attorneys for Defendants American Auto Shield, LLC and NRRM LLC d/b/a Carshield*

4885-0160-6181.1