# EXHIBIT C

**EXHIBIT C**

**CONSENT TO REMOVAL**

Defendant NRRM, LLC d/b/a Carshield consents to the removal of *Joshua Lapin v. American Auto Shield, LLC et al.,* Case No. 2022CV99, currently pending in the First Judicial District Court, in and for Jefferson County, Colorado to the United States District Court for the District of Colorado.

By filing this consent, NRRM, LLC d/b/a Carshield does not waive and expressly reserves all defenses and claims, and denies all assertions of liability and damages.

Dated: June 21, 2022

                                           Respectfully Submitted,

                                By:  /s/ *Jeffrey H. Kass*
                                        Jeffrey H. Kass, Reg. No. 44305
                                        LEWIS BRISBOIS BISGAARD & SMITH LLP
                                        1700 Lincoln Street, Suite 4000
                                        Denver, Colorado 80203
                                        303.861.7760
                                        *Attorneys for Defendants American Auto Shield, LLC and NRRM LLC d/b/a Carshield*