UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-

JOSHUA LAPIN,

    Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

    Defendants.

**DEFENDANT FLEX MARKETING GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendant Flex Marketing Group, LLC, through its undersigned counsel, submits the following disclosure pursuant to Fed. R. Civ. P. 7.1.

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a), Defendant Flex Marketing Group, LLC represents and warrants that is has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  June 21, 2022.

Respectfully submitted,

*s/ Craig R. May*
Craig R. May
Charles W. Gibson
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:   303.244.1800
Facsimile:    303.244.1879
Email:   may@wtotrial.com
            gibson@wtotrial.com

Attorneys for Flex Marketing Group, LLC

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on June 21, 2022, I electronically filed the foregoing **DEFENDANT FLEX MARKETING GROUP, LLC'S CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system and served it on Plaintiff at the below address:

- **Joshua Lapin**
  401 E. 8th St., Suite 214 PMB 7452
  Sioux Falls, SD 57103

*s/ Craig R. May*