# EXHIBIT A

Joshua Lapin, Pro Se Plaintiff

401 E 8th ST
STE 214 PMB 7452
Sioux Falls SD 57103

Email: thehebrewhammerjosh@gmail.com

Facsimile: (605) 305-3464

5/3/2022

FILED IN THE
COMBINED COURT
DATE FILED: MAY 17 2022
CASE NUMBER: 2022CV99
MAY 17 2022
JEFFERSON COUNTY
COLORADO

# COLORADO DISTRICT COURT

# 1ST JUDICIAL DISTRICT

# IN AND FOR JEFFERSON COUNTY

| | |
|---|---|
| Joshua Lapin | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT FOR DAMAGES** |
| American Auto Shield, LLC | **1) VIOLATIONS OF SOUTH DAKOTA** |
| NRRM, LLC dba Carshield | **RESTRICTIONS ON UNSOLICITED** |
| Flex Marketing Group, LLC | **COMMERCIAL ELECTRONIC MAIL** |
| John Doe Sender | **(57 counts)** |
| | **(SDCL 37-24-41 *et seq*)** |
| Defendant | |
| | **NO JURY DEMAND** |

# **Complaint**

1.    COMES NOW Plaintiff Joshua Lapin, pro per, complaining against Defendants American Auto Shield, LLC ("AAS") and NRRM, LLC dba Carshield ("CarShield"), hereinafter referred to collectively as ("Advertisers"), for advertising in 57 separate unsolicited commercial emails, hereinafter ("UCE's"). Plaintiff also complains against Flex Marketing Group LLC, hereinafter ("Flex"), for sending 34 of those UCE's, and against "John Doe Sender", an unknown person or business entity, for sending an additional 23 of those UCE's. All of these UCE's are alleged to violate the non-preempted portions of SDCL 37-24-41 *et seq*, hereinafter ("SD Anti-Spam Law"). Of these 57 UCE's, 23 were sent to Plaintiff's email address thehebrewhammerjosh@gmail.com, hereinafter ("Hammer UCE's"), and are alleged to have been sent by John Doe Sender, and 34 were sent to Plaintiff's email address "ketosoup97@gmail.com", hereinafter ("KetoSoup UCE's"), and are alleged to have been sent by Flex Marketing Group LLC.

# **PARTIES**

2.    Plaintiff Joshua Lapin, is and was at all times relevant herein, a citizen of the United States and a legal resident of Sioux Falls, South Dakota, under the states "RESIDENCY AFFIDAVIT FOR SOUTH DAKOTA RESIDENTS WHO TRAVEL AND DO NOT HAVE A RESIDENCE IN ANOTHER STATE" program, which was designed to provide residency for perpetual travelers. A full-time traveling "digital nomad", who moves from place to place, generally internationally, in 30 day cycles, without a permanent residence in or out of the United States, he qualified at all times material for residency under the laws of South Dakota and maintains a "Personal Mail Box" as required. He maintains a drivers license, voter registration, and Personal Mail Box (PMB) in Sioux Falls, South Dakota, and all three documents list the PMB as his legal address.

3.    Defendant American Auto Shield, ("AAS")as best known to Plaintiff, is and was at all times material a Lakewood, Colorado headquartered Limited Liability Company, and it sells Vehicle Service Contracts.  Per its website americanautoshield.com, it claims to specialize "...in Vehicle Service Contract development and automotive claims administration," and proudly claims its "team's combined industry expertise, complemented by our partnerships, allows us to develop and deliver products that provide superior coverage and service."

As believed and alleged by Plaintiff, much of AAS's marketing is performed by a different entity, CarShield.  Carshield ambitiously markets and promotes [CarShield's] "Vehicle Service Contracts" plans, which are actually administered by American Auto Shield.  Therefore, in effect, CarShield is a de-facto marketing company who promotes AAS's Vehicle Service Contracts under the brand CarShield.

4.    Defendant NRRM dba Carshield ("CarShield"), as best known to Plaintiff, is a St. Peters, MO Limited Liability Company.  As described in the previous paragraph, it promotes Vehicle Service contracts ambitiously, even doing promotions with Actor/Musician/Author "Ice-T," on its website, in television ads which Plaintiff has personally seen many times, so on and so fourth.  As CarShield itself does not administer these customer service contracts, it is best considered to be an advanced "Vehicle Service Contract" marketing company, who exclusively promotes the Vehicle Service contracts of American Auto Shield, at least in relation to the UCE's that Plaintiff received, and per the clear language on Carshield's website.  Exhibits of this "clear language", as well as a demonstration of CarShield's "ambitious marketing efforts" vis-a-vis marketing material featuring celebrity Ice-T, are shown on the next two pages:

3

COMPLAINT

4/30/2022                              CarShield - USA's #1 Auto Protection Company

Education Center (/education-center/)                                    En Español (/espanol/)

FAQ (/education-center/vehicle-protection-101/)

Glossary of Terms (/education-center/glossary-of-useful-

terms/)

Sample Policies (/protection-plans/sample-policies/)

Shield Repair Network (https://shieldrepairnetwork.com)

Home Warranty (https://homesafe.com)



**HomeSafe**
Never Pay for Covered
Home Repairs Again!

Protecting your air
conditioner.




GET YOUR
FREE QUOTE

(https://homesafe.com/?utm_campaign=csfb)

© 2022    CarShield    Privacy (/why-carshield/our-company/privacy/)    Terms & Legal (/why-carshield/our-company/terms-legal/)

Website Accessibility (https://carshield.com/why-carshield/our-company/terms-legal/accessibility/)    Contact Us (/help-support/contact-us/)

f (https://www.facebook.com/carshield/)    (https://twitter.com/carshield)

in (https://www.linkedin.com/company/carshield)

(https://www.youtube.com/channel/UCj_/ICEXStYHykMV6WfUZ5Q)    (https://www.instagram.com/CarShield)

Download the CarShield App


App Store (https://carshield.com/app/itunes)    
Google Play (https://carshield.com/app/play)

**Disclaimer:** Preview contracts at CarShield.com. Coverage, deductibles, rental car benefits and
qualifying breakdown claims vary depending on vehicle age, mileage, preexisting conditions, and the
program selected. **CarShield markets vehicle service contracts administered by American Auto
Shield**, 1597 Cole Blvd #200, Lakewood, CO 80401; FLORIDA License number: W111454. Parts of like
kind and quality may be used including remanufactured parts. CarShield does not offer coverage in
California, but may refer a licensed CA Mechanical Breakdown Insurer.

CarShield & CarShield.com is not affiliated with any auto dealer or manufacturer. You will be
contacted by e-mail, phone, and/or text once we receive your quote submission. Texas, Wisconsin,
and Florida Residents: Contracts administered by American Auto Shield, 1597 Cole Blvd #200,
Lakewood, CO 80401; Florida License #W111454. Parts of like kind and quality may be used including
remanufactured parts. Vehicle names, logos, brands, & other trademarks featured or referred to
within CarShield are property of their respective trademark holders. Powered by: NRRM LLC

ACCESSIBILITY ASSISTANCE

https://carshield.com                                                                                13/14

4/30/2022                    CarShield - USA's #1 Auto Protection Company

        



5

COMPLAINT

5. With respect, and even some admiration for the entrepraneurialism exhibited by both American Auto Shield, and CarShield, and with continued respect and admiration for AAS and Carshield's successful marketing partnership, unfortunately this is not the first time that either of these companies have been in "hot water" for such marketing efforts...SPECIFICALLY as it relates to their advertising practices. The Better Business Bureau ("BBB") page for AAS has the following Current Alert For This Business"   **(CONTINUED NEXT PAGE)**

4/30/2022        American Auto Shield, LLC | Better Business Bureau® Profile

# Better Business Bureau®

Home > Colorado > Lakewood > Auto Service Contract Companies > American Auto Shield, LLC

Share     Print

« Business Profile

## Business Profile

Not BBB
Accredited

# American Auto Shield, LLC

1597 Cole Blvd Ste 200
Lakewood, CO
80401-3418

https://americanautos
hield.com

(303) 420-7488

### ⚠ CURRENT ALERTS FOR THIS BUSINESS

**Pattern of Complaint:**

On May 27, 2021, BBB found a pattern from complaints and customer reviews regarding American Auto Shield's advertising, guarantee or warrantee, and/or customer service issues. Consumers allege when signing up for coverage through vendors and/or sellers of the American Auto Shield agreement that they are unaware of the limitations of the coverage until they attempt to utilize the service. Consumers allege when required to cover expensive engine and/or transmission teardowns and vehicle rentals while the company determines coverage eligibility, a process some consumers reported taking long periods of time. Consumers also allege that advertising for these services claim broad coverage claims and ease of use while American Auto Shield's agreement includes detailed exclusions that are only disclosed if the consumer reads the agreement after the sale.

Additionally, BBB has identified concerns regarding American Auto Shield's relationship with sellers of the agreements. Consumers appear unaware that other businesses facilitate the sale while American Auto Shield facilitates the terms of the agreement and determines contract eligibility.

**American Auto Shield (AAS) Response:**
AAS has taken great pride in achieving and maintaining our A+ rating with the BBB through a number of initiatives, most notably:

---

7

COMPLAINT

o creating and delivering strong value for the services that our contract holders purchase;
o our on-going pledge to deal with consumer inquiries in an ethical and straightforward manner;
o cultivating a previously strong and collaborative relationship with the Denver BBB;
o providing immediate and comprehensive case management and responsiveness to any and all BBB
complaints received, including dedicated technical experts who review every BBB complaint and case
resolution escalations for all such matters.

AAS agrees that customer clarity is essential to providing best in class service and for a full understanding of
the difference between the Selling entity and the entity responsible for administering claims under the
Vehicle Service Contract. While we believe that we have clear disclosures in place to provide clarity
regarding coverages and contract holder requirements, we also acknowledge that additional steps can be
made to help improve communication clarity. Below are some examples of improvements implemented to
provide greater clarity and support for our customer:

o During any sales process, our Sellers clearly explain that contracts will be administered by a separate
entity.
o Additionally, the separate entity (namely American Auto Shield) is prominently listed on all contracts
issued.
o Contracts are also immediately either mailed or e-mailed to all contract holders.
o We have added AAS logos and language to consumer contracts, welcome letters, and emails from the
Selling entity.
o Contract holders have 30 days to review purchased contracts, including coverages and exclusions.
o If, in the first 30 days, a contract holder determines that the contract will not meet their needs, the contract
will be cancelled for a full refund if requested.
o We have worked with sellers to revise disclosures on TV ads, radio ads, websites, and in other marketing
materials.
o There has been a significant reduction in the requirement for 3rd party inspections through our work with
repair facilities to facilitate their collection of data and photos to verify failures.
o We have established automated follow-ups for information requests from repair facilities and contract
holders if not received within 3 days from original request.
o We have increased first call claim authorizations to an average 37% of claims reported.
o Significant improvements have bene implemented in adjuster training and tools to address common
failures and their resolutions for most complicated engine and transmission failures, thereby avoiding the
need for teardowns.

Read less

## Contact Information

1597 Cole Blvd Ste 200
Lakewood, CO 80401-3418

https://americanautoshield.com

(303) 420-7488

## BBB Rating & Accreditation

8

COMPLAINT

1 Similarly, the theme is continued when we take a look at the BBB page for AAS's marketing

2 partner, co-defendant, and alleged co-tortfeasor CarShield:

3

4

5 4/30/2022                                        CarShield | Better Business Bureau® Profile

6  # Better Business Bureau®

7

8

9

10 Home > Missouri > Saint Peters > Auto Service Contract Companies > CarShield

11  Share    Print

12 **«** Business Profile

13 ## Business Profile
   ## CarShield                                    503 Pearl Dr

14 Not BBB                                            Saint Peters, MO
   Accredited                                         63376-1071

15                                                  http://www.CarShiel

16                                                    d.com

17                                                  (636) 875-1227

18

19 ⚠ CURRENT ALERTS FOR THIS BUSINESS

20

21 **Pattern of Complaint:**

22 BBB advises consumers to use caution if considering doing business with CarShield, a vehicle service contract
   company.  BBB received a pattern of consumer complaints alleging the company:

23  - Employed misleading sales and advertising practices, including TV advertisements stating consumers will not
     be responsible for expensive repairs and can take their vehicle to any repair facility which consumers found was
     not to be true

24  - Failed to cover repairs
    - Failed to adequately explain mileage and time component before coverage begins
    - Did not cancel their policies and provide refunds

25  - Delayed taking and processing claims leaving customers without their vehicles
    - Unable to find an authorized repair shop

26  - Provided poor customer service

27 In April and December 2020, BBB contacted CarShield regarding how it planned to address ongoing patterns of
   complaints.  The company stated, "CarShield works hard to provide excellent customer service to all consumers we
   encounter and to meet the demands and standards set forth by the BBB."

28

 Read less

## ADDITIONAL BUSINESS INFORMATION

### Advertising Review:

In April 2020, Better Business Bureau challenged a CarShield mailer.  BBB believes the mailer creates a false sense of urgency by stating:

- "RESPONSE TO THIS NOTICE REQUESTED"
- "IMMEDIATE RESPONSE REQUESTED"
- "Respond By: 8/3/2019"
- "Our records indicate that you have not contacted us to have your vehicle service contract activated. We are informing you that if your factory warranty has expired, you will be responsible for paying any repairs. However, if expired, you can still activate a service contract on your vehicle before it's too late."
- "SUMMARY OF TERMS"
- 

BBB also questioned CarShield's television commercials which state:

- "CarShield is America's #1 Auto Protection Company!"
- "Over One Billion In Auto Repair Bills Paid"
- "ROADSIDE ASSISTANCE TOWING RENTAL COVERAGE NO ADDITIONAL COST"
- "TOWING ROADSIDE ASSITANCE RENTAL CAR"
- "There are even plans that will pay for your rental car."
- "See Contract for Rental Car eligibility."
- "Rental Car Some Restrictions Apply"
- 

According to BBB *Code of Advertising*, "The primary responsibility for truthful and non-deceptive advertising rests with the advertiser. Advertisers should be prepared to substantiate any objective claims or offers made before publication or broadcast. Upon request, they should present such substantiation promptly to the advertising medium or BBB. Advertisements which are untrue, misleading, deceptive, fraudulent, falsely disparaging of competitors, or insincere offers to sell, shall not be used. An advertisement as a whole may be misleading by implication, although every sentence separately considered may be literally true. Misrepresentation may result not only from direct statements, but by omitting or obscuring a material fact. In addition, according to the Missouri state statute 15 CSR 60-7.020 (1): "A seller shall not make a representation or statement of fact in an advertisement that is false or has the capacity to mislead prospective purchasers."

In addition, according to BBB *Code of Advertising*, "Superlative statements in advertisements about the *tangible* qualities and performance values of a product or service objective are objective claims for which the advertiser must possess substantiation as they can be based upon accepted standards or tests.  As statements of fact, such claims, like #1 in new car sales in the city," can be proved or disproved.

- a. -Expressions of opinion or personal evaluation of the *intangible* qualities of a product or service are likely to be considered puffery. Such claims are not subject to the test of truth and accuracy and would not need substantiation.
- b. -Puffery may include statements such as "best food in the world" and "we try harder" as well as other individual opinions, statements of corporate pride, exaggerations, blustering and boasting statements upon which no reasonable buyer would be justified in relying. Puffery also includes general claims of superiority over comparable products that are so vague that it can be understood as nothing more than a mere expression of opinion.

4/30/2022                                CarShield | Better Business Bureau® Profile

Ultimately, whether any particular statement or claim is puffery will depend upon the context in which it is used in the advertisement.

