UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

      Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

      Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF CHARLES W. GIBSON ON BEHALF OF DEFENDANT FLEX MARKETING GROUP, LLC**

Charles W. Gibson, pursuant to D.C.COLO.LAttyR 5(a), certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel in this matter for Defendant Flex Marketing Group, LLC.

|  |  |
|---|---|
| Dated:  June 22, 2022. | Respectfully submitted,<br><br>*s/ Charles W. Gibson*<br>Craig R. May<br>Charles W. Gibson<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone:   303.244.1800<br>Facsimile:    303.244.1879<br>Email:   may@wtotrial.com<br>             gibson@wtotrial.com<br><br>Attorneys for Flex Marketing Group, LLC |

2

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on June 22, 2022, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE OF CHARLES W. GIBSON ON BEHALF OF DEFENDANT FLEX MARKETING GROUP, LLC** with the Clerk of Court using the CM/ECF system and served it on Plaintiff at the below address:

- **Joshua Lapin**
  401 E. 8th St., Suite 214 PMB 7452
  Sioux Falls, SD 57103

*s/ Mary Davis*