UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE OF DEREK A. NEWMAN ON BEHALF OF DEFENDANT FLEX MARKETING GROUP, LLC**

Derek A. Newman, pursuant to D.C.COLO.LAttyR 5(a), certifies that he is a member in good standing of the bar of this Court and enters his appearance as counsel in this matter for Defendant Flex Marketing Group, LLC.

Dated: June 24, 2022                                Respectfully Submitted,

                                                                                  s/ Derek A. Newman
                                                                                  Derek A. Newman
                                                                                  Newman Du Wors LLP
                                                                                  2101 Fourth Avenue, Suite 1500
                                                                                  Seattle, WA 98121
                                                                                  Telephone:   (206) 274-2800
                                                                                  Facsimile:     (206) 274-2801
                                                                                  Email:           *dn@newmanlaw.com*

                                                                                  Attorney for Defendant
                                                                                  Flex Marketing Group, LLC

## CERTIFICATE OF SERVICE

I, Alexis Brewer, hereby certify that a true and complete copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF DEREK A. NEWMAN ON BEHALF OF DEFENDANT FLEX MARKETING GROUP, LLC** has been filed with the Clerk of Court using the CM/ECF system and served on Plaintiff at the below address:

Joshua Lapin
401 E. 8th St., Suite 214 PMB 7452
Sioux Falls, SD 57103

Dated: June 24, 2022                                s/ Alexis Brewer
                                                                  Alexis Brewer