DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/21/2022

Joshua Lapin aka "The Hebrew Hammer"
Email: thehebrewhammerjosh@gmail.com
Fax: (605) 305-3464

Recipients:

Michael Held by email michael@flexmg.com,
Flex Marketing LLC by email: info@flexmg.com
Flex Marketing LLC C/O its CEO Paul Lieberman by email: paul@flexmg.com

Michael Held and Flex Marketing LLC through the email addresses of their plentiful anonymously-registered domains, as follows:
updates@buzzbarrell.com, info@ConsumerDigitalSurvey.com, info@Dealzingo.com,
info@DLZoffers.com, customerservice@drivingmarketinggroup.com, info@drivingmarketinggroup.com,
info@Jobsdelivered.co, customerservice@enrichedtechnologies.com,
customerservice@exigentmediagroup.com, info@nationaldigitalsurvey.com, info@JobShark.co,
info@NationalProductTesting.com, info@rumorfox.com, info@surveyandgetpaid.com,
info@thebestcreditcheck.com, info@thefreetree.co, info@TurnMyHeadMediaGroup.com,

Michael Held and Flex Marketing LLC through the email addresses which appear in the 'from lines of the UCE's:newsletter@rumorfox.com, updates@buzzbarrelreview.com, delivered@emails--jobsdelivered.com, info@jobsdeliver.com, info@jobsharknl.com, contact@dzlosurverys.com,
contact@entirelybelieve.com, updates@expectcarecare.com, contact@nationalshoppersurvey.com,
updates@nationalsurveysonline.com,,

Michael Held and Flex Marketing LLC through the 'registrant email address' as they appear in the whois of the sending domains, and other domains associated therewith, to the extent not included elsewhere:
dealzingocustomerservice@gmail.com, motivatedtechnicianmarketing@gmail.com,
info@explorexmedia.com, chrisjamesonnwp@gmail.com, rumorfox@gmail.com, info@tips-fromthe-chef.com,

To Moniker Online Services, LLC, whom is the "registrar" for most of the sending domains, by email:
abusereport@moniker.com

To DNC Holdings, Inc, whom is the "registrar" for at least one sending domain
'newsletter@rumorfox.com', and is also the registrar for many other domains associated therewith, by
email: abuse@directnic.com

## Pre-Litigation Demand Letter and NOTICE TO PRESERVE EVIDENCE

1) This is Joshua Lapin, a South Dakota resident at all times material to this demand, hereinafter
("Plaintiff"), ("Recipient"), or ("I")

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

2)  This demand and notice to preserve is directed towards Michael Held, as an individual and in his personal capacity, and as CEO of Flex Marketing Group LLC, and also is directed towards Flex Marketing Group LLC, collectively referred to hereinafter as ("John Doe"), ("Sender"), ("Initiator"), ("Registrant"), or ("YOU") amongst other applicable titles.

3)  The individual(s) and compan(ies) and business entit(ies) referred to in #2 are not to be confused with, conflated with, or used interchangeably with ("Advertisers"), which refer to clients of Initiator, or at very least…individuals/companies that have a preexisting relationship with Initiator, who have advertised in the unsolicited commercial emails ("UCE's") that are alleged to have been sent by Initiator.  The Advertisers, at least for the limited purposes of THIS demand and THIS litigation, are not alleged to have directly sent any UCE's themselves; such a role is reserved for the Initiators.  To be sure, for any and all purposes material, the UCE's associated with the Advertisers are the same ones associated with the Initiator(s), except as otherwise specified.

4)  Plaintiff is informed and believes and alleges that Initiator sent 2107 UCE's on behalf of its Advertisers, and that these UCE's are unlawful under SDCL 37-24-41, 37-24-47, and 37-24-48, hereinafter ("SD Anti-Spam Law"), for which Plaintiff has a private right of action available to him pursuant to SDCL 37-24-48(2) "Liquidated damages of one thousand dollars for each unsolicited commercial e-mail advertisement".

5)  Plaintiff alleges he has not provided ("Direct Consent") 37-24-41(3), nor has a ("Preexisting or current business relationship,") 37-24-41(11) with the Advertisers or Initiator.

