DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

Joshua Lapin aka "The Hebrew Hammer"
Email: solarwind71@gmail.com
Fax: (605) 305-3464
4/20/2022

Moniker Online Services LLC by email getsupport@moniker.com, abusereport@moniker.com, abuse@moniker.com,
Moniker Online Services LLC by fax:  +1 (954) 337 0662
**NOTE: Faxed copy does not contain exhibits, only the emailed copies do.**

## Demand For Information and Notice To Preserve

1)  This is Joshua Lapin, hereinafter ("Plaintiff"), or ("I"). I am informed and believe and allege that one (or several) of your customer(s) has been using no less than Nine (9) domains, for which Moniker is the Registrar,  as part of an apparent "snowshoe spamming" effort, for which Plaintiff has received approximately 2,000 unsolicited commercial emails ("UCE's") or ("SPAMS").  Those domains are: BuzzBarrelReview.com, dzlosurverys.com, emails-jobsdelivered.com, entirelybelieve.com, expectcarecare.com, jobsdeliver.com, jobsharknl.com, NationalShopperSurvey.com, NationalSurveysOnline.com, hereinafter the ("Domains")


2)  I am informed and believe and strongly allege that most-or-all of these spams *materially* violate the non-CAN-SPAM-preempted portions of SDCL 37-24-41 *et seq* ("SD Anti-Spam Law"), for which Plaintiff has a private right of action.


3)  However, most of these domains are either A: Registered by Proxy (eg registrant info is "REDACTED FOR PRIVACY"), or B: contain gibberish or untraceable registrant information (eg a registrant as "dealzingo, which is not traceable to a real person, real entity, or a real registered trade name/ fictitious name/ dba).

4)  I intend to pursue the sender or ("Initiator") of these emails, who used-and-abused your services to conceal their identity while engaging in a mass spamming campaign under many domain names and aliases.  However, in order to confirm the identity of the ("Initiator"), enforce my rights, and hold them legally accountable, I require records and other electronically stored information which is in your possession.


5)  Therefore, I (respectfully) DEMAND the following information from you:

    5a)  The true "registrant" information for these domains, including but not limited to the TRUE names/addresses/email addresses/facsimile.

    5b)  Detailed records pertaining to the registration dates of these domains to their current owner(s), and any material changes to that data from the date of registration up until present date.

    5c)  Data associated with that/those moniker account(s), where were used to register these domains, including from which these domains are/were registered, including but not limited to the information you possess which was entered into this "Moniker sign up" form upon their registration (except for the password, haha), as shown below:

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

# Create Account

| Title | First name | Last name |
|---|---|---|
| Mr. ▾ | | |

**Company name / Organization** Optional

**Country**

US - United States ▾

**Address**

| City | State | ZIP code |
|---|---|---|
| | Alabama ▾ | |

**Phone** (in the form of +1.8447600251)

**Email address**

**Password**

☐ Subscribe to newsletter

☐ I certify that I have read and accept the following conditions:
Terms and Conditions, Privacy Policy

☐ I'm not a robot
reCAPTCHA
Privacy · Terms

Send

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

5d)  Billing address(es) associated with the purchase of these domains, renewal of these domains, and billing addresses associated with that/these Moniker accounts in general.

6)  If you are unable/unwilling to provide the information demanded in #5, you are hereby on NOTICE TO PRESERVE the information I seek, and demanded to make this information available for a subpoena-response out-of-reach of your client, such that the true registrant ("initator") is unable to modify/deface/destroy/tamper with the information I seek by way of deleting their moniker account, transferring/selling any of the domains, or updating their setting in their Moniker account(s), or any other bad-faith attempt to spoil the evidence.  Therefore, you must preserve this information out-of-reach of your client's conscious ability to manipulate the data that Plaintiff requires in order to state his legal claim, and prevail on its merits.

7)  Some time shortly thereafter, I will respond with a subpoena for the information demanded, unless you are able/willing to provide it now upon my *bona-fide* showing of abuse carried out through these domains.

8)  Out of the thousands of UCE's, I've attached a random sample of them on the next page as "Exhibit A", containing multiple UCE's per domain, which can be seen in the 'from line'.

9)  Please contact me promptly upon receipt, by email or fax as they appear in the header of this demand letter.

Plaintiff,

Joshua Lapin

DocuSigned by:

*Joshua Lapin*

1DE3D18A0C384C1...

