# Bear Claw Marketing LLC

# ARTICLES OF ORGANIZATION
# OF
# Bear Claw Marketing LLC

Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

**FIRST:** The name of the limited liability company is:

**Bear Claw Marketing LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is NEW YORK.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**FIFTH:** The limited liability company designates the following as its registered agent upon whom process against it may be served within the State of New York is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**SIXTH:**  The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Laurence Donahue, Attorney-in-Fact  (signature)
_____
Laurence Donahue , ORGANIZER
320 Gold Ave. SW, Ste. 620
Albuquerque, NM 87102

**Filed by:**
Laurence Donahue
320 Gold Ave. SW, Ste. 620
Albuquerque, NM 87102

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/28/2019
FILE NUMBER: 190128010355; DOS ID: 5483558**

# Biennial Statement

NYS Department of State

Division of Corporations, State Records &

Uniform Commercial Code

http://www.dos.ny.gov

**BUSINESS NAME:** BEAR CLAW MARKETING LLC
**FILING PERIOD:** 1/28/2021 12:00:00 AM

## Part 1 - Service of Process Address (Address must be within the United States or its territories)

**Name**
REGISTERED AGENTS INC.

**Address Line 1**
90 STATE STREET

**Address Line 2**
SUITE 700, OFFICE 40

**City** ALBANY
**State** NY
**Zip Code** 12207

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

**Electronic Signature**
MICHAEL HELD

**Capacity of Signer**
MEMBER

Filed with the NYS Department of State on 11/22/2021
Filing Number: 211122002266 DOS ID: 5483558

# Best Results Media LLC

# ARTICLES OF ORGANIZATION
# OF
# Best Results Media LLC

Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

**FIRST:** The name of the limited liability company is:

**Best Results Media LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is NEW YORK.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**FIFTH:** The limited liability company designates the following as its registered agent upon whom process against it may be served within the State of New York is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**SIXTH:** The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Laurence Donahue, Attorney-in-Fact  (signature)
_____
Laurence Donahue , ORGANIZER
320 Gold Ave. SW, Ste 620
Albuquerque, NM 87102

**Filed by:**
Laurence Donahue
320 Gold Ave. SW, Ste 620
Albuquerque, NM 87102

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/28/2019**
**FILE NUMBER: 190128010528; DOS ID: 5483793**

# Biennial Statement

NYS Department of State
Division of Corporations, State Records &
Uniform Commercial Code
http://www.dos.ny.gov

**BUSINESS NAME:** BEST RESULTS MEDIA LLC
**FILING PERIOD:** 1/28/2021 12:00:00 AM

## Part 1 - Service of Process Address (Address must be within the United States or its territories)

Name
REGISTERED AGENTS INC.
Address Line 1
90 STATE STREET
Address Line 2
SUITE 700, OFFICE 40

| City | State | Zip Code |
| --- | --- | --- |
| ALBANY | NY | 12207 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

Electronic Signature
MICHAEL HELD
Capacity of Signer
MEMBER

Filed with the NYS Department of State on 11/22/2021
Filing Number: 211122002297 DOS ID: 5483793

# Galactica Marketing Group LLC

# ARTICLES OF ORGANIZATION
# OF
# Galactica Marketing Group LLC

Under Section 203 of the Limited Liability Company Law

THE UNDERSIGNED, being a natural person of at least eighteen (18) years of age, and acting as the organizer of the limited liability company hereby being formed under Section 203 of the Limited Liability Company Law of the State of New York certifies that:

**FIRST:** The name of the limited liability company is:

**Galactica Marketing Group LLC**

**SECOND:** To engage in any lawful act or activity within the purposes for which limited liability companies may be organized pursuant to Limited Liability Company Law provided that the limited liability company is not formed to engage in any act or activity requiring the consent or approval of any state official, department, board, agency, or other body without such consent or approval first being obtained.

**THIRD:** The county, within this state, in which the office of the limited liability company is to be located is NEW YORK.

**FOURTH:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**FIFTH:** The limited liability company designates the following as its registered agent upon whom process against it may be served within the State of New York is:

REGISTERED AGENTS INC.
90 STATE STREET
SUITE 700, OFFICE 40
ALBANY, NY 12207

**SIXTH:** The limited liability company shall defend, indemnify and hold harmless all members, managers, and former members and managers of the limited liability company against expenses (including attorney's fees, judgments, fines, and amounts paid in settlement) incurred in connection with any claims, causes of action, demands, damages, liabilities of the limited liability company, and any pending or threatened action, suit, or proceeding. Such indemnification shall be made to the fullest extent permitted by the laws of the State of New York, provided that such acts or omissions which gives rise to the cause of action or proceedings occurred while the Member or Manager was in performance of his or her duties for the limited liability company and was not as a result of his or her fraud, gross negligence, willful misconduct or a wrongful taking. The indemnification provided herein shall inure to the benefit of successors, assigns, heirs, executors, and the administrators of any such person.

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

Laurence Donahue, Attorney-in-Fact  (signature)
_____
Laurence Donahue , ORGANIZER
320 Gold Ave. SW, Ste 620
Albuquerque, NM 87102

**Filed by:**
Laurence Donahue
320 Gold Ave. SW, Ste. 620
Albuquerque, NM 87102

**FILED WITH THE NYS DEPARTMENT OF STATE ON: 01/29/2019**
**FILE NUMBER: 190129010087; DOS ID: 5484058**

Page 2 of 2

# Biennial Statement

NYS Department of State

Division of Corporations, State Records &

Uniform Commercial Code

http://www.dos.ny.gov

**BUSINESS NAME:** GALACTICA MARKETING GROUP LLC
**FILING PERIOD:** 1/29/2021 12:00:00 AM

## Part 1 - Service of Process Address (Address must be within the United States or its territories)

Name
REGISTERED AGENTS INC.
Address Line 1
90 STATE STREET
Address Line 2
SUITE 700, OFFICE 40

| City | State | Zip Code |
|---|---|---|
| ALBANY | NY | 12207 |

## Signer Information

I affirm that the statements contained herein are true to the best of my knowledge, that I am authorized to sign this Biennial Statement and that my signature typed below constitutes my electronic signature.

Electronic Signature
MICHAEL HELD
Capacity of Signer
MEMBER

Filed with the NYS Department of State on 11/22/2021
Filing Number: 211122002353 DOS ID: 5484058