TurnMyHeadMediaGroup.com

4/20/2022  TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

## ‒ Website

| Website Title | 🌐 500 read timeout | ➦ |
|---|---|---|
| Response Code | 500 | |
| Terms | 6 (Unique: 5, Linked: 6) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 2  (Internal: 1, Outbound: 1) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: TURNMYHEADMEDIAGROUP.COM
Registry Domain ID: 1779933136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:39Z
Creation Date: 2013-02-12T11:42:56Z
Registrar Registration Expiration Date: 2023-02-12T11:42:56Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: motivatedtechnicianmarketing@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: motivatedtechnicianmarketing@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
Tech Street: PO box 4668 #85919
Tech City: New York
```

6/25/2022                                   TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  TurnMyHeadMediaGroup.com

# Whois Record for TurnMyHeadMediaGroup.com

**–** **Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Galactica Marketing Group |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br><br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,420 days old<br>Created on 2013-02-12<br>Expires on 2023-02-12<br>Updated on 2021-12-28 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | Network Admin<br>Galactica Marketing Group<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br><br>info@galacticamktg.com<br>(p) 18004188043 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 4 changes on 4 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

**–** **Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 6 (Unique: 5, Linked: 6) |
| **Images** | 1 (Alt tags missing: 0) |
| **Links** | 2  (Internal: 1, Outbound: 1) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: TURNMYHEADMEDIAGROUP.COM
Registry Domain ID: 1779933136_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:39Z
Creation Date: 2013-02-12T11:42:56Z
Registrar Registration Expiration Date: 2023-02-12T11:42:56Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@galacticamktg.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |

| Reverse IP Address Lookup | ▼ |
| --- | --- |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

6/25/2022 · TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

---

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TurnMyHeadMediaG... | View Whois |
|---|---|
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |

---

🔗 f 🐦 in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

TheFreeTree.co

TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools

| Terms | 15,156 (Unique: 2,301, Linked: 0) |
| Images | 0 (Alt tags missing: 0) |
| Links | 0  (Internal: 0, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: thefreetree.co
Registry Domain ID: D131731357-CO
Registrar WHOIS Server:
Registrar URL: https://key-systems.net
Updated Date: 2021-09-07T01:56:21Z
Creation Date: 2016-08-29T19:06:47Z
Registry Expiry Date: 2022-08-28T23:59:59Z
Registrar: Key-Systems GmbH
Registrar IANA ID: 269
Registrar Abuse Contact Email:  abuse@key-systems.net
Registrar Abuse Contact Phone: +49.6894939685
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: TheFreeTree
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: nj
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
```

6/25/2022          TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  TheFreeTree.co

# Whois Record for TheFreeTree.co

**– Domain Profile**

| | |
|---|---|
| **Registrant** | REDACTED FOR PRIVACY |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | Key-Systems GmbH<br>IANA ID: 269<br>URL: https://key-systems.net<br>Whois Server: —<br>abuse@key-systems.net<br>(p) 496894939685 |
| **Registrar Status** | clientTransferProhibited, renewPeriod |
| **Dates** | 2,126 days old<br>Created on 2016-08-29<br>Expires on 2023-08-28<br>Updated on 2022-06-15 |
| **Name Servers** | NS1.C30078.SGVPS.NET (has 70,506 domains)<br>NS2.C30078.SGVPS.NET (has 70,506 domains) |
| **Tech Contact** | REDACTED FOR PRIVACY<br>REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY<br>(p) ✕ (f) ✕ |
| **IP Address** | 104.21.40.188 - 460 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Hosting History** | 3 changes on 4 unique name servers over 6 years |

**– Website**

| | |
|---|---|
| **Website Title** | 🌸 The Free Tree - The Free Tree |
| **Server Type** | nginx |
| **Response Code** | 200 |
| **Terms** | 172 (Unique: 122, Linked: 117) |
| **Images** | 12 (Alt tags missing: 10) |
| **Links** | 56  (Internal: 45, Outbound: 6) |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: thefreetree.co
Registry Domain ID: D131731357-CO
Registrar WHOIS Server:
Registrar URL: https://key-systems.net
Updated Date: 2022-06-15T18:29:23Z
Creation Date: 2016-08-29T19:06:47Z
Registry Expiry Date: 2023-08-28T23:59:59Z
Registrar: Key-Systems GmbH
```

6/25/2022                    TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools

```
Registrar IANA ID: 269
Registrar Abuse Contact Email: abuse@key-systems.net
Registrar Abuse Contact Phone: +49.6894939685
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: renewPeriod https://icann.org/epp#renewPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: NY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output
for information on how to contact the Registrant, Admin, or Tech contact of the queried domain
name.
Name Server: ns1.c30078.sgvps.net
Name Server: ns2.c30078.sgvps.net
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp

The above WHOIS results have been redacted to remove potential personal data. The full WHOIS
output may be available to individuals and organisations with a legitimate interest in
accessing this data not outweighed by the fundamental privacy rights of the data subject. To
find out more, or to make a request for access, please visit: RDDSrequest.nic.co.
```



**Tools**

TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

6/25/2022                                       TheFreeTree.co WHOIS, DNS, & Domain Info - DomainTools





LATEST    POPULAR    HOT

HOME    SWEEPSTAKES ⌄    FREEBIES    DEALS ⌄    TIPS    ABOUT US                    FOLLOW US    🔍 SEARCH

**EXCLUSIVE DEAL**



### LATEST POSTS



**Start Earning Money From Home Today!**



**Save Money On Your Morning Starbucks!**



**Find Great Deals on Amazon Prime Pantry**



**Find the Perfect Phone Case For YOU – 3 Tips**



**Double Your First BarkBox for FREE**



**Amazon's Best-Selling Bluetooth Headphones WOW**



### DAILY TIPS



**Start Earning Money From Home Today!**



**Save Money On Your Morning Starbucks!**

**Find the Perfect Phone Case For YOU – 3 Tips**

https://whois.domaintools.com/thefreetree.co                                              4/5



### Skip The Turbo Tax Bill This Year

### Sephora Beauty Products – SAVE up to 60%!

**LOAD MORE**

**AFFILIATE DISCLAIMER**

The Free Tree is a participant in the Amazon Services LLC Associates Program, an affiliate advertising program designed to provide a means for sites to earn advertising fees by advertising and linking to Amazon.com. Privacy Policy

**FOLLOW US**

Copyright 2019 The Free Tree. All Rights Reserved.

About    Contact    Terms of Use    Privacy Policy

Image Supplied By DomainTools.com

View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TheFreeTree.com | View Whois |
| TheFreeTree.net | View Whois |
| TheFreeTree.org | View Whois |
| TheFreeTree.info | Buy Domain |
| TheFreeTree.biz | Buy Domain |
| TheFreeTree.us | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2022 DomainTools

TheBestCreditCheck.com

4/20/2022                                    TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

## ➖ Website

| Website Title | 🔵 The Best Credit Check | ↪ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 392 (Unique: 199, Linked: 12) | |
| Images | 8 (Alt tags missing: 5) | |
| Links | 4   (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: THEBESTCREDITCHECK.COM
Registry Domain ID: 1841698590_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:05Z
Creation Date: 2014-01-06T16:34:14Z
Registrar Registration Expiration Date: 2023-01-06T16:34:14Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin.
Registrant Organization: Best-CityShoppingOnline
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.7323580457
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@tips-fromthe-chef.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin.
Admin Organization: Best-CityShoppingOnline
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.7323580457
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@tips-fromthe-chef.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin.
Tech Organization: Best-CityShoppingOnline
```

6/25/2022                     TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  TheBestCreditCheck.com

# Whois Record for TheBestCreditCheck.com

## ▬ Domain Profile

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Best Results Media |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,092 days old<br>Created on 2014-01-06<br>Expires on 2023-01-06<br>Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | System Admin<br>Best Results Media<br>PO Box 37635 # 85919,<br>Philadelphia, PA, 19101-0635, us<br>info@bestresultsmedia.com<br>(p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 7 changes on 7 unique IP addresses over 8 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 8 years |

## ▬ Website

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 392 (Unique: 199, Linked: 12) |
| **Images** | 8 (Alt tags missing: 5) |
| **Links** | 4   (Internal: 4, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: THEBESTCREDITCHECK.COM
  Registry Domain ID: 1841698590_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:05Z
Creation Date: 2014-01-06T16:34:14Z
Registrar Registration Expiration Date: 2023-01-06T16:34:14Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Best Results Media
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@bestresultsmedia.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Best Results Media
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@bestresultsmedia.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Best Results Media
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@bestresultsmedia.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022      TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



**THE BEST CREDIT CHECK**

## Mistakes on your credit report can cost you big time!

### Check yours for accuracy!

➤ Get access to our many partners who will provide you with scores in a timely fashion

➤ Check your credit to make sure you are in good standing

➤ Great scores save you money and give you financial freedom

**Start Here!**

Email Address

**SUBMIT**

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from TheBestCreditCheck.com or any of its third-party marketing partners.

