NO.   1:22-cv-01543-CMA-SKC

| | |
|---|---|
| Plaintiff:<br>JOSHUA LAPIN | UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO<br>Alfred A. Arraj Courthouse |
| DEFENDANTS:<br>AMERICAN AUTO SHIELD, LLC;<br>NRRM, LLC d/b/a CARSHIELD;<br>FLEX MARKETING GROUP, LLC;<br>JOHN DOE SENDER, | {Denver, CO} |

**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT
JUDGMENT OR ALTERNATIVE RULE 37(E) SANCTIONS.**

I, Joshua Lapin, Plaintiff in proper person, file this above-entitled declaration in support of Default or Rule 37(e) sanctions:

1. This is Joshua Lapin, Pro-Se Plaintiff in the above-entitled action.
2. I discovered on June 25th that the whois data referenced in the motion, had been modified.
3. I made this discovery using the whois lookup tool on whois.domaintools.com.
4. The source in #3 is the same source that I used on April 20th to save the whois data at that time.
5. The whois data of #2 and #3, which is presented herein as Exhibit D, was saved to my computer using these steps on google chrome: https://libguides.rowan.edu/c.php?g=248114&p=4710174.  The only difference is that plaintiff uses Linux and the depiction in that webpage is for macintosh.
5. I warrant that all dates and timelines in this motion are accurate to the best of my knowledge.
6. The red and yellow highlights added to the whois data in Exhibit D, was done so for the limited purpose of contrasting the whois data on April 20th, with the whois data of those same domain names as they appeared on June 25th.
7. To add these red and yellow highlights, I used "Master PDF Editor" https://code-industry.net/masterpdfeditor.  Aside from adding the highlights, I did not otherwise modify the information in the documents.
8. The digitally signed "docusigned" letters submitted herein as Exhibits A and B, are true and correct copies of the same.
9. The documents from the NY secretary of state, included herein as Exhibit C, were purchased by plaintiff personally, online, through https://www.businessexpress.ny.gov.  The exhibits of Exhibit C are true and correct copies of those documents obtained by the State of New York.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
STATE OF COLORADO THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON**   6/27/2022

*Joshua Lapin*
—1DE3D18A0C384C1...

Pro-Se Plaintiff in the above-entitled action