UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

  v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF JOSHUA A LAPIN ON BEHALF OF HIMSELF

Joshua Lapin, non-attorney pro-se plaintiff, appears on behalf of himself in this matter.

### CERTIFICATE OF SERVICE

This motion will be served to Defendants' counsel through CM/ECF.

Joshua Lapin

*DocuSigned by:*
*Joshua Lapin*
1DE3D18A0C384C1...

6/27/2022