IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543-CMA-SKC

JOSHUA LAPIN,

                Plaintiff,

v.

FLEX MARKETING GROUP, LLC,
AMERICAN AUTO SHIELD LLC,
NRRM LLC d/b/a CARSHIELD,
JOHN DOE SENDER

                Defendants.

**DEFENDANT NRRM, LLC d/b/a CARSHIELD'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

COMES NOW Defendant NRRM LLC d/b/a CarShield ("Defendant"), by and through counsel, and submits this Motion for Extension of Time to File a Responsive Pleading to Plaintiff Joshua Lapin's ("Plaintiff") Complaint allowing Defendant an additional 21 days in which to file a responsive pleading.

**CERTIFICATE OF CONFERENCE**

In accordance with D.C.COLO.LCivR 7.1(a), Counsel reached out by email to with *Pro Se* Plaintiff Joshua Lapin on July 13, 2022 to inquire whether he would consent to an extension of time. Plaintiff had not yet responded to the email at the time of this filing.

**ARGUMENT AND AUTHORITIES**

1. This Court may enlarge the deadline by which a Defendant is required to serve a response to Plaintiff's Complaint. Fed. R. Civ. P. 6(b); D.C.COLO.LCivR 6.1.

2. Defendant was served on June 22, 2022 with Plaintiff's Complaint.

3. The current deadline for Defendant to respond to Plaintiff's Complaint is July 13, 2022.

4. Defendant brings this request as Counsel is still investigating the claims at issue and believes more time is necessary to provide a meaningful response.

5. Further, Defendant requests this extension due to the time expended related to the ongoing dispute over removal of these proceedings and the potential of remand.

6. Based on the aforementioned issues, Defendant requests an additional 21 days in which to respond to Plaintiff's Complaint, making the response due on August 3, 2022.

7. This is Defendant's first request for an extension of time to respond.

8. As the case is at its inception, no party would be unfairly prejudiced by the extension of time. This motion is not filed for purposes of improper delay or obstruction.

WHEREFORE, Defendant respectfully requests this Honorable Court enter an Order permitting the Defendant a 21 day extension of time to file a responsive pleading.

Dated July 13, 2022.

Respectfully submitted,

s/*Jeffrey Kass*
Jeffrey H. Kass,
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel: 303-861-7760
Fax: 303-861-7767
jeffrey.kass@lewisbrisbois.com

*Attorney for Defendant*
*NRRM LLC d/b/a CarShield*

# **CERTIFICATE OF SERVICE**

I certify that on this on this 13th day of July, 2022, the foregoing DEFENDANT NRRM, LLC d/b/a CARSHIELD'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING was filed with the Clerk of Court using the CM/ECF system, which action caused automatic electronic notice of the filing to be served on the following:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing*

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
gibson@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
may@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing*

I further certify that on this on this 13th day of July, 2022, a true and correct copy of the foregoing DEFENDANT NRRM, LLC d/b/a CARSHIELD'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING was served via U.S. Mail, first-class postage prepaid, upon the following:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

s/*Jeffrey H. Kass*
Jeffrey H. Kass