## CERTIFICATE OF SERVICE

I certify that on this on this 13th day of July, 2022, the foregoing DEFENDANT NRRM, LLC d/b/a CARSHIELD'S AND AMERICAN AUTO SHIELD LLC'S OPPOSITION TO MOTION TO REMAND was filed with the Clerk of Court using the CM/ECF system, which action caused automatic electronic notice of the filing to be served on the following:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com
*Pro Se Plaintiff*

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
gibson@wtotrial.com
*Attorneys for Defendant*
*Flex Marketing*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
206-274-2800
ecf@newmanlaw.com
*Attorneys for Defendant*
*Flex Marketing*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
may@wtotrial.com
*Attorneys for Defendant*
*Flex Marketing*

                                                s/*Jeffrey H. Kass*
                                                Jeffrey H. Kass