**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01543-CMA-SKC

JOSHUA LAPIN,

        Plaintiff,

v.

FLEX MARKETING GROUP, LLC,
AMERICAN AUTO SHIELD LLC,
NRRM LLC d/b/a CARSHIELD,
JOHN DOE SENDER

        Defendants.

**DECLARATION OF JEFFREY H. KASS**

I, Jeffrey H. Kass, declare as follows:

1. I am an attorney admitted to the United States District Court for the District of Colorado representing Defendants NRRM, LLC d/b/a CarShield and American Auto Shield LLC ("Defs") and a partner with Lewis Brisbois Bisgaard & Smith LLP. The facts set forth herein are of my personal knowledge, and if asked I could and would competently testify thereto.

2. I submit this Declaration in support of Defs' remand opposition ("Opp'n").

3. I verify Exhibit A, attached to the Opp'n, is a true and accurate copy of an email chain on which I was copied and that includes attachments to an email dated July 1, 2022.

4. I verify Exhibit B, attached to the Opp'n, is a true and accurate copy of an email chain on which I was copied and dated June 30, 2022 through July 8, 2022.

I declare under penalty of perjury under the laws of the State of Colorado that the foregoing declaration is true and correct and was executed on this 13th day of July, 2022, in Denver, Colorado.

4870-7864-4521.1

_____
Jeffrey H. Kass