IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

v.

FLEX MARKETING GROUP, LLC,
AMERICAN AUTO SHIELD LLC,
NRRM LLC d/b/a CARSHIELD,
JOHN DOE SENDER

    Defendants.

**JOINDER OF DEFENDANT FLEX MARKETING GROUP, LLC TO DEFENDANT NRRM LLC'S OPPOSITION TO MOTION TO REMAND**

Defendant Flex Marketing Group LLC ("Flex"),[1] by and through its counsel, hereby joins in Defendants NRRM LLC d/b/a CarShield ("NRRM") and American Auto Shield, LLC's Opposition to Motion to Remand filed on July 13, 2022 (ECF No. 18) as if the arguments were fully set forth herein. For the same reasons raised by Defendants NRRM and American Auto Shield, LLC, Flex opposes Plaintiff's motion to remand.

---

[1] Defendant Flex Marketing Group, LLC does not believe that a special appearance is required to contest jurisdiction under Fed. R. Civ. P. 12(b) (*see also* 5B Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 1344 (3d ed. 2004)). Flex intends to file a motion to dismiss for lack of personal jurisdiction and this present filing should not be construed as consent to jurisdiction or waiver of any defense, including the defense of lack of personal jurisdiction.

Dated July 13, 2022.

    s/ Derek A. Newman
    Derek A. Newman
    NEWMAN DU WORS LLP
    2101 Fourth Avenue, Suite 1500
    Seattle, WA 98121
    Telephone: (206) 274-2800
    Facsimile: (206) 274-2801
    Email: dn@newmanlaw.com

    Attorneys for Defendant
    Flex Marketing Group, LLC

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of July, 2022, served the foregoing Joinder of Defendant Flex Marketing Group, LLC to Defendant NRRM LLC's Opposition to Motion to Remand via the method described below:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
via Email:  thehebrewhammerjosh@gmail.com

    *Pro se* Plaintiff

Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith
1700 Lincoln Street, Suite 4000
Denver, CO 80203
via the Court's CM/ECF system

    Counsel for Defendant NRRM LLC
    d/b/a CarShield

s/ Chy Eaton
Chy Eaton