UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

    v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

    Defendants.

**DECLARATION OF MICHAEL HELD IN SUPPORT OF DEFENDANT FLEX MARKETING GROUP, LLC'S MOTION TO DISMISS UNDER RULE 12(B)(2) AND RULE 12(B)(6)**

I, Michael Held, having personal knowledge of the matters asserted herein, do hereby declare as follows:

1. I am over the age of eighteen, competent to testify to the matters set forth in this declaration, and I make this declaration from personal knowledge unless otherwise specified.

2. I am the founder and CEO of Flex Marketing Group, LLC ("Flex").

3. Flex is organized under the laws of the State of New York and Flex is headquartered in and operates its business from New York, NY.

4. In 2020, Flex applied for and obtained a Sports Betting License in Colorado and registered with the Colorado Secretary of State's office to do business as a foreign entity. Flex did so solely to comply with an advertising partner's requirements and the

1

partnership generated less than $200 total, most of which came from activities outside of Colorado. The advertising partnership is unrelated to any of the emails in this case.

5. To the best of my knowledge, Flex has not conducted any business in Colorado.

6. Flex has never had any offices, property, assets, telephone listings, or bank accounts in Colorado.

7. Flex does not have any employees, members, or managers in Colorado, does not recruit employees in Colorado, does not have sales personnel in Colorado, and has never marketed or advertised in Colorado.

8. Flex has never solicited Colorado business through a local office or agent or otherwise directly marketed or advertised to Colorado residents. And Flex has never sent agents into Colorado to solicit business.

9. Flex has never targeted or directed internet-marketing efforts at Colorado residents. Instead, all the email marketing Flex is associated with—including the emails at issue in this case—is national in nature and does not target any particular state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2022.

s/ Michael Held
Michael Held

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July, 2022, served the foregoing DECLARATION OF MICHAEL HELD IN SUPPORT OF DEFENDANT FLEX MARKETING GROUP, LLC'S MOTION TO DISMISS UNDER RULE 12(B)(2) AND RULE 12(B)(6) via the method described below:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
via Email:  thehebrewhammerjosh@gmail.com

*Pro se* Plaintiff

Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith
1700 Lincoln Street, Suite 4000
Denver, CO 80203
via the Court's CM/ECF system

Counsel for Defendant
NRRM LLC d/b/a CarShield,
and American Auto Shield, LLC

s/ Erika Cueva
Erika Cueva