NO. 1:22-cv-01543

| | |
|---|---|
| Plaintiff:<br>Joshua Lapin | UNITED STATES DISTRICT COURT<br>DISTRICT OF COLORADO - DENVER |
| Defendants:<br>Flex Marketing Group, LLC<br>American Auto Shield LLC<br>Nrrm LLC dba CarShield<br>John Doe Sender | {Denver, CO} |

## DECLARATION OF AMOUNT IN CONTROVERSY

I, Joshua Lapin, Plaintiff in proper person, write this declaration in support of his motion:

1. This is Joshua Lapin, Pro-Se Plaintiff in the above-entitled action.

2. From the very beginning, I NEVER intended to collect more than $57,000 + the reasonable fees and costs associated with this action.

3. I am informed and believe that the cause of action enables me to collection $1000 statutory liquidated damages per email in breach, + my reasonable fees and costs associated with the action.

4. I intend and intended at all times material to collect $57,000 (+ reasonable fees) from ("Advertisers") American Auto Shield and NRRM LLC dba Carshield.  I always intended to collect this amount jointly amongst these two defendants.

5. Of the $57,000 + fees amount described in #4, I intend for John Doe Sender AND Flex Marketing Group to be responsible for THEIR respective portions, as described below:

6. John Doe Sender is alleged to have sent 23 of these UCE's.  Accordingly, OF THE $57,000 described in paragraph 4, I intend to seek a judgement of $23,000 I+ reasonable fees and costs), which can be collected jointly out of the judgment described in number 4, and is NOT a seperate, duplicative $23,000 amount.  Essentially, John Doe Sender is ONLY JOINTLY LIABLE for the $1000 statutory liquidated damages for the 23 emails for which they were associated.

7. Flex Marketing Group is alleged to have sent 34 of these UCE's.  Accordingly, OF THE $57,000 described in paragraph 4, I intend to seek a judgement of $34,000 + reasonable fees and costs), which can be collected jointly out of the judgment described in number 4, and is NOT a seperate, duplicative $34,000 amount.  Essentially, Flex Marketing Group is ONLY JOINTLY LIABLE for the $1000 statutory liquidated damages for the 34 emails for which they were associated.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON** 7/20/22

/s/ Joshua A. Lapin
Joshua A Lapin
Pro Se Plaintiff