Case No. 1:22-cv-01543-SKC   Document 22-3   filed 07/20/22   USDC Colorado   pg 1 of 1

7/20/2022                       Who's Allowed to Use the N-Word. Is there a double standard on who gets… | by Jeffrey Kass | Jul, 2022 | Medium



Open in app    Get started

This is your **last** free member-only story this month. Sign up for Medium and get an extra one

 **Jeffrey Kass**  Follow

Jul 10 · 4 min read · ★ · ▶ Listen

🔖 Save    🐦    f    in    🔗

# Who's Allowed to Use the N-Word
Is there a double standard on who gets to say it and who doesn't?



Image: Nomad_Soul/Shutterstock

The answer is a resounding *Yes*. There's a double standard on use of the N-word.

So what.