

# The United States District Court
## for the
## District of Colorado

Hon. Philip A. Brimmer, *Chief Judge*
Jeffrey P. Colwell Esq., *Clerk of Court*

**Our mission** is to serve the public by providing a fair and impartial forum that ensures equal access to justice in accordance with the rule of law, protects rights and liberties of all persons, and resolves cases in a timely and efficient manner.

| Home | About the District | Judicial Officers | Court Operations | Juror Information | Attorney Information | Representing Yourself |

## Attorney Status

Last Name: Newman   ☐ Exact Match
First Name: Derek   ☐ Exact Match

[Search]

**Derek Alan Newman**
Newman Du Wors LLP
2101 Fourth Avenue
Suite 1500
Seattle, WA 98121

Email: ecf@newmanlaw.com
Phone: 206-274-2800
Admission Status: In Good Standing
Date of Admission: 6/24/2022
2020 Fee Paid

1 records returned.
*The search tool above is updated every hour and indicates an attorney's true and current status as a member of this court's bar.*

**"In Good Standing"** indicates that the attorney is an active practitioner with e-filing privileges in this court. You may print this page featuring search results as proof of current status. Please note that this status does not guarantee that an attorney has had no disciplinary history. If you need disciplinary history addressed, click here.

**"Admin Removal"** indicates that the attorney is no longer eligible to practice in this court due to a failure to pay the court's biennial fee. For more information, click here. This status is not considered disciplinary in nature.

**"Disbarred/Suspended"** indicates that the attorney is no longer eligible to practice in this court due to disciplinary reasons that may derive from another jurisdiction.

**"Resigned"** indicates that the attorney is no longer eligible to practice in this court due to voluntary surrender of membership in the court's bar.

## Do you need a Certificate of Good Standing?

The Attorney Status search tool above is the same mechanism by which a Certificate of Good Standing is produced. You may print this page featuring search results as proof of the attorney's current status at no further cost. Should you require issuance of a formal certificate by a deputy clerk, please visit the General Attorney Instructions page, under "Certificate of Good Standing," available here.



Home  |  About the District  |  Judicial Officers  |  Court Operations  |  Juror Information  |  Attorney Information  |  Representing Yourself

| **Alfred A. Arraj Courthouse** | **Byron G. Rogers Courthouse** | **U.S. Courthouse** | **Wayne Aspinall Courthouse** | **U.S. District Court** |
| 901 19th Street | 1929 Stout Street | 212 N. Wahsatch Avenue | 402 Rood Avenue | LaPlata County Courthouse |
| Denver, CO 80294 | Denver, CO 80294 | Colorado Springs, CO 80903 | Grand Junction, CO 81501 | Suite 150, 1060 E. 2nd Avenue |
| Map it | Map it | Map it | Map it | |