Open in app    Get started

 **Jeffrey Kass**  
Jul 14 · 5 min read · ★ ·

 Save        

# Noah's Ark, Racism and the Rainbow
We aren't doing enough to eradicate racism and racist systems



Image: Javier Cruz Acosta/Shutterstock

Most people know what the Hebrew Bible is. Christians call it the Old Testament. Jews call it the Torah, along with the books of the Prophets and Writings.

Regardless of the books' names, we all know the famous stories there.

  

Open in app    Get started

Or, continue in mobile web

Sign up with Google

Sign up with Facebook

Already have an account? Sign in

Medium

About    Help    Terms    Privacy

Get the Medium app