# Highlights From the Notice of Removal

Pages 2-3 [of the notice of removal] have highlighted/emphasized content.

Highlights from the complaint follow the notice of removal below

## NOTICE OF REMOVAL

**To:**  **United States District Court for the District of Colorado**

**And to:**  **Plaintiff Joshua Lapin**

PLEASE TAKE NOTICE THAT, under 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Flex Marketing Group, LLC ("Flex Marketing") hereby removes the above-caption action filed in the District Court of the First Judicial District, in and for Jefferson County, Colorado to the United States District Court, District of Colorado. This removal is based on 28 U.S.C. §§ 1332(a) and 1442(a)(2) and is timely under 28 U.S.C. § 1446.

Written notice of the filing of this Notice of Removal is being filed with the Jefferson County Clerk's Office. The written notice will then be served on Plaintiff together with a copy of this Notice of Removal in compliance with 28 U.S.C. § 1446(d).

In support of this Notice of Removal, Defendant Flex Marketing provides the following information:

**A.      Summary of grounds for removal.**

Plaintiff Joshua Lapin alleges that Defendants are responsible for violations of South Dakota Codified Law 37-24-41 et seq., South Dakota's email-labeling statute. Specifically, Plaintiff asserts that he received 57 allegedly unsolicited commercial emails from Defendants Flex Marketing and John Doe Sender, in which Defendants American Auto Shield, LLC ("American Auto Shield") and NRRM, LLC d/b/a Carshield ("Carshield") allegedly advertised. (Compl. ¶ 1.)

This Court has jurisdiction over this action under 28 U.S.C. § 1332 because complete diversity exists between the parties and the amount in controversy exceeds $75,000.

1.      Procedural background.

On May 3, 2022, Plaintiff filed a complaint against Flex Marketing, American Auto Shield, and Carshield in the District Court of the First Judicial District, in and for Jefferson County, Colorado. (*See generally* Compl.) The action is entitled *Joshua Lapin v. American Auto Shield, LLC, NRRM, LLC d/b/a Carshield, Flex Marketing Group, LLC, John Doe Sender*. (*Id.*)

Defendants were never served. Instead, Plaintiff emailed Defendant Flex Marketing a copy of the complaint on June 14, 2022, which was the first time that any of the defendants received a copy of the initial pleading setting forth the claim for relief upon which the action is based. A true and correct copy of all process, pleadings, and orders received by Defendants is attached hereto as **Exhibit A**. True and correct copies of Defendant American Auto Shield,

LLC's and Defendant NRRM, LLC's consent to removal are attached as **Exhibit B** and **Exhibit C**. No further proceedings have taken place.

Plaintiff asserts a single claim for relief, alleging that Defendants violated South Dakota Codified Law 37-24-41 et seq., South Dakota's email-marketing statute. (Compl. ¶ 1.) Specifically, Plaintiff alleges that Defendants American Auto Shield and Carshield collectively advertised in 57 unsolicited commercial emails. (*Id.*) Plaintiff also claims that Defendant Flex Marketing sent 34 of these unsolicited commercial emails to his email address. (*Id.*)

The Complaint seeks, as the requested relief, $57,000 in statutory liquidated damages against Defendant Carshield, $57,000 in statutory liquidated damages against Defendant American Auto Shield, $34,000 in statutory liquidated damages against Defendant Flex Marketing, and $23,000 in statutory liquidated damages against John Doe Sender—a total of $171,000. (Compl. ¶ 37.) In addition to these damages, the Complaint seeks "the reasonable costs associated with filing and maintaining this action, and for service of process, joint and severally" from each defendant. (*Id.*)

## GROUNDS FOR REMOVAL

**A.   The District Court has jurisdiction over Plaintiff's claims against Defendants under 28 U.S.C. § 1332.**

This Court has original jurisdiction over civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. 28 U.S.C. § 1332(a)(1). Both conditions are satisfied here.

