

Joshua Lapin <thehebrewhammerjosh@gmail.com>

## NRRM

**Jeffrey Kass** <jeffrey[REDACTED DIGITS]@gmail.com>  
To: thehebrewhammerjosh@gmail.com  
Cc: Christopher Wood <Christopher.Wood@lewisbrisbois.com>

Wed, Jul 13, 2022 at 9:08 AM  
*Eastern Time*

While it's not entirely clear, I think our responsive pleading is due today. May we have your consent for a 14 day extension to file a responsive pleading?  
Thank you in advance for your consideration.  
Jeffrey

Pardon typos and miscues - Sent from my iPhone

Case No. 1:22-cv-01543-SKC   Document 22-8   filed 07/20/22   USDC Colorado   pg 2 of 2

7/20/2022                Gmail - Activity in Case 1:22-cv-01543-CMA-SKC Lapin v. American Auto Shield, LLC et al Motion for Extension of Time t…

 **Joshua Lapin <thehebrewhammerjosh@gmail.com>**

## Activity in Case 1:22-cv-01543-CMA-SKC Lapin v. American Auto Shield, LLC et al Motion for Extension of Time to File Answer or Otherwise Respond

**COD_ENotice@cod.uscourts.gov** <COD_ENotice@cod.uscourts.gov>  Wed, Jul 13, 2022 at 4:03 PM
To: COD_ENotice@cod.uscourts.gov                                                                                *Eastern Time

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court - District of Colorado**

**District of Colorado**

### Notice of Electronic Filing

The following transaction was entered by Kass, Jeffrey on 7/13/2022 at 2:03 PM MDT and filed on 7/13/2022
**Case Name:**           Lapin v. American Auto Shield, LLC et al
**Case Number:**         1:22-cv-01543-CMA-SKC
**Filer:**                NRRM, LLC
**Document Number:** 14

**Docket Text:**
**MOTION for Extension of Time to File Answer or Otherwise Respond re [1] Notice of Removal,** *and Initial Complaint,* **filed by Defendant NRRM, LLC. (Kass, Jeffrey)**


**1:22-cv-01543-CMA-SKC Notice has been electronically mailed to:**

Charles Gibson &nbsp &nbsp gibson@wtotrial.com, mdavis@wtotrial.com

Craig Ruvel May &nbsp &nbsp may@wtotrial.com, creasey@wtotrial.com, drotzmann@wtotrial.com

Derek Alan Newman &nbsp &nbsp ecf@newmanlaw.com, dn@newmanlaw.com

Jeffrey H. Kass &nbsp &nbsp jeffrey.kass@lewisbrisbois.com, DEN.E-Storage@lewisbrisbois.com, kathleen.daily@lewisbrisbois.com, matthew.clark@lewisbrisbois.com

Joshua Lapin &nbsp &nbsp thehebrewhammerjosh@gmail.com

**1:22-cv-01543-CMA-SKC Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

 **Document description:**Main Document
 **Original filename:**n/a
 **Electronic document Stamp:**
 [STAMP dcecfStamp_ID=1071006659 [Date=7/13/2022] [FileNumber=8706214-0
 ] [1e175f29ccd15a2cbca4a17e419dfe4cc7101017513665f9826ace65d9862058c9a
 dd36f0dbb08e8b1ae3b8e80fac830176d01925b2cb0d1d3e16e216d6450ac]]