```
  {
      "status": 1,
      "api_query": "whois_history",
      "total_records_found": 1,
      "whois_records": [
          {
              "num": 1,
              "domain_name": "nationalshoppersurvey.com",
              "query_time": "2018-07-05 23:11:20",
              "create_date": "2018-05-31",
              "update_date": "2018-05-31",
              "expiry_date": "2019-05-31",
              "domain_registrar": {
                  "iana_id": 228,
                  "registrar_name": "Moniker Online Services LLC",
                  "whois_server": "whois.moniker.com",
                  "website_url": "http://www.moniker.com",
                  "registrar_status": "Accredited"
              },
              "registrant_contact": {
                  "full_name": "Lincoln Smith",
                  "company_name": "Lincoln Log Networks, LLC",
                  "mailing_address": "321 East 22nd St. Suite 1D",
                  "city_name": "New York",
                  "state_name": "NY",
                  "zip_code": "10010",
                  "country_name": "United States",
                  "country_code": "US",
                  "email_address": "dan@flexmg.com",
                  "phone_number": "13474020572"
              },
              "administrative_contact": {
                  "full_name": "Lincoln Smith",
                  "company_name": "Lincoln Log Networks, LLC",
                  "mailing_address": "321 East 22nd St. Suite 1D",
                  "city_name": "New York",
                  "state_name": "NY",
                  "zip_code": "10010",
                  "country_name": "United States",
                  "country_code": "US",
                  "email_address": "dan@flexmg.com",
                  "phone_number": "13474020572"
              },
              "technical_contact": {
                  "full_name": "moniker.com tech department",
                  "company_name": "Moniker Online Services, LLC",
                  "mailing_address": "1800 SW 1st Avenue",
                  "city_name": "Portland",
                  "state_name": "OR",
                  "zip_code": "97201",
                  "country_name": "United States",
                  "country_code": "US",
                  "email_address": "tech@moniker.com",
                  "phone_number": "19546071294"
              },
              "billing_contact": {
                  "full_name": "moniker.com billing department",
                  "company_name": "Moniker Online Services, LLC",
                  "mailing_address": "1800 SW 1st Avenue",
                  "city_name": "Portland",
                  "state_name": "OR",
                  "zip_code": "97201",
                  "country_name": "United States",
                  "country_code": "US",
```

```
                    "email_address": "tech@moniker.com",
                    "phone_number": "19546071294"
                },
                "name_servers": [
                    "ns1.monikerdns.net",
                    "ns2.monikerdns.net",
                    "ns3.monikerdns.net",
                    "ns4.monikerdns.net"
                ],
                "domain_status": [
                    "OK"
                ]
            }
        ],
        "api_execution_time": 0.01
}
```