DrivingMarketingGroup.com

6/25/2022                                    DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  DrivingMarketingGroup.com

# Whois Record for DrivingMarketingGroup.com

**– Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | Galactica Marketing Group |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br><br>abuse@directnic.com<br>(p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,420 days old<br>Created on 2013-02-12<br>Expires on 2023-02-12<br>Updated on 2021-12-28 |
| Name Servers | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| Tech Contact | Network Admin<br>Galactica Marketing Group<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br><br>info@galacticamktg.com<br>(p) 18004188043 |
| IP Address | 3.128.123.203 - 10 other sites hosted on this server |
| IP Location | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| ASN | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 7 changes on 7 unique IP addresses over 9 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 9 years |

**– Website**

| | |
|---|---|
| Website Title | 🌐 403 Forbidden |
| Response Code | 403 |
| Terms | 123 (Unique: 78, Linked: 27) |
| Images | 1 (Alt tags missing: 0) |
| Links | 13   (Internal: 13, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: DRIVINGMARKETINGGROUP.COM
  Registry Domain ID: 1779915260_DOMAIN_COM-VRSN
```

6/25/2022                           DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:32Z
Creation Date: 2013-02-12T09:48:58Z
Registrar Registration Expiration Date: 2023-02-12T09:48:58Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@galacticamktg.com

Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                              DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DrivingMarketingGro... | View Whois |
|---|---|
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMark...gGrou... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |

🔊  f  🐦  in

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information        © 2022 DomainTools

DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  DrivingMarketingGroup.com

# Whois Record for DrivingMarketingGroup.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,435 days old Created on 2013-02-12 Expires on 2023-02-12 Updated on 2021-12-28 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,273 domains) NS1.DIRECTNIC.COM (has 208,273 domains) |
| **Tech Contact** | Network Admin DLZ Offers PO box 4668 #85919, New York, NY, 10163, us info@dlzoffers.com (p) 18444353969 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 7 changes on 7 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

7/10/2022                      DrivingMarketingGroup.com WHOIS, DNS, & Domain Info - DomainTools

## ➖ Website

| | |
|---|---|
| **Website Title** | 🌐 Driving Marketing Group |
| **Server Type** | Microsoft-IIS/10.0 |
| **Response Code** | 200 |
| **Terms** | 123 (Unique: 78, Linked: 27) |
| **Images** | 1 (Alt tags missing: 0) |
| **Links** | 13  (Internal: 13, Outbound: 0) |

**Whois Record** ( last updated on 2022-07-10 )

```
Domain Name: DRIVINGMARKETINGGROUP.COM
Registry Domain ID: 1779915260_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:32Z
Creation Date: 2013-02-12T09:48:58Z
Registrar Registration Expiration Date: 2023-02-12T09:48:58Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@dlzoffers.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@dlzoffers.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZ Offers
```

```
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@dlzoffers.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

| ⬇ Preview the Full Domain Report |
|---|



View Screenshot History

## Available TLDs

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| DrivingMarketingGro... | View Whois |
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMark...gGrou... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |
| DrivingMarketingGro... | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2022 DomainTools

EnrichedTechnologies.com

6/25/2022                    EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  EnrichedTechnologies.com

# Whois Record for EnrichedTechnologies.com

**— Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | Galactica Marketing Group |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 3,371 days old Created on 2013-04-02 Expires on 2023-04-02 Updated on 2022-03-01 |
| Name Servers | NS0.DIRECTNIC.COM (has 208,632 domains) NS1.DIRECTNIC.COM (has 208,632 domains) |
| Tech Contact | Network Admin Galactica Marketing Group PO box 4668 #85919, New York, NY, 10163, us info@galacticamktg.com (p) 18004188043 |
| IP Address | 3.128.123.203 - 10 other sites hosted on this server |
| IP Location | - Ohio - Columbus - Amazon Technologies Inc. |
| ASN | AS16509 AMAZON-02, US (registered May 04, 2000) |
| Domain Status | Registered And Active Website |
| IP History | 6 changes on 6 unique IP addresses over 9 years |
| Registrar History | 1 registrar |
| Hosting History | 1 change on 2 unique name servers over 9 years |

**— Website**

| | |
|---|---|
| Website Title | 403 Forbidden |
| Response Code | 403 |
| Terms | 120 (Unique: 78, Linked: 25) |
| Images | 1 (Alt tags missing: 0) |
| Links | 12   (Internal: 12, Outbound: 0) |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: ENRICHEDTECHNOLOGIES.COM
  Registry Domain ID: 1790821364_DOMAIN_COM-VRSN
```

6/25/2022                    EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:24Z
Creation Date: 2013-04-02T09:39:16Z
Registrar Registration Expiration Date: 2023-04-02T09:39:16Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@galacticamktg.com

Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▾ |
| --- | --- |

| Reverse IP Address Lookup | ▾ |
| --- | --- |

| Network Tools | ▾ |
| --- | --- |

| Visit Website |
| --- |

6/25/2022                          EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools



**Available TLDs**

| General TLDs | Country TLDs |
| --- | --- |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| EnrichedTechnologie... | View Whois |
| --- | --- |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information   © 2022 DomainTools

EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

Home >   Whois Lookup >   EnrichedTechnologies.com

## Whois Record for EnrichedTechnologies.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. <br> IANA ID: 291 <br> URL: http://www.directnic.com <br> Whois Server: whois.directnic.com <br><br> abuse@directnic.com <br> (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,386 days old <br> Created on 2013-04-02 <br> Expires on 2023-04-02 <br> Updated on 2022-03-01 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,273 domains) <br> NS1.DIRECTNIC.COM (has 208,273 domains) |
| **Tech Contact** | Network Admin <br> DLZ Offers <br> PO box 4668 #85919, <br> New York, NY, 10163, us <br><br> info@dlzoffers.com <br> (p) 18444353969 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 6 changes on 6 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

7/10/2022                          EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

## ➖ Website

| Website Title | 🌐 Enriched Technologies | ↗ |
|---|---|---|
| Server Type | Microsoft-IIS/10.0 | |
| Response Code | 200 | |
| Terms | 120 (Unique: 78, Linked: 25) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 12   (Internal: 12, Outbound: 0) | |

**Whois Record** ( last updated on 2022-07-10 )

