7/4/2022                               BuzzBarrelReview.com WHOIS, DNS, & Domain Info - DomainTools

Home > Whois Lookup > BuzzBarrelReview.com

## Whois Record for BuzzBarrelReview.com

**Domain Available**

### buzzbarrelreview.com is for sale!
This domain is listed for sale at one of our partner sites for $12.

Visit our partner to buy buzzbarrelreview.com

### Domain Profile

| | |
|---|---|
| Registrant | Moniker Privacy Services |
| Registrant Org | Moniker Privacy Services |
| Registrant Country | us |
| Registrar | Moniker Online Services LLC<br>IANA ID: 228<br>URL: http://www.moniker.com<br>Whois Server: whois.moniker.com<br>abusereport@moniker.com<br>(p) 19546071294 |
| Registrar Status | ok |
| Dates | 761 days old<br>Created on 2020-06-03<br>Expires on 2023-06-03<br>Updated on 2022-07-04 |
| Name Servers | NS3.EXPIRATIONWARNING.NET (has 6,553 domains)<br>NS7.EXPIRATIONWARNING.NET (has 6,553 domains) |
| Tech Contact | Moniker Privacy Services<br>2320 NE 9th St, Second Floor,<br>Fort Lauderdale, FL, 33304, us<br>75f4772fbfe1ffd1c8ff96e5e677e3e8939864f09944690fe4a2137145636d85@buzzbarrelreview.com.whoisproxy.org<br>(p) 18006886311 (f) 19545859186 |
| IP Address | 95.217.135.78 - 5,145 other sites hosted on this server |
| IP Location | - Uusimaa - Tuusula - Hetzner Online Gmbh |
| ASN | AS24940 HETZNER-AS, DE (registered Jun 03, 2002) |

