7/14/2022 GoDaddy Domain Name Search

⚠️ We built our website for newer browsers. Update now for the best experience.  ✕

Update Chrome     Get Edge     Get Firefox

**GoDaddy**

Canada

buzzbarrelreview.com     🔍     ✓ **Continue to Cart**

Domains include free Privacy Protection forever.ⓘ

**DOMAIN TAKEN**

🚫 **buzzbarrelreview.com**

We might be able to help you get it. <u>See How</u>

Broker Service Fee
**C$89.99**ⓘ

**Add to Cart**

---

**buzzbarrel.review**     C$52.15  **C$13.03**ⓘ
                                   for the first year

**PROMOTED**
**buzzbarrelreview.store**     C$104.17  **C$1.29**ⓘ
                                          for the first year

**PROMOTED**
**buzzbarrelreview.art**     C$23.43  **C$6.50**ⓘ
                                      for the first year

**PROMOTED**
                                C$49.99  **C$2.99**ⓘ

https://ca.godaddy.com/domainsearch/find?checkAvail=1&domainToCheck=buzzbarrelreview.com     1/8