6/28/2022 dealzingo.com is available for purchase - Sedo.com





## dealzingo.com

This premium domain is for sale in partnership with Sedo!

**Make an offer on this domain**

dealzingo.com

**Payment Options**





| Your Offer | USD |

**MAKE OFFER**

https://sedo.com/search/details/?language=us&domain=dealzingo.com&partnerid=55490&origin=partner

