IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543-CMA-SKC

JOSHUA LAPIN,

        Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC,
NRRM, LLC d/b/a CARSHIELD,
FLEX MARKETING GROUP, LLC,
JOHN DOE SENDER,

        Defendants.

## DEFENDANT AMERICAN AUTO SHIELD, LLC'S
## FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant American Auto Shield, LLC ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 7.1, submits its Corporate Disclosure Statement as follows:

American Auto Shield, LLC represents and warrants that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated:  July 25, 2022        Respectfully Submitted,

        By:  s/*Jeffrey H. Kass*
            Jeffrey H. Kass
            LEWIS BRISBOIS BISGAARD & SMITH LLP
            1700 Lincoln Street, Suite 4000
            Denver, Colorado 80203
            Jeffrey.Kass@lewisbrisbois.com
            Tel.:   303.861.7760
            Fax:   303.861.7767

            *Attorneys for Defendant*
            *American Auto Shield, LLC*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2022, I presented the foregoing DEFENDANT AMERICAN AUTO SHIELD, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT to the Clerk of the Court for filing and uploading to the CM/ECF system, which action caused automatic electronic notification of the filing to be served upon the following:

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:   303-244-4558
gibson@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP-Denver
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:   303-244-1800
Fax:   303-244-1879
may@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel.:   206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

I further certify that on July 25, 2022, the foregoing DEFENDANT AMERICAN AUTO SHIELD, LLC'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT was served electronically (via email) upon the following:

Joshua Lapin
401 East 8th Street, Suite 214
PMB 7452
Sioux Falls, SD 57103
Tel.:   714-654-8886
Fax:   307-655-1269
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

                                          s/*Jeffrey H. Kass*
                                          of LEWIS BRISBOIS BISGAARD & SMITH LLP