# Licensee Details

## Demographic Information

| | |
|---|---|
| **Name:** | FLEX MARKETING GROUP, LLC |

## License Information

| | |
|---|---|
| **Type:** | Vendor Minor |
| **Lic #:** | 94611374 |
| **Status:** | Approved |
| **Expiration Date:** | 11/19/2022 |