(1) Vendor major license.

    (a) Any person who is employed for, contracts with, or acts on behalf of an establishment licensed to operate sports betting, and who performs one or more of the following duties must hold a vendor major license:

        (i) Manages, administers, or controls wagers that are initiated, received, or made on a sports betting gaming system;

        (ii) Manages, administers, or controls the games with which the wagers that are initiated, received, or made on a sports betting gaming system are associated;

        (iii) Maintains or operates the software or hardware of a sports betting gaming system;

        (iv) Provides products, services, information or assets to an establishment licensed to operate sports betting and/or receives therefor a percentage of gaming revenue from the establishment's sports betting system.

(2) A vendor major license expires two years after the date of issuance but may be renewed upon the filing and approval of an application for renewal.

(3) Vendor minor license.

    (a) Any person who is employed for, contracts with, or acts on behalf of an establishment licensed to operate sports betting, and is involved in the operation of sports betting, other than those activities specified under 30-301 (1), must hold a vendor minor license.

    (b) A vendor minor license expires two years after the date of issuance but may be renewed upon the filing and approval of an application for renewal.

(4) Key employee license.

    (a) The person designated to be responsible for the operation of a sports betting operation must hold a key employee license.

    (b) Persons licensed as key employees for limited gaming purposes need not obtain a separate key employee license for sports betting.

    (c) The determination of key employee status shall follow the same procedure as that set out in section 44-30-502, C.R.S., for key employees for limited gaming purposes.

    (d) A key employee license expires two years after the date of issuance but may be renewed upon the filing and approval of an application for renewal.

(5) Support license.

    (a) All employees of a sports betting licensee not otherwise required to hold a key employee license, a vendor major license, or a vendor minor license may be required to hold a support license.

    (b) Persons licensed as support employees for limited gaming purposes need not obtain a separate support employee license for sports betting.