

## Display Advertising

Place compelling display ads on our owned and operated websites which have over 3M monthly active users.

We support super precise targeting– we'll only show your ad to users most likely to become paying customers.

We can filter using anything from demographic info to health insurance type, HHI, job status, credit score, car ownership, and more.



# Email Marketing

Anyone who's attempted email marketing knows how hard it is to avoid the Promotions tab (or worse – the spam folder).

We've mastered the art of inboxing, and we've amassed millions of email subscribers since our founding.

We're also fully CAN-SPAM compliant and practice rigorous data hygiene, so our lists are always active and engaged.

Partner with us to send dedicated email ads to our subscribers and watch as new super-high-intent leads pour in. You can pay per impression, click, lead, or sale.



## SMS Marketing

Our websites offer users the opportunity to opt into targeted, relevant SMS messages from our team of senders. All opt-ins are TCPA compliant.

We are also able to apply the same targeting capabilities as our display ads, since all the relevant user data has been stored with the user's phone number at the time they subscribe.



# Push Notifications

We've also placed push notification opt-in opportunities across all our web properties, so we have even more ways to reach our most engaged users when they're already online and browsing the web.

We can target and customize messages based on demographic info and the user's activities across our online portfolio to boost relevance and ROI.



# Survey Opt-Ins

Survey opt-ins are a great tool for any company looking to feed more qualified leads into their call center, email list, or direct mail campaigns. We can leverage hyper-specific targeting to surface users most likely to become great customers, including car year/make/model, zip code, homeowner status, employment status, credit score, HHI, marital status, health insurance type, and more.

You can supply us with a custom question (or questions) to place in our online survey, which has 40-50K new participants each day. When a user answers "yes" to your custom question, we post their contact information to your CRM. This channel can generate exponentially more daily leads than a web form at a fraction of the cost.



# Custom Landers

If you need the highest level of brand safety and quality control, our product team can build a custom landing page with your creative direction.

If you're focused on lead generation, these custom landers can host a form with all your qualifying questions then post the data to your CRM. They can also serve as an intermediate page between an email or display click and your website to further refine intent and eligibility.



# Ready to get started?