Some of these concerns were brought to the company's attention previously in 2018. At that time, CarShield responded that it would make one modification. BBB re-contacted the company regarding ongoing concerns but did not receive a reply.

In its most recent correspondence BBB asked CarShield to provide substantiation to the claims made in its mailer and television ads or make modifications to provide greater clarity for consumers. Although the company responded to BBB, it failed to address BBB concerns brought to its attention.

Read less

See all additional business information

## Contact Information

📍  503 Pearl Dr
    Saint Peters, MO 63376-1071

🌐  http://www.CarShield.com

📞  (636) 875-1227📞

## BBB Rating & Accreditation

F

THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

Years in Business: 17

Customer Reviews are not used in the calculation of BBB Rating
Reasons for BBB Rating

https://www.bbb.org/us/mo/saint-peters/profile/auto-service-contract-companies/carshield-0734-310030296                    3/7

COMPLAINT

6. John Doe Sender is a person or entity of currently unknown organization.  They are alleged to have been hired / contracted by CarShield to assist in marketing, and one of the results of this third-party marketing  is that John Doe Sender sent these [allegedly] unlawful UCE's which Advertise the Vehicle Service Contracts of CarShield and AAS.  John Doe Sender is only alleged to have sent the Hammer UCE's, and not the KetoSoup UCE's.  In many of the Hammer UCE's, the address "8595 Pelham Rd,,546,Greenville,South Carolina,29615, appears in the bottom, alongside the following text: "if you do not wish to continue receiving emails newsletters from us CLICK HERE or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615."  Plaintiff has observed this address in many, many UCE's, including those unrelated to CarShield / AAS, and has a valid interested in identifying John Doe, who has become "closely intertwined" with this address in Plaintiff's perception of the matter.

7. Flex Marketing Group LLC, ("Flex"), has been known to Plaintiff as John Doe "DLZ Offers" AND John Doe "RumorFox" for several months...up until several weeks ago...throughout most of Plaintiff's multi-month effort to unveil this "DOE" in connection with their UCE's associated with CarShield / AAS as well as many other ("Advertisers") whom are not complained of in THIS complaint.  This effort ultimately prevailed, and *Doe is Doe no more*", as Plaintiff likes to say in his UCE investigations.  ("Advertisers"), as used in this paragraph and hereinafter, is used  as defined by SDCL 37-24-41(1):  A person or entity that advertises through the use of commercial e-mail advertisements."  Flex, however, is alleged to be an ("Initiator"), not a ("Sender") as defined in the same section.  Flex utilizes many domains, hereinafter ("Flex Domains") for its marketing efforts.  Some of the Flex Domains are registered by proxy, and many are registered with fictitious information, such as using unregistered trade names and unregistered dba's as the "registrant" in the whois data, such data being "useless" in the identification of the registrant who owns the domain in question.

8.Not all the flex domains host websites, but of those that do host websites, the "terms and conditions" and the "privacy policy" specifically omit any names of any real people or companies, and use addresses owned by Earth Class Mail, a virtual mail service, such as  PO Box 4668 #85919, New York, NY 10163-4668, and PO Box 10188-85919 Newark, New Jersey 07101.  Some of these domains are used by Flex to send "marketing emails," which are known and understood to Plaintiff as UCE's.  All of these proxy-or-falsely registered domains associated with Flex are listed below, with the 'sending domains' in bold: **BuzzBarrelReview.com, dzlosurverys.com, emails-jobsdelivered.com, Entirelybelieve.com, JobsDeliver.com, expectcarecare.com, JobSharkNL.com, NationalShopperSurvey.com, NationalSurveysOnline.com**,exigentmediagroup.com, enrichedtechnologies.com, ConsumerDigitalSurvey.com, drivingmarketinggroup.com, surveyandgetpaid.com, turnmyheadmediagroup.com,thebestcreditcheck.com, thefreetree.co, dlzoffers.com, nationaldigitalsurvey.com, dealzingo.com.  They also utilize two PO Boxes:  PO Box 4668 #85919. New York, NY 10163-4668 AND PO Box 10188-85919 Newark, New Jersey, which appear at the bottom of most of the UCE's, but which are not "traceable" to the sender.  The purpose of including domains not used in the sending of UCE's material to this complaint is to strengthen the case of Flex's extraordinary lengths to conceal its true self in its marketing efforts, including but not limited to the procurement and sending of the UCE's of which plaintiff complains.  Flex Marketing Group is ONLY alleged to have sent the KetoSoup UCE's, and is not alleged to have any involvement with the Hammer UCE's.

# FACTS

**Description of the Advertised product(s) and service(s) in the UCE's:**

9.  Each of the UCE's purport to offer Carshield's Vehicle Service Contracts [which are actually AAS's Vehicle Service Contracts].  Preservations of all of the UCE's received at plaintiff's email address thehebrewhammerjosh@gmail.com, aka the ("Hammer UCE's"), which are alleged to have been sent by John Doe Sender, are displayed in Exhibit A, attached hereto.  Similarly, preservations of all the UCE's received at plaintiff's email address ketosoup97@gmail.com, aka the ("KetoSoup UCE's"), which are alleged to have been sent by Flex Marketing Group LLC, are displayed in Exhibit B, attached hereto. In the lengthy exhibits, Plaintiff warrants that he put fourth his best effort to manage, organize, and display the UCE's.  However, in the event that there are unintended errors, duplicates, or omissions of the UCE's, Plaintiff can remedy any such error(s), upon being granted leave to amend. Nonetheless Plaintiff warrants his good-faith effort to capture and illustrate the UCE's which are the subject of this complaint, and further he warrants the effort in putting together those photos of the same.

**Sending Domains Of The UCE's**

10. Upon information and belief, the Hammer UCE's all have various 'from domains,' which are all untraceable by a whois search.  These domains will be referred to hereinafter as ("Hammer domains").  Those from domains, with the whole 'from line' included for context, appears as follows:

*CarShield Offer* <U4DrqFalpe1n0MtdRne@wawfun.spromsanieo.com>

**CarShield Offer** <WpuU75ayUFWhDCkMhDYk@skifer.pillago.com>

**CarShield Auto Protection** <return.#870408320@alanknave.com>

1  **CarShield Auto Protection** <return.#179687805@alanknave.com>
   *CarShield USA* <return.#217092752@antihan.com>
2
   *CarShield USA* <return.#292063750@antihan.com>
3
   **CarShield USA** <return.#201187669@antihan.com>
4
5  **CarShield Offer** <3fWmIb7nzeliiQhhmwk@wawfun.spromsanleo.com>
6
7
   **CarShield Offer** <btaga2TKMEzSNiPUsMcfD@pillago.com>
8
9  **CarShield Offer** <SxHNCl7mQDpXWM66NY1@joshtu.pseptheala.com>
10
11
   **CarShield Offer** <1sehAozYWlPg22oZz5Uig@spromsanleo.com>
12
13
14 **CarShield Offer** <Nf2xML7fL5GLcoQu8P@fizes.pillago.com>
15
16 **CarShield Offer** <M9YTueW8POOS3C91L0@skifer.pillago.com>
17
18 **CarShield Offer** <cu7GhI1C7VOvlD07kW7@fcre.tristphas.com>
19
20 **CarShield Offer** <ARkjvdOAu0lgeDJxl5@betsec.inceredible.com>
21
22
   **CarShield Offer** <Qvu8rdDId0aUMca42@burle.saraction.com>
23 **CarShield Offer** <N2qjX6QFckGeL0wY7a@siidd.inatrfoduce.com>
24
   **CarShield Offer** <DOJ4rhfq6wNwoAvdr@spromsanleo.com>
25
26
27
28

15

COMPLAINT

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**\*CarShield Offer\*** <vfYbDVpD22rQsENTxC@spromsanleo.com>

.**\*CarShield Offer\*** <1r0WaDwvR88w70O3EgIJ5@spromsanleo.com>

**\*CarShield Auto Protection\*** <info.RHAT0A@artintegraterealty.com>

**\*CarShield Auto Protection\*** <info.RiF7XO@artintegraterealty.com>

**\*CarShield Auto Protection\*** <info.jgODu1@artintegraterealty.com>

In summary, the 'unique' sending domains for the Hammer UCE's, the ("Hammer Domains") are:

alanknave.com, antihan.com, spromsanleo.com, pillago.com, artintegraterealty.com,

inatrfoduce.com, inceredible.com, saraction.com, tristphas.com.  From hereonout, these will be

referred to as the "Hammer Domains," and all of the Hammer Domains are alleged to have been

utilized by John Doe sender to send the Hammer UCE's.

11.  Upon information and belief, all of the KetoSoup UCE's were sent by Flex Marketing Group

LLC under some/all the following domains ("Flex Domains") appearing in the "FROM" line of the

emails: delivered@emails-jobsdelivered.com, info@jobsharknl.com,

updates@nationalsurveysonline.com, contact@nationalshoppersurvey.com,

updates@buzzbarrelreview.com, updates@expectcarecare.com, newsletter@rumorfox.com.

**WHOIS Data for the Sending Domains Described in Paragraphs 10 and 11**

12. Whois data for the Hammer Domains appear as follows:

5/1/2022                                          SarAction.com WHOIS, DNS, & Domain Info · DomainTools

**Website Title**    ⬡ antatotion.com

**Server Type**      Apache/2.4.6 (CentOS) OpenSSL/1.0.2k-fips PHP/5.4.16

**Response Code**    200

**Terms**            11 (Unique: 10, Linked: 0)

**Images**           0 (Alt tags missing: 0)

**Links**            4  (Internal: 4, Outbound: 0)

**Whois Record ( last updated on 2022-04-30 )**

```
Domain Name: saraction.com
Registry Domain ID: 2554067040_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.register.com
Registrar URL: http://www.register.com
Updated Date: 2021-08-24T09:42:18Z
Creation Date: 2020-08-19T09:34:58Z
Registrar Registration Expiration Date: 2022-08-19T09:34:58Z
Registrar: Register.com, Inc.
Registrar IANA ID: 9
Reseller:
Domain Status: clientTransferProhibited http://icann.org/epp#clientTransferProhi
bited
Registry Registrant ID:
Registrant Name: Karisa Omalley
Registrant Organization:
Registrant Street: 440 Winchester
Registrant City: Street Palatine
Registrant State/Province: IL
Registrant Postal Code: 60067
Registrant Country: US
Registrant Phone: +1.5612076502
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: ayathamza50@gmail.com
Registry Admin ID:
Admin Name: Karisa Omalley
Admin Organization:
Admin Street: 440 Winchester
Admin City: Street Palatine
Admin State/Province: IL
Admin Postal Code: 60067
Admin Country: US
Admin Phone: +1.5612076502
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: ayathamza50@gmail.com
Registry Tech ID:
Tech Name: Karisa Omalley
Tech Organization:
Tech Street: 440 Winchester
Tech City: Street Palatine
Tech State/Province: IL
Tech Postal Code: 60067
Tech Country: US
Tech Phone: +1.5612076502
Tech Phone Ext:
Tech Fax:
```

```
Name Server: dns1.register.com
Name Server: dns2.register.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: domain operations@web.com
```

5/1/2022                          IncErEdible.com WHOIS, DNS, & Domain Info - DomainTools

**Response Code**      500

**Whois Record** ( last updated on 2022-04-30 )

```
Domain name: inceredible.com
Registry Domain ID: 2613289592_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2021-05-19T09:16:33.00Z
Registrar Registration Expiration Date: 2022-05-19T09:16:33.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Leta Fails
Registrant Organization:
Registrant Street: 8648 West Selby Road
Registrant City: TN
Registrant State/Province: TN
Registrant Postal Code: 38024
Registrant Country: US
Registrant Phone: +1.2399081203
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dns-tech@efrony.com
Registry Admin ID:
Admin Name: Leta Fails
Admin Organization:
Admin Street: 8648 West Selby Road
Admin City: TN
Admin State/Province: TN
Admin Postal Code: 38024
Admin Country: US
Admin Phone: +1.2399081203
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dns-tech@efrony.com
Registry Tech ID:
Tech Name: Leta Fails
Tech Organization:
Tech Street: 8648 West Selby Road
Tech City: TN
Tech State/Province: TN
Tech Postal Code: 38024
Tech Country: US
Tech Phone: +1.2399081203
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dns-tech@efrony.com
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
```

https://whois.domaintools.com/inceredible.com                                    2/4

18

COMPLAINT

5/1/2022                                  InatRfODuce.com WHOIS, DNS, & Domain Info - DomainTools

| Website Title | antatotion.com |
| Server Type | Apache/2.4.6 (CentOS) OpenSSL/1.0.2k-fips PHP/5.4.16 |
| Response Code | 200 |
| Terms | 11 (Unique: 10, Linked: 0) |
| Images | 0 (Alt tags missing: 0) |
| Links | 4  (Internal: 4, Outbound: 0) |

**Whois Record** ( last updated on 2022-04-30 )

```
Domain name: inatrfoduce.com
Registry Domain ID: 2611599588_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2021-05-12T11:35:16.00Z
Registrar Registration Expiration Date: 2022-05-12T11:35:16.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email:  abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Eldridge Engels
Registrant Organization:
Registrant Street: 4029 Washington Avenue
Registrant City: Jackson
Registrant State/Province: MS
Registrant Postal Code: 39213
Registrant Country: US
Registrant Phone: +1.9339808789
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  khadijaka715@gmail.com
Registry Admin ID:
Admin Name: Eldridge Engels
Admin Organization:
Admin Street: 4029 Washington Avenue
Admin City: Jackson
Admin State/Province: MS
Admin Postal Code: 39213
Admin Country: US
Admin Phone: +1.9339808789
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  khadijaka715@gmail.com
Registry Tech ID:
Tech Name: Eldridge Engels
Tech Organization:
Tech Street: 4029 Washington Avenue
Tech City: Jackson
Tech State/Province: MS
Tech Postal Code: 39213
```

5/1/2022                          ArtIntegrateRealty.com WHOIS, DNS, & Domain Info - DomainTools

**Website Title**          antatotion.com

**Server Type**            Apache/2.4.6 (CentOS) OpenSSL/1.0.2k-fips PHP/5.4.16

**Response Code**          200

**Terms**                  11 (Unique: 10, Linked: 0)

**Images**                 0 (Alt tags missing: 0)

**Links**                  4  (Internal: 4, Outbound: 0)

**Whois Record** ( last updated on 2022-04-30 )

```
Domain name: artintegraterealty.com
Registry Domain ID: 2611869223_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2021-05-13T15:38:08.00Z
Registrar Registration Expiration Date: 2022-05-13T15:38:08.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email:  abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Eldridge Engels
Registrant Organization:
Registrant Street: 4029 Washington Avenue
Registrant City: Jackson
Registrant State/Province: MS
Registrant Postal Code: 39213
Registrant Country: US
Registrant Phone: +1.9339808789
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  khadijaka715@gmail.com
Registry Admin ID:
Admin Name: Eldridge Engels
Admin Organization:
Admin Street: 4029 Washington Avenue
Admin City: Jackson
Admin State/Province: MS
Admin Postal Code: 39213
Admin Country: US
Admin Phone: +1.9339808789
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  khadijaka715@gmail.com
Registry Tech ID:
Tech Name: Eldridge Engels
Tech Organization:
Tech Street: 4029 Washington Avenue
Tech City: Jackson
Tech State/Province: MS
Tech Postal Code: 39213
```

20

COMPLAINT

5/1/2022        PillAgo.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > PillAgo.com

## Whois Record for PillAgo.com

**Domain Available**

### pillago.com is for sale!
The domain you are researching is available for registration.

**Buy pillago.com**

**— Domain Profile**

| | |
|---|---|
| **Domain Status** | Deleted And Available Again |
| **IP History** | 27 changes on 27 unique IP addresses over 16 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 12 changes on 7 unique name servers over 14 years |

**— Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record**

⚠ **Whois Record Not Available**
This domain is not registered.