6)  The Advertisers, as described in Paragraph 3, and by 37-24-41(1), include but are not limited to the following entities:  Choice home warranty, C4R Media Corp, Reach-X, llc, LCE Holdings, LLC, Conversion Squared Corporation dba C2 Media Corp, Flatiron Media LLC, Sin City Diabetics LLC, Renown Holdings Inc, Direct Agents, Inc, Transfor Digital Media Marketing Inc, Spark Networks Services GmbH, JoeTec Networks Inc, On The Barrelhead, LLC, HBI Labs Inc, Dish Wireless L.L.C, Tello, LLC, Selinger Law Group, Nutrisystem Inc, "CashHound", Qualify Medicare, LLC, Save Advisers, LLC, Grocery deliver e-services USA Inc dba "HelloFresh", hear.com LLC, Bestow Agency LLC, Octane Fire Marketing Inc, South University, Edge Financial, Inc, Hims and Hers Health, Inc, lacuna ventures, llc, AlliedCoverage LLC, MyQualityCoverage LLC, Total Card Inc, DealDash Inc, AmeriSave Mortgage Corporation, Madera Digital LLC, Digital Adversary Marketing Ltd, Warby Parker Inc, Lyft Inc, JB Virtual Enterprises Inc,  Age of Learning, Inc ("abcmouse.com"), Cool Offers Inc, Sesam Ltd, Aspiration Partners Inc, "MyGrantResource", "Stickr LLC,", EverQuote Inc, Arizona State University, Columbia International University, Zebit Inc, Greenlight Financial Technology, Inc, Continental Finance LLC, Optima Tax Relief LLC, Davison Design & Development, Inc, scentbird inc, Reliant Holdings, Inc, Sincerely LLC, McBurberod Financial, Inc, Aktibo, Inc. d/b/a Sproutt, Spark Revenue LLC, Career Karma, Inc, MH Sub I, LLC, FIDELITY LIFE ASSOCIATION, Private Records LLC, One Technologies LLC, NRRM LLC, Sandviks, Inc, Wine.com Inc, NortonLifeLock Inc, government employees insurance company ("Geico"), Gerber Life Insurance Co, Green Dot Corporation, Rapid Response Marketing, The People Searchers LLC, Gold Alliance Capital Inc, Avant of Washington,     LLC, Netspend Corporation, Neighbor Storage, Inc, Colorado Christian

University, Liberty University, CreditRepair.com, Inc, Lexington Law Firm, Progrexion Holdings Inc, Vision Path, Inc, Net Media1, LLC dba Daily Finance Group.

7. The ("Advertisers") in #6 is non-exhaustive, and various DOE Advertisers "0-100" will be named in this complaint until they can be identified through discovery.

4) Plaintiff is informed and believes and alleges that SD Anti-Spam law was violated at *least* twice in every single UCE. SDCL 37-24-47 is pasted below for reference, with the most relevant subsections in bold:

No person may advertise in a commercial e-mail advertisement either sent from South Dakota or sent to a South Dakota electronic mail address under any of the following circumstances:

**Section 37-24-47 - Prohibited commercial e-mail advertisements**

**(1) The e-mail advertisement contains or is accompanied by a third-party's domain name without the permission of the third party;**
**(2) The e-mail advertisement contains or is accompanied by falsified, misrepresented, or forged header information;**
(3) The e-mail advertisement has a subject line that a person knows would be likely to mislead a recipient, acting reasonably under the circumstances, about a material fact regarding the contents or subject matter of the message.

5) Beginning with SDCL 37-24-47(1), each and every UCE "contains [and is] accompanied by a third party's domain name without the permission of the third party" because each and every UCE contains domain names owned by (Infusionsoft dba Keap) OR (J2 Global) OR (Lyris Inc / Aurea Inc).

   I allege that you used-and-abused all three companies' email marketing platform's to send UCE, in direct and overwhelming violation of those companies' marketing platforms' terms of service.

   All three companies have expressly stated in their terms and conditions, which you are alleged to have violated with negligent or intentional disregard…that lists are to be "100% opt-in" "direct consent", or other similar no-nonsense approach towards the consent that is required in order for YOU to send emails through their marketing platforms. Therefore, the use of ANY part of their service in conjunction with these UCE's, including their domains, is used "without their permission".

   Beginning with Keap, the following important conditions appear in their Acceptable Use Policy (AUP):

A)  All email lists used in conjunction with the services provided by Us are required to be 100% solicited (opt-in) lists…
B)  Bartering, purchasing or renting lists of names and sending e-mails to those people is strictly prohibited, and marketing lists containing email addresses cannot be shared/duplicated/transferred between Our individual applications.
C)  You may not use the Services to, nor allow its users or
any third- party to use the Service to: Generate or facilitate unsolicited commercial email
(spam), including without limitation:  sending communications or email in violation of the CAN-