4/20/2022

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

# EXHIBIT

# A

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Car Insurance For As Low As $2.25/Day
**From**: Provide Insurance <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, June 18, 2021 6:06:41 PM GMT+03:00
**Date Received**: Friday, June 18, 2021 6:08:44 PM GMT+03:00



© 2021 Provide Insurance | 210 Broadway, Cambridge, MA 02139 | opt-out

To unsubscribe, **click here**

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Check Out The Ultimate In Mobile Banking.
**From**: Online Checking Account <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, July 2, 2021 9:18:40 PM GMT+03:00
**Date Received**: Friday, July 2, 2021 9:20:27 PM GMT+03:00

---

This email is **not** from GO2bank. We are a partner of GO2bank.



To opt-out from this sender, CLICK HERE
or write to: PO Box 4668 #85919, New York, NY 10163-4668

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Criminals Can Use Breached Info To Take Over Bank Accounts
**From**: LifeLock Partner <updates@expectcarecare.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, June 30, 2021 6:17:48 PM GMT+03:00
**Date Received**: Wednesday, June 30, 2021 6:40:40 PM GMT+03:00

This is an advertisement. You are receiving this message from a marketing associate of NortonLifeLock, not from NortonLifeLock itself.

View online



DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF







SUPPORT   LEGAL   PRIVACY   Opt-out

Important Reminder: NortonLifeLock will never ask you to share your personal or financial information over email.

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

No one can prevent all cybercrime or prevent all identity theft.

We do not monitor all transactions at all businesses.
1 Based on an online survey of 5,020 US adults conducted by The Harris Poll on behalf of NortonLifeLock, January 2020.

Copyright © 2021 NortonLifeLock Inc. All rights reserved. NortonLifeLock, the NortonLifeLock Logo, the Checkmark Logo, Norton, LifeLock, and the LockMan Logo are trademarks or registered trademarks of NortonLifeLock Inc. or its affiliates in the United States and other countries. Other names may be trademarks of their respective owners.

The LifeLock Brand is part of NortonLifeLock Inc.

NortonLifeLock Inc. | 60 E Rio Salado Pkwy STE 1000, Tempe, AZ 85281

AGB10490EM

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: 6 Award-Winning Wines For $29.95 With Free Shipping
**From**: First Leaf Wine Club <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 20, 2021 5:16:07 AM GMT+03:00
**Date Received**: Sunday, June 20, 2021 5:19:47 AM GMT+03:00





© 2020 Firstleaf. Wineries in Healdsburg and Napa, California. CT #LSW.0001017, WA

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

#419814. Mailing: 50 Technology Ct, Napa, CA 94558.

If you don't want to receive these emails from Firstleaf in the future, you can Opt-out.

To unsubscribe, click here

**Subject**: Need A New Bank?
**From**: Online Checking Account <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Saturday, June 19, 2021 4:16:28 PM GMT+03:00
**Date Received**: Saturday, June 19, 2021 4:19:20 PM GMT+03:00

---

This email is **not** from GO2bank. We are a partner of GO2bank.



To Opt-out from this sender, CLICK HERE
or write to: PO Box 4668 #85919, New York, NY 10163-4668

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: How To Look After Your Family Even When You're Gone
**From**: Gerber Life Marketing Partner <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, June 18, 2021 9:15:45 AM GMT+03:00
**Date Received**: Friday, June 18, 2021 9:32:58 AM GMT+03:00



DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

To unsubscribe, <u>click here</u>

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Is Your Child's Financial Future Secure?
**From**: Gerber Life Marketing Partner <contact@nationalshoppersurvey.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, June 17, 2021 10:21:50 PM GMT+03:00
**Date Received**: Thursday, June 17, 2021 10:25:14 PM GMT+03:00



To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Your Credit Report Is Ready For Your Review
**From**: Credit Help <contact@dzlosurveys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 13, 2021 11:57:50 PM GMT+03:00
**Date Received**: Monday, June 14, 2021 12:06:53 AM GMT+03:00

---





DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF





This is an advertisement. You are receiving this message because you opted-in to receive emails. This email was delivered on behalf of Lexington Law. John C. Heath, Attorney at Law, PC d/b/a Lexington Law, and of counsel attorneys. 2875 South Decker Lake Drive, Suite 200 West Valley City, Utah 84119.