 TransUnion  EQUIFAX  Experian

All trademarks, service marks, logos, brands, and/or domain names are the property of their respective owners. Equifax Credit Report is a trademark of Equifax, Inc. and its affiliated companies. TransUnion Credit Report is a trademark of TransUnion, LLC and its affiliated companies. Experian Credit Report is a trademark of Equifax plc and its affiliated companies.

**Important Information:**
Your credit score measures your relative credit risk level. Your score is used by financial institutes and lenders to assess your level of risk. When you sign up and request a credit report or score, your membership begins. At that time you will receive information from The Best Credit Check and our partners about receiving reports and scores

**301-600** POOR    **600-700** GOOD    **700-849** EXCELLENT

TheBestCreditCheck.com is a consumer information site that aggregates information about certain online services. TheBestCreditCheck.com is not a credit repair organization as defined under federal or state law, including the Credit Repair Organizations Act. TheBestCreditCheck.com does not provide "credit check" services or advice or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained herein as such information, including without limitation any quote, is provided "as is" for informational purposes only. TheBestCreditCheck.com shall not be liable for any informational error or for any action taken in reliance on information contained herein.

TheBestCreditCheck.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

Image Supplied By DomainTools.com

**Privacy Policy/Your California Privacy Rights**    **Terms of use**    **Contact Us**   **Unsubscribe**

View Screenshot History

### Available TLDs

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TheBestCreditCheck.... | View Whois |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |

TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

TheBestCreditCheck....

Buy Domain

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information         © 2022 DomainTools

SurveyAndGetPaid.com

4/20/2022                    SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

**▬ Website**

| Website Title | 🌐 500 Can t connect to 3.128.55.167:80 (connect: timeout) |
|---|---|
| Response Code | 500 |
| Terms | 286 (Unique: 168, Linked: 12) |
| Images | 11 (Alt tags missing: 6) |
| Links | 4   (Internal: 4, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: SURVEYANDGETPAID.COM
Registry Domain ID: 1841698595_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:09Z
Creation Date: 2014-01-06T16:34:23Z
Registrar Registration Expiration Date: 2023-01-06T16:34:23Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin.
Registrant Organization: Best-CityShoppingOnline
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.7323580457
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@tips-fromthe-chef.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin.
Admin Organization: Best-CityShoppingOnline
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.7323580457
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@tips-fromthe-chef.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin.
Tech Organization: Best-CityShoppingOnline
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
```

6/25/2022                                SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  SurveyAndGetPaid.com

# Whois Record for SurveyAndGetPaid.com

**‒ Domain Profile**

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Best Results Media |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,092 days old<br>Created on 2014-01-06<br>Expires on 2023-01-06<br>Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | System Admin<br>Best Results Media<br>PO Box 37635 # 85919,<br>Philadelphia, PA, 19101-0635, us<br>info@bestresultsmedia.com<br>(p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 13 changes on 13 unique IP addresses over 16 years |
| **Registrar History** | 4 registrars with 3 drops |
| **Hosting History** | 10 changes on 6 unique name servers over 16 years |

**‒ Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 286 (Unique: 168, Linked: 12) |
| **Images** | 11 (Alt tags missing: 6) |
| **Links** | 4   (Internal: 4, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: SURVEYANDGETPAID.COM
  Registry Domain ID: 1841698595_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:09Z
Creation Date: 2014-01-06T16:34:23Z
Registrar Registration Expiration Date: 2023-01-06T16:34:23Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Best Results Media
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@bestresultsmedia.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Best Results Media
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@bestresultsmedia.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Best Results Media
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@bestresultsmedia.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

⬇ Preview the Full Domain Report

# SURVEY & GET PAID  **YOUR VOICE COUNTS!**



▸ Earn Money Working From Home

▸ Connect to Survey Providers

▸ Share Your Opinion

### Get Started Here!

Email Address

**Submit**

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from SurveyAndGetPaid.com or any of its third-party marketing partners.

There are tons of companies that gather information from consumers to figure out how to best serve their customers. Companies are desperate to know what their target audience is thinking.

You have the ability to work from anywhere to that you are able to use the internet. Taking surveys is a quick and easy way to earn extra cash.

## HOW IT WORKS



Sign up for
Survey Offers



Receive Information on
Survey Opportunities



Participate in
Product Reviews



Earn Money for
Your Opinion

SurveyAndGetPaid.com is a consumer information site that aggregates information about certain online services. You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained therein as such information, including without limitation any earnings quotes, are provided "as is" and for informational purposes only. SurveyAndGetPaid.com shall not be liable for any informational error or for any action taken in reliance on information contained herein. SurveyAndGetPaid.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

**Privacy Policy/Your California Privacy Rights**    **Terms of use**    **Contact Us**    **Unsubscribe**

Image Supplied By DomainTools.com

View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| SurveyAndGetPaid.c... | View Whois |
| SurveyAndGetPaid.net | Buy Domain |
| SurveyAndGetPaid.org | Buy Domain |
| SurveyAndGetPaid.in... | Buy Domain |
| SurveyAndGetPaid.biz | Buy Domain |
| SurveyAndGetPaid.us | Buy Domain |

SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information        © 2022 DomainTools

RumorFox.com

## ➖ **Website**

| | |
|---|---|
| **Website Title** | 🌐 Rumor Fox \| What Did the Fox Say?&#8230; A Lot.  ↪ |
| **Server Type** | nginx |
| **Response Code** | 200 |
| **Terms** | 432 (Unique: 210, Linked: 194) |
| **Images** | 15 (Alt tags missing: 12) |
| **Links** | 68  (Internal: 44, Outbound: 24) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: RUMORFOX.COM
Registry Domain ID: 2016824373_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-02-08T12:18:32Z
Creation Date: 2016-03-28T16:28:30Z
Registrar Registration Expiration Date: 2023-03-28T16:28:30Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin DLZOffers
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: rumorfox@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin DLZOffers
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: rumorfox@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin DLZOffers
Tech Organization: DLZOffers
```

6/25/2022                                    RumorFox.com WHOIS, DNS, & Domain Info - DomainTools

Home  >   Whois Lookup  >   RumorFox.com

# Whois Record for RumorFox.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZOffers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,280 days old<br>Created on 2016-03-28<br>Expires on 2023-03-28<br>Updated on 2022-02-08 |
| **Name Servers** | NS1.C30078.SGVPS.NET (has 70,506 domains)<br>NS2.C30078.SGVPS.NET (has 70,506 domains) |
| **Tech Contact** | Network Admin<br>DLZOffers<br>PO box 4668 #85919,<br>New York, NY, 10163-4668, us<br>dealzingocustomerservice@gmail.com<br>(p) 18004188043 |
| **IP Address** | 35.209.157.206 - 7 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Iowa - Council Bluffs - Google |
| **ASN** | 🇺🇸 AS15169 GOOGLE, US (registered Mar 30, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 6 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 4 changes on 4 unique name servers over 6 years |

**– Website**

| | |
|---|---|
| **Website Title** | 🌐 Rumor Fox | What Did the Fox Say?&#8230; A Lot. |
| **Server Type** | nginx |
| **Response Code** | 200 |
| **Terms** | 432 (Unique: 210, Linked: 194) |
| **Images** | 15 (Alt tags missing: 12) |
| **Links** | 68   (Internal: 44, Outbound: 24) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: RUMORFOX.COM
Registry Domain ID: 2016824373_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-02-08T12:18:32Z
Creation Date: 2016-03-28T16:28:30Z
Registrar Registration Expiration Date: 2023-03-28T16:28:30Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dealzingocustomerservice@gmail.com
Name Server: NS1.C30078.SGVPS.NET
Name Server: NS2.C30078.SGVPS.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net
For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |

6/25/2022                                    RumorFox.com WHOIS, DNS, & Domain Info - DomainTools

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |



6/25/2022                    RumorFox.com WHOIS, DNS, & Domain Info - DomainTools



**SOCCER'S ULTIMATE CON MAN: SUPERSTAR SOCCER PLAYER'S 20 YEAR CAREER WAS ALL FAKE.**

How exactly does an athlete maintain a 20-year professional career without actually having the ability to play the sport he is payed to play? By conning a lot of people,....