# HIGHLIGHTS FROM THE ORIGINAL COMPLAINT
Page 1, 11, and 12 [of the complaint] have highlighted/emphasized content

## **Complaint**

1.	COMES NOW Plaintiff Joshua Lapin, pro per, complaining against Defendants American Auto Shield, LLC ("AAS") and NRRM, LLC dba Carshield ("CarShield"), hereinafter referred to collectively as ("Advertisers"), for advertising in 57 separate unsolicited commercial emails, hereinafter ("UCE's").  Plaintiff also complains against Flex Marketing Group LLC, hereinafter ("Flex"), for sending 34 of those UCE's, and against "John Doe Sender", an unknown person or business entity, for sending an additional 23 of those UCE's.  All of these UCE's are alleged to violate the non-preempted portions of SDCL  37-24-41 *et seq,* hereinafter ("SD Anti-Spam Law"). Of these 57 UCE's, 23 were sent to Plaintiff's email address thehebrewhammerjosh@gmail.com, hereinafter ("Hammer UCE's"), and are alleged to have been sent by John Doe Sender, and 34 were sent to Plaintiff's email address "ketosoup97@gmail.com", hereinafter ("KetoSoup UCE's"), and are alleged to have been sent by Flex Marketing Group LLC.

## **PARTIES**

2.	Plaintiff Joshua Lapin, is and was at all times relevant herein, a citizen of the United States and a legal resident of Sioux Falls, South Dakota, under the states "RESIDENCY AFFIDAVIT FOR SOUTH DAKOTA RESIDENTS WHO TRAVEL AND DO NOT HAVE A RESIDENCE IN ANOTHER STATE" program, which was designed to provide residency for perpetual travelers.  A full-time traveling "digital nomad", who moves from place to place, generally internationally, in 30 day cycles, without a permanent residence in or out of the United States, he qualified at all times

material for residency under the laws of South Dakota and maintains a "Personal Mail Box" as required. He maintains a drivers license, voter registration, and Personal Mail Box (PMB) in Sioux Falls, South Dakota, and all three documents list the PMB as his legal address.

3.   Defendant American Auto Shield, ("AAS")as best known to Plaintiff, is and was at all times material a Lakewood, Colorado headquartered Limited Liability Company, and it sells Vehicle Service Contracts. Per its website americanautoshield.com, it claims to specialize "...in Vehicle Service Contract development and automotive claims administration," and proudly claims its "team's combined industry expertise, complemented by our partnerships, allows us to develop and deliver products that provide superior coverage and service."

As believed and alleged by Plaintiff, much of AAS's marketing is performed by a different entity, CarShield. Carshield ambitiously markets and promotes [CarShield's] "Vehicle Service Contracts" plans, which are actually administered by American Auto Shield. Therefore, in effect, CarShield is a de-facto marketing company who promotes AAS's Vehicle Service Contracts under the brand CarShield.

4.   Defendant NRRM dba Carshield ("CarShield"), as best known to Plaintiff, is a St. Peters, MO Limited Liability Company. As described in the previous paragraph, it promotes Vehicle Service contracts ambitiously, even doing promotions with Actor/Musician/Author "Ice-T," on its website, in television ads which Plaintiff has personally seen many times, so on and so fourth. As CarShield itself does not administer these customer service contracts, it is best considered to be an advanced "Vehicle Service Contract" marketing company, who exclusively promotes the Vehicle Service contracts of American Auto Shield, at least in relation to the UCE's that Plaintiff received, and per the clear language on Carshield's website. Exhibits of this "clear language", as well as a demonstration of CarShield's "ambitious marketing efforts" vis-a-vis marketing material featuring celebrity Ice-T, are shown on the next two pages:

2

COMPLAINT

4/30/2022     CarShield - USA's #1 Auto Protection Company

Education Center (/education-center/)     En Español (/espanol/)

FAQ (/education-center/vehicle-protection-101/)

Glossary of Terms (/education-center/glossary-of-useful-terms/)

Sample Policies (/protection-plans/sample-policies/)

Shield Repair Network (https://shieldrepairnetwork.com)

Home Warranty (https://homesafe.com)



(https://homesafe.com/?utm_campaign=csfb)