```
Domain Name: ENRICHEDTECHNOLOGIES.COM
Registry Domain ID: 1790821364_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:24Z
Creation Date: 2013-04-02T09:39:16Z
Registrar Registration Expiration Date: 2023-04-02T09:39:16Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@dlzoffers.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@dlzoffers.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZ Offers
```

```
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@dlzoffers.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

| ⬇ Preview the Full Domain Report |
|---|

7/10/2022                    EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

## Enriched Technologies

Home | About Us | Services | Contact Us | Privacy Policy/Your California Privacy Rights

## Enriched Technologies

### A Recognized Leader in Data Management, Digital Marketing & Lead Generation

With a strong reputation for helping companies transition away from older and more antiquated marketing practices,
Enriched Technologies is the ideal partner to help your company innovate and improve.

As a full-service digital marketing and technology company, Enriched Technologies can help you drive your business
forward by enabling you to more efficiently and effectively reach more of your target audience; and expand
your business' customer-base and profitability.

HOME    ABOUT US    SERVICES    CONTACT US    PRIVACY POLICY/YOUR CALIFORNIA PRIVACY RIGHTS    UNSUBSCRIBE

© ENRICHED TECHNOLOGIES 2013 | PO BOX 466B #85919, NEW YORK, NY 10163-4668 | 917-591-8717 | CUSTOMERSERVICE@ENRICHEDTECHNOLOGIES.COM

Image Supplied By DomainTools.com

View Screenshot History

## Available TLDs

**General TLDs** | Country TLDs

The following domains are available through our preferred partners. Select domains below for more
information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| EnrichedTechnologie... | View Whois |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |
| EnrichedTechnologie... | Buy Domain |

EnrichedTechnologies.com WHOIS, DNS, & Domain Info - DomainTools

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2022 DomainTools

JobsDeliver.com

6/25/2022                          JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  JobsDeliver.com

# Whois Record for JobsDeliver.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Bear Claw Marketing |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 430 days old<br>Created on 2021-04-21<br>Expires on 2023-04-21<br>Updated on 2022-06-14 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 156,138 domains)<br>NS2.MONIKERDNS.NET (has 156,138 domains)<br>NS3.MONIKERDNS.NET (has 156,138 domains)<br>NS4.MONIKERDNS.NET (has 156,138 domains) |
| **Tech Contact** | Network Admin<br>Bear Claw Marketing<br>PO Box 660675 # 85919,<br>Dallas, TX, 75266, us<br>info@bearclawmktg.com<br>(p) 18444353969 (f) x |
| **IP Address** | 5.22.145.16 - 159,331 other sites hosted on this server |
| **IP Location** | - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 12 years |
| **Registrar History** | 2 registrars with 1 drop |
| **Hosting History** | 4 changes on 4 unique name servers over 13 years |