**DomainTools Iris**
More data. Better context.
Faster response.

**Learn More**

**Tools**

**Hosting History**

Monitor Domain Properties

**Buy This Domain**

21

COMPLAINT

Plain

39907   1-31

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5/1/2022                                  SPromsAnLeo.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > SPromsAnLeo.com

## Whois Record for SPromsAnLeo.com

— Domain Profile

| | |
|---|---|
| Registrar | Register.com, Inc.<br>IANA ID: --<br>URL: --<br>Whois Server: -- |
| Registrar Status | |
| Tech Contact | -- |
| Domain Status | Deleted And Available Again |
| IP History | 3 changes on 3 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 3 changes on 3 unique name servers over 1 year |

— Website

| | |
|---|---|
| Website Title | None given. |

Whois Record ( last updated on 20220430 )

⚠ **Warning—Incomplete Record**
We believe this domain exists, but we are getting incomplete data from the Whois server.

No match for "SPROMSANLEO.COM".

**DomainTools Iris**
More data. Better context.
Faster response.
Learn More

Tools

https://whois.domaintools.com/spromsanleo.com                                                    1/3

5/1/2022                           AntiAn.com WHOIS, DNS, & Domain Info - DomainTools

Server Type              nginx

Response Code            200

Terms                    24 (Unique: 23, Linked: 0)

Images                   0 (Alt tags missing: 0)

Links                    0   (Internal: 0, Outbound: 0)

Whois Record ( last updated on 2022-04-30 )

```
Domain name: antihan.com
Registry Domain ID: 2615809424_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2021-05-29T16:24:10.00Z
Registrar Registration Expiration Date: 2022-05-29T16:24:10.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email:  abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID:
Registrant Name: Angela Mitchell
Registrant Organization:
Registrant Street: 7899 Taylor
Registrant City: LA
Registrant State/Province: LA
Registrant Postal Code: 70806
Registrant Country: US
Registrant Phone: +1.3146314948
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  fbl@vouslizonstra.com
Registry Admin ID:
Admin Name: Angela Mitchell
Admin Organization:
Admin Street: 7899 Taylor
Admin City: LA
Admin State/Province: LA
Admin Postal Code: 70806
Admin Country: US
Admin Phone: +1.3146314948
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  fbl@vouslizonstra.com
Registry Tech ID:
Tech Name: Angela Mitchell
Tech Organization:
Tech Street: 7899 Taylor
Tech City: LA
Tech State/Province: LA
Tech Postal Code: 70806
Tech Country: US
Tech Phone: +1.3146314948
```

23
COMPLAINT

5/1/2022                          AlanKnave.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > AlanKnave.com

## Whois Record for AlanKnave.com

**Domain Available**

### alanknave.com is for sale!
The domain you are researching is available for registration.

Buy alanknave.com

**— Domain Profile**

| | |
|---|---|
| Domain Status | Deleted And Available Again |
| IP History | 6 changes on 6 unique IP addresses over 2 years |
| Registrar History | 2 registrars with 1 drop |
| Hosting History | 5 changes on 4 unique name servers over 2 years |

**— Website**

| | |
|---|---|
| Website Title | None given. |

**Whois Record**

⚠ Whois Record Not Available
This domain is not registered.

DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

Hosting History

Monitor Domain Properties                                          ▾

Buy This Domain

24
COMPLAINT

13.  All of the domains appearing in the from line of the KetoSoup UCE's (except for one of them), which are alleged to be utilized by Defendant Flex Marketing Group, are referred to as ("Flex Domains"), or ("KetoSoup Domains") ; are untraceable by a whois search.  For some, the "registrant" is redacted, and for others it is listed as "DLZ Offers", "Dealzingo", which do NOT correspond to a real person or entity, nor are they registered trade names/dba's/fictitious names registered to any company. This is very important, as caselaw surrounding the "traceability of the sending domain through a whois search" suggests that untraceable sending domains constitute a forged header pursuant to caselaw of California Business and Professions Code 17529.5 ("California Anti-Spam Law") which is nearly identical to SD Anti-Spam Law, almost copy-and-paste as it relates to the relevant sections which are material to this complaint.  (*Balsam V Trancos*) and (*Greenberg V Digital Media Solutions*) and many other cases finding, *inter alia*, that untraceable-by-whois 'sending domains' constitute a materially forged header, as is relevant to the section, and further that the ("Advertiser") is strictly liable for the untraceable "from domains" in emails sent by the ("Sender") or ("Initiator")  *Hypertouch V ValueClick*, among other more recent cases.

For KetoSoup domains in which the 'whois data' references a "registrant organization" of "DLZ Offers" or "consumer concierge"and the address PO Box 4668 #85919 and an email address of "info@dlzoffers.com"...these are still untraceable as:

a)  "DLZ Offers" and "consumer concierge" and "Lincoln Smith "are not a business entity-or-person which can be held accountable, or located at the address provided (if any), nor are they registered dba's/trade names/fictitious names of the same.

b) The websites hosted on the domains do not contain the name of the business or entity behind them either.  Further, the terms&conditions on these websites (which are near-identical to each other), do not contain the name of the person(s) or entit(ies) behind them.  Therefore, for many

25

COMPLAINT

months, Flex Marketing Group was known to Plaintiff as John Doe Sender until he eventually "connected the dots".

14.  Whois Data for these ("Flex Domains"), or ("KetoSoup domains"), utilized in sending the ketosoup UCE's, is shown below, but *may* include some sending domains not specifically utilized in the sending of UCE's advertising Carshield / AAS:

# (continued next page)

COMPLAINT

15a. Whois Record For Emails-JobsDelivered.com:

3/6/2022                                   Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

**⊟ Website**

**Website Title**        None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: emails-jobsdelivered.com
Registry Domain ID: 2459945556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:16:24Z
Creation Date: 2019-11-26T18:48:09Z
Registrar Registration Expiration Date: 2022-11-26T18:48:09Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email:  abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email:  info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email:  info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email:  info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
```

## 15b. Whois Record For jobsharknl.com:

3/6/2022                    jobsharknl.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**       1 change on 2 unique name servers over 2 years

**— Website**

**Website Title**        None given.

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: jobsharknl.com
Registry Domain ID: 2538720752_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-16T07:36:07Z
Creation Date: 2020-06-15T20:32:33Z
Registrar Registration Expiration Date: 2022-06-15T20:32:33Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

28

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## 15c. Whois Record For  nationalsurveysonline.com

3/7/2022                    NationalSurveysOnline.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**     5 changes on 4 unique name servers over 16 years                              ↱

**⇒ Website**

**Website Title**     None given.                                                                        ↱

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: nationalsurveysonline.com
Registry Domain ID: 2337211756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:19:26Z
Creation Date: 2018-11-26T21:51:56Z
Registrar Registration Expiration Date: 2022-11-26T21:51:56Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email:  abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email:  info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email:  info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email:  info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

### 15d. Whois Record For nationalshoppersurvey.com:

3/7/2022                    NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**        14 changes on 9 unique name servers over 17 years

**— Website**

**Website Title**          None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: nationalshoppersurvey.com
Registry Domain ID: 2270167508_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-01T07:25:41Z
Creation Date: 2018-05-31T18:57:01Z
Registrar Registration Expiration Date: 2022-05-31T18:57:01Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

https://whois.domaintools.com/nationalshoppersurvey.com                    2/4

### 15e. Whois Record For  buzzbarrelreview.com:

3/7/2022                                            BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**      1 change on 2 unique name servers over 2 years

**— Website**

**Website Title**         None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: buzzbarrelreview.com
Registry Domain ID: 2533730520_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-04T07:30:46Z
Creation Date: 2020-06-03T20:23:54Z
Registrar Registration Expiration Date: 2022-06-03T20:23:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: DLZ Offers
Registrant Organization: DLZ Offers
Registrant Street: 321 East 22nd St. Suite 1D
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10010
Registrant Country: US
Registrant Phone: +1.3474020572
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: DLZ Offers
Admin Organization: DLZ Offers
Admin Street: 321 East 22nd St. Suite 1D
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10010
Admin Country: US
Admin Phone: +1.3474020572
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: DLZ Offers
Tech Organization: DLZ Offers
Tech Street: 321 East 22nd St. Suite 1D
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10010
Tech Country: US
Tech Phone: +1.3474020572
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: chrisjamesonnwp@gmail.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: DLZ Offers
```

### 15f: Whois Record For ExpectCareCare.com:

3/7/2022                          ExpectCareCare.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**      1 change on 2 unique name servers over 7 years