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

SPAM Act or any other applicable anti- spam law or regulation; sending unauthorized mail via open, third- party servers; sending email to users who have requested to be removed from a mailing list; marketing to any lists whose recipients did not express explicit consent to receive such marketing material; selling to, exchanging with, sharing with or distributing to a third party personal information, including the email addresses of any person without such person's knowing
and continued consent to such disclosure; or sending unsolicited emails to significant numbers of email addresses belonging to individuals and/or entities with whom you have no preexisting relationship...[inter alia]...Create a false identity for the purpose of misleading others, impersonate another person, entity or Us (via the use of an email addressor otherwise) or otherwise misrepresent the source of any communication….[inter alia]...Generate or facilitate any communications (including without limitation, SMS, MMS, or other text messages, calls, faxes, or push notifications) in violation of the Telephone Consumer Protection Act, the Do- Not- Call Implementation Act, or any other applicable law including anti- spam, telemarketing or telephone consumer protection laws or regulations. Violate any applicable policy, terms of use, or agreement
with Us, including without limitation, Our Terms of Use, the Click to Call / Click to Text Beta Service Terms of Use, and DMCA Policy, as may be updated or amended from time to time; or
Violate any other applicable laws or regulations.
D) You may not, and may not allow any third- party, including Your users, to use the Services to display, store, process or transmit, or permit use of Services to display, store, process or transmit (collectively the "Prohibited Material"): Material that infringes or misappropriates, or uses without
appropriate consent, a third party's intellectual property or proprietary rights;...[inter alia]…

You may verify this for yourself…Keap's acceptable use policy is available here:
https://keap.com/legal/aup

For J2 Global, approximately 350 of the UCE's were sent through their campaigner platform.  They have a clear "terms of service" agreement with the following important terms:

A: You agree to comply with
all applicable laws, regulations, or conventions including those related to Do-Not-Call provisions, email marketing, anti-spam, anti-phishing, data privacy, international communications, and export of technical or personal data.
B: You are fully responsible for the content of your transmissions through the Services and agree and acknowledge that you are the creator of all content.
C: ...J2 Global prohibits the use of the Services or
web sites by any person or entity that, encourages, promotes, provides, sells or offers to sell products or content relating to illegal or fraudulent activities (or services related to the same): including, but not limited to, illegal drugs; pirated computer programs; instructions on how to assemble or otherwise make bombs, grenades or other weapons; material that exploits children, encourages violence, **spam**, obscenity/sexually explicit, and similar activities.

D: The transmission of unsolicited telemarketing phone calls, faxes and email is regulated in the United States under the Telemarketing Sales Rule*, the Federal Telephone Consumer Protection Act*, the Can-Spam Act*, as well as other statutes and regulations, and in Canada under the Telecommunications Act*, the Unsolicited Telecommunications

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

Rules* and PIPEDA* and may also be regulated under the laws of a number of other
countries, states and provinces. Unsolicited marketing in violation of such laws
through the Services is prohibited and a material violation of this Agreement.

You may find this agreement here, amongst other places
https://media.clubhouseonline-e3.com/CSB/public/terms.htm

Third and finally, Lyris Inc, and its parent Aurea Inc, have a "Terms of Use" agreement for its email
marketing services, and sending unsolicited commercial email is similarly prohibited, in terms listed
below:

A)  Customer may not use the Services to send unsolicited

email, whether it be commercial or non-commercial, and/or commercial email containing any

deceptive, unsubstantiated, or unfair marketing claim (collectively, "Spam").
B)  Customer's email will be considered unsolicited if Customer's membership addresses are not 100%
opt-in by Customer's members. If Customer's email addresses came from harvesting, a purchased email
list, another mailing list (even with the approval of t he ot her list owner or Service Provider), or are
compiled by any method other than by direct subscription from Customer's members, then all messages
sent to such addresses will be considered Spam under these Terms of Use.
C)  Customer's email will be considered Spam if it: (i) contains one or more deceptive or unsubstantiated
claims regarding products or services; and/or (ii) furthers, constitutes, or consists of an unfair business
practice.
D) [Under "Other Unacceptable Uses"]  "Send email with an invalid "From:" or "Reply-to:" address. All
messages posted to Customer's list must contain valid email addresses that accurately reflect the sender's
identity."
E) Transmit any unlawful, harmful, threatening, abusive, harassing, defamatory, vulgar, obscene, or
hateful content or content that is racially, ethnically, or otherwise objectionable, or that infringes
upon the rights of any third party [Paragraphs 8-12], as determined by Service Provider.

F)  Impersonate any person, including, but not limited to, an official of Service Provider or an
information provider, or communicate under a false name or a name t hat Customer is not entitled
or authorized to use.
G) Intentionally or unintentionally violate any applicable local, state, national, or international law,
including, but not limited to, any regulations having the force of law.
H) Customer agrees to use the Services only for lawful purposes.
You may find those terms here: https://www.aurea.com/legal/aurea-email-marketing-saas-terms/
A few example of domains belonging to Keap / Aurea / J2 Global are:

Domains belonging to Keap contained in the UCE's
https://fk934.infusion-links.com/api/v1/click/4967282494537728/4604439912906752
https://wu782.infusion-links.com/api/v1/click/5798708781645824/5772670223646720
https://cu939.keap-link003.com/api/v1/click/6187884710592512/5204545628405760
https://ge972.infusion-links.com/api/v1/click/4585531730427904/5158501028855808

https://wu782.infusion-links.com/api/v1/click/4740095854116864/5772670223646720

https://wu782.keap-link005.com/api/v1/click/6244183217405952/5772670223646720

so on and so fourth.