Opt-out

© 2020 Lexington Law®. All rights reserved.

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Perfect Credit Not Required For Approval
**From**: First Access Visa <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 13, 2021 5:04:00 PM GMT+03:00
**Date Received**: Sunday, June 13, 2021 5:14:23 PM GMT+03:00



** See Rates, Fees, Costs, and Limitations page for additional details.

The First Access Visa Card is issued by The Bank of Missouri pursuant to a license from Visa U.S.A. Inc.

*Card use subject to available credit; for security reasons, card may not be used at automated fuel

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

pumps, for gambling transactions or at merchants outside the United States. If approved, just pay a $95.00 program fee to open your account.

THIS IS AN ADVERTISEMENT

This email advertisement is for a First Access Visa® Credit Card. For complete details, please visit here. You are receiving this message because you opted-in to receiving emails from Infusion Strategies. This email was sent to you by the 3rd party, not from First Access Visa® Card itself. If you do not wish to receive future emails about this offer, please click here to opt-out or if you wish to opt-out by mail, please send to:
First Access Card,
PO Box 89028,
Sioux Falls, SD 57109-9028.

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Billions May Be Available To You
**From**: Grant Money <contact@dzlosurverys.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, June 23, 2021 1:30:16 PM GMT+03:00
**Date Received**: Wednesday, June 23, 2021 1:38:11 PM GMT+03:00

---



To opt-out click here.
Or write to: 2153 Wealthy St SE #156 East Grand Rapids, MI 49506

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: GNC's Top Selling Men's Vitality Product-A shocking boost for men
**From**: Male Booster – Nugenix <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 19, 2021 2:55:03 AM GMT+03:00
**Date Received**: Monday, July 19, 2021 2:55:05 AM GMT+03:00

---



## Get Your Sexy Back...

It doesn't have to be your anniversary or Valentine's Day to wow your special someone and remind her how much you care.

Be honest: When was the last time you two spent a beautiful evening together that kept a smile on her face all through the next day? With Nugenix®, you could make her happy for date night… and keep her happy for a lifetime.

**Awaken your inner potential with Nugenix®.**

You owe it to yourself to do everything possible to bring back the youthful energy and drive that will give you a boost in the boardroom, as well as the bedroom. Nugenix® is your answer to the waning vitality that comes with age. Cutting-edge research and key natural ingredients combine in an innovative formula developed to make you feel like the guy who won over her affections way back when.

The benefits of Nugenix include:

- Increased intensity, drive, and performance
- Feel stronger and more energetic
- Gain confidence and greater satisfaction

A safe, award-winning dietary supplement and the #1 men's vitality product at GNC, give Nugenix® a try with a 14-day sample. This exclusive offer is not available in stores. Let Nugenix® spice up your love life… and take it from memorable to unforgettable.

Get your sample today, but hurry, they're going fast!

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF



*Get your sample today- but hurry, they're going fast!*

Click To Try Nugenix

"What guy over 45 hasn't noticed how much harder it is to get back in shape? Nugenix helped me understand it's not my fault. And finally I can do something about it, because Nugenix is a home run!"

- Frank 'The Big Hurt' Thomas, MLB Hall of Famer

Unsubscribe

550 S Caldwell St. Ste. 700 Charlotte, NC 28202 United States

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Check your eligibility on a complimentary cellphone
**From**: Lifeline Assistance <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 19, 2021 12:41:50 AM GMT+03:00
**Date Received**: Monday, July 19, 2021 12:41:52 AM GMT+03:00



DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF



*Simple Free Cellphones does not guarantee the success of any application for U.S. Government benefits or monetary assistance of any kind. Simply Free Cellphones is not affiliated with, authorized or endorsed by any local, state or federal office or agency or any of the corporations, service providers or news organizations featured. Simply Free Cellphones does not offer investment, financial, insurance or legal advise. We are not a broker or agent of any such provider. All guides, articles, and other information are provided for convenience only. Registered names and trademarks are the copyrights and property of their respective owners.

This email was sent by a third party on behalf of Simply Free Cellphones. Simply Free Cellphones does not have your email address. To stop email regarding this ad only visit this site or contact: Simply Free Cellphones Marketing Agency 2 Wisconsin Circle, Suite 700 Chevy Chase, MD 20815. ATTN: Customer Care.