♡  f  ℣  ⁸⁺  ⑨

**COULD WE SEE DANIEL RADCLIFFE IN HARRY POTTER AND THE CURSED CHILD?**

If you are one of the many Harry Potter fans that would love to see Daniel Radcliffe reprise his leading role in 'Harry Potter and the Cursed Child', you might...

♡  f  ℣  ⁸⁺  ⑨

**DWAYNE 'THE ROCK' JOHNSON CALLS OUT HIS 'FAST 8' MALE CO-STARS.**

Do you smell what the Rock's been cooking? We smell a publicity stunt. Wayne "The Rock" Johnson, posted something unusual on his Instagram account this week, at least for him....

♡  f  ℣  ⁸⁺  ⑨

1  2  3  ...  6  >

**RUMOR FOX**

About | Contact| Privacy Policy| Terms of Use

Copyright 2016 Rumor Fox. All Rights Reserved.



6/25/2022 RumorFox.com WHOIS, DNS, & Domain Info - DomainTools



View Screenshot History

**Available TLDs**

General TLDs | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.

6/25/2022                                    RumorFox.com WHOIS, DNS, & Domain Info - DomainTools

☐ Available domain.
☐ Deleted previously owned domain.

| RumorFox.com | View Whois |
| RumorFox.net | Buy Domain |
| RumorFox.org | Buy Domain |
| RumorFox.info | Buy Domain |
| RumorFox.biz | Buy Domain |
| RumorFox.us | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information        © 2022 DomainTools

NationalSurveysOnline.com

**Hosting History**       5 changes on 4 unique name servers over 16 years

**━ Website**

**Website Title**         None given.

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: nationalsurveysonline.com
Registry Domain ID: 2337211756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:19:26Z
Creation Date: 2018-11-26T21:51:56Z
Registrar Registration Expiration Date: 2022-11-26T21:51:56Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com

Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

6/25/2022                              NationalSurveysOnline.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  NationalSurveysOnline.com

# Whois Record for NationalSurveysOnline.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 1,307 days old<br>Created on 2018-11-26<br>Expires on 2022-11-26<br>Updated on 2022-06-15 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18004188043 (f) × |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | 🇩🇪 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🇩🇪 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 12 changes on 12 unique IP addresses over 17 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 5 changes on 4 unique name servers over 16 years |

**━ Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: nationalsurveyonline.com
Registry Domain ID: 2337211756_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-15T18:29:00Z
Creation Date: 2018-11-26T21:51:56Z
Registrar Registration Expiration Date: 2022-11-26T21:51:56Z
```

```
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8004188043
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dlzoffers.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

6/25/2022                    NationalSurveysOnline.com WHOIS, DNS, & Domain Info - DomainTools

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Welcome to nationalsurveysonline.com**

Your account has been created.
You can access your Web site right away using 72.41.104.128. Over the next few days, DNS servers all across the Internet will update themselves with your new site name. Once that happens, you will be able to access your site at its permanent address, nationalsurveysonline.com.

**Login to your Control Panel**

Login  [        ]

Password  [        ]

[?]

Forgot your password?

**Launch Site Builder**

Password  [        ]

[?]

**View preinstalled scripts**

Go to scripts

Image Supplied By DomainTools.com

| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NationalSurveysOnli... | View Whois |
|---|---|
| NationalSurveysOnli... | View Whois |
| NationalSurveysOnli... | Buy Domain |
| NationalSur...Online.... | Buy Domain |

| NationalSurveysOnli... | | Buy Domain |
| NationalSurveysOnli... | | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information        © 2022 DomainTools

NationalShopperSurvey.com

**Hosting History**        14 changes on 9 unique name servers over 17 years

**– Website**

**Website Title**        None given.

**Whois Record** ( last updated on 2022-03-06 )

```
Domain Name: nationalshoppersurvey.com
Registry Domain ID: 2270167508_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-01T07:25:41Z
Creation Date: 2018-05-31T18:57:01Z
Registrar Registration Expiration Date: 2022-05-31T18:57:01Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

6/25/2022                          NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  NationalShopperSurvey.com

# Whois Record for NationalShopperSurvey.com

**➖ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 1,486 days old<br>Created on 2018-05-31<br>Expires on 2023-05-31<br>Updated on 2022-06-15 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18004188043 (f) x |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 21 changes on 21 unique IP addresses over 17 years |
| **Registrar History** | 3 registrars with 2 drops |
| **Hosting History** | 14 changes on 9 unique name servers over 17 years |

**➖ Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: nationalshoppersurvey.com
Registry Domain ID: 2270167508_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-15T18:29:18Z
Creation Date: 2018-05-31T18:57:01Z
Registrar Registration Expiration Date: 2023-05-31T18:57:01Z
```

6/25/2022          NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8004188043
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dlzoffers.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com


DomainTools Iris
More data. Better context.
Faster response.
Learn More

6/25/2022                    NationalShopperSurvey.com WHOIS, DNS, & Domain Info - DomainTools

**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NationalShopperSur... | View Whois |
|---|---|
| NationalShopperSur... | Buy Domain |
| NationalShopperSur... | Buy Domain |
| NationalSho...Survey... | Buy Domain |
| NationalShopperSur... | Buy Domain |
| NationalShopperSur... | Buy Domain |

🔊  f  🐦  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

NationalDigitalSurvey.com

4/20/2022                    NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