© 2022    CarShield (/)    Privacy (/why-carshield/our-company/privacy/)    Terms & Legal (/why-carshield/our-company/terms-legal/)

Website Accessibility (https://carshield.com/why-carshield/our-company/terms-legal/#accessibility)    Contact Us (/help-support/contact-us/)

 (https://www.facebook.com/carshield/)     (https://twitter.com/carshield)

(https://www.linkedin.com/company/carshield)

(https://www.youtube.com/channel/UCj_zICEXStYHykMV6WfUZ5Q)    (https://www.instagram.com/CarShield)

Download the CarShield App

 (https://carshield.com/app/itunes)     (https://carshield.com/app/play)

**Disclaimer:** Preview contracts at CarShield.com. Coverage, deductibles, rental car benefits and qualifying breakdown claims vary depending on vehicle age, mileage, preexisting conditions, and the program selected. **CarShield markets vehicle service contracts administered by American Auto Shield**, 1597 Cole Blvd #200, Lakewood, CO 80401; FLORIDA License number: W111454. Parts of like kind and quality may be used including remanufactured parts. CarShield does not offer coverage in California, but may refer a licensed CA Mechanical Breakdown Insurer.

CarShield & CarShield.com is not affiliated with any auto dealer or manufacturer. You will be contacted by e-mail, phone, and/or text once we receive your quote submission. Texas, Wisconsin, and Florida Residents: Contracts administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood, CO 80401; Florida License #W111454. Parts of like kind and quality may be used including remanufactured parts. Vehicle names, logos, brands, & other trademarks featured or referred to within CarShield are property of their respective trademark holders. Powered by: NRRM LLC

ACCESSIBILITY ASSISTANCE

https://carshield.com        13/14



1  5. With respect, and even some admiration for the entrepraneurialism exhibited by both American
2  Auto Shield, and CarShield, and with continued respect and admiration for AAS and Carshield's
3  successful marketing partnership, unfortunately this is not the first time that either of these
4  companies have been in "hot water" for such marketing efforts...SPECIFICALLY as it relates to
5  their advertising practices.  The Better Business Bureau ("BBB") page for AAS has the following
6  Current Alert For This Business"   **(CONTINUED NEXT PAGE)**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5
COMPLAINT



4/30/2022                                    American Auto Shield, LLC | Better Business Bureau® Profile

o creating and delivering strong value for the services that our contract holders purchase;
o our on-going pledge to deal with consumer inquiries in an ethical and straightforward manner;
o cultivating a previously strong and collaborative relationship with the Denver BBB;
o providing immediate and comprehensive case management and responsiveness to any and all BBB complaints received, including dedicated technical experts who review every BBB complaint and case resolution escalations for all such matters.

AAS agrees that customer clarity is essential to providing best in class service and for a full understanding of the difference between the Selling entity and the entity responsible for administering claims under the Vehicle Service Contract. While we believe that we have clear disclosures in place to provide clarity regarding coverages and contract holder requirements, we also acknowledge that additional steps can be made to help improve communication clarity. Below are some examples of improvements implemented to provide greater clarity and support for our customer:

o During any sales process, our Sellers clearly explain that contracts will be administered by a separate entity.
o Additionally, the separate entity (namely American Auto Shield) is prominently listed on all contracts issued.
o Contracts are also immediately either mailed or e-mailed to all contract holders.
o We have added AAS logos and language to consumer contracts, welcome letters, and emails from the Selling entity.
o Contract holders have 30 days to review purchased contracts, including coverages and exclusions.
o If, in the first 30 days, a contract holder determines that the contract will not meet their needs, the contract will be cancelled for a full refund if requested.
o We have worked with sellers to revise disclosures on TV ads, radio ads, websites, and in other marketing materials.
o There has been a significant reduction in the requirement for 3rd party inspections through our work with repair facilities to facilitate their collection of data and photos to verify failures.
o We have established automated follow-ups for information requests from repair facilities and contract holders if not received within 3 days from original request.
o We have increased first call claim authorizations to an average 37% of claims reported.
o Significant improvements have bene implemented in adjuster training and tools to address common failures and their resolutions for most complicated engine and transmission failures, thereby avoiding the need for teardowns.