**– Website**

| | |
|---|---|
| **Website Title** | None given. |

Whois Record ( last updated on 2022-06-25 )

```
Domain Name: jobsdeliver.com
Registry Domain ID: 2606778212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-14T19:19:37Z
Creation Date: 2021-04-21T20:11:02Z
Registrar Registration Expiration Date: 2023-04-21T20:11:02Z
```

```
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: Bear Claw Marketing
Registrant Street: PO Box 660675 # 85919
Registrant City: Dallas
Registrant State/Province: TX
Registrant Postal Code: 75266
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@bearclawmktg.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: Bear Claw Marketing
Admin Street: PO Box 660675 # 85919
Admin City: Dallas
Admin State/Province: TX
Admin Postal Code: 75266
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@bearclawmktg.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: Bear Claw Marketing
Tech Street: PO Box 660675 # 85919
Tech City: Dallas
Tech State/Province: TX
Tech Postal Code: 75266
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@bearclawmktg.com
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: Network Admin
Billing Organization: Bear Claw Marketing
Billing Street: PO Box 660675 # 85919
Billing City: Dallas
Billing State/Province: TX
Billing Postal Code: 75266
Billing Country: US
Billing Phone: +1.8444353969
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@bearclawmktg.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

6/25/2022                    JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

Tools

| Hosting History | |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|



# Error 503: Backend unavailable

This type of error usually results of an unavailability of servers behind IP Load Balancing.

**You**
Internet browser

**OVH**
OVH IPLB

**Website**
Host server

If you are a visitor of the website, please try to refresh it or come back in a few minutes.
If you are the administrator of the website, please check the configuration of your server
and/or IP LoadBalancing configuration.

In case the problem persists, please **contact us**.



Image Supplied By DomainTools

| View Screenshot History |
|---|

**Available TLDs**

| General TLDs | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JobsDeliver.com | View Whois |
|---|---|
| JobsDeliver.net | View Whois |
| JobsDeliver.org | Buy Domain |
| JobsDeliver.info | Buy Domain |
| JobsDeliver.biz | Buy Domain |
| JobsDeliver.us | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

7/7/2022                                    JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  JobsDeliver.com

# Whois Record for JobsDeliver.com

**─ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | National Digital Survey |
| **Registrant Country** | us |
| **Registrar** | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br><br>abusereport@moniker.com<br>(p) 19546071294 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 442 days old<br>Created on 2021-04-21<br>Expires on 2023-04-21<br>Updated on 2022-06-14 |
| **Name Servers** | NS1.MONIKERDNS.NET (has 155,864 domains)<br>NS2.MONIKERDNS.NET (has 155,864 domains)<br>NS3.MONIKERDNS.NET (has 155,864 domains)<br>NS4.MONIKERDNS.NET (has 155,864 domains) |
| **Tech Contact** | Network Admin<br>National Digital Survey<br>PO Box 660675 #85919,<br>Dallas, TX, 75266, us<br><br>info@nationaldigitalsurvey.com<br>(p) 18444353969 (f) x |
| **IP Address** | 5.22.145.16 - 159,512 other sites hosted on this server |
| **IP Location** | 🇩🇪 - Saarland - Sankt Ingbert - Key-systems Gmbh |
| **ASN** | 🇩🇪 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 12 years |
| **Registrar History** | 2 registrars with 1 drop |

7/7/2022                                    JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools

**Hosting History**        4 changes on 4 unique name servers over 13 years                                    ➔

**▬ Website**

**Website Title**          None given.                                                                          ➔

**Whois Record** ( last updated on 2022-07-07 )

```
Domain Name: jobsdeliver.com
Registry Domain ID: 2606778212_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.moniker.com
Registrar URL: http://www.moniker.com
Updated Date: 2022-06-14T19:19:37Z
Creation Date: 2021-04-21T20:11:02Z
Registrar Registration Expiration Date: 2023-04-21T20:11:02Z
Registrar: Moniker Online Services LLC
Registrar IANA ID: 228
Registrar Abuse Contact Email: abusereport@moniker.com
Registrar Abuse Contact Phone: +1.9546071294
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProh
ibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: Network Admin
Registrant Organization: National Digital Survey
Registrant Street: PO Box 660675 #85919
Registrant City: Dallas
Registrant State/Province: TX
Registrant Postal Code: 75266
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@nationaldigitalsurvey.com
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: Network Admin
Admin Organization: National Digital Survey
Admin Street: PO Box 660675 #85919
Admin City: Dallas
Admin State/Province: TX
Admin Postal Code: 75266
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@nationaldigitalsurvey.com
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: Network Admin
Tech Organization: National Digital Survey
Tech Street: PO Box 660675 #85919
Tech City: Dallas
Tech State/Province: TX
Tech Postal Code: 75266
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@nationaldigitalsurvey.com
Registry Billing ID: REDACTED FOR PRIVACY
```

```
Billing Name: Network Admin
Billing Organization: National Digital Survey
Billing Street: PO Box 660675 #85919
Billing City: Dallas
Billing State/Province: TX
Billing Postal Code: 75266
Billing Country: US
Billing Phone: +1.8444353969
Billing Phone Ext:
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@nationaldigitalsurvey.com
Name Server: ns1.monikerdns.net
Name Server: ns2.monikerdns.net
Name Server: ns3.monikerdns.net
Name Server: ns4.monikerdns.net
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net
/

To contact the registered registrant please proceed to:
https://www.domain-contact.org

Please register your domains at; http://www.moniker.com
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

| ⬇ Preview the Full Domain Report |
|---|

7/7/2022                        JobsDeliver.com WHOIS, DNS, & Domain Info - DomainTools



Error **503:** Backend unavailable

This type of error usually results of an unavailability of servers behind IP Load Balancing.

| You | OVH | Website |
|-----|-----|---------|
| Internet browser | OVH IPLB | Host server |

If you are a visitor of the website, please try to refresh it or come back in a few minutes.
If you are the administrator of the website, please check the configuration of your server
and/or IP LoadBalancing configuration.

In case the problem persists, please contact us.



Image Supplied By DomainTools.com

| View Screenshot History |
|:-:|

## Available TLDs

| General TLDs | Country TLDs |
|:-:|:-:|

The following domains are available through our preferred partners. Select domains below for more
information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| JobsDeliver.com | View Whois |
|---|---|
| JobsDeliver.net | View Whois |
| JobsDeliver.org | Buy Domain |
| JobsDeliver.info | Buy Domain |
| JobsDeliver.biz | Buy Domain |
| JobsDeliver.us | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information
© 2022 DomainTools

NationalDigitalSurvey.com

6/25/2022                              NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  NationalDigitalSurvey.com