↩ **Website**

**Website Title**      None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: expectcarecare.com
Registry Domain ID: 1961356903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-10-24T13:24:45Z
Creation Date: 2015-09-18T07:41:38Z
Registrar Registration Expiration Date: 2022-09-18T07:41:38Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Consumer Concierge
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@jobshark.co
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Consumer Concierge
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@jobshark.co
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Lincoln Smith
Tech Organization: Consumer Concierge
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@jobshark.co
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Lincoln Smith
```

https://whois.domaintools.com/expectcarecare.com                                      2/4

15g. Whois Record For RumorFox.com:

COMPLAINT

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT    | Whois Lookup          🔍 |

Home · Whois Lookup · RumorFox.com

## Whois Record for RumorFox.com

— Domain Profile

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY |
| Registrant Org | REDACTED FOR PRIVACY |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited, renewPeriod |
| Dates | 2,122 days old Created on 2016-03-28 Expires on 2022-03-28 Updated on 2021-02-08 |
| Name Servers | NS1.C30078.SGVPS.NET (has 109,597 domains) NS2.C30078.SGVPS.NET (has 109,597 domains) |
| Tech Contact | REDACTED FOR PRIVACY REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY rumorfox.com-tech@directnicwhoiscompliance.com (p) x |
| IP Address | 35.209.157.206 - 6 other sites hosted on this server |
| IP Location | - Iowa - Council Bluffs - Google |
| ASN | AS15169 GOOGLE, US (registered Mar 30, 2000) |
| Domain Status | Registered And Active Website |

16. Plaintiff is informed and believes and alleges that all of the UCE's were sent by Flex Marketing Group LLC through the use-and-abuse of the following two email marketing platforms:

A: Aurea Email Marketing: Lyris Inc and its parent company Aurea Inc ("Aurea")
B: Keap: Infusion Software, Inc dba Keap ("Keap")

To clarify the above, each individual UCE is alleged to have been sent through the email marketing platforms of Aurea OR Keap.

COMPLAINT

Plaintiff believes and alleges that both Aurea AND Keap have strict, clear, anti-spam policies in their terms of service agreements, to which Flex Marketing Group must have agreed.  For Aurea, this is called the "Terms of Use." For Keap, this is called the Acceptable Use Policy (AUP).

17.  Both contracts, in their own words, expressly disallow and prohibit the use of their services to send email to those who did not directly consent to receive emails from the sender.  Beginning with Keap's Acceptable Use Policy (AUP), the following important conditions appear:

A)  All email lists used in conjunction with the services provided by Us are required to be 100% solicited (opt-in) lists…

B)  Bartering, purchasing or renting lists of names and sending e-mails to those people is strictly prohibited, and marketing lists containing email addresses cannot be shared/duplicated/transferred between Our individual applications.

C)  You may not use the Services to, nor allow its users or any third-party to use the Service to: Generate or facilitate unsolicited commercial email (spam), including without limitation:  sending communications or email in violation of the CAN-SPAM Act or any other applicable anti-spam law or regulation; sending unauthorized mail via open, third-party servers; sending email to users who have requested to be removed from a mailing list; marketing to any lists whose recipients did not express explicit consent to receive such marketing material; selling to, exchanging with, sharing with or distributing to a third party personal information, including the email addresses of any person without such person's knowing and continued consent to such disclosure; or sending unsolicited emails to significant numbers of email addresses belonging to individuals and/or entities with whom you have no preexisting relationship…[inter alia]…Create a false identity for the purpose of misleading others, impersonate another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent the source of any communication….[inter alia]…Generate or facilitate any communications

(including without limitation, SMS, MMS, or other text messages, calls, faxes, or push notifications) in violation of the Telephone Consumer Protection Act, the Do-Not-Call Implementation Act, or any other applicable law including anti-spam, telemarketing or telephone consumer protection laws or regulations. Violate any applicable policy, terms of use, or agreement with Us, including without limitation, Our Terms of Use, the Click to Call / Click to Text Beta Service Terms of Use, and DMCA Policy, as may be updated or amended from time to time; or Violate any other applicable laws or regulations.

D) You may not, and may not allow any third-party, including Your users, to use the Services to display, store, process or transmit, or permit use of Services to display, store, process or transmit (collectively the "Prohibited Material"): Material that infringes or misappropriates, or uses without appropriate consent, a third party's intellectual property or proprietary rights;...[inter alia]…

18.  For reference, the full Keap Acceptable Use Policy is listed on the next page. NOTE: Any "cutting off" of text between pages is unintentional. At the time of filing this complaint, the full AUP is viewable at https://keap.com/legal/aup.

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907



11/19/2021                     Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

Products ∨   Features ∨   Pricing   Interesting stuff ∨                    **Try free**

For a limited time, get **30% off on your first 3 months**.
Ends today. **Save now!**                                        ✕

We use tools to track, analyze, and personalize your experience and ads, and share data with affiliates. See **cookie notice**.

**Accept**   **Manage**

# Keap Accep... Policy (AUP)

Revised: January 29, 2019

## Hello! Please keep reading this important policy.

It applies to your use of any of our services. Speaking of which, thank you for your interest. We appreciate you (and your apparent love of legal terms).

## Who are we?

11/19/2021                          Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

k   Products ⌄   Features ⌄   Pricing   Interesting stuff ⌄          **Try free**   ☰

## Who are you?

You are a customer, or you represent a customer, of our Keap Service (as defined below). So, you be "You" (or "Your").

## A few things You should know right away:

YOU, YOUR AFFILIATES, AND ANY COMPANY YOU REPRESENT AGREE TO FOLLOW AND BE BOUND BY THIS ACCEPTABLE USE POLICY ("AUP"). IF YOU ARE AGREEING TO THESE TERMS ON BEHALF OF YOUR AFFILIATE(S) OR COMPANY, YOU ARE REPRESENTING TO US THAT YOU HAVE READ THESE TERMS, YOU HAVE THE AUTHORITY TO BIND YOUR AFFILIATE(S) OR COMPANY, AND THE TERM "YOU" SHALL REFER TO YOUR AFFILIATE(S) AND COMPANY. IF YOU DO NOT HAVE SUCH AUTHORITY, OR IF YOU DO NOT AGREE TO THESE TERMS, YOU MUST NOT USE OUR SERVICES. YOU ARE SOLELY RESPONSIBLE FOR ENSURING YOUR AFFILIATES OR COMPANY COMPLY WITH THIS AUP.

1. **Scope**.
   This AUP applies to Your use of all of Our services, including all subscriptions for Our hosted software as a service (SaaS) solutions and any other related services that We may provide to You ("Services").

2. **Effective Date policy**.

https://keap.com/legal/aup                                                                    2/10

COMPLAINT

  Products ⌄   Features ⌄   Pricing   Interesting stuff ⌄           Try free   ☰

This AUP is current as of the date set forth above. We reserve the right to update AUP from time to time consistent with applicable laws and principles. Any changes will be effective as of the date we publish the revised version at Keap.com/legal, or as otherwise specified in the AUP. IF AT ANY TIME YOU CHOOSE NOT TO ACCEPT THIS AUP, YOU MUST NOT USE THE SERVICES.

4. **Violations**.

Any violation of this AUP will be considered a material breach of Our Terms of Use and/or any other agreement You have with Us governing Your use of the Services. We reserve the right to terminate or suspend Your account for any violation of this AUP, and We will not be liable for any interruptions in service or other monetary loss related to enforcement of this AUP.

You will be solely responsible for any monetary damages suffered by Us due to Your actions or inactions, including without limitation, regulatory penalties (e.g., FTC) and punitive damages related to Our lost clients and revenues. Further, You agree to indemnify and hold Us harmless from and defend Us against any third party or government claims, including all related damages, costs and expenses (including reasonable attorneys' fees), that arise due to Your violation this AUP, including damages related to other users of the Services and attorney's fees.

https://keap.com/legal/aup                                                                           3/10

11/19/2021                              Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

store, process or transmit, or permit use of
Services to display, store, process or transmit
(collectively the "Prohibited Material"):

- Material that infringes or misappropriates, or uses
  without appropriate consent, a third party's
  intellectual property or proprietary rights;

- Hate-related, abusive, and/or material advocating
  discrimination against individuals or groups;

- Material related to violence of any kind, including
  instructions on how to assemble or otherwise make
  bombs or other weaponry

- Obscene, excessively profane, disparaging,
  defamatory, malicious, unlawful or otherwise
  objectionable material, including pornographic or
  illicitly pornographic sexual products, adult magazines,
  video and software, escort services, dating services,
  adult "swinger" material, or anything which exploits of
  minors under 18 years of age;

- Material advocating or advancing criminal hacking,
  cracking, or phishing;

- Material related in any way to illegal drugs or
  paraphernalia, marijuana and related paraphernalia,
  prescription drugs, and any product subject to or
  content in violation of the Controlled Substances Act;

- Material that in any way targets children 13 years of
  age or younger;

- Unlawful software and malicious code, (such as
  viruses, worms, time bombs, Trojan horses and other
  harmful or malicious files, scripts, agents or programs),

https://keap.com/legal/aup                                                           4/10

COMPLAINT

11/19/2021                                  Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

K      Products ∨    Features ∨    Pricing    Interesting stuff ∨              Try free      ≡

- Material that violates, encourages or furthers conduct
  that would violate any applicable laws, including any
  criminal laws, or any third-party rights, including
  publicity or privacy rights;

- Debt collections, credit repair and debt relief
  offerings stock picks or promotions "get rich quick"
  and other similar offers;

- Cryptocurrency sales and promotions or material
  related to "Mining" bitcoins and other
  cryptocurrencies; or

- Content related to pyramid schemes or network
  marketing (i.e. MLM) businesses, odds making and
  betting/gambling services, including but not limited
  online casino games, and sporting events

6. **Prohibited Actions**.
   You may not use the Services to, nor allow its users
   or any third-party to use the Service to:

   - Publish, post, upload, distribute, promote, sell,
     support, facilitate or otherwise make available, or
     engage in any activity related in any way to, any
     Prohibited Material;

   - Generate or facilitate unsolicited commercial
     email (spam), including without limitation:

     - sending communications or email in violation of the
       CAN-SPAM Act or any other applicable anti-spam
       law or regulation;

     - sending unauthorized mail via open, third-party
       servers;

https://keap.com/legal/aup                                                                        5/10

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

11/19/2021                              Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

**k**    Products ⌄    Features ⌄    Pricing    Interesting stuff ⌄              **Try free**    ☰

- marketing to any lists whose recipients did not express explicit consent to receive such marketing material;

- selling to, exchanging with, sharing with or distributing to a third party personal information, including the email addresses of any person without such person's knowing and continued consent to such disclosure; or

- sending unsolicited emails to significant numbers of email addresses belonging to individuals and/or entities with whom you have no preexisting relationship;

- Send voice broadcasts to any recipient listed on the National Do Not Call Registry, or a fax to any recipient, without first obtaining express permission from the recipient to receive such communications from You;

- Send unsolicited communications that direct individuals to of Our e-Commerce services that reference Us;

- Create a false identity for the purpose of misleading others, impersonate another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent the source of any communication;

- Perform significant load or security testing without first obtaining Our written consent, or otherwise Interfere with other users' enjoyment of the Services;

- Engage in activity in connection with illegal peer-to-peer file sharing;

- Remove any copyright, trademark or other proprietary rights notices contained in or on the Services or

https://keap.com/legal/aup                                                            6/10

41

COMPLAINT

11/19/2021                                  Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

K        Products ˅   Features ˅   Pricing   Interesting stuff ˅          Try free      ☰

- Obtain or attempt to obtain unauthorized access to,
  or materials or information from, any Services,
  accounts, computer systems or networks connected
  to any of the Services, including without limitation,
  through hacking, password mining or any other means;

- Violate in any manner the applicable guidelines
  published by the CTIA, the Mobile Marketing
  Association, the Self-Regulatory Principles as directed
  by the Digital Advertising Alliance and the Network
  Advertising Initiative or any other generally accepted
  industry associations, carrier guidelines or other
  industry, third party policies or requirements that We
  may communicate to You;

- Generate or facilitate any communications (including
  without limitation, SMS, MMS, or other text messages,
  calls, faxes, or push notifications) in violation of the
  Telephone Consumer Protection Act, the Do-Not-Call
  Implementation Act, or any other applicable law
  including anti-spam, telemarketing or telephone
  consumer protection laws or regulations;

- Violate any applicable policy, terms of use, or
  agreement with Us, including without limitation, Our
  Terms of Use, the Click to Call / Click to Text Beta
  Service Terms of Use, and DMCA Policy, as may be
  updated or amended from time to time; or

- Violate any other applicable laws or regulations.

7. **Additional Requirements**.
   - All email lists used in conjunction with the services
     provided by Us are required to be 100% solicited
     (opt-in) lists, and You must have sufficient evidence, as
     determined in Our sole discretion, that all individuals
     in Your database have opted in or otherwise explicitly
     agreed to receive communications from You.

https://keap.com/legal/aup                                                                    7/10

42
COMPLAINT

11/19/2021                           Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

**k**      Products ⌄   Features ⌄   Pricing   Interesting stuff ⌄          **Try free**      ☰

be shared/duplicated/transferred between Our individual applications.

- All e-mail messages sent using the Services must use Our provided opt-out link, must include a valid physical address of the sender and must contain a clear subject line that does not mislead the recipient as to the contents of the e-mail. The opt-out link may not be excessively "padded" with line- breaks or similar means to deceive recipients. Unsubscribe requests must be processed immediately.

- You must publish, enforce and abide by a privacy policy that protects Your customers' personal information in Your possession or under Your control. Such privacy policy at a minimum must be as stringent as Our Privacy Policy. In particular, You agree that You will not sell, loan or in any way pledge or hypothecate the personal information of Your customers to any other person or entity by way of joint venture or any other agreement.

8. **Complaints**.

A $250 investigation fee may be assessed to Your account for each complaint of unauthorized communication that We receive involving a Your account. This non-refundable fee goes toward confirming complaints either digitally or verbally between sources of complaints. "Complaints" may include, but are not limited to, individual reports e-mailed to **abuse@Keap.com**, third-party Internet Service Provider ("ISP") complaint notifications, notification from anti-spam organizations such as "SpamCop" and internal heuristic research.

https://keap.com/legal/aup                                                              8/10

11/19/2021                    Acceptable Use Policy (AUP) - Keap & Infusionsoft by Keap

   Products ⌄   Features ⌄   Pricing   Interesting stuff ⌄                 ☰

contact You by e-mail, telephone and/or login
notification within the Services to notify You of the
complaint.

If You do not take immediate remedial action to
rectify any complaint, or in the event of
widespread and/or repeated violations, or
excessive complaints exceeding industry standards
(currently < 0.1% on a per Email/ISP basis, but
subject to change at any time), We reserve the
right to suspend or terminate Your access to the
Services until the situation has been resolved to
Our satisfaction in Our sole discretion. In the event
of suspension, Services can only be reinstated by
meeting the criteria We determine to minimize and
address complaints, and We may assess You a $200
"Service Reactivation Fee" in addition to any
investigation fees.

**Infusionsoft is now Keap, learn why →**

**keap**

**Keap CRM
software**

All features

**Blog**

All topics

Marketing

**Customer
resources**

Help center

**Who we
are**

About

https://keap.com/legal/aup                                                                9/10

44

COMPLAINT

19. Lyris Inc by and through its parent Aurea Inc, ("Aurea") have a Terms of Use Agreement for its email marketing services, and sending unsolicited commercial email is similarly prohibited, in terms listed below:

A)  Customer may not use the Services to send unsolicited email, whether it be commercial or non-commercial, and/or commercial email containing any deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam").

B)  Customer's email will be considered unsolicited if Customer's membership addresses are not 100% opt-in by Customer's members. If Customer's email addresses came from harvesting, a purchased email list, another mailing list (even with the approval of t he ot her list owner or Service Provider), or are compiled by any method other than by direct subscription from Customer's members, then all messages sent to such addresses will be considered Spam under these Terms of Use.

C)  Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business practice.

D) [Under "Other Unacceptable Uses"]  "Send email with an invalid "From:" or "Reply-to:" address. All messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's identity."

E) Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes **upon the rights of any third party** [Paragraphs 8-12], as determined by Service Provider.

F)  Impersonate any person, including, but not limited to, an official of Service Provider or an information provider, or communicate under a false name or a name t hat Customer is not entitled

or authorized to use.

G) Intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, any regulations having t he force of law.

H) Customer agrees to use the Services only for lawful purposes.

The Full "Aurea Email Marketing: Terms of Use for Saas" from which A-H are derived, is shown below, on next page, [with highlights] for reference:

(continued next page)

**Software Library** ⌄    **Support & Services** ⌄    **Meet Aurea** ⌄    Customer Login

**Aurea**
(https://www.aurea.com/)

**Resources** ⌄

# Aurea Email Marketing: Terms of Use for SaaS

These Terms of Use for SaaS apply to and are incorporated by reference into the ordering document (the "Quote") made by and between the Service Provider (as identified on the Quote) and the Customer (as identified on the Quote). Capitalized terms used but not defined herein have the meaning given to them in the SaaS Terms and Conditions or the Quote. If there are any conflicts or inconsistencies between a specific term or condition of these Terms of Use and a specific term or condition of the SaaS Terms and Conditions, the specific term or condition of these Terms of Use will control. Service Provider may, from time to time modify these Terms of Use by posting the revised Terms of Use to Service Provider's site. Service Provider will give sixty (60) days prior notice of any material changes. Customer's use of the Services following any modification will be deemed to be Customer's acceptance of any such modification.

1. **Activation and Use of the Services.**
    1. **Account Access.** On or before the Term Start Date, Service Provider shall provide Customer with an account name and a password that will allow access to the Services. Customer shall be responsible for any and all activities conducted through its account, whether or not such activities have been authorized by Customer.
    2. **Registration Information.** Upon Service Provider's request, Customer shall provide Service Provider with accurate and complete registration information with respect to Customer's use of the Services (including the identity, email addresses, and passwords of Customer's authorized hosted list administrators) and promptly update such information as changes occur.
    3. **Content.** Customer acknowledges that Service Provider is not responsible for and does not give any assurance to any person with respect to the validity, value, usefulness, or accuracy of any Content. Customer and any person using the Services solely and exclusively bears any risk associated with Content.
    4. **Lawful Use.** Customer agrees to use the Services only for lawful purposes. Customer agrees that Service Provider (in its sole discretion) may monitor any and all aspects of the Services for the purpose of auditing compliance with the SaaS Terms and applicable Quote. Customer will inform its users that their use of the Services will constitute consent to such monitoring. If Customer or any of its users restricts or inhibits any other customer or user of the Services, then Service Provider may, in its sole reasonable discretion, terminate or suspend the right of Customer or Customer's user to use the Services.
    5. **Customer Responsibilities.** Customer shall be responsible for any failure to achieve volume or othe commitments (as set forth in a Quote) that results from Customer's failure to comply with these Terms

COMPLAINT

of Use and/or Service Provider's exercise of any remedy available to Service Provider for such failure. Customer will not be entitled to any refund, credit, or other relief for Services that are not provided due to Service Provider's exercise of any remedy available to Service Provider.

6. **ISP Relations.** Customer shall work with Service Provider, at Service Provider's request, to maintain relationships with Internet service providers (each, an "ISP"). Customer further acknowledges that Service Provider may be required by an ISP or other third party to impose additional or modified consent procedures with respect to Customer's email campaigns. Customer shall be responsible for handling customer service and abuse complaints related to Customer's email campaigns, including without limitation processing unsubscribe requests.

7. **Service Provider Right to Monitor.** Service Provider has the right to periodically monitor and/or review Customer's compliance with these Terms of Use.

2. **Hosted Email Marketing Services.** The following terms and conditions apply to Customer's use of Service Provider's hosted email marketing-related Services:

1. **Prohibited Activities.** Customer shall not employ any practices with respect to its email address lists that (in Service Provider's sole discretion) may increase the risk of ISP filtering, blacklisting, or blocking, or otherwise may negatively impact Service Provider's reputation with ISPs. Without limiting the foregoing, examples of prohibited activities include: sending messages to email addresses that have been purchased; sending messages to email addresses that have been harvested or scraped from sources on the Internet; sending messages to email addresses collected by third parties; sending messages for the first time to email addresses collected more than 3 years prior; sending messages to lists with an unusually low response rate; or attempting to manipulate or avoid ISP filters or reputation systems. Customer may not use the Services for a one-time mailing to a list of members after which Customer deletes substantially all of the membership and creates a new list. Customer's membership must be a static, permanent list to which Customer adds or deletes new members and/or members subscribe or unsubscribe themselves in the ordinary course.

2. **Spamming Prohibited; Truth in Advertising.** Customer may not use the Services to send unsolicited email, whether it be commercial or non-commercial, and/or commercial email containing any deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam"). Customer's email will be considered unsolicited if Customer's membership addresses are not 100% opt-in by Customer's members. If Customer's email addresses came from harvesting, a purchased email list, another mailing list (even with the approval of the other list owner or Service Provider), or are compiled by any method other than by direct subscription from Customer's members, then all messages sent to such addresses will be considered Spam under these Terms of Use. In addition, Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business practice. Customer shall be solely responsible for the substantiation of any and all claims made in all messages transmitted via the Services using Customer's account.

3. **Spamming Complaints.** If Service Provider receives complaints that Customer has transmitted and/or continues to transmit Spam, in addition to any other rights that Service Provider may have under the SaaS Terms, Quote or under applicable law, Service Provider may at its sole option suspend Customer's use of the Services pending a reconfirmation of Customer's entire membership list. This reconfirmation may be required by Service Provider in any reasonable manner it determines in its sole judgment including, without limit, sending a single email to all of Customer's list members requesting confirmation of their wish to maintain their subscription to such list. Members who do not reconfirm within a reasonable time established by Service Provider may be deleted from the list in question. Service Provider agrees to use commercially reasonable efforts to contact Customer's designated list

administrator by email or phone before suspending Customer's use of a Services. Customer's consent will be requested before Service Provider contacts Customer's list members for the purposes of reconfirmation, however, if Customer does not consent to such reconfirmation, then Service Provider may immediately and without further notice to Customer terminate the applicable Quote.

4. **Service Provider Remedies.** If Service Provider determines in good faith that Customer has transmitted and/or continues to transmit Spam, in addition to exercising any other of its rights under the SaaS Terms, applicable Quote and applicable state or federal law, Service Provider will issue a one-time warning to Customer's primary contact's email address to cease such activity, after which if Spam transmission continues: (i) Service Provider may bring an action in any court of competent jurisdiction to enjoin such activity, it being understood that such activity may cause irreparable harm to Service Provider which may not be fully compensable by monetary damages, and (ii) Service Provider may recover from Customer monetary losses caused to Service Provider by such activity in an amount equal to the greater of (a) $500 for each such item of unsolicited email that Customer has sent to each separate and identifiable e-mail address (which amount the parties agree is a fair and reasonable estimate of Service Provider's losses suffered thereby and is not a penalty) or (b) Service Provider's actual monetary loss, including, but not limited to, any damage, loss or expense (including reasonable attorney's fees) resulting from any third party claim made against Service Provider as a result of Customer's conduct in violation of this provision. In addition to the foregoing, Customer is responsible for reasonable costs incurred by Service Provider in bringing such actions, including its reasonable attorney's fees.

5. **Other Unacceptable Uses.** Additionally, Customer may not use the Services to:

   1. Send email with an invalid "From:" or "Reply-to:" address. All messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's identity and Customer must be responsive to all replies from members of Customer's list, including unsubscribe requests. Customer may not refuse or ignore unsubscribe requests from members of Customer's list.
   2. Harass; threaten; embarrass, or cause distress, unwanted attention, or discomfort to a person or entity.
   3. Post or transmit sexually explicit images or other Content that is deemed by Service Provider to be offensive.
   4. Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes upon the rights of any third party, as determined by Service Provider.
   5. Impersonate any person, including, but not limited to, an official of Service Provider or an information provider, or communicate under a false name or a name that Customer is not entitled or authorized to use.
   6. Intentionally or unintentionally violate any applicable local, state, national, or international law, including, but not limited to, any regulations having the force of law.
   7. Transmit any virus, malicious code, or anything destructive to a recipient's computer.
   8. Exceed any volume limitations included in the applicable Quote.

6. **Membership Confirmation.** Any email sent to new members confirming membership on Customer's list may not include advertising or calls-to-action other than an appeal to confirm the member's subscription.

7. **Unsubscribing.** All list messages must include unsubscribe instructions in the body or footer of the message, so that members can unsubscribe themselves from the list. List owners must respond to member requests for manual removal from the list promptly, but in no event more than 10 days after the member's first request. Customer shall not discard email messages from members asking to be

removed from Customer's list. Even if the user request for removal is aggressive, unfriendly, or otherwise rude, Customer should nonetheless make every attempt to help the user unsubscribe from Customer's list and resolve the situation.

8. **Suspension of Services.** Service Provider has the right to suspend performance of its Services described in a Quote in the event that Customer's bounce rate, unsubscribe rate, and/or number of recipient complaints are at a rate that is beyond the levels acceptable to an ISP through which Customer's list is deployed, for any Customer use of the Services that Service Provider reasonably determines is in violation of these Terms of Use or is necessary to avoid damage to Service Provider 's systems, reputation, or business. Following any such suspension, the Services shall not be reinstated until Service Provider is reasonably satisfied that the activities resulting in such suspension have been cured or shall cease. If Customer fails to so cure such activities within 30 days following the suspension, Service Provider has the right to immediately terminate the applicable Quote upon written notice to Customer.

Updated: February 1, 2016.

---

**Products**

Unlimited (https://www.aurea.com/unlimited/)

Product Catalog (https://www.aurea.com/library/)

Aurea helps global businesses accelerate digital transformation with a software library that creates unparalleled value and unlimited possibility.

**Customers**

Worx (https://community.aurea.com/)

Support Resources (https://www.aurea.com/support/)

**GET IN TOUCH (HTTPS://CONTENT.AUREA.COM/CONTACT-US-FORM)**

**Company**

About Aurea (https://www.aurea.com/about-aurea/)

Leadership (https://www.aurea.com/about-aurea/our-leadership/)

Blog (/blog/)

**in** (https://www.linkedin.com/company/aurea-software/)

🐦 (https://twitter.com/AureaSoftware)

©2021 Aurea, Inc. | Aurea is an ESW Capital Group (http://www.eswcapital.com/) company

Legal (/legal/)

Privacy (/legal/privacy-statement/)

COMPLAINT

20. Paragraph's 16-19 intend to establish that the email marketing platforms of Aurea and Keap were used without the permission to send the KetoSoup UCE's complained of in this litigation. This next paragraph intends to demonstrate that all of the UCE advertisements contain *at least* one domain name that is owned by Aurea OR Keap. The relevance of this is explained in section "Relevance to South Dakota Cause of Action" which comes later in this complaint. Whether or not visible in the screenshots of the UCE's included in this complaint, each KetoSoup UCE (except one of them) contains one-or- more domains belonging to Keap OR Aurea, depending on which of the two company's platforms were used (abused) to send that particular UCE. Some-or-all of the "clickable links" in the UCE's are not URL's (domains) belonging to Flex Marketing Group, , or even to the true landing page that the UCE takes the recipient to once they click on the link. Rather, these links belong to Aurea OR Keap and "redirect" elsewhere, to redirecting domains which generally are no longer valid or functional. However, what is important herein is which domains are used in the clickable links (which belong to Aurea OR Keap respectively.) The following is a non-exhaustive list of all the links/domains in the "main clickable part" of the email advertisements, sorted by which company they belong to:

Domains belonging to Keap contained in the UCE's

https://cu939.infusion-links.com/api/v1/click/6236804627169280/5204545628405760

https://ge972.keap-link003.com/api/v1/click/4794965638381568/5158501028855808

https://ge972.keap-link005.com/api/v1/click/6115530005413888/5158501028855808

https://cu939.infusion-links.com/api/v1/click/5710535661584384/5204545628405760

so on and so fourth.

Domains belonging to Aurea contained in the UCE's

http://www.elabs6.com/c.html?

ufl=5&rtr=on&s=7cn9g,2wc0z,ccrb,gncf,7yxg,7qrb,2ub4&EMAIL_ADDRESS=ketosoup97@gmail.com

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

http://www.uptilt.com/c.html?

ufl=6&rtr=on&s=lmzp,2r7tw,5o9t,dtub,dps7,9ib2,icjd&EMAIL_ADDRESS=ketosoup97@gmail.c

om

http://www.uptilt.com/c.html?

ufl=7&rtr=on&s=lmzp,2r835,5mvg,lsbv,7pgn,abrp,iyxi&EMAIL_ADDRESS=ketosoup97@gmail.

com

http://www.elabs6.com/c.html?

ufl=5&rtr=on&s=7cn9g,2wcr3,ccrb,hyx4,czbc,7qrb,2ub4&EMAIL_ADDRESS=ketosoup97@gmai

l.com


so on and so fourth…


21.  Of all the links listed in paragraph 20, we only have a handful of domain names which repeat in

a pattern throughout the UCE's.  Those domains are:

A.  For Aurea:  infusion-links.com,  keap-link005.com,  keap-link003.com,

B.  For Keap:   elabs6.com,  uptilt.com

22.  The domains which were listed as links in 20, and sorted into unique "domains" in 21, can be

demonstrated as belonging to "Keap" OR "Aurea" through publicly available whois data as follows:


23a.  infusion-links.com:

**◎ DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   Whois Lookup   🔍

Whois Record ( last updated on 2022-03-28 )