Domains belonging to Aurea contained in the UCE's

http://www.uptilt.com/c.html?ufl=7&rtr=on&s=lmzp,2r8uz,5mvg,2j59,5fbx,abrp,iyxi&EMAIL_ADDRE
SS=ketosoup97@gmail.com

http://www.uptilt.com/c.html?ufl=6&rtr=on&s=lmzp,2r829,5o9t,jvrk,32ro,9ib2,icjd&EMAIL_ADDRES
S=ketosoup97@gmail.com

http://www.elabs6.com/c.html?ufl=5&rtr=on&s=7cn9g,2wcgr,ccrb,11ak,49ku,7qrb,2ub4&EMAIL_ADD
RESS=ketosoup97@gmail.com

http://www.elabs6.com/c.html?ufl=5&rtr=on&s=7cn9g,2wc45,ccrb,79mw,22e9,7qrb,2ub4&EMAIL_AD
DRESS=ketosoup97@gmail.com

http://www.elabs6.com/c.html?ufl=5&rtr=on&s=7cn9g,2wdm8,ccrb,bjt6,3wkf,7qrb,2ub4&EMAIL_ADD
RESS=ketosoup97@gmail.com


Domains belonging to J2 Global contained in the UCE's

http://link.emaildir2.com/click/3uzc-2eogy6-7dsyp4-
h91h30g0/pmreg33oorqwg5boivwwc2lmei5ce23forxxg33voa4toqdhnvqws3bomnxw2it5

http://link.emaildir2.com/click/3uzc-2f0p53-9cqkud-h91h30g4/

http://link.emaildir2.com/click/3uzc-2exse9-8wyv4n-h91h30g5/

http://link.emaildir2.com/click/3uzc-2evwz4-8o303j-
h91h30g0/pmreg33oorqwg5boivwwc2lmei5ce23forxxg33voa4toqdhnvqws3bomnxw2it5

so on and so fourth…


All of those domains, of course, being used without the permission [and the express prohibition] of the third party (Aurea / Keap / J2 Global).


6) Continuing onto the second alleged violation (per UCE), vis à vis SDCL 37-24-47(2), each and every one of the UCE's "**contains or is accompanied by falsified, misrepresented, or forged header information;**"


While SD Anti-Spam law has very little caselaw of its own, any/all of its subsections that are not preempted by Federal Law, that are in any way material to this action, are nearly 100% identical copy-and-paste to Business and Professions Code 17529.5 ("CA Anti-Spam Law"), a law which I am informed and believe you are familiar with already.  The "prohibited email advertisements" from SDCL 37-24-47 are virtually identical to 17529.5 BPC.  The "definitions" from SDCL 37-24-41 are virtually identical to the "definitions" from 17529.1. BPC, and the "action for damages" from SDCL 37-24-48 are identical to the bottom-half of 17529.5, which similarly prescribes $1000/email statutory liquidated damages.  Therefore, California's 9th circuit (as opposed to South Dakota's 8th circuit), has seen MUCH more spam litigation, and has interpreted the "near-identical" terms of the SD/CA spam law(s).


As such, 'from' domain names which are untraceable to the sender through a whois search are considered to be materially falsified / misrepresented because they are untraceable to the sender, even if/when the ("advertiser") is sufficiently identified.  Further, the 9th circuit held in Greenberg V Digital Media

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

Solutions that "Recipients of unsolicited commercial emails could maintain a claim under Bus. & Prof. Code, § 17529.5, subd. (a)(2), against an advertiser based on allegations that its marketing partners had concealed their identities by using untraceable domain names because header information in a commercial e-mail was falsified or misrepresented when the domain name neither identified nor was readily traceable to the sender, advertisers could be liable for marketing agents' misconduct even when an advertiser was sufficiently identified, and the existence of an agency relationship was a fact issue;"

This finding of law could not be more relevant to this dispute herein, as the advertisers are "sufficiently identified" in *many* of the UCE's, but YOU are not.  Your ("Advertisers") are strictly liable for the sender's concealment (YOUR CONCEALEMENT).   YOU have made the conscious decision to A: Register many of your domains by proxy, with "REDACTED FOR PRIVACY" appearing in lieu of any traceable contact information for the "registrant".   YOU have decided to use fanciful domains in lieu of your real name and identity, and in many of the UCE's, YOU have put fictitious names in the registrant field, in lieu of an actual person or entity which can be held accountable.  For example, Registrant data of "Dealzingo", "DLZ Offers", "Lincoln Smith", "Consumer Concierge", "Lincoln Log Networks, LLC", and "DLZOffers" are not REAL business entities, traceable to any real person or entity…neither are they registered trade names, fictitious names, or dba's.  Plaintiff can personally vouch he has attempted for MONTHS to identify you and has been unable to through whois data, or any reasonable means whatsoever. Further, PO BOX 4668, in the states of New York and New Jersey respectively, are owned by "Earth Class Mail" and not by YOU. Your sub-po box rented from them is entirely untraceable to YOU through whois or any other means.  Finally, Lincoln Log Networks, LLC appears to…not even exist.