THIS IS AN ADVERTISMENT.

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Advertise On Your Car. Earn Passive Income
**From**: Stickr - Advertise on your car <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, July 18, 2021 10:53:09 AM GMT+03:00
**Date Received**: Sunday, July 18, 2021 10:53:11 AM GMT+03:00



To stop receiving messages, please visit here.
Or mail your request to:
PO Box 4668 #85919
New York, NY 10163-4668

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Save on your next oil change with coupons
**From**: Oil Change Coupons <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 19, 2021 1:27:29 AM GMT+03:00
**Date Received**: Monday, July 19, 2021 1:27:31 AM GMT+03:00



DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Online Degrees with Financial Aid Available
**From**: Liberty U <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, July 19, 2021 11:41:10 AM GMT+03:00
**Date Received**: Monday, July 19, 2021 11:41:12 AM GMT+03:00



## Why Choose Liberty University?



Enjoy Flexible Courses

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

Enjoy Flexible Courses

With an 8-week format and 8 start dates per year,
it's easy to fit your courses around your schedule!



### Maximize Your Time

Discover how your life, career, or military experience
may count toward your college degree.



### Grow in Your Faith

We're committed to championing you as you study to go further in
your field, become a leader in your industry, or start a new career.



### Access Academic Support

Throughout your educational journey, you will have access to
academic resources that will aid in the completion of your degree.

**View Programs**

This is an advertisement. If you no longer wish to receive information directly from Liberty
University, you can unsubscribe here or write to 1971 University Blvd. Lynchburg, Va. 24515.

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Did Someone Say Free Shipping?
**From**: "DealDash Inc." <info@jobsharknl.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, July 18, 2021 4:25:25 AM GMT+03:00
**Date Received**: Sunday, July 18, 2021 4:25:28 AM GMT+03:00



Having been in business for 11 years DealDash has established itself as
one of the premium liquidation deal providers in the United States.

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

one of the premium liquidation deal providers in the United States. Our free shipping as well as excellent customer support provide all users with a great shopping experience.

We also offer a no-questions-asked money back guarantee on your first bid pack purchase so that you feel safe to test us out.

### HOW IT WORKS?

1. Each bid raises the price by $0.01

2. The auction clock restarts from 10 seconds every time someone places a bid

3. If no new bids are placed before the clock runs out, the last bidder wins the item for the final price

Use the promo code *"email"* when registering to get 100 extra free bids upon your first bid pack purchase.





| Get bids | Bid before time runs out | Shipping is always free! |



### Go to products

Check out the whole product selection now! DealDash offers unique products in a wide range of categories.

### Sign up now

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

## Join DealDash now, get some bids and join the auctions!

To unsubscribe click here.

DealDash Inc.
11670 Fountains Drive Suite 200, Maple Grove
MN, 55369

Unsubscribe

Job Shark PO Box 10188-85919 Newark, New Jersey 07101 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: IRS Loophole Converts Your IRA/401(k) to Physical Gold
**From**: US Gold Trust - 401k <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, June 24, 2021 4:33:17 AM GMT+03:00
**Date Received**: Thursday, June 24, 2021 4:33:19 AM GMT+03:00



To unsubscribe click here.
Or write to: PO Box 4668 #85919, New York, NY 10163-4668

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

Unsubscribe

BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: ABCmouse Early Learning Academy
**From**: "ABCmouse.com Partner" <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, June 21, 2021 10:33:15 PM GMT+03:00
**Date Received**: Monday, June 21, 2021 10:33:17 PM GMT+03:00



DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF



Math

Social Studies

Art & Music

**#1** Learning Program for Kids Ages **2–8**

# Free with your ABCmouse subscription!



**Music Videos**



**Zoo**



**Math Animations**



**Language Arts Animations**



**Mastering Math**



**Mastering the Alphabet**

## AWARD-WINNING CURRICULUM



**Mom's Choice GOLD Award**



**Teachers' Choice Award**



**Parents' Choice GOLD Award**

## Click Here to Learn More!

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

ABCmouse was the top purchased iOS kids Education app in the past three months.

TM & © 2019 Age of Learning, Inc.