**— Website**

| Website Title | 🌐 500 SSL negotiation failed: | ↱ |
|---|---|---|
| Response Code | 500 | |
| Terms | 2,825 (Unique: 770, Linked: 55) | |
| Images | 23 (Alt tags missing: 23) | |
| Links | 26   (Internal: 0, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: NATIONALDIGITALSURVEY.COM
Registry Domain ID: 1920652083_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:27Z
Creation Date: 2015-04-17T12:04:36Z
Registrar Registration Expiration Date: 2023-04-17T12:04:36Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Dealzingo
Tech Street: PO Box 4668 #85919
```

6/25/2022                                           NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  NationalDigitalSurvey.com

# Whois Record for NationalDigitalSurvey.com

**▬ Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | DLZOffers |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 2,626 days old<br>Created on 2015-04-17<br>Expires on 2023-04-17<br>Updated on 2022-03-01 |
| Name Servers | CHAN.NS.CLOUDFLARE.COM (has 24,763,605 domains)<br>IGOR.NS.CLOUDFLARE.COM (has 24,763,605 domains) |
| Tech Contact | Network Admin<br>DLZOffers<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>dealzingocustomerservice@gmail.com<br>(p) 18444353969 |
| IP Address | 104.21.78.45 - 460 other sites hosted on this server |
| IP Location | - California - San Jose - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 5 changes on 5 unique IP addresses over 7 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 7 years |

**▬ Website**

| | |
|---|---|
| Website Title | 🌐 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 2,825 (Unique: 770, Linked: 55) |
| Images | 23 (Alt tags missing: 23) |
| Links | 26   (Internal: 0, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: NATIONALDIGITALSURVEY.COM
  Registry Domain ID: 1920652083_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:27Z
Creation Date: 2015-04-17T12:04:36Z
Registrar Registration Expiration Date: 2023-04-17T12:04:36Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dealzingocustomerservice@gmail.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                              NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

⤓ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NationalDigitalSurve... | View Whois |
| NationalDigitalSurve... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |
| NationalDig...Survey.... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |

🜲  f  𝕏  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice      Do Not Sell My Personal Information      © 2022 DomainTools

JobSharknl.com

| Hosting History | 1 change on 2 unique name servers over 2 years | ↱ |

**‒ Website**

| Website Title | None given. | ↱ |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: jobsharknl.com
Registry Domain ID: 2538720752_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-16T07:36:07Z
Creation Date: 2020-06-15T20:32:33Z
Registrar Registration Expiration Date: 2022-06-15T20:32:33Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

6/25/2022                                                JobsHarknl.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > JobsHarknl.com

# Whois Record for JobsHarknl.com

— **Domain Profile**

| Registrant | Network Admin |
|---|---|
| Registrant Org | DLZ Offers |
| Registrant Country | us |
| Registrar | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| Registrar Status | clientTransferProhibited |
| Dates | 740 days old<br>Created on 2020-06-15<br>Expires on 2023-06-15<br>Updated on 2022-06-15 |
| Name Servers | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| Tech Contact | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18004188043 (f) x |
| IP Address | 5.22.145.16 - 159,331 other sites hosted on this server |
| IP Location | 🏴 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| ASN | 🏴 AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 1 change on 1 unique IP addresses over 1 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 2 years |

— **Website**

| Website Title | None given. |
|---|---|

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: jobsharknl.com
Registry Domain ID: 2538720752_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-15T18:29:17Z
Creation Date: 2020-06-15T20:32:33Z
Registrar Registration Expiration Date: 2023-06-15T20:32:33Z
```

```
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8004188043
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dlzoffers.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

6/25/2022                     JobsHarknl.com WHOIS, DNS, & Domain Info - DomainTools

Tools



| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |



| Preview the Full Domain Report |
| --- |

$18-20 / Hour Immediate Hire Jobs

| Job Title or Company | 97818 |

✔ Immediate Hire    ✔ Competitive Salary    ✔ Job Security    ✔ Flexible Hours

Trending Immediate Hire Jobs

View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JobsHarknl.com | View Whois |
| JobsHarknl.net | Buy Domain |
| JobsHarknl.org | Buy Domain |
| JobsHarknl.info | Buy Domain |
| JobsHarknl.biz | Buy Domain |
| JobsHarknl.us | Buy Domain |

JobShark.co

```
Domain Name: jobshark.co
Registry Domain ID: D174882440-CO
Registrar WHOIS Server:
Registrar URL: www.directnic.com
Updated Date: 2021-12-02T07:33:50Z
Creation Date: 2017-01-12T21:42:00Z
Registry Expiry Date: 2023-01-11T23:59:59Z
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8135049640
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibit
ed
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibit
ed
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Michael Held
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: NY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record ident
ified in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified
 in this
output for information on how to contact the Registrant, Admin, or Tech contact
of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
```

Home  >  Whois Lookup  >  JobsHark.co

# Whois Record for JobsHark.co

**– Domain Profile**

| | |
|---|---|
| **Registrant** | REDACTED FOR PRIVACY |
| **Registrant Org** | DLZOffers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc.<br>IANA ID: 291<br>URL: www.directnic.com<br>Whois Server: —<br>abuse@directnic.com<br>(p) 18135049640 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 1,990 days old<br>Created on 2017-01-12<br>Expires on 2023-01-11<br>Updated on 2022-06-14 |
| **Name Servers** | CHAN.NS.CLOUDFLARE.COM (has 24,763,605 domains)<br>IGOR.NS.CLOUDFLARE.COM (has 24,763,605 domains) |
| **Tech Contact** | REDACTED FOR PRIVACY<br>REDACTED FOR PRIVACY,<br>REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY, REDACTED FOR PRIVACY<br>(p) x (f) x |
| **IP Address** | 104.21.6.228 - 444 other sites hosted on this server |
| **IP Location** | - Noord-holland - Amsterdam - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Hosting History** | 4 changes on 4 unique name servers over 8 years |

**– Website**

| | |
|---|---|
| **Website Title** | 500 SSL negotiation failed: |
| **Response Code** | 500 |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: jobshark.co
Registry Domain ID: D174882440-CO
Registrar WHOIS Server:
Registrar URL: www.directnic.com
Updated Date: 2022-06-14T15:12:37Z
Creation Date: 2017-01-12T21:42:00Z
Registry Expiry Date: 2023-01-11T23:59:59Z
Registrar: DNC Holdings, Inc.
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8135049640
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
```

6/25/2022                          JobsHark.co WHOIS, DNS, & Domain Info - DomainTools

```
Registrant Organization: DLZOffers
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: NY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this
output for information on how to contact the Registrant, Admin, or Tech contact of the queried
domain name.
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output
for information on how to contact the Registrant, Admin, or Tech contact of the queried domain
name.
Name Server: igor.ns.cloudflare.com
Name Server: chan.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp

The above WHOIS results have been redacted to remove potential personal data. The full WHOIS
output may be available to individuals and organisations with a legitimate interest in
accessing this data not outweighed by the fundamental privacy rights of the data subject. To
find out more, or to make a request for access, please visit: RDDSrequest.nic.co.
```



**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

Visit Website

⬇ Preview the Full Domain Report

**Available TLDs**

General TLDs    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JobsHark.com | View Whois |
| JobsHark.net | View Whois |
| JobsHark.org | View Whois |
| JobsHark.info | View Whois |
| JobsHark.biz | View Whois |
| JobsHark.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

JobsDeliver.com

4/20/2022                          JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**          4 changes on 4 unique name servers over 13 years

**━ Website**

**Website Title**            None given.

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: jobsdeliver.com
Registry Domain ID: 2606778212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-04-21T20:11:02Z
Creation Date: 2021-04-21T20:11:02Z
Registrar Registration Expiration Date: 2022-04-21T20:11:02Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Lincoln Log Networks, LLC
Registrant Street: PO Box 10188 #85919
Registrant City: Newark
Registrant State/Province: NJ
Registrant Postal Code: 07101-3188
Registrant Country: US
Registrant Phone: +1.4434573539
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Lincoln Log Networks, LLC
Admin Street: PO Box 10188 #85919
Admin City: Newark
Admin State/Province: NJ
Admin Postal Code: 07101-3188
Admin Country: US
Admin Phone: +1.4434573539
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
```

6/25/2022                                  JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  JobsDeliver.com

# Whois Record for JobsDeliver.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Bear Claw Marketing |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 430 days old<br>Created on 2021-04-21<br>Expires on 2023-04-21<br>Updated on 2022-06-14 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>Bear Claw Marketing<br>PO Box 660675 # 85919,<br>Dallas, TX, 75266, us<br>info@bearclawmktg.com<br>(p) 18444353969 (f) x |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | 🏴 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🏴 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 12 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 4 changes on 4 unique name servers over 13 years |

**– Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: jobsdeliver.com
Registry Domain ID: 2606778212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-14T19:19:37Z
Creation Date: 2021-04-21T20:11:02Z
Registrar Registration Expiration Date: 2023-04-21T20:11:02Z
```

6/25/2022                          JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: Bear Claw Marketing
Registrant Street: PO Box 660675 # 85919
Registrant City: Dallas
Registrant State/Province: TX
Registrant Postal Code: 75266
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@bearclawmktg.com

Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: Bear Claw Marketing
Admin Street: PO Box 660675 # 85919
Admin City: Dallas
Admin State/Province: TX
Admin Postal Code: 75266
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@bearclawmktg.com

Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: Bear Claw Marketing
Tech Street: PO Box 660675 # 85919
Tech City: Dallas
Tech State/Province: TX
Tech Postal Code: 75266
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@bearclawmktg.com

Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: Bear Claw Marketing
Billing Street: PO Box 660675 # 85919
Billing City: Dallas
Billing State/Province: TX
Billing Postal Code: 75266
Billing Country: US
Billing Phone: +1.8444353969
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@bearclawmktg.com

Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com


DomainTools Iris
More data. Better context.
Faster response.
Learn More

6/25/2022                                    JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |



| View Screenshot History |
| --- |

**Available TLDs**

| General TLDs | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JobsDeliver.com | View Whois |
| --- | --- |
| JobsDeliver.net | View Whois |
| JobsDeliver.org | Buy Domain |
| JobsDeliver.info | Buy Domain |
| JobsDeliver.biz | Buy Domain |
| JobsDeliver.us | Buy Domain |



Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

ExpectCareCare.com

**Hosting History**        1 change on 2 unique name servers over 7 years

**― Website**

**Website Title**          None given.

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: expectcarecare.com
Registry Domain ID: 1961356903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-10-24T13:24:45Z
Creation Date: 2015-09-18T07:41:38Z
Registrar Registration Expiration Date: 2022-09-18T07:41:38Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Lincoln Smith
Registrant Organization: Consumer Concierge
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@jobshark.co
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Lincoln Smith
Admin Organization: Consumer Concierge
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@jobshark.co
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Lincoln Smith
Tech Organization: Consumer Concierge
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@jobshark.co
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Lincoln Smith
```

6/25/2022                          ExpectCareCare.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > ExpectCareCare.com

# Whois Record for ExpectCareCare.com

**–** **Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Consumer Concierge |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 2,472 days old<br>Created on 2015-09-18<br>Expires on 2022-09-18<br>Updated on 2022-06-14 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>Consumer Concierge<br>PO Box 10188 #85919,<br>Newark, NJ, 07101-3188, us<br>chrisjamesonnwp@gmail.com<br>(p) 18004761481 (f) x |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | 🇩🇪 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🇩🇪 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 3 changes on 3 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 7 years |

**–** **Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: expectcarecare.com
Registry Domain ID: 1961356903_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-14T19:16:39Z
Creation Date: 2015-09-18T07:41:38Z
Registrar Registration Expiration Date: 2022-09-18T07:41:38Z
```

```
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: Consumer Concierge
Registrant Street: PO Box 10188 #85919
Registrant City: Newark
Registrant State/Province: NJ
Registrant Postal Code: 07101-3188
Registrant Country: US
Registrant Phone: +1.8004761481
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: Consumer Concierge
Admin Street: PO Box 10188 #85919
Admin City: Newark
Admin State/Province: NJ
Admin Postal Code: 07101-3188
Admin Country: US
Admin Phone: +1.8004761481
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: Consumer Concierge
Tech Street: PO Box 10188 #85919
Tech City: Newark
Tech State/Province: NJ
Tech Postal Code: 07101-3188
Tech Country: US
Tech Phone: +1.8004761481
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: chrisjamesonnwp@gmail.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: Consumer Concierge
Billing Street: PO Box 10188 #85919
Billing City: Newark
Billing State/Province: NJ
Billing Postal Code: 07101-3188
Billing Country: US
Billing Phone: +1.8004761481
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: chrisjamesonnwp@gmail.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

6/25/2022                    ExpectCareCare.com WHOIS, DNS, & Domain Info - DomainTools

**Tools**

| Hosting History |  |
|---|---|

| Monitor Domain Properties | ▾ |
|---|---|

| Reverse IP Address Lookup | ▾ |
|---|---|

| Network Tools | ▾ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ExpectCareCare.com | View Whois |
|---|---|
| ExpectCareCare.net | Buy Domain |
| ExpectCareCare.org | Buy Domain |
| ExpectCareCare.info | Buy Domain |
| ExpectCareCare.biz | Buy Domain |
| ExpectCareCare.us | Buy Domain |

🟠  f  🐦  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

ExigentMediaGroup.com

4/20/2022                          ExigentMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

| Website Title | 🌐 Exigent Media Group |
|---|---|
| Server Type | Microsoft-IIS/10.0 |
| Response Code | 200 |
| Terms | 122 (Unique: 78, Linked: 24) |
| Images | 1 (Alt tags missing: 0) |
| Links | 11   (Internal: 11, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: EXIGENTMEDIAGROUP.COM
Registry Domain ID: 1779915257_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:33Z
Creation Date: 2013-02-12T09:48:54Z
Registrar Registration Expiration Date: 2023-02-12T09:48:54Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: motivatedtechnicianmarketing@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: motivatedtechnicianmarketing@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
Tech Street: PO box 4668 #85919
Tech City: New York
```

6/25/2022 ExigentMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  ExigentMediaGroup.com

# Whois Record for ExigentMediaGroup.com

**– Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | Galactica Marketing Group |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,420 days old          Whois History ➦<br>Created on 2013-02-12<br>Expires on 2023-02-12<br>Updated on 2021-12-28 |
| Name Servers | NS0.DIRECTNIC.COM (has 208,632 domains)  ➦<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| Tech Contact | Network Admin<br>Galactica Marketing Group<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>info@galacticamktg.com<br>(p) 18004188043 |
| IP Address | 3.128.123.203 - 10 other sites hosted on this server  ➦ |
| IP Location | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| ASN | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 13 changes on 13 unique IP addresses over 17 years  ➦ |
| Registrar History | 3 registrars with 1 drop  ➦ |
| Hosting History | 5 changes on 5 unique name servers over 17 years  ➦ |

**– Website**

| | |
|---|---|
| Website Title | 🔵 403 Forbidden  ➦ |
| Response Code | 403 |
| Terms | 122 (Unique: 78, Linked: 24) |
| Images | 1 (Alt tags missing: 0) |
| Links | 11   (Internal: 11, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: EXIGENTMEDIAGROUP.COM
  Registry Domain ID: 1779915257_DOMAIN_COM-VRSN
```

6/25/2022                    ExigentMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:33Z
Creation Date: 2013-02-12T09:48:54Z
Registrar Registration Expiration Date: 2023-02-12T09:48:54Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@galacticamktg.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                      ExigentMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

### Available TLDs

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ExigentMediaGroup.... | View Whois |
|---|---|
| ExigentMediaGroup.... | Buy Domain |
| ExigentMediaGroup.... | Buy Domain |
| ExigentMediaGroup.i... | Buy Domain |
| ExigentMediaGroup.... | Buy Domain |
| ExigentMediaGroup.us | Buy Domain |

⬧  ⓕ  𝕏  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

EntirelyBelieve.com





**DOMAINTOOLS**  PROFILE ▾  CONNECT ▾  MONITOR ▾  SUPPORT  | Whois Lookup  🔍 |  LOGIN  **Sign Up**

## Whois Record for EntirelyBelieve.com

How does this work?

**— Domain Profile**

| | |
|---|---|
| Registrant | REDACTED FOR PRIVACY |
| Registrant Org | DLZ Offers |
| Registrant Country | us |
| Registrar | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| Registrar Status | clientTransferProhibited |
| Dates | 2,314 days old<br>Created on 2015-09-18<br>Expires on 2022-09-18<br>Updated on 2021-10-24 |
| Name Servers | NS1.MONIKERDNS.NET (has 153,068 domains)<br>NS2.MONIKERDNS.NET (has 153,068 domains)<br>NS3.MONIKERDNS.NET (has 153,068 domains)<br>NS4.MONIKERDNS.NET (has 153,068 domains) |
| Tech Contact | REDACTED FOR PRIVACY<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18444353969 (f) x |
| Domain Status | Registered And No Website |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 7 years |

**— Website**

| | |
|---|---|
| Website Title | None given. |

**DomainTools Iris**
More data. Better context.
Faster response.
**Learn More**

⬇ Preview the Full Domain Report

**Tools**

Hosting History
Monitor Domain Properties ▾
Visit Website

**Available TLDs**

**General TLDs**  Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

⬛ Taken domain.
🟩 Available domain.
🟧 Deleted previously owned domain.

| EntirelyBelieve.com | View Whois |
| EntirelyBelieve.net | Buy Domain |
| EntirelyBelieve.org | Buy Domain |
| EntirelyBelieve.info | Buy Domain |
| EntirelyBelieve.biz | Buy Domain |
| EntirelyBelieve.us | Buy Domain |



**DOMAINTOOLS**   PROFILE ▾   CONNECT ▾   MONITOR ▾   SUPPORT      Whois Lookup   🔍            LOGIN   Sign Up

Home > Whois Lookup > EntirelyBelieve.com

# Whois Record for EntirelyBelieve.com

How does this work?

**− Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | DLZ Offers |
| Registrant Country | us |
| Registrar | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| Registrar Status | clientTransferProhibited |
| Dates | 2,472 days old<br>Created on 2015-09-18<br>Expires on 2022-09-18<br>Updated on 2021-09-19 |
| Name Servers | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| Tech Contact | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18004188043 (f) x |
| Domain Status | Registered And No Website |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 7 years |

**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

⬇ Preview the Full Domain Report

**Tools**

Hosting History

Monitor Domain Properties ▾

Visit Website

**Available TLDs**

General TLDs   Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

■ Taken domain.
■ Available domain.
■ Deleted previously owned domain.

| | |
|---|---|
| EntirelyBelieve.com | View Whois |
| EntirelyBelieve.net | Buy Domain |
| EntirelyBelieve.org | Buy Domain |
| EntirelyBelieve.info | Buy Domain |
| EntirelyBelieve.biz | Buy Domain |
| EntirelyBelieve.us | Buy Domain |

EnrichedTechnologies.com

4/20/2022                    EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

## ━ Website

| Website Title | 🌐 Enriched Technologies | ↱ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 120 (Unique: 78, Linked: 25) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 12   (Internal: 12, Outbound: 0) | |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: ENRICHEDTECHNOLOGIES.COM
Registry Domain ID: 1790821364_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:24Z
Creation Date: 2013-04-02T09:39:16Z
Registrar Registration Expiration Date: 2023-04-02T09:39:16Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Administrator
Registrant Organization: Explorex Media
Registrant Street: PO Box 10188 #85919
Registrant City: Newark
Registrant State/Province: NJ
Registrant Postal Code: 07101-3188
Registrant Country: US
Registrant Phone: +1.8008569120
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@explorexmedia.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Administrator
Admin Organization: Explorex Media
Admin Street: PO Box 10188 #85919
Admin City: Newark
Admin State/Province: NJ
Admin Postal Code: 07101-3188
Admin Country: US
Admin Phone: +1.8008569120
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@explorexmedia.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Administrator
Tech Organization: Explorex Media
```