Read less

## Contact Information

  1597 Cole Blvd Ste 200
Lakewood, CO 80401-3418

  https://americanautoshield.com

(303) 420-7488

## BBB Rating & Accreditation

Similarly, the theme is continued when we take a look at the BBB page for AAS's marketing partner, co-defendant, and alleged co-tortfeasor CarShield:



4/30/2022                                    CarShield | Better Business Bureau® Profile

**ADDITIONAL BUSINESS INFORMATION**

**Advertising Review:**

In April 2020, Better Business Bureau challenged a CarShield mailer. BBB believes the mailer creates a false sense of urgency by stating:

- "RESPONSE TO THIS NOTICE REQUESTED"
- "IMMEDIATE RESPONSE REQUESTED"
- "Respond By: 8/3/2019"
- "Our records indicate that you have not contacted us to have your vehicle service contract activated. We are informing you that if your factory warranty has expired, you will be responsible for paying any repairs. However, if expired, you can still activate a service contract on your vehicle before it's too late."
- "SUMMARY OF TERMS"

BBB also questioned CarShield's television commercials which state:

- "CarShield is America's #1 Auto Protection Company!"
- "Over One Billion In Auto Repair Bills Paid"
- "ROADSIDE ASSISTANCE TOWING RENTAL COVERAGE NO ADDITIONAL COST"
- "TOWING ROADSIDE ASSITANCE RENTAL CAR"
- "There are even plans that will pay for your rental car."
- "See Contract for Rental Car eligibility."
- "Rental Car Some Restrictions Apply"

According to BBB *Code of Advertising*, "The primary responsibility for truthful and non-deceptive advertising rests with the advertiser. Advertisers should be prepared to substantiate any objective claims or offers made before publication or broadcast. Upon request, they should present such substantiation promptly to the advertising medium or BBB. Advertisements which are untrue, misleading, deceptive, fraudulent, falsely disparaging of competitors, or insincere offers to sell, shall not be used. An advertisement as a whole may be misleading by implication, although every sentence separately considered may be literally true. Misrepresentation may result not only from direct statements, but by omitting or obscuring a material fact. In addition, according to the Missouri state statute 15 CSR 60-7.020 (1): "A seller shall not make a representation or statement of fact in an advertisement that is false or has the capacity to mislead prospective purchasers."

In addition, according to BBB *Code of Advertising*, "Superlative statements in advertisements about the *tangible* qualities and performance values of a product or service objective are objective claims for which the advertiser must possess substantiation as they can be based upon accepted standards or tests. As statements of fact, such claims, like #1 in new car sales in the city," can be proved or disproved.

  a. -Expressions of opinion or personal evaluation of the *intangible* qualities of a product or service are likely to be considered puffery. Such claims are not subject to the test of truth and accuracy and would not need substantiation.
  b. -Puffery may include statements such as "best food in the world" and "we try harder" as well as other individual opinions, statements of corporate pride, exaggerations, blustering and boasting statements upon which no reasonable buyer would be justified in relying. Puffery also includes general claims of superiority over comparable products that are so vague that it can be understood as nothing more than a mere expression of opinion.

https://www.bbb.org/us/mo/saint-peters/profile/auto-service-contract-companies/carshield-0734-310030296                    2/7

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4/30/2022                                    CarShield | Better Business Bureau® Profile

Ultimately, whether any particular statement or claim is puffery will depend upon the context in which it is used in the advertisement.

Some of these concerns were brought to the company's attention previously in 2018. At that time, CarShield responded that it would make one modification. BBB re-contacted the company regarding ongoing concerns but did not receive a reply.

In its most recent correspondence BBB asked CarShield to provide substantiation to the claims made in its mailer and television ads or make modifications to provide greater clarity for consumers. Although the company responded to BBB, it failed to address BBB concerns brought to its attention.