# Whois Record for NationalDigitalSurvey.com

**‒ Domain Profile**

| | |
|---|---|
| Registrant | Network Admin |
| Registrant Org | DLZOffers |
| Registrant Country | us |
| Registrar | DNC Holdings, Inc DNC Holdings, Inc. <br> IANA ID: 291 <br> URL: http://www.directnic.com <br> Whois Server: whois.directnic.com <br> abuse@directnic.com <br> (p) 18778569598 |
| Registrar Status | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| Dates | 2,626 days old <br> Created on 2015-04-17 <br> Expires on 2023-04-01 <br> Updated on 2022-03-01 |
| Name Servers | CHAN.NS.CLOUDFLARE.COM (has 24,763,605 domains) <br> IGOR.NS.CLOUDFLARE.COM (has 24,763,605 domains) |
| Tech Contact | Network Admin <br> DLZOffers <br> PO box 4668 #85919, <br> New York, NY, 10163, us <br> dealzingocustomerservice@gmail.com <br> (p) 18444353969 |
| IP Address | 104.21.78.45 - 460 other sites hosted on this server |
| IP Location | - California - San Jose - Cloudflare Inc. |
| ASN | AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| Domain Status | Registered And Active Website |
| IP History | 5 changes on 5 unique IP addresses over 7 years |
| Registrar History | 1 registrar |
| Hosting History | 2 changes on 3 unique name servers over 7 years |

**‒ Website**

| | |
|---|---|
| Website Title | 500 SSL negotiation failed: |
| Response Code | 500 |
| Terms | 2,825 (Unique: 770, Linked: 55) |
| Images | 23 (Alt tags missing: 23) |
| Links | 26   (Internal: 0, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: NATIONALDIGITALSURVEY.COM
  Registry Domain ID: 1920652083_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-03-01T18:59:27Z
Creation Date: 2015-04-17T12:04:36Z
Registrar Registration Expiration Date: 2023-04-17T12:04:36Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZOffers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: dealzingocustomerservice@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZOffers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: dealzingocustomerservice@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZOffers
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: dealzingocustomerservice@gmail.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                     NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NationalDigitalSurve... | View Whois |
| NationalDigitalSurve... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |
| NationalDig...Survey.... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |
| NationalDigitalSurve... | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information      © 2022 DomainTools

7/7/2022                               NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

Home  >   Whois Lookup  >   NationalDigitalSurvey.com

## Whois Record for NationalDigitalSurvey.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | National Digital Survey |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 2,638 days old Created on 2015-04-17 Expires on 2023-04-17 Updated on 2022-06-14 |
| **Name Servers** | CHAN.NS.CLOUDFLARE.COM (has 24,974,447 domains) IGOR.NS.CLOUDFLARE.COM (has 24,974,447 domains) |
| **Tech Contact** | Network Admin National Digital Survey PO Box 660675 # 85919, Dallas, TX, 75266-0675, us info@nationaldigitalsurvey.com (p) 18004188043 |
| **IP Address** | 104.21.78.45 - 455 other sites hosted on this server |
| **IP Location** | 🇺🇸 - California - San Jose - Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET, US (registered Jul 14, 2010) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 5 changes on 5 unique IP addresses over 7 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 2 changes on 3 unique name servers over 7 years |

7/7/2022                                    NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools

## ▬ Website

| Website Title | 🌐 500 SSL negotiation failed: | ↪ |
|---|---|---|
| **Response Code** | 500 | |
| **Terms** | 2,825 (Unique: 770, Linked: 55) | |
| **Images** | 23 (Alt tags missing: 23) | |
| **Links** | 26   (Internal: 0, Outbound: 0) | |

**Whois Record ( last updated on 2022-07-07 )**

```
Domain Name: NATIONALDIGITALSURVEY.COM
Registry Domain ID: 1920652083_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2022-06-14T10:30:59Z
Creation Date: 2015-04-17T12:04:36Z
Registrar Registration Expiration Date: 2023-04-17T12:04:36Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: National Digital Survey
Registrant Street: PO Box 660675 # 85919
Registrant City: Dallas
Registrant State/Province: TX
Registrant Postal Code: 75266-0675
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@nationaldigitalsurvey.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: National Digital Survey
Admin Street: PO Box 660675 # 85919
Admin City: Dallas
Admin State/Province: TX
Admin Postal Code: 75266-0675
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@nationaldigitalsurvey.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: National Digital Survey
Tech Street: PO Box 660675 # 85919
Tech City: Dallas
```

```
Tech State/Province: TX
Tech Postal Code: 75266-0675
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@nationaldigitalsurvey.com
Name Server: IGOR.NS.CLOUDFLARE.COM
Name Server: CHAN.NS.CLOUDFLARE.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |  |
|---|---|
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |
| Visit Website |  |

| ⬇ Preview the Full Domain Report |
|---|

7/7/2022                    NationalDigitalSurvey.com WHOIS, DNS, & Domain Info - DomainTools



| View Screenshot History |
|---|

**Available TLDs**

| **General TLDs** | Country TLDs |
|---|---|

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| NationalDigitalSurve... | | View Whois |
|---|---|---|
| NationalDigitalSurve... | | Buy Domain |
| NationalDigitalSurve... | | Buy Domain |
| NationalDig...Survey.... | | Buy Domain |
| NationalDigitalSurve... | | Buy Domain |
| NationalDigitalSurve... | | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information

© 2022 DomainTools

SurveyAndGetPaid.com

Home  >  Whois Lookup  >  SurveyAndGetPaid.com

# Whois Record for SurveyAndGetPaid.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Best Results Media |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br><br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,092 days old<br>Created on 2014-01-06<br>Expires on 2023-01-06<br>Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | System Admin<br>Best Results Media<br>PO Box 37635 # 85919,<br>Philadelphia, PA, 19101-0635, us<br><br>info@bestresultsmedia.com<br>(p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 13 changes on 13 unique IP addresses over 16 years |
| **Registrar History** | 4 registrars with 3 drops |
| **Hosting History** | 10 changes on 6 unique name servers over 16 years |

**– Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 286 (Unique: 168, Linked: 12) |
| **Images** | 11 (Alt tags missing: 6) |
| **Links** | 4   (Internal: 4, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: SURVEYANDGETPAID.COM
Registry Domain ID: 1841698595_DOMAIN_COM-VRSN
```