```
Domain Name: infusion-links.com
Registry Domain ID: 2489247613_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2022-01-06T09:40:02+0000
Creation Date: 2020-02-06T19:26:37+0000
Registrar Registration Expiration Date: 2024-02-06T00:00:00+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Infusion Software
Registrant State/Province: AZ
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Admin Organization: Infusion Software
Admin State/Province: AZ
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Tech Organization: Infusion Software
Tech State/Province: AZ
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/infusion-links.com
Name Server: ns-cloud-a1.googledomains.com
Name Server: ns-cloud-a2.googledomains.com
Name Server: ns-cloud-a4.googledomains.com
Name Server: ns-cloud-a3.googledomains.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
  https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

23b.  keap-link005.com

**DOMAINTOOLS**    PROFILE ▾    CONNECT ▾    MONITOR ▾    SUPPORT      Whois Lookup      Q

Whois Record (last updated on 2022-03-28)

```
Domain Name: keap-link005.com
Registry Domain ID: 2584404098_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2021-01-15T17:46:32+0000
Creation Date: 2021-01-12T23:54:36+0000
Registrar Registration Expiration Date: 2023-01-12T23:54:36+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Keap
Registrant State/Province: Arizona
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Admin Organization: Keap
Admin State/Province: Arizona
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Tech Organization: Keap
Tech State/Province: Arizona
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link005.com
Name Server: ns-cloud-e3.googledomains.com.
Name Server: ns-cloud-e1.googledomains.com.
Name Server: ns-cloud-e4.googledomains.com.
Name Server: ns-cloud-e2.googledomains.com.
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
  https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

COMPLAINT

23d. Keap-link003.com

**DOMAINTOOLS**     PROFILE ▾     CONNECT ▾     MONITOR ▾     SUPPORT     Whois Lookup     Q

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: keap-link003.com
Registry Domain ID: 2584404101_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
Updated Date: 2021-01-14T23:22:29+0000
Creation Date: 2021-01-12T23:54:36+0000
Registrar Registration Expiration Date: 2023-01-12T23:54:36+0000
Registrar: MarkMonitor, Inc.
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895770
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibit
ed)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProh
ibited)
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibit
ed)
Registrant Organization: Keap
Registrant State/Province: Arizona
Registrant Country: US
Registrant Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Admin Organization: Keap
Admin State/Province: Arizona
Admin Country: US
Admin Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Tech Organization: Keap
Tech State/Province: Arizona
Tech Country: US
Tech Email: Select Request Email Form at
https://domains.markmonitor.com/whois/keap-link003.com
Name Server: ns-cloud-d3.googledomains.com.
Name Server: ns-cloud-d2.googledomains.com.
Name Server: ns-cloud-d4.googledomains.com.
Name Server: ns-cloud-d1.googledomains.com.
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/

For more information on WHOIS status codes, please visit:
  https://www.icann.org/resources/pages/epp-status-codes

MarkMonitor Domain Management(TM)
Protecting companies and consumers in a digital world.

Visit MarkMonitor at https://www.markmonitor.com
Contact us at +1.8007459229
In Europe, at +44.02032062220
```

23e. Elabs6.com



**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT   Whois Lookup

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: elabs6.com
Registry Domain ID: 197939809_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.gandi.net
Registrar URL: http://www.gandi.net
Updated Date: 2021-07-14T19:29:12Z
Creation Date: 2005-08-18T15:10:05Z
Registrar Registration Expiration Date: 2022-08-18T17:10:05Z
Registrar: GANDI SAS
Registrar IANA ID: 81
Registrar Abuse Contact Email:  abuse@support.gandi.net
Registrar Abuse Contact Phone: +33.170377661
Reseller: Amazon Registrar, Inc.
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhib
ited
Domain Status:
Domain Status:
Domain Status:
Domain Status:
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Aurea Software
Registrant Street: 63-65 boulevard Massena
Registrant City: Paris
Registrant State/Province: Paris
Registrant Postal Code: 75013
Registrant Country: FR
Registrant Phone: +33.170377666
Registrant Phone Ext:
Registrant Fax: +33.143730576
Registrant Fax Ext:
Registrant Email:  4fab1d88b890fd679be0f438efe45c90-4209521@contact.gandi.net
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: Aurea Software
Admin Street: 63-65 boulevard Massena
Admin City: Paris
Admin State/Province: Paris
Admin Postal Code: 75013
Admin Country: FR
Admin Phone: +33.170377666
Admin Phone Ext:
Admin Fax: +33.143730576
Admin Fax Ext:
Admin Email:  4fab1d88b890fd679be0f438efe45c90-4209521@contact.gandi.net
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: Aurea Software
Tech Street: 63-65 boulevard Massena
Tech City: Paris
Tech State/Province: Paris
Tech Postal Code: 75013
Tech Country: FR
```

COMPLAINT

23f.  Uptilt.com

**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT        Whois Lookup        Q

Whois Record ( last updated on 2022-03-29 )