The "terms and conditions" and "privacy policy" for your many, many, many websites, including but not limited to the ones used as 'sending domains', are garbled and mixed up.  (eg the TOS for one site such as NationalDigitalSurvey being used as the TOS/ privacy policy for several other sites, etc).

This type of using many, fancified, untraceable domain names from which to send UCE has a name…it's called "Snowshoe spamming", and it *appears* to be similar to the tactic [allegedly] used by Michael Persuad: https://www.azcentral.com/story/news/local/scottsdale-breaking/2017/02/09/scottsdale-man-michael-persaud-indicted-email-snowshoe-spamming/97698468/

You too, [are alleged to] have gone to INCREDIBLE lengths to conceal your identity, and remain unidentifyable by the recipients of your emails.  You have done this in conjunction with the use-and-abuse of legitimate  email marketing platforms to carry it out…in conjunction with snowshoe spamming. You and Persaud would *appear* to share similar tactics and business models.

Your fancified and untraceable domain names' whois data is pasted, beginning on the next page, for your convenience.  Some of these were used as 'sending domains', while others are not:

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                ConsumerDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

**— Website**

| Website Title | 🔴 500 SSL negotiation failed: |
| --- | --- |
| Response Code | 500 |
| Terms | 2,644 (Unique: 696, Linked: 57) |
| Images | 12 (Alt tags missing: 12) |
| Links | 27  (Internal: 1, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: CONSUMERDIGITALSURVEY.COM
Registry Domain ID: 1920652086_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2015-04-17T12:04:38Z
Registrar Registration Expiration Date: 2023-04-17T12:04:38Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Dealzingo
Tech Street: PO Box 4668 #85919
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                          DealZingO.com WHOIS, DNS, & Domain Info - DomainTools

| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) | |
|------|------|------|
| Domain Status | Registered And Active Website | |
| IP History | 36 changes on 36 unique IP addresses over 15 years | ➜ |
| Registrar History | 3 registrars with 2 drops | ➜ |
| Hosting History | 12 changes on 9 unique name servers over 14 years | ➜ |

**▬ Website**

| Website Title | None given. | ➜ |
|------|------|------|
| Server Type | cloudflare | |
| Response Code | 349 | |
| Terms | 2,658 (Unique: 697, Linked: 56) | |
| Images | 6 (Alt tags missing: 6) | |
| Links | 27  (Internal: 2, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: DEALZINGO.COM
Registry Domain ID: 1888495064_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-30T10:00:52Z
Creation Date: 2014-12-03T10:51:39Z
Registrar Registration Expiration Date: 2022-12-03T10:51:39Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                              DlzOffers.com WHOIS, DNS, & Domain Info - DomainTools

**━ Website**

| Website Title | 🚫 500 SSL negotiation failed: | ➦ |
|---|---|---|
| Response Code | 500 | |
| Terms | 149 (Unique: 84, Linked: 1) | |
| Images | 0 (Alt tags missing: 0) | |
| Links | 1  (Internal: 0, Outbound: 0) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: DLZOFFERS.COM
Registry Domain ID: 2116388367_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2017-04-21T11:40:21Z
Registrar Registration Expiration Date: 2023-04-21T11:40:21Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO Box 4668 #85919
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                        DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

**— Website**

| Website Title | Driving Marketing Group |
|---|---|
| Server Type | Microsoft-IIS/10.0 |
| Response Code | 200 |
| Terms | 123 (Unique: 78, Linked: 27) |
| Images | 1 (Alt tags missing: 0) |
| Links | 13  (Internal: 13, Outbound: 0) |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: DRIVINGMARKETINGGROUP.COM
Registry Domain ID: 1779915260_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:32Z
Creation Date: 2013-02-12T09:48:58Z
Registrar Registration Expiration Date: 2023-02-12T09:48:58Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  motivatedtechnicianmarketing@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  motivatedtechnicianmarketing@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    DzLoSurverys.com WHOIS, DNS, & Domain Info - DomainTools

| **Hosting History** | 1 change on 2 unique name servers over 4 years | ↱ |

**— Website**

| **Website Title** | None given. | ↱ |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: dzlosurverys.com
Registry Domain ID: 2312823136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-09-22T07:29:38Z
Creation Date: 2018-09-21T19:44:54Z
Registrar Registration Expiration Date: 2022-09-21T19:44:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