To stop receiving messages, please visit here.
Or mail your request to:
PO Box 4668 #85919
New York, NY 10163-4668

Unsubscribe

BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States

**Subject**: Join for 99 Spins, no deposit
**From**: "Rachel (NoDepositBonus.cc)" <updates@buzzbarrelreview.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 20, 2021 5:32:19 PM GMT+03:00
**Date Received**: Sunday, June 20, 2021 5:32:32 PM GMT+03:00

---

Join now and get 99 Free Spins!



**Join the No Deposit Bonus Newsletter and get...**

**99 Free Spins on 'Fat Cat' video slot**

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



To stop receiving messages, please write to:
Suite #458 1111 Davis Drive., Unit 23 Newmarket Ontario L3Y 9E5
CANADA


If you no longer wish to receive our emails, click the link below:
 Unsubscribe

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

BuzzBarrel PO Box 4668 #85919 New York, New York 10163 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Set yourself up for serious wireless savings
**From**: Tello Mobile <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, July 9, 2021 2:51:41 AM GMT+03:00
**Date Received**: Friday, July 9, 2021 3:21:42 AM GMT+03:00

---



## Switch to Tello Mobile for great service at a fraction of the cost.

**Are you ready to make the switch?**
**Here's what you get at Tello:**

✓ **No contracts, no fees, and no advance payment**

✓ **Phone plans from $5/mo,**

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF





Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Your relationship background check
**From**: peoplesearcher <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, July 28, 2021 2:17:00 AM GMT+03:00
**Date Received**: Wednesday, July 28, 2021 2:17:02 AM GMT+03:00



Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Don't wait to create, make your ideas reality
**From**: Davison <delivered@emails-jobsdelivered.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, July 22, 2021 10:22:32 PM GMT+03:00
**Date Received**: Thursday, July 22, 2021 10:22:34 PM GMT+03:00



Davison designed products have sold in over 1200 stores and online retailers.

    

    

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF



Davison charges fees for services. Davison's service typically does not result in a license agreeeement, sales on any market or profit to the inventor.

To unsubscribe please go here

595 Alpha Drive Pittsburgh, PA 15238

Unsubscribe

Jobs Delivered PO Box 4668 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: I have been told about you.
**From**: Miranda <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, June 22, 2021 4:31:45 AM GMT+03:00
**Date Received**: Tuesday, June 22, 2021 4:31:47 AM GMT+03:00

To stop receiving messages, please visit here.
Or mail your request to:
PO Box 4668 #85919
New York, NY 10163-4668

If you no longer wish to receive our emails, click the link below:
 Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Promo 16X20
**From**: CanvasPeople <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, July 1, 2021 4:32:55 AM GMT+03:00
**Date Received**: Thursday, July 1, 2021 4:32:56 AM GMT+03:00



**Disclaimers**: Pay shipping & handling. *Shipping added per item ordered. *Discount only available on standard photo canvases. *Restrictions apply. *Not valid towards frames or effects. *Offer valid on select sizes only. *Promotions exclude Express and Priority shipping options. *Shipping time frames may vary due to COVID-19 restrictions and carrier delays. Coupons, coupon codes, vouchers and all other promotional offers cannot be combined. One offer/deal per transaction. **Total cost of order is shown on final check out page.**

Orders are generally delivered in 6-8 business days. Please note that during holidays it may take slightly longer due to increased volume. To ensure your order arrives when you need it, order 8-12 business days early to account for shipping.

CanvasPeople - POBOX231WantaghNY11793
support@canvaspeople.com | Questions? | Unsubscribe | Privacy Policy

If you no longer wish to receive our emails, click the link below:

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: What will happen to you tomorrow?
**From**: everydayhoroscopes <info@jobsdeliver.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, June 30, 2021 1:30:58 AM GMT+03:00
**Date Received**: Wednesday, June 30, 2021 2:01:01 AM GMT+03:00



To stop receiving all emails from us, click here.

If you have any questions, please contact us here.

EverydayHoroscopes, 207 E Ohio, # 158 Chicago, IL 60611

If you no longer wish to receive our emails, click the link below:
Unsubscribe

Plan Your Future Co PO Box 4668#85919 #85919 New York, New York 10163-4668 United States

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Do You Owe Back Taxes? We Can Help
**From**: Optima Fresh Start <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, June 29, 2021 11:24:11 PM GMT+03:00
**Date Received**: Tuesday, June 29, 2021 11:27:11 PM GMT+03:00

---

Optima Tax Relief



This is an advertisement. Nothing included in this advertisement should be taken as a guarantee, warranty, prediction or representation about the results of your situation. Results may vary. We do not provide tax, bankruptcy, accounting, or legal advice and nothing contained in this ad is intended nor shall be construed as such. Read and understand all program materials prior to enrollment. Not available in all states. Optima Tax Relief is tax resolution firm independent from the IRS.