6/25/2022      EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  EnrichedTechnologies.com

# Whois Record for EnrichedTechnologies.com

**▬ Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | Galactica Marketing Group |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,371 days old<br>Created on 2013-04-02<br>Expires on 2023-04-02<br>Updated on 2022-03-01 |
| Name Servers | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| Tech Contact | Network Admin<br>Galactica Marketing Group<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>info@galacticamktg.com<br>(p) 18004188043 |
| IP Address | 3.128.123.203 - 10 other sites hosted on this server |
| IP Location | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| ASN | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 6 changes on 6 unique IP addresses over 9 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 9 years |

**▬ Website**

| | |
|---|---|
| Website Title | 🌐 403 Forbidden |
| Response Code | 403 |
| Terms | 120 (Unique: 78, Linked: 25) |
| Images | 1 (Alt tags missing: 0) |
| Links | 12   (Internal: 12, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: ENRICHEDTECHNOLOGIES.COM
  Registry Domain ID: 1790821364_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:24Z
Creation Date: 2013-04-02T09:39:16Z
Registrar Registration Expiration Date: 2023-04-02T09:39:16Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@galacticamktg.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |

| Reverse IP Address Lookup | ▼ |
| --- | --- |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

6/25/2022                    EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools



**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| EnrichedTechnologie... | View Whois |
|---|---|
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

Emails-JobsDelivered.com

6/25/2022                     Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  Emails-JobsDelivered.com

# Whois Record for Emails-JobsDelivered.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br><br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 942 days old<br>Created on 2019-11-26<br>Expires on 2022-11-26<br>Updated on 2022-06-15 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br><br>info@dlzoffers.com<br>(p) 18004188043 (f) × |
| **IP Address** | 5.22.145.121 - 11 other sites hosted on this server |
| **IP Location** | 🇩🇪 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🇩🇪 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And No Website |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 3 years |

**━ Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: emails-jobsdelivered.com
Registry Domain ID: 2459945556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-15T18:29:10Z
Creation Date: 2019-11-26T18:48:09Z
Registrar Registration Expiration Date: 2022-11-26T18:48:09Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
```

```
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com

Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com

Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com

Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
Billing State/Province: NY
Billing Country: US
Billing Postal Code: 10163-4668
Billing Phone: +1.8004188043
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dlzoffers.com

Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



**Tools**

6/25/2022                                    Emails-JobsDelivered.com WHOIS, DNS, & Domain Info - DomainTools

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |

| Reverse IP Address Lookup | ▼ |
| --- | --- |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |



| View Screenshot History |
| --- |

**Available TLDs**

| General TLDs | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| Emails-JobsDelivere... | View Whois |
| --- | --- |
| Emails-JobsDelivere... | Buy Domain |
| Emails-JobsDelivere... | Buy Domain |
| Emails-JobsDelivere... | Buy Domain |
| Emails-JobsDelivere... | Buy Domain |
| Emails-JobsDelivere... | Buy Domain |

**▬ Website**

| **Website Title** | None given. | ↱ |
|---|---|---|

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: emails-jobsdelivered.com
Registry Domain ID: 2459945556_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-01-02T01:16:24Z
Creation Date: 2019-11-26T18:48:09Z
Registrar Registration Expiration Date: 2022-11-26T18:48:09Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
```

```
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8444353969
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email:  info@dlzoffers.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net
/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



## Tools

| Hosting History |  |
|---|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

DzloSurverys.com

4/20/2022                                          DzLoSurverys.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**        1 change on 2 unique name servers over 4 years

**— Website**

**Website Title**          None given.

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: dzlosurverys.com
Registry Domain ID: 2312823136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-09-22T07:29:38Z
Creation Date: 2018-09-21T19:44:54Z
Registrar Registration Expiration Date: 2022-09-21T19:44:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
```

6/25/2022                                          DzLoSurveys.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > DzLoSurverys.com

# Whois Record for DzLoSurverys.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 1,373 days old<br>Created on 2018-09-21<br>Expires on 2022-09-21<br>Updated on 2022-06-15 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>DLZ Offers<br>PO Box 4668 #85919,<br>New York, NY, 10163-4668, us<br>info@dlzoffers.com<br>(p) 18004188043 (f) x |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | 🏴 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🏴 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 3 changes on 3 unique IP addresses over 2 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 4 years |

**━ Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: dzlosurverys.com
Registry Domain ID: 2312823136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-15T18:29:23Z
Creation Date: 2018-09-21T19:44:54Z
Registrar Registration Expiration Date: 2022-09-21T19:44:54Z
```

6/25/2022                    DzLoSurverys.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163-4668
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@dlzoffers.com

Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163-4668
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@dlzoffers.com

Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO Box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163-4668
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@dlzoffers.com

Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: DLZ Offers
Billing Street: PO Box 4668 #85919
Billing City: New York
Billing State/Province: NY
Billing Postal Code: 10163-4668
Billing Country: US
Billing Phone: +1.8004188043
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@dlzoffers.com

Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

6/25/2022                          DzLoSurverys.com WHOIS, DNS, & Domain Info - DomainTools

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DzLoSurverys.com | View Whois |
|---|---|
| DzLoSurverys.net | Buy Domain |
| DzLoSurverys.org | Buy Domain |
| DzLoSurverys.info | Buy Domain |
| DzLoSurverys.biz | Buy Domain |
| DzLoSurverys.us | Buy Domain |



Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

DrivingMarketingGroup.com

4/20/2022          DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

## ➖ Website

| Website Title | 🌐 Driving Marketing Group | ↗ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 123 (Unique: 78, Linked: 27) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 13   (Internal: 13, Outbound: 0) | |