Read less

See all additional business information

## Contact Information

  503 Pearl Dr
    Saint Peters, MO 63376-1071

  http://www.CarShield.com

  (636) 875-1227

## BBB Rating & Accreditation



THIS BUSINESS IS NOT BBB ACCREDITED

Search for Accredited
Businesses in this category

**Years in Business:** 17

**Customer Reviews are not used in the calculation of BBB Rating**
Reasons for BBB Rating

https://www.bbb.org/us/mo/saint-peters/profile/auto-service-contract-companies/carshield-0734-310030296       3/7

10
COMPLAINT

6. John Doe Sender is a person or entity of currently unknown organization.  They are alleged to have been hired / contracted by CarShield to assist in marketing, and one of the results of this third-party marketing  is that John Doe Sender sent these [allegedly] unlawful UCE's which Advertise the Vehicle Service Contracts of CarShield and AAS.  ==John Doe Sender is only alleged to have sent the Hammer UCE's, and not the KetoSoup UCE's==.  In many of the Hammer UCE's, the address "8595 Pelham Rd,,546,Greenville,South Carolina,29615, appears in the bottom, alongside the following text: "if you do not wish to continue receiving emails newsletters from us CLICK HERE or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615."  Plaintiff has observed this address in many, many UCE's, including those unrelated to CarShield / AAS, and has a valid interested in identifying John Doe, who has become "closely intertwined" with this address in Plaintiff's perception of the matter.

7.  Flex Marketing Group LLC, ("Flex"), has been known to Plaintiff as John Doe "DLZ Offers" AND John Doe "RumorFox" for several months...up until several weeks ago...throughout most of Plaintiff's multi-month effort to unveil this "DOE" in connection with their UCE's associated with CarShield / AAS as well as many other ("Advertisers") whom are not complained of in THIS complaint.  This effort ultimately prevailed, and *"Doe is Doe no more"*, as Plaintiff likes to say in his UCE investigations.  ("Advertisers"), as used in this paragraph and hereinafter, is used  as defined by SDCL 37-24-41(1):  A person or entity that advertises through the use of commercial e-mail advertisements."  Flex, however, is alleged to be an ("Initiator"), not a ("Sender") as defined in the same section.  Flex utilizes many domains, hereinafter ("Flex Domains") for its marketing efforts.  Some of the Flex Domains are registered by proxy, and many are registered with fictitious information, such as using unregistered trade names and unregistered dba's as the "registrant" in the whois data, such data being "useless" in the identification of the registrant who owns the domain in question.

11

COMPLAINT

8. Not all the flex domains host websites, but of those that do host websites, the "terms and conditions" and the "privacy policy" specifically omit any names of any real people or companies, and use addresses owned by Earth Class Mail, a virtual mail service, such as PO Box 4668 #85919, New York, NY 10163-4668, and PO Box 10188-85919 Newark, New Jersey 07101. Some of these domains are used by Flex to send "marketing emails," which are known and understood to Plaintiff as UCE's. All of these proxy-or-falsely registered domains associated with Flex are listed below, with the 'sending domains' in bold: **BuzzBarrelReview.com, dzlosurverys.com**, **emails-jobsdelivered.com**, **Entirelybelieve.com**, **JobsDeliver.com**, **expectcarecare.com**, **JobSharkNL.com**, **NationalShopperSurvey.com**, **NationalSurveysOnline.com**,exigentmediagroup.com, enrichedtechnologies.com, ConsumerDigitalSurvey.com, drivingmarketinggroup.com, surveyandgetpaid.com, turnmyheadmediagroup.com,thebestcreditcheck.com, thefreetree.co, dlzoffers.com, nationaldigitalsurvey.com, dealzingo.com. They also utilize two PO Boxes: PO Box 4668 #85919. New York, NY 10163-4668 AND PO Box 10188-85919 Newark, New Jersey, which appear at the bottom of most of the UCE's, but which are not "traceable" to the sender. The purpose of including domains not used in the sending of UCE's material to this complaint is to strengthen the case of Flex's extraordinary lengths to conceal its true self in its marketing efforts, including but not limited to the procurement and sending of the UCE's of which plaintiff complains. ==Flex Marketing Group is ONLY alleged to have sent the KetoSoup UCE's, and is not alleged to have any involvement with the Hammer UCE's.==