6/25/2022                          SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:09Z
Creation Date: 2014-01-06T16:34:23Z
Registrar Registration Expiration Date: 2023-01-06T16:34:23Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Best Results Media
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@bestresultsmedia.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Best Results Media
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@bestresultsmedia.com

Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Best Results Media
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@bestresultsmedia.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```

**DomainTools Iris**
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                          SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report

**SURVEY & GET PAID** | **YOUR VOICE COUNTS!**



▶ Earn Money Working From Home

▶ Connect to Survey Providers

▶ Share Your Opinion

**Get Started Here!**

Email Address

**Submit**

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from SurveyAndGetPaid.com or any of its third-party marketing partners.

There are tons of companies that gather information from consumers to figure out how to best serve their customers. Companies are desperate to know what their target audience is thinking.

You have the ability to work from anywhere to that you are able to use the internet. Taking surveys is a quick and easy way to earn extra cash.

**HOW IT WORKS**



Sign up for
Survey Offers



Receive Information on
Survey Opportunities



Participate in
Product Reviews



Earn Money for
Your Opinion

SurveyAndGetPaid.com is a consumer information site that aggregates information about certain online services. You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained therein as such information, including without limitation any earnings quotes, are provided "as is" and for informational purposes only. SurveyAndGetPaid.com shall not be liable for any informational error or for any action taken in reliance on information contained herein. SurveyAndGetPaid.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

**Privacy Policy/Your California Privacy Rights     Terms of use     Contact Us     Unsubscribe**

Image Supplied By DomainTools.com

View Screenshot History

**Available TLDs**

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| SurveyAndGetPaid.c... | | View Whois |
| SurveyAndGetPaid.net | | Buy Domain |
| SurveyAndGetPaid.org | | Buy Domain |
| SurveyAndGetPaid.in... | | Buy Domain |
| SurveyAndGetPaid.biz | | Buy Domain |
| SurveyAndGetPaid.us | | Buy Domain |

6/25/2022                                     SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information        © 2022 DomainTools

Home  >   Whois Lookup  >   SurveyAndGetPaid.com

## Whois Record for SurveyAndGetPaid.com

— **Domain Profile**

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Buzz Worthy Offers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. IANA ID: 291 URL: http://www.directnic.com Whois Server: whois.directnic.com abuse@directnic.com (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,104 days old Created on 2014-01-06 Expires on 2023-01-06 Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,242 domains) NS1.DIRECTNIC.COM (has 208,242 domains) |
| **Tech Contact** | System Admin Buzz Worthy Offers PO Box 37635 # 85919, Philadelphia, PA, 19101-0635, us info@buzzworthyoffers.com (p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 13 changes on 13 unique IP addresses over 16 years |
| **Registrar History** | 4 registrars with 3 drops |
| **Hosting History** | 10 changes on 6 unique name servers over 16 years |

## ➖ Website

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden                                    ↗ |
| **Response Code** | 403 |
| **Terms** | 286 (Unique: 168, Linked: 12) |
| **Images** | 11 (Alt tags missing: 6) |
| **Links** | 4   (Internal: 4, Outbound: 0) |

**Whois Record ( last updated on 2022-07-07 )**

```
Domain Name: SURVEYANDGETPAID.COM
Registry Domain ID: 1841698595_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:09Z
Creation Date: 2014-01-06T16:34:23Z
Registrar Registration Expiration Date: 2023-01-06T16:34:23Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Buzz Worthy Offers
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@buzzworthyoffers.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Buzz Worthy Offers
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@buzzworthyoffers.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Buzz Worthy Offers
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
```

```
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: info@buzzworthyoffers.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |
| --- |

| Monitor Domain Properties | ▼ |
| --- | --- |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

| ⬇ Preview the Full Domain Report |
| --- |

7/7/2022                    SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

## SURVEY & GET PAID | YOUR VOICE COUNTS!



➤ **Earn Money Working From Home**

➤ **Connect to Survey Providers**

➤ **Share Your Opinion**

### Get Started Here!

Email Address

**Submit**

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from SurveyAndGetPaid.com or any of its third-party marketing partners.

There are tons of companies that gather information from consumers to figure out how to best serve their customers. Companies are desperate to know what their target audience is thinking.

You have the ability to work from anywhere to that you are able to use the internet. Taking surveys is a quick and easy way to earn extra cash.

## HOW IT WORKS



**Sign up for Survey Offers**



**Receive Information on Survey Opportunities**



**Participate in Product Reviews**



**Earn Money for Your Opinion**

SurveyAndGetPaid.com is a consumer information site that aggregates information about certain online services. You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained therein as such information, including without limitation any earnings quotes, are provided "as is" and for informational purposes only. SurveyAndGetPaid.com shall not be liable for any informational error or for any action taken in reliance on information contained herein. SurveyAndGetPaid.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

**Privacy Policy/Your California Privacy Rights   Terms of use   Contact Us   Unsubscribe**

Image Supplied By DomainTools.com

---

View Screenshot History

---

## Available TLDs

---

| **General TLDs** | Country TLDs |

---

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| SurveyAndGetPaid.c... | | View Whois |
| SurveyAndGetPaid.net | | Buy Domain |
| SurveyAndGetPaid.org | | Buy Domain |
| SurveyAndGetPaid.in... | | Buy Domain |
| SurveyAndGetPaid.biz | | Buy Domain |

SurveyAndGetPaid.com WHOIS, DNS, & Domain Info - DomainTools

**SurveyAndGetPaid.us**

Buy Domain

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information

© 2022 DomainTools

TheBestCreditCheck.com

6/25/2022                          TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  TheBestCreditCheck.com

# Whois Record for TheBestCreditCheck.com

**– Domain Profile**

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Best Results Media |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,092 days old<br>Created on 2014-01-06<br>Expires on 2023-01-06<br>Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | System Admin<br>Best Results Media<br>PO Box 37635 # 85919,<br>Philadelphia, PA, 19101-0635, us<br>info@bestresultsmedia.com<br>(p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 7 changes on 7 unique IP addresses over 8 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 8 years |

**– Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 392 (Unique: 199, Linked: 12) |
| **Images** | 8 (Alt tags missing: 5) |
| **Links** | 4   (Internal: 4, Outbound: 0) |

**Whois Record** ( last updated on 2022-06-25 )