```
Domain Name: uptilt.com
Registry Domain ID: 11070409_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.gandi.net
Registrar URL: http://www.gandi.net
Updated Date: 2021-09-02T19:30:21Z
Creation Date: 1999-10-07T05:30:04Z
Registrar Registration Expiration Date: 2022-10-07T07:30:04Z
Registrar: GANDI SAS
Registrar IANA ID: 81
Registrar Abuse Contact Email:  abuse@support.gandi.net
Registrar Abuse Contact Phone: +33.170377661
Reseller: Amazon Registrar, Inc.
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhib
ited
Domain Status:
Domain Status:
Domain Status:
Domain Status:
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Aurea Software
Registrant Street: 63-65 boulevard Massena
Registrant City: Paris
Registrant State/Province: Paris
Registrant Postal Code: 75013
Registrant Country: FR
Registrant Phone: +33.170377666
Registrant Phone Ext:
Registrant Fax: +33.143730576
Registrant Fax Ext:
Registrant Email:  cea0a56bdf6ec999d847859a9cf5076f-4002323@contact.gandi.net
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: Aurea Software
Admin Street: 63-65 boulevard Massena
Admin City: Paris
Admin State/Province: Paris
Admin Postal Code: 75013
Admin Country: FR
Admin Phone: +33.170377666
Admin Phone Ext:
Admin Fax: +33.143730576
Admin Fax Ext:
Admin Email:  cea0a56bdf6ec999d847859a9cf5076f-4002323@contact.gandi.net
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: Aurea Software
Tech Street: 63-65 boulevard Massena
Tech City: Paris
Tech State/Province: Paris
Tech Postal Code: 75013
Tech Country: FR
```

COMPLAINT

24. While the Keap-associated domains do not currently have much of a website-appearance, the Aurea-associated domains uptilt.com and elabs6.com have webpages associated with Lyris Inc (owned by Aurea), as follows:

elabs6.com webpage:



(continued next page)

uptilt.com webpage:



(continued next page)

25.   Even the few UCE's which do not contain a domain from Keap OR Infusionsoft as the "main

clickable link" in the UCE...such UCE's still contain one-or-more domains from Keap OR

COMPLAINT

Infusionsoft within the UCE, and depend on such domains for the proper display and functionality of the spam.

**Relevance to South Dakota Cause of Action – General Overview**

26.     SDCL 37-24-47 "Prohibited commercial e-mail advertisements" states:

No person may advertise in a commercial e-mail advertisement either sent from South Dakota or to a South Dakota electronic mail address under any of the following circumstances:

**(1)     The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;**

**(2)     The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;**

(3)     The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

**Relevance to South Dakota Cause of Action – "third-party's domain name without the permission of the third party; Explained in Detail"**

27. **For the Hammer UCE's:**  All but 3 of the Hammer UCE's contains a so-called 'shortened link' from tinyurl.com in its main "call to action" button in the body of the email advertisement, such as https://tinyurl.com/lli1oo0qpg6bjtr37b/rb13sqjrmo.html?od=1syi60982b01a011d_vl_Active9vl_0ya4.d1rx4c.C0000rgk81i15ku008_x11234.gk81iMGkyZ2k2LTEwMDk4MjI0p49bd, or https://tinyurl.com/lli1oo0qpg6bjtr37b/preqmo5hz3.html?od=1syi60982b01a011d_vl_Active9vl_0ya4.d1rx4c.C0000rgjm8a0r9n00a_x11234.gjm8aMGkyZ2k2LTBwbDcyMTQ0r5djf.

Tinyurl.com shortened links are created by and governed by TinyUrl LLC, a South Dakota Limited Liability Company.  It has a "Terms of Use" agreement for its TinyUrl's, which is available here: https://tinyurl.com/app/terms

TinyUrl's TOS clearly prohibit the use of the services in conjunction with UCE in the following sections:

2(b)(iii)User Representation and Warranties By using the Services, you agree to: (3)Not access, store, distribute or transmit any viruses, codes or any other material when using the Services that:

   a) is unlawful, harmful, threatening, defamatory, obscene, infringing, harassing or racially or ethnically offensive;

   b) promotes or facilitates illegal activity;

   g) is for the purpose of tracking spam-related material.

As such, TinyUrl LLC's domain was used in the Hammer UCE's without the permission of the third party [TinyUrl LLC]

28.  **For the KetoSoup UCE's:** Third party's domain names are used without permission of the third party in ALL these UCE's .  This is because:

A)  All of the UCE's are alleged to have been sent through Aurea OR Keap, as thoroughly described earlier in this complaint.

B)  Further, the use of Aurea OR Keap's services in the sending of these UCE's, in any way, shape, or form, is an overwhelming breach...multiple breaches...of the senders' contract with those companies, as thoroughly discussed above in this complaint.  The sending of these UCE's through these platforms constitutes an overuse of those company's permission to utilize their services, as the sending of emails of this nature, under these circumstances,is strictly and expressly prohibited in extremely and abundantly clear terms.

C)  The use of Aurea OR Keap's services, **including their domain names**, which are contained in and material to the functioning of the UCE's, considering the point made above in B, AND considering the proof-of-ownership of the domains contained in the UCE's as demonstrated earlier in this complaint, and the analysis of when/where/how the use of their services in this way are prohibited pursuant to their TOS, it is clear that the "email advertisement(s) [the UCE's] contain or

is accompanied by a third-party's domain name(s) [Aurea, Keap] without the permission of the third party [Aurea, Keap].

**Relevance to South Dakota Cause of Action – "Contains Or Is Accompanied By Falsified, Misrepresented, Or Forged Header Information; Explained in Detail"**

29.  Each and every UCE [Hammer UCE's, KetoSoup UCE's] violates SDCL 37-24-47(2) for the following reasons:

A:    **For The Hammer UCE's:**    All of these UCE's have falsified headers because the 'from domains' in all these UCE's are untraceable to the sender by a whois search, with whois data for the Hammer UCE's shown in paragraph 12.  Additionally, all but 8 of these UCE's have a TO: line of 'thehebrewhammerjosh@gmail.com**_mod**' Since these UCE's were received at thehebrewhammerjosh@gmail.com, not at 'thehebrewhammerjosh@gmail.com **_mod**', it is a *material* falsity and misrepresentation to say it was received TO: 'thehebrewhammerjosh@gmail**.com_mod**.  Plaintiff has no such email address, and has never heard of 'gmail.com_mod' nor does he even understand why it benefits the ("Initiator") or ("Advertiser") to falsely add "_mod" to the recipient's email address in the 'TO' line of the header.

B:  **For the ketosoup UCE's**: The 'from domain' is one of Flex Marketing's untraceable domains, for which the untraceable whois data is pasted in Paragraph 15.  Untraceable domain names suggest a *materially falsified header* in the 9th circuit (Greenberg V Digital Media Solutions).  Considering that SDCL 37-24-41, 37-24-47, and 37-24-48 are virtually "copy and paste" from California's Spam Law (Business and Professions Code 17529.5), and California is within the 9th circuit, the CA Spam Law findings are extremely relevant to this SD Anti-Spam Law case and should be recognized. After all, SD Anti-Spam law has very little case-law of any kind, but the near-identical CA Anti-Spam Law has seen plenty of litigation. Pursuant to the findings of *Greenberg V Digital Media Solutions*, the untraceable "sending domains" constitute a *materially forged header* and thus violate the non-preempted portion of state spam law...and further that ("Advertisers") are strictly liable for

that untraceable 'from domain' even if such untraceable domain is the work of the ("Sender") / ("Initiator"). The whois data for all of the 'from domains' of the ketosoup UCE's are shown in Paragraph 15.

30.  Not a single UCE, including any of the Hammer UCE's, or the KetoSoup UCE's, does not have at LEAST one violation of SDCL 37-24-47, as described above, even if not directly "spelled out." A majority of these UCE's violate both  37-24-47(1) AND  37-24-47(2).

**$1000 Liquidated Damages Awarded PER EMAIL in violation, not $1000 PER VIOLATION**

31.  Pursuant to 37-24-48(2), "Liquidated damages of one thousand dollars for each unsolicited commercial e-mail advertisement transmitted in violation of such section, up to one million dollars per incident.", each email which violates SDCL 37-24-47(1) AND/OR SDCL 37-24-47(2) AND/OR SDCL 37-24-47(3) shall constitute an additional $1000 awarded to the recipient. Therefore, it is irrelevant to establish which specific UCE's contain which violations under 1,2 from 37-24-47, rather that each email contains at MINIMUM one such violation upon which relief can be granted.  This burden of proof has been accomplished in this complaint, overwhelmingly so, and in tremendous detail in this  lengthy and well-supported complaint.

**Plaintiff's South Dakota Spam Law Claims are Not Preempted by the CAN-SPAM Act of 2003.**

32.  In contrast to what opposing counsel regularly argues to Plaintiff, South Dakota's Anti-Spam law is not preempted by the CAN-SPAM Act. SD Anti-Spam law is nearly-identical to California's Business and Professions Code 17529.5 ("CA Anti-Spam Law"), and cases under CA Anti-Spam law, on similar grounds, are routinely with merit, and often prevail. *See Balsam V Trancos*. More recently, in late 2021, a Federal Judge in the Southern District of Florida, in Plaintiff's own case Lapin V Apptness Media Group LLC, ruled that SD Anti-Spam law is not preempted by Federal Law, as seen from the honor's opinion:  [on next page].

The Court first considers whether it may exercise federal question jurisdiction over this case. Defendant asserts that federal question jurisdiction exists because Plaintiff's single claim under the SD Anti-Spam Law, S.D. Codified Laws §§ 37-24-42 through 37-24-48, "is completely preempted" by the Controlling the Assault of Non-Solicited Pornography and Marketing Act ("the CAN–SPAM Act"), 15 U.S.C. § 203 *et seq.* [ECF No. 1 ¶ 6]. This Court disagrees: the CAN–SPAM Act does not completely preempt Plaintiff's state law claim because Plaintiff has no federal remedy under the CAN–SPAM Act.

The SD Anti-Spam Law, the state statute at issue in this case, provides in relevant part:

> No person may advertise in a commercial e-mail advertisement either sent from South Dakota or sent to a South Dakota electronic mail address under any of the following circumstances: . . . (3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

S.D. Codified Laws § 37-24-47.

The CAN–SPAM act has an express preemption clause that provides as follows:

> This chapter supersedes any statute, regulation, or rule of State . . . that expressly regulates the use of electronic mail to send commercial messages, except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached hereto.

33. The court will note that the Federal Judge who issued this opinion analyzed the same part of SD Anti-Spam law that is material to this complaint, and which gives rise to this suit. Further, let us take a closer look at CAN-SPAM's express preemption clause:

*This Act supersedes any statute, regulation, or rule of a State or political subdivision of a State that expressly regulates the use of electronic mail to send commercial messages, except to the extent that any such statute, regulation, or rule prohibits falsity or deception in any portion of a commercial electronic mail message or information attached thereto.*

Throughout the complaint, claims of falsity and deception have been alleged, and any portions of emails which violate potentially-preempted parts of the section have been left out of this complaint.

**The recipient email addresses (thehebrewhammerjosh@gmail.com, and ketosoup97@gmail.com are both "South Dakota electronic Mail Address[es]"**

34.  The email addresses in which the UCE's were received, are email addresses that are "furnished to the Plaintiff".  Plaintiff, at all times material, was-and-is a legal resident of the State of South Dakota. (Paragraph 2).  SDCL 37-24-41(14) defines a "South Dakota Electronic Mail Address" as follows:

"South Dakota electronic mail address" or "South Dakota e-mail address," any of the following:

>    (a)    An e-mail address furnished by an electronic mail service provider that sends bills
>            for furnishing and maintaining that e-mail address to a mailing address in this
>            state;
>    (b)    An e-mail address ordinarily accessed from a computer located in this state; or
>    (c)    An e-mail address furnished to a resident of this state;

Therefore, these email address, are and were at all times material, South Dakota electronic mail address[es] as defined under 37-24-41(14)(C) because [they are] "An e-mail address [ketosoup97@gmail.com] + [thehebrewhammerjosh@gmail.com] furnished to a resident of this state [Plaintiff Joshua Lapin]".

**CarShield / AAS are strictly liable for UCE's they did not send**

35.  Since CarShield, and AAS advertised in UCE's sent by Flex Marketing LLC, and John Doe Sender, the co-advertisers would be considered ("Advertiser") as defined by 37-24-41(1):

(1)   "Advertiser," a person or entity that advertises through the use of commercial e-mail advertisements;

37-24-48 prescribes $1000 liquidated damages per email in breach, for those who violate, among other sections, "37-24-47":

37-24-47 holds("Advertisers") strictly liable for the statutory damages by name: [important parts bolded]

37-24-47. Prohibited commercial e-mail advertisements.

No person may **advertise** in a commercial e-mail advertisement either sent from South Dakota or sent **to a South Dakota electronic mail address** under any of the following circumstances:

(1) **The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;**

(2) **The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;**

(3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

Therefore, relief against ("Advertiser") CarShield / AAS can be granted for each UCE complained of.

**Flex Marketing Group LLC and John Doe Sender , are vicariously liable for UCE's They Send on Behalf of Their Advertisers, including CarShield / AAS.**

36. Flex Marketing Group LLC and John Doe Sender are ("Initiator[s]") of these UCE's as defined in SDCL 37-24-41(8): "Initiate," "to transmit or cause to be transmitted a commercial e-mail advertisement or assist in the transmission of a commercial e-mail advertisement by providing electronic mail addresses where the advertisement may be sent, but does not include the routine transmission of the advertisement through the network or system of a telecommunications utility or an electronic mail service provider through its network or system," FLEX and DOE transmitted these UCE's through the use-and-abuse of the Keap and Aurea's email marketing platforms. While FLEX and DOE are NOT considered ("Advertiser[s]"), they can still be held liable under a classic aiding and abetting theory: They sent and "caused to be transmitted" the illegal emails in which CarShield / AAS are alleged to have illegally Advertised within. "But not for" Flex and Does' roles in causing the transmittal of these spams, the tort for the UCE's would not have been committed, thus our ("Initiators"), Flex and DOE, shall be held jointly and severally liable for the damage for their respective UCE's. Flex and DOE also chose to "register by proxy" and/or falsely register various domains names which they use to send mass UCE, and also to leave the WHOIS data

inaccurate in some cases, and "by proxy" in others, therefore "covering their tracks" and remaining unidentifiable.

**Prayer For Relief**

37.  Plaintiff prays that the court grant relief against Defendants for their roles in this Unsolicited Commercial Email complaint, as described throughout this complaint, by entering judgment as follows:

NRRM, LLC dba CarShield: $1000 statutory liquidated damages, for its role in ("Advertising") in ALL the UCE's, pursuant to 37-24-48(2), X 57 separate UCE's = $57,000, in addition to the reasonable costs associated with filing and maintaining this action, and for service of process, jointly and severally.

American Auto Shield, LLC ("AAS"): $1000 statutory liquidated damages, for its role in ("Advertising") in ALL the UCE's, pursuant to 37-24-48(2), X 57 separate UCE's = $57,000, in addition to the reasonable costs associated with filing and maintaining this action, and for service of process, jointly and severally.

Flex Marketing Group LLC: $1000 statutory liquidated damages for its role in sending, or ("Initiating") the KetoSoup UCE's, pursuant to 37-24-48(2), X 34 KetoSoup UCE's = $34,000, in addition to the reasonable costs associated with filing and maintaining this action, and for service of process, jointly and severally.

John Doe Sender: $1000 statutory liquidated damages for its role in sending, or ("Initiating") the Hammer UCE's, pursuant to 37-24-48(2), X 23 Hammer UCE's = $23,000, in addition to the reasonable costs associated with filing and maintaining this action, and for service of process, jointly and severally.

## Jurisdiction

### -Personal Jurisdiction

38. This court has personal (general) jurisdiction over American Auto Shield, LLC because it is a limited liability company with its principal place of business within the forum in Lakewood, CO.

39. This court has personal (specific) jurisdiction over NRRM, LLC dba CarShield because while it is a Missouri Limited Liability Company, it is plausibly and strongly alleged to have a relevant contractual relationship with American Auto Shield AAS, is alleged to have "Co-Advertised" in these UCE's on behalf of itself and AAS, to the mutual benefit of both entities, and the cause of "action arises out of" AND is "related to" NRRM, LLC's marketing contract(s) with AAS, and AAS is at home in the forum, and thus the exercise of personal specific jurisdiction is reasonable. Pursuant to the Colorado Long-arm statute, codified at *Colo. Rev. Stat. § 13-1-124*; NRRM, LLC dba CarShield is alleged to meet the criteria for the exercise of out-of state personal *specific* jurisdiction pursuant to the following subsections of the long-arm statute:

*13-1-124(1)(a) The transaction of any business within this state;* **Marking & Selling Vehicle Insurance Contracts which are administered by in-forum Defendant AAS**

*13-1-124(1)(b) The commission of a tortious act within this state;* while South Dakota law shall apply in this case, for which the choice of law arguments are made later in this complaint, these UCE's would also be recognized as a tort action in the state of Colorado, as Colorado has enacted similar legislation which protects Colorado's residents and internet service providers from such UCE's, codified at 6-1-702.5, Colorado's *"SPAM REDUCTION ACT OF 2008."*

Further, the exercise of personal specific jurisdiction "conforms with due process," nor does it "offend the traditional notion of fair play and substantial justice," as they should have "reasonably expected to be sued in this court," due to their relationship with the forum-Defendant ("Advertiser") NRRM LLC dba CarShield. Next, the "exercise of jurisdiction over [the] defendant," is even more

68

reasonable, and even less burdensome, than in years past...as Virtual/Zoom/Telephonic Court is now available, and with leave of the court, most (likely all) physical in-person appearances, hearings, and even depositions, can be conducted virtually or telephonically, (not including the trial itself).  As plaintiff travels full-time, and is in a different country every 30 days, and is writing this complaint from Bali, Indonesia, he intends to request such leave, and would encourage the Missouri and New York defendants to request the same if it would lessen the burden on them.  Thus, in post-pandemic America, it has never been easier, more cost effective, convenient, or less burdensome, to be hauled into an out-of-state court from the comfort of your own home or office!  Next, this court should also give substantial weight to judicial efficiency; it would be infeasible to have "duplicate" cases in different state courts, in Missouri AND Colorado AND New York, all of which are in different circuits, and all of which could have contradictory outcomes, pertaining to the same events giving rise to the cause of action, needlessly increasing the time, hassle, expense, and prejudice from this litigation for all parties.  *But not for* the non-KetoSoup UCE's, which do not involve Flex, this suit (respectfully) would have been filed in a Missouri state court which has personal *general* jurisdiction over CarShield, or in a New York state court which has personal *general* jurisdiction over Flex.  But since the Hammer UCE's, do NOT involve Flex, and the KetoSoup UCE's do NOT involve DOE, but they **ALL** advertise American Auto Shield's Vehicle Service contracts, justice would best be served for Plaintiff to file in the 1st Judicial District in its Golden, CO location, which has personal *general* jurisdiction over AAS, [who is associated with ALL UCE's] and personal *specific* jurisdiction over the alleged co-advertiser, co-tortfeasor CarShield, as well as personal *specific* jurisdiction over both ("Initiator") defendants for similar reasons.