3/6/2022      Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

```
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8444353969
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dizoffers.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net
/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |
| ⬇ Preview the Full Domain Report |  |

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

3/6/2022                    Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

**─ Website**

**Website Title**        None given.                                          ↱

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: emails-jobsdelivered.com
Registry Domain ID: 2459945556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:16:24Z
Creation Date: 2019-11-26T18:48:09Z
Registrar Registration Expiration Date: 2022-11-26T18:48:09Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com

Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com

Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com

Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                              EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

**– Website**

| Website Title | 🌐 Enriched Technologies | ➤ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 120 (Unique: 78, Linked: 25) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 12  (Internal: 12, Outbound: 0) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: ENRICHEDTECHNOLOGIES.COM
Registry Domain ID: 1790821364_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:24Z
Creation Date: 2013-04-02T09:39:16Z
Registrar Registration Expiration Date: 2023-04-02T09:39:16Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Administrator
Registrant Organization: Explorex Media
Registrant Street: PO Box 10188 #85919
Registrant City: Newark
Registrant State/Province: NJ
Registrant Postal Code: 07101-3188
Registrant Country: US
Registrant Phone: +1.8008569120
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@explorexmedia.com

Registry Admin ID: Not Available From Registry
Admin Name: Network Administrator
Admin Organization: Explorex Media
Admin Street: PO Box 10188 #85919
Admin City: Newark
Admin State/Province: NJ
Admin Postal Code: 07101-3188
Admin Country: US
Admin Phone: +1.8008569120
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@explorexmedia.com

Registry Tech ID: Not Available From Registry
Tech Name: Network Administrator
Tech Organization: Explorex Media
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                ExigentMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

| Website Title | 🌐 Exigent Media Group | ↱ |
| --- | --- | --- |
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 122 (Unique: 78, Linked: 24) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 11  (Internal: 11, Outbound: 0) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: EXIGENTMEDIAGROUP.COM
Registry Domain ID: 1779915257_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:33Z
Creation Date: 2013-02-12T09:48:54Z
Registrar Registration Expiration Date: 2023-02-12T09:48:54Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  motivatedtechnicianmarketing@gmail.com

Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  motivatedtechnicianmarketing@gmail.com

Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
Tech Street: PO box 4668 #85919
Tech City: New York
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

3/7/2022                          ExpectCareCare.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**   1 change on 2 unique name servers over 7 years

− **Website**

**Website Title**    None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: expectcarecare.com
Registry Domain ID: 1961356903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-10-24T13:24:45Z
Creation Date: 2015-09-18T07:41:38Z
Registrar Registration Expiration Date: 2022-09-18T07:41:38Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Consumer Concierge
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@jobshark.co
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Consumer Concierge
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@jobshark.co
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Lincoln Smith
Tech Organization: Consumer Concierge
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@jobshark.co
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Lincoln Smith
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                          JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 4 changes on 4 unique name servers over 13 years | ↱ |

**– Website**

| Website Title | None given. | ↱ |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: jobsdeliver.com
Registry Domain ID: 2606778212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-04-21T20:11:02Z
Creation Date: 2021-04-21T20:11:02Z
Registrar Registration Expiration Date: 2022-04-21T20:11:02Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Lincoln Log Networks, LLC
Registrant Street: PO Box 10188 #85919
Registrant City: Newark
Registrant State/Province: NJ
Registrant Postal Code: 07101-3188
Registrant Country: US
Registrant Phone: +1.4434573539
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Lincoln Log Networks, LLC
Admin Street: PO Box 10188 #85919
Admin City: Newark
Admin State/Province: NJ
Admin Postal Code: 07101-3188
Admin Country: US
Admin Phone: +1.4434573539
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    JobsDelivered.co WHOIS, DNS, & Domain Info - DomainTools

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: jobsdelivered.co
Registry Domain ID: D7D88A29D12F341FD93134BA639A35817-NSR
Registrar WHOIS Server:
Registrar URL: www.directnic.com
Updated Date: 2021-09-29T16:30:24Z
Creation Date: 2019-07-18T18:41:31Z
Registry Expiry Date: 2022-07-18T18:41:31Z
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8135049640
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
ed
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
ed
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Jewella Privacy LLC
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: LA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    JobsHark.co WHOIS, DNS, & Domain Info - DomainTools

```
Domain Name: jobshark.co
Registry Domain ID: D174882440-CO
Registrar WHOIS Server:
Registrar URL: www.directnic.com
Updated Date: 2021-12-02T07:33:50Z
Creation Date: 2017-01-12T21:42:00Z
Registry Expiry Date: 2023-01-11T23:59:59Z
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8135049640
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
ed
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
ed
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Michael Held
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: NY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    JobsHarknl.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**      1 change on 2 unique name servers over 2 years

**─ Website**

**Website Title**      None given.

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: jobsharknl.com
Registry Domain ID: 2538720752_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-16T07:36:07Z
Creation Date: 2020-06-15T20:32:33Z
Registrar Registration Expiration Date: 2022-06-15T20:32:33Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                     NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