To stop receiving messages, please visit here
or send a request to: 3100 S Harbor Blvd, Suite 250, Santa Ana, CA 92704

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Come Back To School With Liberty University.
**From**: Liberty University <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Friday, July 2, 2021 2:21:01 AM GMT+03:00
**Date Received**: Friday, July 2, 2021 2:22:05 AM GMT+03:00

Liberty University



This is an advertisement. If you no longer wish to receive information directly from Liberty University, you can opt-out here or write to 1971 University Blvd. Lynchburg, Va. 24515.

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Your FREE Torch Tactical Flashlight - ($29.95 Retail)
**From**: Free Flashlight <updates@nationalsurveysonline.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, July 1, 2021 5:22:23 AM GMT+03:00
**Date Received**: Thursday, July 1, 2021 5:23:47 AM GMT+03:00

---

Your FREE Torch Tactical Flashlight - ($29.95 Retail)

Fellow Survivalist,

There isn't much time left to get your FREE Torch Tactical Flashlight.

All the details and specs about this amazingly powerful survival flashlight are on the website.

[Click Here To Grab Your Free Flashlight Now. *](#)


Talk soon!
- The Free Survival Gear Club Team


To stop receiving messages, please visit [here](#).
Or mail your request to:
3335 S. Airport Road, Suite 8A
Traverse City, MI 49684
* The flashlight is free - just pay shipping and processing. This email is a broadside newsletter.


To unsubscribe, [click here](#)

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: For You: Food Delivery Coupons
**From**: Delivery Coupons <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Tuesday, June 15, 2021 10:35:25 PM GMT+03:00
**Date Received**: Tuesday, June 15, 2021 10:45:58 PM GMT+03:00



To opt-out click here.
Or write to: 4376 Forestdale Dr #4 Park City, UT, 84098

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Joshua, you've been chosen for 50k!
**From**: SweepsPal <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Thursday, June 17, 2021 10:29:50 PM GMT+03:00
**Date Received**: Thursday, June 17, 2021 10:38:33 PM GMT+03:00

---



To opt-out click here.
Or write to: PO Box 4668 #85919, New York, NY 10163-4668

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: You're invited to try ExtraCredit from Credit.com
**From**: ExtraCredit <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Saturday, June 26, 2021 3:27:56 PM GMT+03:00
**Date Received**: Saturday, June 26, 2021 3:28:14 PM GMT+03:00

---

ExtraCredit



We respect your privacy and your personal information.
See our Privacy Policy and Terms & Conditions.

You are receiving this message because you opted-in to receive emails. This email was delivered on behalf of
credit.com. You can opt-out at any time. 257 E 200 S, Salt Lake City, UT 84111

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Please Accept Your Paypal Funds!
**From**: PaypalSurvey <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Sunday, June 27, 2021 3:26:05 AM GMT+03:00
**Date Received**: Sunday, June 27, 2021 3:34:08 AM GMT+03:00



To unsubscribe, **click here**

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Get Visibly Younger Looking Skin In 1 Week!
**From**: Ideal Beauty 365 <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Wednesday, June 30, 2021 12:14:03 PM GMT+03:00
**Date Received**: Wednesday, June 30, 2021 1:07:46 PM GMT+03:00



To opt-out click here.

Or write to: PO Box 4668 #85919, New York, NY 10163-4668

To unsubscribe, click here

DocuSign Envelope ID: 1D2DFE6B-3A10-4599-8697-5B19D55AD7BF

**Subject**: Your 2021 Transunion, Equifax And Experian Credit-Scores
**From**: Triple Scores <contact@entirelybelieve.com>
**To**: ketosoup97@gmail.com
**Date Sent**: Monday, June 28, 2021 5:29:08 PM GMT+03:00
**Date Received**: Monday, June 28, 2021 5:38:48 PM GMT+03:00



FreeCreditClick 8144 Walnut Hill Ln, Sixth Floor; Dallas, Texas 75231

This email is an advertisement. To opt-out, click here.

To unsubscribe, click here