**Whois Record** ( last updated on 2022-04-19 )

```
Domain Name: DRIVINGMARKETINGGROUP.COM
Registry Domain ID: 1779915260_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:32Z
Creation Date: 2013-02-12T09:48:58Z
Registrar Registration Expiration Date: 2023-02-12T09:48:58Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin MotivatedTech
Registrant Organization: Motivated Technician Marketing
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465149199
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: motivatedtechnicianmarketing@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin MotivatedTech
Admin Organization: Motivated Technician Marketing
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465149199
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: motivatedtechnicianmarketing@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin MotivatedTech
Tech Organization: Motivated Technician Marketing
```

Home  >  Whois Lookup  >  DrivingMarketingGroup.com

# Whois Record for DrivingMarketingGroup.com

**▬ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Galactica Marketing Group |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. <br> IANA ID: 291 <br> URL: http://www.directnic.com <br> Whois Server: whois.directnic.com <br><br> abuse@directnic.com <br> (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,420 days old <br> Created on 2013-02-12 <br> Expires on 2023-02-12 <br> Updated on 2021-12-28 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains) <br> NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | Network Admin <br> Galactica Marketing Group <br> PO box 4668 #85919, <br> New York, NY, 10163, us <br><br> info@galacticamktg.com <br> (p) 18004188043 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 7 changes on 7 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

**▬ Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 123 (Unique: 78, Linked: 27) |
| **Images** | 1 (Alt tags missing: 0) |
| **Links** | 13  (Internal: 13, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: DRIVINGMARKETINGGROUP.COM
  Registry Domain ID: 1779915260_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:32Z
Creation Date: 2013-02-12T09:48:58Z
Registrar Registration Expiration Date: 2023-02-12T09:48:58Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@galacticamktg.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                    DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DrivingMarketingGro... | View Whois |
|---|---|
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMark...gGrou... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |

🔊  f  🐦  in

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

DIzOffers.com

## ━ Website

| | |
|---|---|
| **Website Title** | 🌐 500 SSL negotiation failed: |
| **Response Code** | 500 |
| **Terms** | 149 (Unique: 84, Linked: 1) |
| **Images** | 0 (Alt tags missing: 0) |
| **Links** | 1  (Internal: 0, Outbound: 1) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: DLZOFFERS.COM
Registry Domain ID: 2116388367_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2017-04-21T11:40:21Z
Registrar Registration Expiration Date: 2023-04-21T11:40:21Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO Box 4668 #85919
```

6/25/2022                                    DlzOffers.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  DlzOffers.com

# Whois Record **for DlzOffers.com**

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZOffers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 1,891 days old<br>Created on 2017-04-21<br>Expires on 2023-04-21<br>Updated on 2022-03-01 |
| **Name Servers** | CHAN.NS.CLOUDFLARE.COM (has 24,763,605 domains)<br>IGOR.NS.CLOUDFLARE.COM (has 24,763,605 domains) |
| **Tech Contact** | Network Admin<br>DLZOffers<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>dealzingocustomerservice@gmail.com<br>(p) 18444053969 |
| **IP Address** | 104.26.10.93 - 66 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 4 changes on 4 unique IP addresses over 5 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 2 changes on 3 unique name servers over 5 years |

**━ Website**

| | |
|---|---|
| **Website Title** | 🌐 500 SSL negotiation failed: |
| **Response Code** | 500 |
| **Terms** | 149 (Unique: 84, Linked: 1) |
| **Images** | 0 (Alt tags missing: 0) |
| **Links** | 1   (Internal: 0, Outbound: 1) |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: DLZOFFERS.COM
Registry Domain ID: 2116388367_DOMAIN_COM-VRSN
```

6/25/2022                DlzOffers.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2017-04-21T11:40:21Z
Registrar Registration Expiration Date: 2023-04-21T11:40:21Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com

Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com

Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dealzingocustomerservice@gmail.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |

| Reverse IP Address Lookup | ▼ |
| --- | --- |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DlzOffers.com | View Whois |
|---|---|
| DlzOffers.net | Buy Domain |
| DlzOffers.org | Buy Domain |
| DlzOffers.info | Buy Domain |
| DlzOffers.biz | Buy Domain |
| DlzOffers.us | Buy Domain |

🔗  f  🐦  in

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

DealZingo.com

| ASN | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
|---|---|
| **Domain Status** | Registered And Active Website |
| **IP History** | 36 changes on 36 unique IP addresses over 15 years ↱ |
| **Registrar History** | 3 registrars with 2 drops ↱ |
| **Hosting History** | 12 changes on 9 unique name servers over 14 years ↱ |

**– Website**

| Website Title | None given. ↱ |
|---|---|
| **Server Type** | cloudflare |
| **Response Code** | 349 |
| **Terms** | 2,658 (Unique: 697, Linked: 56) |
| **Images** | 6 (Alt tags missing: 6) |
| **Links** | 27   (Internal: 2, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: DEALZINGO.COM
Registry Domain ID: 1888495064_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-30T10:00:52Z
Creation Date: 2014-12-03T10:51:39Z
Registrar Registration Expiration Date: 2022-12-03T10:51:39Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com

Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
```

6/25/2022                    DealZingO.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  DealZingO.com

# Whois Record for DealZingO.com

**Domain Available**

### dealzingo.com is for sale!

This domain is listed for sale at one of our partner sites .

Visit our partner to buy dealzingo.com

**─ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZOffers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,761 days old<br>Created on 2014-12-03<br>Expires on 2022-12-03<br>Updated on 2021-11-30 |
| **Name Servers** | CHAN.NS.CLOUDFLARE.COM (has 24,763,605 domains)<br>IGOR.NS.CLOUDFLARE.COM (has 24,763,605 domains) |
| **Tech Contact** | Network Admin<br>DLZOffers<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>dealzingocustomerservice@gmail.com<br>(p) 18444353969 |
| **IP Address** | 104.21.74.89 - 435 other sites hosted on this server |
| **IP Location** | - California - San Jose - Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 36 changes on 36 unique IP addresses over 15 years |
| **Registrar History** | 3 registrars with 2 drops |
| **Hosting History** | 12 changes on 9 unique name servers over 14 years |

**─ Website**

| | |
|---|---|
| **Website Title** | None given. |
| **Server Type** | cloudflare |

6/25/2022                                    DealZingO.com WHOIS, DNS, & Domain Info - DomainTools

| | |
|---|---|
| Response Code | 349 |
| Terms | 2,639 (Unique: 693, Linked: 53) |
| Images | 6 (Alt tags missing: 6) |
| Links | 25   (Internal: 2, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: DEALZINGO.COM
Registry Domain ID: 1888495064_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-30T10:00:52Z
Creation Date: 2014-12-03T10:51:39Z
Registrar Registration Expiration Date: 2022-12-03T10:51:39Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  dealzingocustomerservice@gmail.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

6/25/2022                               DealZingO.com Whois, DNS, & Domain Info - DomainTools



**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Buy This Domain |  |
| Visit Website |  |

| ⤓ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DealZingO.com | View Whois |
|---|---|
| DealZingO.net | Buy Domain |
| DealZingO.org | Buy Domain |
| DealZingO.info | Buy Domain |

Case No. 1:22-cv-01543-SKC   Document 11-4   filed 06/27/22   USDC Colorado   pg 110 of 121

| DealZingO.biz | Buy Domain |
| DealZingO.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

ConsumerDigitalSurvey.com

**━ Website**

| | |
|---|---|
| **Website Title** | 🔴 500 SSL negotiation failed: ↱ |
| **Response Code** | 500 |
| **Terms** | 2,644 (Unique: 696, Linked: 57) |
| **Images** | 12 (Alt tags missing: 12) |
| **Links** | 27   (Internal: 1, Outbound: 0) |

**Whois Record ( last updated on 2022-04-19 )**