```
Domain Name: THEBESTCREDITCHECK.COM
  Registry Domain ID: 1841698590_DOMAIN_COM-VRSN
```

6/25/2022                              TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:05Z
Creation Date: 2014-01-06T16:34:14Z
Registrar Registration Expiration Date: 2023-01-06T16:34:14Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Best Results Media
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@bestresultsmedia.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Best Results Media
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@bestresultsmedia.com

Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Best Results Media
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@bestresultsmedia.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



DomainTools Iris
More data. Better context.
Faster response.

Learn More

**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

6/25/2022                              TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



**THE BEST CREDIT CHECK**

## Mistakes on your *credit report* can cost you big time!

### Check yours for accuracy!

➤ Get access to our many partners who will provide you with scores in a timely fashion

➤ Check your credit to make sure you are in good standing

➤ Great scores save you money and give you financial freedom

**Start Here!**

Email Address

**SUBMIT**

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from TheBestCreditCheck.com or any of its third-party marketing partners.

 TransUnion     EQUIFAX     ⁚⁚⁚ Experian

All trademarks, service marks, logos, brands, and/or domain names are the property of their respective owners. Equifax Credit Report is a trademark of Equifax, Inc. and its affiliated companies. TransUnion Credit Report is a trademark of TransUnion, LLC and its affiliated companies. Experian Credit Report is a trademark of Equifax plc and its affiliated companies.

**Important Information:**
Your credit score measures your relative credit risk level. Your score is used by financial institutes and lenders to assess your level of risk. When you sign up and request a credit report or score, your membership begins. At that time you will receive information from The Best Credit Check and our partners about receiving reports and scores.

**301-600** POOR     **600-700** GOOD     **700-849** EXCELLENT

TheBestCreditCheck.com is a consumer information site that aggregates information about certain online services. TheBestCreditCheck.com is not a credit repair organization as defined under federal or state law, including the Credit Repair Organizations Act. TheBestCreditCheck.com does not provide "credit check" services or advice or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained herein as such information, including without limitation any quote, is provided "as is" for informational purposes only. TheBestCreditCheck.com shall not be liable for any informational error or for any action taken in reliance on information contained herein.

TheBestCreditCheck.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

Image Supplied By DomainTools.com

**Privacy Policy/Your California Privacy Rights**    **Terms of use**    **Contact Us**    **Unsubscribe**

View Screenshot History

## Available TLDs

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TheBestCreditCheck.... | View Whois |
| --- | --- |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |

6/25/2022                                    TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

TheBestCreditCheck....                                                                                         Buy Domain

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information       © 2022 DomainTools

TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

Home  >   Whois Lookup  >   TheBestCreditCheck.com

## Whois Record for TheBestCreditCheck.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | System Admin |
| **Registrant Org** | Buzz Worthy Offers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc. |
| | IANA ID: 291 |
| | URL: http://www.directnic.com |
| | Whois Server: whois.directnic.com |
| | abuse@directnic.com |
| | (p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,104 days old |
| | Created on 2014-01-06 |
| | Expires on 2023-01-06 |
| | Updated on 2021-11-21 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,242 domains) |
| | NS1.DIRECTNIC.COM (has 208,242 domains) |
| **Tech Contact** | System Admin |
| | Buzz Worthy Offers |
| | PO Box 37635 # 85919, |
| | Philadelphia, PA, 19101-0635, us |
| | info@buzzworthyoffers.com |
| | (p) 15053485572 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 7 changes on 7 unique IP addresses over 8 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 8 years |

## ➖ Website

| Website Title | 🌐 403 Forbidden | ↪ |
|---|---|---|
| Response Code | 403 | |
| Terms | 392 (Unique: 199, Linked: 12) | |
| Images | 8 (Alt tags missing: 5) | |
| Links | 4   (Internal: 4, Outbound: 0) | |

**Whois Record ( last updated on 2022-07-07 )**