40. This court has personal *specific* jurisdiction over Flex Marketing Group LLC for the same reasons as described in paragraph 39.

41. This court has personal *specific* jurisdiction over John Doe Sender for the same reasons as described in paragraph 39.

**Subject Matter Jurisdiction (Choice-of-law Should Be South Dakota)**

42. For matters pertaining to restrictions on Unsolicited Commercial Electronic Mail and for matters pertaining to the statute of limitations for "Penalty or Forfeiture", this court should find that South Dakota law applies.  In other words, the South Dakotan cause-of-action should apply, it should be recognized, be granted full-faith-and-credit, and shall apply in this Colorado Forum. Even if the court finds that a one year statute of limitations applies in this case [for reasons unforeseeable to the plaintiff at the time of filing], then this case *still* was timely filed as the date of filing is prior to the receipt of the first UCE, albeit by the skin of its teeth.

43.  Vis-a-vis recognizing and enforcing the South Dakotan cause of action in this forum, this court is anticipated by Plaintiff to turn to Colorado's choice-of-law rules.  As such, the Colorado Supreme Court adheres to the Restatement (Second) of Torts, and therefore naturally the "Most Significant Relationship Test" will determine if South Dakota laws pertaining to unsolicited commercial electronic mail shall apply.  Upon performing a choice-of-law analysis under the "most significant relationship test", this court should find that the laws of South Dakota apply, at least for matters of unsolicited commercial electronic mail and its associated statute of limitations, for the following reasons:

44.  The plaintiff, at all times material to the complaint, is and was a resident of South Dakota with a legal residential address, drivers license, and voter registration in Sioux Falls, South Dakota. The "cause of action" occurred in the state of South Dakota.  This holds true despite the fact that plaintiff was present physically outside of the State of South Dakota at most times material, as he is a full-time traveling "digital nomad," because the **tort** being committed is **NOT** [directly] "Plaintiff

COMPLAINT

receiving the spam emails", rather the tort / cause of action that is being committed is "Spam emails were sent TO a South Dakota electronic mail address" as written into the cause of action:

SDCL 37-24-47 "*Prohibited commercial e-mail advertisements*" states:

*No person may advertise in a commercial e-mail advertisement either sent from South Dakota or to a South Dakota electronic mail address under any of the following circumstances:*

Therefore, when this court determines WHERE this cause of action occurred, vis-a-vis the "place of the wrong" it should consider that the two South Dakota email addresses in this complaint are granted their status as a South Dakota electronic mail address under the ("Definitions") of the cause-of-action specifically 37−24−14(14)(C): "*An e-mail address furnished to a resident of this state;*". For greater context, here is the relevant part of 37-24-14 pasted:

"South Dakota electronic mail address" or "South Dakota e-mail address," any of the following:

    (a)  An e-mail address furnished by an electronic mail service provider that sends bills for furnishing and maintaining that e-mail address to a mailing address in this state;

    (b)  An e-mail address ordinarily accessed from a computer located in this state; or

    (c)  An e-mail address furnished to a resident of this state;

And that particular resident (Plaintiff Joshua Lapin), is a legal resident of Sioux Falls, South Dakota:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Plaintiff presents the following exhibits on his own free will, and therefore is not violating his own privacy rights:*

And therefore, the only place where spam emails sent to these "South Dakota electronic mail addresses"...is South Dakota, and South Dakota has a valid and respectable interest in protecting its own residents from receiving unlawful unsolicited commercial emails.

45.  Secondly, the Defendant's domiciles of New York and Missouri have no bearing on the fact that it was a South Dakota resident who incurred the statutory "wrong" or "harm".  CarShield and AAS's Vehicle Service Contracts are available in South Dakota and to South Dakota residents, and those same products were advertised in all of the UCE's.  Most importantly, the Defendants had no preexisting relationship with the Plaintiff prior to the tort, and as such, ***the relationship between the parties is entirely centered around the tort which occurred in South Dakota.***

46.  As to Flex and DOE, its NY domicile has little-to-no-bearing on the laws of the states' whose residents received its many, many spam emails under its many, many untraceable domain names ("Flex Domains") [or 'Hammer Domains' for DOE], and as such has no bearing on the remedies available to the recipients of these spams, which are granted to them under their state's laws, as they have no private right of action under Federal Law (CAN-SPAM Act of 2003.)

47.  Just because the defendants **_may_** not be subject to the personal jurisdiction of the courts of South Dakota, does **NOT** mean they can legally violate its laws without consequence; this choice-of-law analysis shall remedy South Dakota's **_*possible*_** lack of personal jurisdiction over the Defendants needed to enforce its own laws, by finding that South Dakota law applies in this forum.  In other words..."if we cannot drag the defendants to South Dakota...we shall drag South Dakota Law to them." -Plaintiff Joshua Lapin

**If Court Lacks Personal OR Subject Matter Jurisdiction, Dismissal Should Be WITHOUT prejudice**

48.  Plaintiff would not agree this court lacks personal or subject matter jurisdiction, but if this court disagrees, then such a dismissal should be one "without prejudice", as such a dismissal would not be a merits determination, rather it would be an "admission" from the court that it cannot hear this matter, and as such, the plaintiff should not be barred from re-filing this suit elsewhere...as that would be an adjudication of the merits of the complaint.

**Subject Matter Jurisdiction**

49. This Colorado District Court  has subject matter jurisdiction because the amount in controversy of $53,000 exceeds $25,000, exclusive jurisdiction of this tort action is not given exclusive jurisdiction to another court (as best known to plaintiff), and one of the "main defendants" is at home in the forum.

COMPLAINT

**Venue**

50.  The 1st judicial district of Colorado – in its Golden, CO location, is the proper venue because the only in-state defendant, American Auto Shield LLC, is headquartered in Lakewood, CO, and is subject to its personal general jurisdiction.

Pro-Se Plaintiff,

Joshua Lapin

DocuSigned by:

*Joshua Lapin*

1DE3D18A0C384C1...

5/3/2022

**\*EXHIBITS A-B FOLLOW SIGNATURE\***

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

# EXHIBIT

# A

The ("Hammer UCE's") received at Plaintiff's email address thehebrewhammerjosh@gmail.com

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

5/2022                                    Gmail - Tired of spending money on car repairs?

 Gmail                                  Joshua Lapin <thehebrewhammerjosh@gmail.com>

---

**Tired of spending money on car repairs?**
1 message

---

**\*CarShield Auto Protection\*** <info.jgODu1@artintegraterealty.com>           Sat, May 22, 2021 at 3:54 AM
Reply-To: postmaster@burauges.com
To: thehebrewhammerjosh@gmail.com



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907



Deductible may apply. See Contract for Rental Car eligibility
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

5/2022                                                                        Gmail - Tired of spending money on car repairs?

 Gmail                                    Joshua Lapin <thehebrewhammerjosh@gmail.com>

## Tired of spending money on car repairs?
1 message

**'CarShield Auto Protection\*** <info.RiF7XO@artintegraterealty.com>          Sat, May 22, 2021 at 3:54 AM
Reply-To: postmaster@calayeation.com
To: thehebrewhammerjosh@gmail.com

Protect your car today with an auto
repair protection plan.
It's fast and easy!



...ed of spending money on car repairs?



Deductible may apply. See Contract for Rental Car eligibility.
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield. 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Tired of spending money on car repairs?**
1 message

**'CarShield Auto Protection*** <info.RHAT0A@artintegraterealty.com>          Sat, May 22, 2021 at 4:18 AM
Reply-To: postmaster@caddign.com
To: thehebrewhammerjosh@gmail.com



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

...ed of spending money on car repairs?



Deductible may apply. See Contract for Rental Car eligibility.
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Stop Expensive Covered Repair Costs

**M** Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**\*CarShield Offer\*** <1r0WaDwvR88w70O3EglJ5@spromsanleo.com>                 Sun, May 23, 2021 at 1:43 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@spromsanleo.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO. 80401; FLORIDA License number. W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of Carshield
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer'** <vfYbDVpD22rQsENTxC@spromsanleo.com>          Mon, May 24, 2021 at 12:41 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@spromsanleo.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield. 1597 Cole Blvd #200, Lakewood CO, 80401: FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376



Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer'** <DOJ4rhfq6wNwoAvdr@spromsanleo.com>                 Mon, May 24, 2021 at 7:11 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@spromsanleo.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

---

**Stop Expensive Covered Repair Costs**
1 message

---

**\*CarShield Offer\*** <N2qjX6QFckGeL0wY7a@siidd.inatrfoduce.com>      Wed, May 26, 2021 at 1:46 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@siidd.inatrfoduce.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email – Stop Expensive Covered Repair Costs



**GET MY FREE QUOTE TODAY**

Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Gmail - Stop Expensive Covered Repair Costs

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

## Stop Expensive Covered Repair Costs

1 message

**'CarShield Offer\*** <Qvu8rdDId0aUMca42@burle.saraction.com>
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@burle.saraction.com

Wed, May 26, 2021 at 4:23 AM

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Stop Expensive Covered Repair Costs

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer\*** <ARkjvdOAu0lgeDJxl5@betsec.inceredible.com>
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@betsec.inceredible.com

Wed, May 26, 2021 at 5:55 AM

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO. 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield. This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

5/2022          Gmail - Stop Expensive Covered Repair Costs

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**

1 message

**'CarShield Offer'** <cu7Ghl1C7VOvlD07kW7@fcre.tristphas.com>         Fri, May 28, 2021 at 4:59 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@fcre.tristphas.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

5/2022                                                    Gmail - Stop Expensive Covered Repair Costs

M Gmail                                                    Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer'** <M9YTueW8POOS3C91L0@skifer.pillago.com>                Sat, May 29, 2021 at 3:11 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@skifer.pillago.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email    ...top Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield. This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

9/2022                                    Gmail - Stop Expensive Covered Repair Costs

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**CarShield Offer*** <Nf2xML7fL5GLcoQu8P@fizes.pillago.com>          Tue, Jun 1, 2021 at 3:44 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@fizes.pillago.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907
Stop Expensive Covered Repair Costs



Deductible may apply
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail — Stop Expensive Covered Repair Costs

M Gmail                                      Joshua Lapin <thehebrewhammerjosh@gmail.com>

## Stop Expensive Covered Repair Costs

1 message

**'CarShield Offer'** <1sehAozYWlPg22oZz5Uig@spromsanleo.com>          Tue, Jun 1, 2021 at 6:13 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@spromsanleo.com

# Save Money!
# Protect your car today with a repair protection plan.



Smart - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

**'CarShield Offer'** <SxHNCl7mQDpXWM66NY1@joshtu.pseptheala.com>                    Thu, Jun 3, 2021 at 1:13 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@joshtu.pseptheala.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield. 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

...Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO. 80401, FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield. This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

**\*CarShield Offer\*** <btaga2TKMEzSNiPUsMcfD@pillago.com>                    Wed, Jun 2, 2021 at 11:48 PM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@pillago.com

# Save Money!
# Protect your car today with a repair protection plan.

## Stop Expensive Repair Costs in 2021

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Stop Expensive Covered Repair Costs

products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

**'CarShield Offer\*** <SxHNCl7mQDpXWM66NY1@joshtu.pseptheala.com>                          Thu, Jun 3, 2021 at 1:13 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@joshtu.pseptheala.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Stop Expensive Covered Repair Costs



Deductible may apply.

See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number. W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield. This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters MO 63376

**\*CarShield Offer\*** <btaga2TKMEzSNiPUsMcfD@pillago.com>
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@pillago.com

Wed, Jun 2, 2021 at 11:48 PM

# Save Money!
# Protect your car today with a repair protection plan.

Stop Expensive Repair Costs in 2021

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

9/2022                          Gmail - Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.**
1 message

**'CarShield USA'** <return.#201187669@antihan.com>                          Thu, Jun 3, 2021 at 1:16 AM
Reply-To: postmaster@gandinced.com
To: thehebrewhammerjosh@gmail.com

# SAVE BIG $$! With an Auto Repair Protection Plan!



To be removed please unsubscribe Here

In Order to Unsubscribe from this mailling list, Please Click Here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

5/2022                          Gmail - Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.

 Gmail                                                 Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.**

1 message

**'CarShield USA'** <return.#292063750@antihan.com>                          Thu, Jun 3, 2021 at 1:16 AM
Reply-To: postmaster@madvislans.com
To: thehebrewhammerjosh@gmail.com

# SAVE BIG $$! With an Auto Repair Protection Plan!



To be removed please unsubscribe Here

In Order to Unsubscribe from this mailling list, Please Click Here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Auto Repair Protection for You and Your Family. Get a F R E E Quote Today.**
1 message

**CarShield USA** <return.#217092752@antihan.com>                                        Thu, Jun 3, 2021 at 1:16 AM
Reply-To: postmaster@mossortic.com
To: thehebrewhammerjosh@gmail.com

## SAVE BIG $$! With an Auto Repair Protection Plan!



To be removed please unsubscribe Here

In Order to Unsubscribe from this mailling list, Please Click Here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

9/2022                                  Gmail - Stop Expensive Covered Repair Costs

M Gmail                                                    Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**

1 message

CarShield Auto Protection <return.#179687805@alanknave.com>              Sat, Jun 5, 2021 at 1:55 AM
Reply-To: postmaster@fromanuart.com
To: thehebrewhammerjosh@gmail.com

# <u>Stop Expensive Covered Repair Costs</u>



To be removed please unsubscribe Here

In Order to Unsubscribe from this mailling list, Please Click Here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

3/2022                                          Gmail - Stop Expensive Covered Repair Costs

# M Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

---

**Stop Expensive Covered Repair Costs**
1 message

---

**CarShield Auto Protection** <return.#870408320@alanknave.com>                    Sat, Jun 5, 2021 at 1:55 AM
Reply-To: postmaster@fairbatten.com
To: thehebrewhammerjosh@gmail.com

# Stop Expensive Covered Repair Costs

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

5/2022                                    Gmail - Stop Expensive Covered Repair Costs

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer'** <WpuU75ayUFWhDCkMhDYk@skifer.pillago.com>      Sun, Jun 6, 2021 at 12:08 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@gmail.com@skifer.pillago.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Email - Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield. 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Gmail - Stop Expensive Covered Repair Costs

 Gmail

Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Stop Expensive Covered Repair Costs**
1 message

**'CarShield Offer'** <U4DrqFalpe1n0MtdRne@wawfun.spromsanleo.com>                    Sun, Jun 6, 2021 at 2:44 AM
To: thehebrewhammerjosh@gmail.com_mod
Cc: thehebrewhammerjosh@gmail.com@wawfun.spromsanleo.com

# Save Money!
# Protect your car today with a repair protection plan.



Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Simply... Stop Expensive Covered Repair Costs



Deductible may apply.
See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

# EXHIBIT

# B

The ("KetoSoup UCE's") received at Plaintiff's email address ketosoup97@gmail.com

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: Auto Protection for You and Your Family. Get a FREE Quote Today.
**From**: CarShield USA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 28 Jul 2021 16:34:19 -0400 (EDT)
**Date Received**: Wed, 28 Jul 2021 13:34:21 -0700 (PDT)

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators; you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. NOT AVAILABLE IN CALIFORNIA.

CarShield & CarShield.com is not affiliated with any auto dealer or manufacturer. You will be
contacted by e-mail, phone, and/or text once we receive your quote submission. Texas, Wisconsin,
and Florida Residents: Contracts administered by American Auto Shield, 1597 Cole Blvd #200,
Lakewood, CO 80401; Florida License #W111454. Parts of like kind and quality may be used
including remanufactured parts. Vehicle names, logos, brands, & other trademarks featured or
referred to within CarShield are property of their respective trademark holders

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