### ⯇ Website

| Website Title | 🌀 500 SSL negotiation failed: | ↱ |
|---|---|---|
| Response Code | 500 | |
| Terms | 2,825 (Unique: 770, Linked: 55) | |
| Images | 23 (Alt tags missing: 23) | |
| Links | 26   (Internal: 0, Outbound: 0) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: NATIONALDIGITALSURVEY.COM
Registry Domain ID: 1920652083_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:27Z
Creation Date: 2015-04-17T12:04:36Z
Registrar Registration Expiration Date: 2023-04-17T12:04:36Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Dealzingo
Tech Street: PO Box 4668 #85919
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

3/7/2022          NationalSurveysOnline.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History | 5 changes on 4 unique name servers over 16 years | ↱ |
|---|---|---|

**– Website**

| Website Title | None given. | ↱ |
|---|---|---|

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: nationalsurveysonline.com
Registry Domain ID: 2337211756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:19:26Z
Creation Date: 2018-11-26T21:51:56Z
Registrar Registration Expiration Date: 2022-11-26T21:51:56Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

3/7/2022                    NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**          14 changes on 9 unique name servers over 17 years                                          ↱

**– Website**

**Website Title**          None given.                                                                                  ↱

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: nationalshoppersurvey.com
Registry Domain ID: 2270167508_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-01T07:25:41Z
Creation Date: 2018-05-31T18:57:01Z
Registrar Registration Expiration Date: 2022-05-31T18:57:01Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

**— Website**

| Website Title | 500 read timeout |
| --- | --- |
| Response Code | 500 |
| Terms | 6 (Unique: 5, Linked: 6) |
| Images | 1 (Alt tags missing: 0) |
| Links | 2  (Internal: 1, Outbound: 1) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: TURNMYHEADMEDIAGROUP.COM
Registry Domain ID: 1779933136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:39Z
Creation Date: 2013-02-12T11:42:56Z
Registrar Registration Expiration Date: 2023-02-12T11:42:56Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: motivatedtechnicianmarketing@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: motivatedtechnicianmarketing@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
Tech Street: PO box 4668 #85919
Tech City: New York
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                    SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

**⚊ Website**

| Website Title | ⊙ 500 Can t connect to 3.128.55.167:80 (connect: timeout) | ↱ |
|---|---|---|
| Response Code | 500 | |
| Terms | 286 (Unique: 168, Linked: 12) | |
| Images | 11 (Alt tags missing: 6) | |
| Links | 4  (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: SURVEYANDGETPAID.COM
Registry Domain ID: 1841698595_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:09Z
Creation Date: 2014-01-06T16:34:23Z
Registrar Registration Expiration Date: 2023-01-06T16:34:23Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin.
Registrant Organization: Best-CityShoppingOnline
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.7323580457
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@tips-fromthe-chef.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin.
Admin Organization: Best-CityShoppingOnline
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.7323580457
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@tips-fromthe-chef.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin.
Tech Organization: Best-CityShoppingOnline
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

**━ Website**

| Website Title | 🚫 The Best Credit Check | ➤ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 392 (Unique: 199, Linked: 12) | |
| Images | 8 (Alt tags missing: 5) | |
| Links | 4  (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: THEBESTCREDITCHECK.COM
Registry Domain ID: 1841698590_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:05Z
Creation Date: 2014-01-06T16:34:14Z
Registrar Registration Expiration Date: 2023-01-06T16:34:14Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin.
Registrant Organization: Best-CityShoppingOnline
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.7323580457
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@tips-fromthe-chef.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin.
Admin Organization: Best-CityShoppingOnline
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.7323580457
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@tips-fromthe-chef.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin.
Tech Organization: Best-CityShoppingOnline
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                           TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools

| Terms | 15,156 (Unique: 2,301, Linked: 0) |
|---|---|
| Images | 0 (Alt tags missing: 0) |
| Links | 0   (Internal: 0, Outbound: 0) |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: thefreetree.co
Registry Domain ID: D131731357-CO
Registrar WHOIS Server:
Registrar URL: https://key-systems.net
Updated Date: 2021-09-07T01:56:21Z
Creation Date: 2016-08-29T19:06:47Z
Registry Expiry Date: 2022-08-28T23:59:59Z
Registrar: Key-Systems GmbH
Registrar IANA ID: 269
Registrar Abuse Contact Email:  abuse@key-systems.net
Registrar Abuse Contact Phone: +49.6894939685
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: TheFreeTree
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: nj
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

4/20/2022                                    RumorFox.com WHOIS, DNS, & Domain Info - DomainTools