```
Domain Name: CONSUMERDIGITALSURVEY.COM
Registry Domain ID: 1920652086_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2015-04-17T12:04:38Z
Registrar Registration Expiration Date: 2023-04-17T12:04:38Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Domain Status: renewPeriod (https://www.icann.org/epp#renewPeriod)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Dealzingo
Registrant Street: PO Box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.6465431795
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Dealzingo
Admin Street: PO Box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.6465431795
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Dealzingo
Tech Street: PO Box 4668 #85919
```

6/27/2022                    ConsumerDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  ConsumerDigitalSurvey.com

# Whois Record for ConsumerDigitalSurvey.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZOffers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,627 days old<br>Created on 2015-04-17<br>Expires on 2023-04-17<br>Updated on 2022-03-01 |
| **Name Servers** | CHAN.NS.CLOUDFLARE.COM (has 24,770,893 domains)<br>IGOR.NS.CLOUDFLARE.COM (has 24,770,893 domains) |
| **Tech Contact** | Network Admin<br>DLZOffers<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br>dealzingocustomerservice@gmail.com<br>(p) 18444353969 |
| **IP Address** | 104.22.16.169 - 3 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 6 changes on 6 unique IP addresses over 7 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 2 changes on 3 unique name servers over 7 years |

**━ Website**

| | |
|---|---|
| **Website Title** | 🥧 500 SSL negotiation failed: |
| **Response Code** | 500 |
| **Terms** | 2,644 (Unique: 696, Linked: 57) |
| **Images** | 12 (Alt tags missing: 12) |
| **Links** | 27   (Internal: 1, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-26 )

```
Domain Name: CONSUMERDIGITALSURVEY.COM
Registry Domain ID: 1920652086_DOMAIN_COM-VRSN
```

6/27/2022                    ConsumerDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:28Z
Creation Date: 2015-04-17T12:04:38Z
Registrar Registration Expiration Date: 2023-04-17T12:04:38Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dealzingocustomerservice@gmail.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/27/2022                    ConsumerDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| ConsumerDigitalSurv... | View Whois |
| ConsumerDigitalSurv... | Buy Domain |
| ConsumerDigitalSurv... | Buy Domain |
| ConsumerDig...Surve... | Buy Domain |
| ConsumerDigitalSurv... | Buy Domain |
| ConsumerDigitalSurv... | Buy Domain |

🅡  f  𝕏  in

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

BuzzBarrelReview.com

| | |
|---|---|
| **Hosting History** | 1 change on 2 unique name servers over 2 years |

**➖ Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2022-03-06 )**

```
Domain Name: buzzbarrelreview.com
Registry Domain ID: 2533730520_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2021-06-04T07:30:46Z
Creation Date: 2020-06-03T20:23:54Z
Registrar Registration Expiration Date: 2022-06-03T20:23:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: DLZ Offers
Registrant Organization: DLZ Offers
Registrant Street: 321 East 22nd St. Suite 1D
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10010
Registrant Country: US
Registrant Phone: +1.3474020572
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: chrisjamesonnwp@gmail.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: DLZ Offers
Admin Organization: DLZ Offers
Admin Street: 321 East 22nd St. Suite 1D
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10010
Admin Country: US
Admin Phone: +1.3474020572
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: chrisjamesonnwp@gmail.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: DLZ Offers
Tech Organization: DLZ Offers
Tech Street: 321 East 22nd St. Suite 1D
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10010
Tech Country: US
Tech Phone: +1.3474020572
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: chrisjamesonnwp@gmail.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: DLZ Offers
```

BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  BuzzBarrelReview.com

# Whois Record for BuzzBarrelReview.com

## ➖ Domain Profile

| | |
|---|---|
| **Registrant** | Moniker Privacy Services |
| **Registrant Org** | Moniker Privacy Services |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | ok |
| **Dates** | 752 days old<br>Created on 2020-06-03<br>Expires on 2023-06-03<br>Updated on 2022-06-07 |
| **Name Servers** | MID113.NS1.SSLPARKING.COM (has 6,132 domains)<br>MID113.NS2.SSLPARKING.COM (has 6,132 domains) |
| **Tech Contact** | Moniker Privacy Services<br>2320 NE 9th St, Second Floor,<br>Fort Lauderdale, FL, 33304, us<br>1a37bee53a04d6f377f46d28e161c48ce921b99c83f7f68f69570817f3a1a40c@buzzbarrelreview.com.whoisproxy.org<br>(p) 18006886311 (f) 19545859186 |
| **IP Address** | 95.217.135.78 - 4,447 other sites hosted on this server |
| **IP Location** | 🇫🇮 - Uusimaa - Tuusula - Hetzner Online Gmbh |
| **ASN** | 🇫🇮 AS24940 HETZNER-AS, DE (registered Jun 03, 2002) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 2 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 2 changes on 3 unique name servers over 2 years |

## ➖ Website

| | |
|---|---|
| **Website Title** | None given. |
| **Terms** | 34 (Unique: 32, Linked: 4) |
| **Images** | 1 (Alt tags missing: 1) |
| **Links** | 2   (Internal: 0, Outbound: 2) |

### Whois Record ( last updated on 2022-06-25 )

```
Domain Name: buzzbarrelreview.com
Registry Domain ID: 2533730520_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-08T06:37:54Z
```

```
Creation Date: 2020-06-03T20:23:54Z
Registrar Registration Expiration Date: 2023-06-03T20:23:54Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: ok https://icann.org/epp#ok
Registry Registrant ID: Not Available From Registry
Registrant Name: Moniker Privacy Services
Registrant Organization: Moniker Privacy Services
Registrant Street: 2320 NE 9th St, Second Floor
Registrant City: Fort Lauderdale
Registrant State/Province: FL
Registrant Postal Code: 33304
Registrant Country: US
Registrant Phone: +1.8006886311
Registrant Phone Ext:
Registrant Fax: +1.9545859186
Registrant Fax Ext:
Registrant Email:
 1a37bee53a04d6f377f46d28e161c48ce921b99c83f7f68f69570817f3a1a40c@buzzbarrelreview.com .whoisproxy.org
Registry Admin ID: Not Available From Registry
Admin Name: Moniker Privacy Services
Admin Organization: Moniker Privacy Services
Admin Street: 2320 NE 9th St, Second Floor
Admin City: Fort Lauderdale
Admin State/Province: FL
Admin Postal Code: 33304
Admin Country: US
Admin Phone: +1.8006886311
Admin Phone Ext:
Admin Fax: +1.9545859186
Admin Fax Ext:
Admin Email:
 1a37bee53a04d6f377f46d28e161c48ce921b99c83f7f68f69570817f3a1a40c@buzzbarrelreview.com .whoisproxy.org
Registry Tech ID: Not Available From Registry
Tech Name: Moniker Privacy Services
Tech Organization: Moniker Privacy Services
Tech Street: 2320 NE 9th St, Second Floor
Tech City: Fort Lauderdale
Tech State/Province: FL
Tech Postal Code: 33304
Tech Country: US
Tech Phone: +1.8006886311
Tech Phone Ext:
Tech Fax: +1.9545859186
Tech Fax Ext:
Tech Email:
 1a37bee53a04d6f377f46d28e161c48ce921b99c83f7f68f69570817f3a1a40c@buzzbarrelreview.com .whoisproxy.org
Registry Billing ID: Not Available From Registry
Billing Name: Moniker Privacy Services
Billing Organization: Moniker Privacy Services
Billing Street: 2320 NE 9th St, Second Floor
Billing City: Fort Lauderdale
Billing State/Province: FL
Billing Postal Code: 33304
Billing Country: US
Billing Phone: +1.8006886311
Billing Phone Ext:
Billing Fax: +1.9545859186
Billing Fax Ext:
Billing Email:
 1a37bee53a04d6f377f46d28e161c48ce921b99c83f7f68f69570817f3a1a40c@buzzbarrelreview.com .whoisproxy.org
Name Server: mid113.ns1.sslparking.com
Name Server: mid113.ns2.sslparking.com
DNSSEC: unsigned
Whoisprivacy: 4
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```

6/25/2022                    BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools



## Tools

| Hosting History | |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|

## Available TLDs

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| BuzzBarrelReview.com | View Whois |
|---|---|
| BuzzBarrelReview.net | Buy Domain |
| BuzzBarrelReview.org | Buy Domain |

6/25/2022                    BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools

| BuzzBarrelReview.info | Buy Domain |
| BuzzBarrelReview.biz | Buy Domain |
| BuzzBarrelReview.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information        © 2022 DomainTools