```
Domain Name: THEBESTCREDITCHECK.COM
Registry Domain ID: 1841698590_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-11-22T01:21:05Z
Creation Date: 2014-01-06T16:34:14Z
Registrar Registration Expiration Date: 2023-01-06T16:34:14Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: System Admin
Registrant Organization: Buzz Worthy Offers
Registrant Street: PO Box 37635 # 85919
Registrant City: Philadelphia
Registrant State/Province: PA
Registrant Postal Code: 19101-0635
Registrant Country: US
Registrant Phone: +1.5053485572
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@buzzworthyoffers.com
Registry Admin ID: Not Available From Registry
Admin Name: System Admin
Admin Organization: Buzz Worthy Offers
Admin Street: PO Box 37635 # 85919
Admin City: Philadelphia
Admin State/Province: PA
Admin Postal Code: 19101-0635
Admin Country: US
Admin Phone: +1.5053485572
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@buzzworthyoffers.com
Registry Tech ID: Not Available From Registry
Tech Name: System Admin
Tech Organization: Buzz Worthy Offers
Tech Street: PO Box 37635 # 85919
Tech City: Philadelphia
```

7/7/2022                         TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

```
Tech State/Province: PA
Tech Postal Code: 19101-0635
Tech Country: US
Tech Phone: +1.5053485572
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@buzzworthyoffers.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
|---|---|
| Visit Website | |

| ⬇ Preview the Full Domain Report |
|---|

TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools



**THE BEST** CREDIT CHECK

## Mistakes on your credit report can cost you big time!

### Check yours for accuracy!



➤ Get access to our many partners who will provide you with scores in a timely fashion

➤ Check your credit to make sure you are in good standing

➤ Great scores save you money and give you financial freedom

**Start Here!**
Email Address

SUBMIT

☐ By submitting my email address and clicking the "SUBMIT" button above, I represent and warrant that I am 18 years of age or older, a legal resident of the USA, and I expressly agree to receive email from TheBestCreditCheck.com or any of its third-party marketing partners.

TransUnion.    EQUIFAX    ::: Experian.

All trademarks, service marks, logos, brands, and/or domain names are the property of their respective owners. Equifax Credit Report is a trademark of Equifax, Inc. and its affiliated companies. TransUnion Credit Report is a trademark of TransUnion, LLC and its affiliated companies. Experian Credit Report is a trademark of Equifax plc and its affiliated companies.

**Important Information:**
Your credit score measures your relative credit risk level. Your score is used by financial institutes and lenders to assess your level of risk. When you sign up and request a credit report or score, your membership begins. At that time you will receive information from The Best Credit Check and our partners about receiving reports and scores

**301-600** POOR     **600-700** GOOD     **700-849** EXCELLENT

TheBestCreditCheck.com is a consumer information site that aggregates information about certain online services. TheBestCreditCheck.com is not a credit repair organization as defined under federal or state law, including the Credit Repair Organizations Act. TheBestCreditCheck.com does not provide "credit check" services or advice or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating.

You are under no obligation to pursue business with any of the participating online services providers; and you are strongly encouraged to review all of the provider's applicable terms and conditions before providing them with any of your personal information. It is advised that you conduct your own investigation as to the accuracy of any information contained herein as such information, including without limitation any quote, is provided "as is" for informational purposes only. TheBestCreditCheck.com shall not be liable for any informational error or for any action taken in reliance on information contained herein.

TheBestCreditCheck.com accepts compensation from third-party marketing partners in order to provide you with this service. Such compensation is how this website can continue to exist.

Image Supplied By DomainTools

**Privacy Policy/Your California Privacy Rights**   **Terms of use**   **Contact Us**   **Unsubscribe**

View Screenshot History

## Available TLDs

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| TheBestCreditCheck.... | View Whois |
| TheBestCreditCheck.... | Buy Domain |
| TheBestCreditCheck.... | Buy Domain |

7/7/2022                                    TheBestCreditCheck.com WHOIS, DNS, & Domain Info - DomainTools

| TheBestCreditCheck.... | | Buy Domain |
| TheBestCreditCheck.... | | Buy Domain |
| TheBestCreditCheck.... | | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information
© 2022 DomainTools

TurnMyHeadMediaGroup.com

Home  >   Whois Lookup  >   TurnMyHeadMediaGroup.com

# Whois Record for TurnMyHeadMediaGroup.com

**▬ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | Galactica Marketing Group |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br><br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,420 days old<br>Created on 2013-02-12<br>Expires on 2023-02-12<br>Updated on 2021-12-28 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,632 domains)<br>NS1.DIRECTNIC.COM (has 208,632 domains) |
| **Tech Contact** | Network Admin<br>Galactica Marketing Group<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br><br>info@galacticamktg.com<br>(p) 18004188043 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 4 changes on 4 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

**▬ Website**

| | |
|---|---|
| **Website Title** | 🌐 403 Forbidden |
| **Response Code** | 403 |
| **Terms** | 6 (Unique: 5, Linked: 6) |
| **Images** | 1 (Alt tags missing: 0) |
| **Links** | 2   (Internal: 1, Outbound: 1) |