If you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 25 Jul 2021 19:40:36 -0400 (EDT)
**Date Received**: Sun, 25 Jul 2021 16:40:38 -0700 (PDT)



### Flexible Pricing



Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection



Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup



Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

GET A FREE QUOTE

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer. CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators, you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. NOT AVAILABLE IN CALIFORNIA

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 20 Jul 2021 21:45:18 -0400 (EDT)
**Date Received**: Tue, 20 Jul 2021 18:45:21 -0700 (PDT)



### Flexible Pricing



Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection



Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup



Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

GET A FREE QUOTE

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators; you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. NOT AVAILABLE IN CALIFORNIA.

Please **unsubscribe here** to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

**Subject**: Auto Protection for You and Your Family. Get a FREE Quote Today.
**From**: CarShield USA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 20 Jul 2021 21:34:20 -0400 (EDT)
**Date Received**: Tue, 20 Jul 2021 18:34:22 -0700 (PDT)

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators; you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. **NOT AVAILABLE IN CALIFORNIA.**

CarShield & CarShield.com is not affiliated with any auto dealer or manufacturer. You will be
contacted by e-mail, phone, and/or text once we receive your quote submission. Texas, Wisconsin,
and Florida Residents: Contracts administered by American Auto Shield, 1597 Cole Blvd #200,
Lakewood, CO 80401; Florida License #W111454. Parts of like kind and quality may be used
including remanufactured parts. Vehicle names, logos, brands, & other trademarks featured or
referred to within CarShield are property of their respective trademark holders

Please **unsubscribe here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

f you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Plain

39907   1-135

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 16 Jul 2021 22:14:53 -0400 (EDT)
**Date Received**: Fri, 16 Jul 2021 19:14:55 -0700 (PDT)









### Flexible Pricing

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

GET A FREE QUOTE

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators. you determine which one is right for you
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. NOT AVAILABLE IN CALIFORNIA.

Please **unsubscribe here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: A service plan you can believe in
**From**: CarShield USA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 15 Jul 2021 16:36:49 -0400 (EDT)
**Date Received**: Thu, 15 Jul 2021 13:36:50 -0700 (PDT)

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators; you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. **NOT AVAILABLE IN CALIFORNIA.**

CarShield & CarShield.com is not affiliated with any auto dealer or manufacturer. You will be
contacted by e-mail, phone, and/or text once we receive your quote submission. Texas, Wisconsin,
and Florida Residents: Contracts administered by American Auto Shield, 1597 Cole Blvd #200,
Lakewood, CO 80401; Florida License #W111454. Parts of like kind and quality may be used
including remanufactured parts. Vehicle names, logos, brands, & other trademarks featured or
referred to within CarShield are property of their respective trademark holders

Please **unsubscribe here** to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

f you no longer wish to receive our emails, click the link below:

Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Plaint

39907

1-138

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 12 Jul 2021 13:13:26 -0400 (EDT)
**Date Received**: Mon, 12 Jul 2021 10:13:28 -0700 (PDT)









### Flexible Pricing

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer: CarShield is a nationwide company marketing vehicle service contracts
on behalf of 3rd party administrators; you determine which one is right for you.
Deductible may apply. Coverage, deductibles, and claims payment vary depending on
vehicle age, mileage, preexisting conditions and program selected. Routine maintenance
is required at your expense along with repairs not covered by your contract.
Repairs can be completed by a ASE Certified mechanic. Rental Car eligibility determined
by contract chosen. Program(s) available in most states. NOT AVAILABLE IN CALIFORNIA.

Please **unsubscribe here** to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: A service plan you can believe in
**From**: CarShieldUSA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 8 Jul 2021 09:32:25 -0400 (EDT)
**Date Received**: Thu, 8 Jul 2021 06:32:27 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield. This email was sent to you by the 3rd party, not from CarShield itself.

f you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject:** Your budget can count on this coverage
**From:** CarShield USA <delivered@emails-jobsdelivered.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 7 Jul 2021 16:49:21 -0400 (EDT)
**Date Received:** Wed, 7 Jul 2021 13:49:23 -0700 (PDT)



## Don't Spend Your Tax Return On Auto Repairs! Call CarShield Before They Happen.

Use your tax refund to get a customized vehicle service plan from America's #1 Auto Protection Company, Carshield.

**GET YOUR FREE QUOTE**

Call Today To Get Started: **1-800-713-3226**



Prices as low as

## $99/mo

{Pricing varies.}

**GET A FREE QUOTE**

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject:** Your budget can count on this coverage
**From:** CarShield USA <delivered@emails-jobsdelivered.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Tue, 6 Jul 2021 19:31:02 -0400 (EDT)
**Date Received:** Tue, 6 Jul 2021 16:31:05 -0700 (PDT)





Disclaimer  Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield
This email was sent to you by the 3rd party, not from CarShield itself.

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

**Subject**: Protection you can trust
**From**: CarShield <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Sat, 3 Jul 2021 19:05:37 -0400
**Date Received**: Sat, 3 Jul 2021 16:09:47 -0700 (PDT)



Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Dr. St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

**Subject:** Your budget can count on this coverage
**From:** CarShield USA <delivered@emails-jobsdelivered.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 30 Jun 2021 22:29:00 -0400 (EDT)
**Date Received:** Wed, 30 Jun 2021 19:29:02 -0700 (PDT)





Disclaimer. Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St Peters, MO 63376

CarShield operates only in the United States
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Unsubscribe

Jobs Delivered PO Box 4668 #85819 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: A vehicle protection plan you can count on
**From**: CarShield USA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 30 Jun 2021 14:35:10 -0400 (EDT)
**Date Received**: Wed, 30 Jun 2021 11:35:12 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield**, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

If you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: 1 Minute Of Your Time Could Save You Up To 30% On Potential Car Repairs
**From**: CarShield USA <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 30 Jun 2021 10:15:53 -0700
**Date Received**: Wed, 30 Jun 2021 10:38:23 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent
nationwide company marketing vehicle service contracts administered by American Auto Shield,
1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind
and quality may be used including remanufactured parts. Coverage not available in California.

Please Opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

**Subject**: 1 Minute Of Your Time Could Save You Up To 30% On Potential Car Repairs
**From**: CarShield USA <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 29 Jun 2021 05:34:36 -0700
**Date Received**: Tue, 29 Jun 2021 05:53:25 -0700 (PDT)



Call today to get started:
**1-800-713-3226**

# SAVE THOUSANDS ON AUTO REPAIRS

GET A FREE QUOTE

We offer a variety of plans to suit your needs and budget.

## Buy coverage on your terms.

CarShield continues beyond your manufacturer's warranty to cover potential vehicle repair costs – and beyond industry standards to offer month-to-month coverage for a low, fixed price.







### Flexible Pricing

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

GET YOUR FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please Opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, <u>click here</u>

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Plain

39907   1-153

**Subject**: Protection you can trust
**From**: CarShield <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 28 Jun 2021 17:21:13 -0400
**Date Received**: Mon, 28 Jun 2021 14:28:05 -0700 (PDT)





1-800-713-3226



# Get high level of vehicle protection for a low month-to-month cost!

GET A FREE QUOTE

## Can you afford not to be covered?

| Without Coverage | With CarShield |
|---|---|
| Engine **$3,438** | $0 |
| Transmission **$2,324** | $0 |
| Transmission **$1,029** | $0 |

**Deductible May Apply**

GET YOUR FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please **unsubscribe here** to opt out of future e-mailings
333 Mid Rivers Mall Dr. St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Mon, 28 Jun 2021 13:55:00 -0400 (EDT)
**Date Received**: Mon, 28 Jun 2021 11:25:02 -0700 (PDT)





Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO. 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield
This email was sent to you by the 3rd party, not from CarShield itself

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Plain

33907  1-157

**Subject**: 24-Hour Roadside Assistance! Protect Your Car Today!
**From**: CarShield USA <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 27 Jun 2021 23:14:09 -0700
**Date Received**: Sun, 27 Jun 2021 23:15:09 -0700 (PDT)



## Buy our coverage on your terms.

CarShield goes beyond your manufacturer's warranty to cover potential
vehicle repair costs – and beyond industry standards to offer
month-to-month coverage for a low, fixed price.



### Flexible Pricing

Your monthly cost is
based on the year,
make, model and
mileage of your vehicle.
Prices start as low as
$99 per month.



### Reliable Protection

Drive with more
peace-of-mind, knowing
your vehicle and budget
are protected from
the unexpected.



### Easy Startup

Call us with your Vehicle
Identification Number
(VIN) and current
mileage to get your
quote. Coverage
starts 20 days after
you sign up.

**GET YOUR FREE QUOTE**

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent
nationwide company marketing vehicle service contracts administered by American Auto Shield,**
1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind
and quality may be used including remanufactured parts. Coverage not available in California.

Please **opt-out here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, <u>click here</u>

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: Can't Afford Auto Breakdown Protection? Now You Can!
**From**: CarShieldQuote <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sat, 26 Jun 2021 01:51:42 -0700
**Date Received**: Sat, 26 Jun 2021 01:57:51 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: CarShield Free Quote
**From**: CarShieldUSA <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 25 Jun 2021 18:39:22 -0700
**Date Received**: Fri, 25 Jun 2021 18:48:00 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent
nationwide company marketing vehicle service contracts administered by American Auto Shield,
1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind
and quality may be used including remanufactured parts. Coverage not available in California.

Please opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive. St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, **click here**

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thu, 24 Jun 2021 12:26:23 -0400 (EDT)
**Date Received**: Thu, 24 Jun 2021 09:26:27 -0700 (PDT)





Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Unsubscribe

Jobs Delivered PO Box 4068 #65919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: An Auto Protection Plan will protect you from costly auto repairs.
**From**: CarShield USA <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 23 Jun 2021 08:33:35 -0400 (EDT)
**Date Received**: Wed, 23 Jun 2021 05:33:37 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

f you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

Plain

39907

1-166

**Subject**: Can't Afford Auto Breakdown Protection? Now You Can!
**From**: CarShield USA <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 23 Jun 2021 04:06:32 -0700
**Date Received**: Wed, 23 Jun 2021 04:37:13 -0700 (PDT)





Call today to get started:
**1-800-713-3226**



SAVE THOUSANDS ON AUTO REPAIRS

GET A FREE QUOTE

We offer a variety of plans to suit your needs and budget.

# Buy coverage on your terms.

CarShield continues beyond your manufacturer's warranty to cover potential vehicle repair costs – and beyond industry standards to offer month-to-month coverage for a low, fixed price.







### Flexible Pricing

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices start as low as $99 per month.

### Reliable Protection

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

### Easy Startup

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote. Coverage starts 20 days after you sign up.

GET YOUR FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield,** 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please **opt-out here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, <u>click here</u>

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject:** 24-Hour Roadside Assistance! Protect Your Car Today!
**From:** CarShield USA <updates@nationalsurveysonline.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Tue, 22 Jun 2021 01:09:46 -0700
**Date Received:** Tue, 22 Jun 2021 01:13:34 -0700 (PDT)





Prices as low as

$**99**/mo

(Pricing varies.)

GET A FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

**Subject**: Protection you can trust
**From**: CarShield <newsletter@rumorfox.com>
**To**: Joshua Lapin <ketosoup97@gmail.com>
**Date Sent**: Mon, 21 Jun 2021 21:51:51 -0400
**Date Received**: Mon, 21 Jun 2021 18:59:53 -0700 (PDT)

  



Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Dr. St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: An Auto Protection Plan Will Protect You From Costly Auto Repairs.
**From**: CarShield USA <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 20 Jun 2021 23:13:40 -0700
**Date Received**: Sun, 20 Jun 2021 23:14:40 -0700 (PDT)

 

Call today to get started:
**1-800-713-3226**

# USA's #1
# Auto Protection Company

GET A FREE QUOTE



Save **$1,000s** on Car Repairs

  

**Flexible Pricing**

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices as low as $99 per month.

**Reliable Protection**

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

**Easy Startup**

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote.

GET A FREE QUOTE

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield,** 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please Opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: Your budget can count on this coverage
**From**: CarShield USA <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 20 Jun 2021 22:26:10 -0400 (EDT)
**Date Received**: Sun, 20 Jun 2021 19:26:12 -0700 (PDT)





Prices as low as

# $99/mo

(Pricing varies.)

GET A FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200. Lakewood CO. 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: Can't Afford Auto Breakdown Protection? Now You Can!
**From**: CarShieldQuote <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sat, 19 Jun 2021 05:54:30 -0700
**Date Received**: Sat, 19 Jun 2021 06:00:33 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield** is **an independent nationwide company marketing vehicle service contracts administered by American Auto Shield**, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please **Opt-out here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: CarShield Free Quote
**From**: CarShieldUSA <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Fri, 18 Jun 2021 20:42:51 -0700
**Date Received**: Fri, 18 Jun 2021 20:51:41 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield,** 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please Opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Plain

39907

1-175

**Subject:** Protection you can trust
**From:** CarShield <newsletter@rumorfox.com>
**To:** Joshua Lapin <ketosoup97@gmail.com>
**Date Sent:** Wed, 16 Jun 2021 18:56:54 -0400
**Date Received:** Wed, 16 Jun 2021 16:12:43 -0700 (PDT)

 



Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Dr. St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

This email is intended for ketosoup97@gmail.com.
Update your preferences or Unsubscribe

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: 1 Minute Of Your Time Could Save You Up To 30% On Potential Car Repairs
**From**: CarShield USA <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wed, 16 Jun 2021 04:07:52 -0700
**Date Received**: Wed, 16 Jun 2021 04:18:00 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield,** 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject:** Your budget can count on this coverage
**From:** CarShield USA <delivered@emails-jobsdelivered.com>
**To:** ketosoup97@gmail.com
**Date Sent:** Wed, 16 Jun 2021 05:19:52 -0400 (EDT)
**Date Received:** Wed, 16 Jun 2021 02:19:54 -0700 (PDT)





Prices as low as

# $99/mo

(Pricing varies.)

GET A FREE QUOTE

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO. 80401. FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States
You are receiving this email based on your previously expressed interest in products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: 24-Hour Roadside Assistance! Protect Your Car Today With A Vehicle Service
**From**: CarShield USA <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tue, 15 Jun 2021 01:11:30 -0700
**Date Received**: Tue, 15 Jun 2021 01:49:45 -0700 (PDT)

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. CarShield is an independent
nationwide company marketing vehicle service contracts administered by American Auto Shield,
1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind
and quality may be used including remanufactured parts. Coverage not available in California.

Please **Opt-out here** to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

**Subject**: 24-Hour Roadside Assistance! Protect Your Car Today!
**From**: CarShield USA <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sun, 13 Jun 2021 23:19:54 -0700
**Date Received**: Sun, 13 Jun 2021 23:29:17 -0700 (PDT)

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

 

Call today to get started:
**1-800-713-3226**

# USA's #1
# Auto Protection Company

**GET A FREE QUOTE**



## Save **$1,000s** on Car Repairs

  

**Flexible Pricing**

Your monthly cost is based on the year, make, model and mileage of your vehicle. Prices as low as $99 per month.

**Reliable Protection**

Drive with more peace-of-mind, knowing your vehicle and budget are protected from the unexpected.

**Easy Startup**

Call us with your Vehicle Identification Number (VIN) and current mileage to get your quote.

**GET A FREE QUOTE**

Sign Envelope ID: 837E4B1C-5F38-4201-8F21-B4154C478907

Disclaimer: Deductible may apply. See Contract for Rental Car eligibility. **CarShield is an independent nationwide company marketing vehicle service contracts administered by American Auto Shield.** 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Please opt-out here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters, MO 63376

CarShield operates only in the United States.
You are receiving this email based on your previously expressed interest in
products or services through an affiliate marketing partner of CarShield.
This email was sent to you by the 3rd party, not from CarShield itself.

To unsubscribe, click here