**Website**

| Website Title | 🌐 Rumor Fox \| What Did the Fox Say?…A Lot. | ↱ |
| Server Type | nginx | |
| Response Code | 200 | |
| Terms | 432 (Unique: 210, Linked: 194) | |
| Images | 15 (Alt tags missing: 12) | |
| Links | 68 (Internal: 44, Outbound: 24) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: RUMORFOX.COM
Registry Domain ID: 2016824373_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-02-08T12:18:32Z
Creation Date: 2016-03-28T16:28:30Z
Registrar Registration Expiration Date: 2023-03-28T16:28:30Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin DLZOffers
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: rumorfox@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin DLZOffers
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: rumorfox@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin DLZOffers
Tech Organization: DLZOffers
```

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78



7) Further, you have deliberately created and maintained many repetitive "websites", none of which, in any way, shape, or form, on the front of the pages nor in their "terms and conditions" nor "privacy policies" are traceable back to you. They use unregistered names like "DLZ" or "DealZingo" just like in your untraceable whois data. A recording of this practice has been made available here: https://drive.google.com/file/d/1usVZDpfceSncIlgk6JVHGL3tXYJqea6b/view?usp=sharing

8) Each and every single UCE only needs one violation in order for the recipient to recover $1000 statutory liquidated damages per email in breach. Here, we have at least two…and Plaintiff reserves the right to argue that *some* of the UCE's have misleading subject lines as well, pursuant to SDCL 37-24-47(3).

9) Many of the spams also have an ("Advertiser") that I am yet to identify. In litigation I intend obtain this information through discovery, and hold Initiator and Advertiser jointly and severally liable for any/all email for which they participated.

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

10)  In addition to the 2107 UCE's in which I allege that you are an ("Initiator"), I am informed and believe that to another of Plaintiff's email addresses, thehebrewhammerjosh@gmail.com, you have similarly ("Initiated") an additional 36 UCE's, which have similar falsified headers, some of which are particularly "extreme" such as purporting to be "from" capital one.  Here as well, we see your unregistered "fictitious names" at their best:  DLZOffers.com, DealZingo, buzzbarrelreviews.com, *inter alia*.

11)  In total, we have 2107 UCE's + 36 UCE's = 2143 Unsolicited Commercial Email Advertisements.  At $1000 statutory liquidated damages per UCE, Plaintiff intends to sue for $2,143,000, plus "reasonable attorney fees and costs" as a "prevailing plaintiff" is entitled to, pursuant to the same subsection.  Some UCE's, which are already in the midst of pending litigation elsewhere in the country, may not be included in this total in the "big suit" in which you are finally named directly, as opposed to "John Doe Sender."

12)  To the extent it was not clear earlier:  You, on behalf of yourselves, your entit(ies), employees, and anyone and everyone who contains, possesses, or has knowledge of, any information, documents, records, or materials, stored physically or electronically, which are in any way relevant to this dispute, are ON NOTICE TO PRESERVE that information ahead of our pending litigation.

13) Further, the two domain registrars included in the "recipients" of this demand, Moniker Online Services LLC and DNC Holdings, Inc, are similarly on NOTICE TO PRESERVE any/all data associated with the purchasing, maintenance of the domains described herein for which you are the registrar, as well as any other domains associated with Michael Held and Flex Marketing Group LLC for whom you are the registrar.  Similarly, you are to preserve the whois data for any/all of these domains as they appear, as well as historic whois data for these domains to the extent they are owned by their current registrant, and prevent the registrant(s) from modifying/defacing/destroying any/all of this information for which I require you to preserve "out-of-reach" of the registrant owners.  The Moniker/DNC holdings accounts, and any associated accounts, and names/addresses/phone numbers/billing addresses associated therewith, are similarly to be preserved out-of-reach of the person(s) / entit(ies) to whom they are associated.

14)  Now that I (believe I have) finally unveiled you, I wanted to make a final, last-ditch offer to resolve this dispute, amicably and between you and I. It would allow us to leave the Advertisers out of this, to the extent they are not involved in any current/past litigations with me regarding emails in which you sent.  As such, I candidly offer to settle this matter, for any/all claims up to present date, for $1,714,400 which would release any/all claims for emails in which you were an ("Initiator"), but would NOT release ("Advertisers") from spams they sent, or advertised in, independently of YOU.  It would also include an MNDA, non-disparagements, and anything & everything needed for us to depart "cleanly", "gracefully", and move on.  This offer is valid for two weeks OR until I have incurred a filing fee for this action, whichever is later.

15)  In the event of non-agreement, I look forward to fair, good-faith litigation, and let the chips fall where they may.

16)  Copies of the 2107 UCE's received at ketosoup97@gmail.com, as well as the 36 UCE's  received at thehebrewhammerjosh@gmail.com, have been made available hereto at the following google drive link,

DocuSign Envelope ID: F24DA9B3-2910-43DC-9579-0559D94EBE78

for your reference and your [legal counsel's] independent examination and analysis:
https://drive.google.com/drive/folders/1e0PkBkKZqQ3ssMzC_rJ0H8uxpCXud9do?usp=sharing

Plaintiff,

Joshua Lapin

DocuSigned by:

*Joshua Lapin*

1DE3D18A0C384C1...

4/21/2022