**Whois Record ( last updated on 2022-06-25 )**

```
Domain Name: TURNMYHEADMEDIAGROUP.COM
Registry Domain ID: 1779933136_DOMAIN_COM-VRSN
```

```
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:39Z
Creation Date: 2013-02-12T11:42:56Z
Registrar Registration Expiration Date: 2023-02-12T11:42:56Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email:  abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeleteProhibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransferProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdateProhibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: Galactica Marketing Group
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8004188043
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email:  info@galacticamktg.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: Galactica Marketing Group
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8004188043
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email:  info@galacticamktg.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: Galactica Marketing Group
Tech Street: PO box 4668 #85919
Tech City: New York
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8004188043
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@galacticamktg.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```


DomainTools Iris
More data. Better context.
Faster response.
Learn More

**Tools**

| Hosting History |  |
| --- | --- |
| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |

| Network Tools | ▼ |
| --- | --- |

| Visit Website |
| --- |

6/25/2022                    TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

⬇ Preview the Full Domain Report



View Screenshot History

## Available TLDs

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| | |
|---|---|
| TurnMyHeadMediaG... | View Whois |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |

Sitemap    Blog    Terms    Privacy    Contact    California Privacy Notice    Do Not Sell My Personal Information    © 2022 DomainTools

7/7/2022                                    TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

Home  >  Whois Lookup  >  TurnMyHeadMediaGroup.com

# Whois Record for TurnMyHeadMediaGroup.com

**━ Domain Profile**

| | |
|---|---|
| **Registrant** | Network Admin |
| **Registrant Org** | DLZ Offers |
| **Registrant Country** | us |
| **Registrar** | DNC Holdings, Inc DNC Holdings, Inc.<br>IANA ID: 291<br>URL: http://www.directnic.com<br>Whois Server: whois.directnic.com<br><br>abuse@directnic.com<br>(p) 18778569598 |
| **Registrar Status** | clientDeleteProhibited, clientTransferProhibited, clientUpdateProhibited |
| **Dates** | 3,432 days old<br>Created on 2013-02-12<br>Expires on 2023-02-12<br>Updated on 2021-12-28 |
| **Name Servers** | NS0.DIRECTNIC.COM (has 208,242 domains)<br>NS1.DIRECTNIC.COM (has 208,242 domains) |
| **Tech Contact** | Network Admin<br>DLZ Offers<br>PO box 4668 #85919,<br>New York, NY, 10163, us<br><br>info@dlzoffers.com<br>(p) 18444353969 |
| **IP Address** | 3.128.123.203 - 10 other sites hosted on this server |
| **IP Location** | 🇺🇸 - Ohio - Columbus - Amazon Technologies Inc. |
| **ASN** | 🇺🇸 AS16509 AMAZON-02, US (registered May 04, 2000) |
| **Domain Status** | Registered And Active Website |
| **IP History** | 4 changes on 4 unique IP addresses over 9 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 1 change on 2 unique name servers over 9 years |

7/7/2022                    TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

**⚊ Website**

| Website Title | 🌐 403 Forbidden | ➶ |
|---|---|---|
| Response Code | 403 | |
| Terms | 6 (Unique: 5, Linked: 6) | |
| Images | 1 (Alt tags missing: 0) | |
| Links | 2   (Internal: 1, Outbound: 1) | |

**Whois Record ( last updated on 2022-07-07 )**

```
Domain Name: TURNMYHEADMEDIAGROUP.COM
Registry Domain ID: 1779933136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.directnic.com
Registrar URL: http://www.directnic.com
Updated Date: 2021-12-29T01:25:39Z
Creation Date: 2013-02-12T11:42:56Z
Registrar Registration Expiration Date: 2023-02-12T11:42:56Z
Registrar: DNC Holdings, Inc
Registrar IANA ID: 291
Registrar Abuse Contact Email: abuse@directnic.com
Registrar Abuse Contact Phone: +1.8778569598
Domain Status: clientDeleteProhibited (https://www.icann.org/epp#clientDeletePro
hibited)
Domain Status: clientTransferProhibited (https://www.icann.org/epp#clientTransfe
rProhibited)
Domain Status: clientUpdateProhibited (https://www.icann.org/epp#clientUpdatePro
hibited)
Registry Registrant ID: Not Available From Registry
Registrant Name: Network Admin
Registrant Organization: DLZ Offers
Registrant Street: PO box 4668 #85919
Registrant City: New York
Registrant State/Province: NY
Registrant Postal Code: 10163
Registrant Country: US
Registrant Phone: +1.8444353969
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: info@dlzoffers.com
Registry Admin ID: Not Available From Registry
Admin Name: Network Admin
Admin Organization: DLZ Offers
Admin Street: PO box 4668 #85919
Admin City: New York
Admin State/Province: NY
Admin Postal Code: 10163
Admin Country: US
Admin Phone: +1.8444353969
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: info@dlzoffers.com
Registry Tech ID: Not Available From Registry
Tech Name: Network Admin
Tech Organization: DLZ Offers
Tech Street: PO box 4668 #85919
Tech City: New York
```

```
Tech State/Province: NY
Tech Postal Code: 10163
Tech Country: US
Tech Phone: +1.8444353969
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email:  info@dlzoffers.com
Name Server: NS0.DIRECTNIC.COM
Name Server: NS1.DIRECTNIC.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net

For more information on Whois status codes, please visit https://icann.org/epp
```



**Tools**

| Hosting History |
|---|

| Monitor Domain Properties | ▼ |
|---|---|

| Reverse IP Address Lookup | ▼ |
|---|---|

| Network Tools | ▼ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|

7/7/2022                    TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools



---

View Screenshot History

## Available TLDs

| General TLDs | Country TLDs |

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

| TurnMyHeadMediaG... | View Whois |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |
| TurnMyHeadMediaG... | Buy Domain |

TurnMyHeadMediaGroup.com WHOIS, DNS, & Domain Info - DomainTools

© 2022 DomainTools