+1.504.355.0081    Support    💬 Live Chat                Sign up    👤 Log In        🛒 0



Search Domains    🔍

**Domains**    **Products ⌄**    **Hosting ⌄**    **Market**    **Easy Renew**

# TERMS OF SERVICE

Effective 05/24/2018

This Agreement ("Agreement") between **DNC Holdings Inc., DBA as Directnic** ("Company", "provider", "we", "us" and "our")and You ("your", "user", "registrant", "customer", "client" and "account holder") sets for the terms and conditions for usage of Directnic products and services, including but not limited to domain name registration, web hosting, email, and security services ("Services"). Please read it carefully.

**1. AGREEMENT** By purchasing and/or using Directnic products and services you agree to be bound to the terms of this Agreement as well as all terms and conditions incorporated by reference in this agreement, including but not limited to our Privacy Policy <u>https://directnic.com/terms/doc/privacy.policy (/terms/doc/privacy.policy)</u>.

This Agreement may be updated or modified by Directnic at any time. Changes will be referenced in a change log available on Directnic.com.

If you do not agree with the terms of this Agreement or any of the policies contained herein or on our website, you may discontinue your use and close your account. Your continued use of the Service after posting of any changes constitutes your acceptance of the Agreement. Notice of any changes shall be considered given upon posting and effective immediately on the date posted unless otherwise stated. It is your responsibility to review this page and the change log to ensure you are aware of changes to these terms.

**2. YOUR ACCOUNT** In order to utilize our Services you must create an account. You are responsible for maintaining accurate and up to date information, keeping said account secure.

a. You are responsible for your account, password and username. You are required to keep your account credentials (login and password) secure. Any activity that occurs under your username and password is considered performed by you and you bear sole responsibility for that activity. Directnic cannot be held liable for any loss or damages arising from or otherwise related to your failure to maintain control over access to your account.

b. You are required to provide complete and accurate information to Directnic for use in both your account as well as registration data for domain names. This data includes, but is not limited to full legal name, company name, telephone number, email address and mailing address. You warrant that the information you provide is true, accurate, current and complete. Willful provision of erroneous information is grounds for termination of account and suspension of all Services including, but not limited to email, domain names, web hosting and marketing solutions. Personal data collected from you is primarily used for management of your account, but may also be disclosed to others such as third party partners, TLD Registry Operators and law enforcement officials.

c. You agree to immediately notify us of any unauthorized use of your login credentials or any other security threat to your account.

d. You agree to immediately utilize the password change tools to obtain a new password if your password is compromised.

e. You agree that Directnic will not be held liable for any loss or damage arising from the use, misuse or any loss of use of your Directnic account.

**3. BILLING**

1.504.355.X081   Support   💬 Live Chat   Sign up   Log in   🛒 0

 Directnic                                                    Search Directnic   🔍

**Domains**   **Products** ⌄   **Hosting** ⌄   **Market**   **Easy Renew**

+1.504.355.X081 You are responsible for paying all fees due for products and Services ordered through your account or via Easy Renew for products that reside in your account. Fees for renewal of products and Services may increase at any time and for any reason. Products with introductory pricing or trial periods will renew at increased or full price. Products or Services with trial periods will automatically renew unless you cancel prior to their first billing period.

b. **gTLD and ccTLD Fees** For a complete listing of Directnic domain name registration pricing, including new, renew and transfer pricing, see http://directnic.com/pricing (/pricing)

c. **Refunds** Certain fees, including but not limited to setup fees, domain name registration, domain name renewal, domain name redemption, premium domain name purchase, third party fees, and chargebacks are NON-REFUNDABLE. No refunds will be issued for accounts which are closed due to abuse of any kind. Refund requests must be submitted in writing via a support request. If a refund is granted it will be applied to the original form of payment for the transaction whenever possible. If we are unable to return payment to the original payment method we reserve the right to issue credit to the account.

d. **Credit** Account credits have no cash value and are not redeemable for cash or refund. Credit will remain on your account until such time it is used or the account is closed. Any credit remaining on account at closing is considered forfeited.

e. **Recurring Fees** Products and Services with recurring fees will continue to be charged, whether you are using the service or not, until you cancel the product or service or close the account as a whole. No credits or refunds will be issued for non-usage of the Services or products.

f. **Chargeback & Disputed Payments** Disputed payments of any kind and for any reason will incur a NON-REFUNDABLE chargeback fee of $35 USD per instance. This fee is in addition to any fees due to Directnic for Services and products. Upon receipt of any chargeback, your account will be reviewed and service may be potentially suspended until such time all fees have been collected. Upon receipt of a third chargeback we may immediately, and without any notice, close your Directnic account; we may also collect or attempt to collect payment of the outstanding balance owed (including any associated penalty fees and costs) from an alternative payment method for the account.

g. **Domain Name Registration** Fees for registration of domain names are NON-REFUNDABLE. Your obligation to pay registration and renewal fees becomes final and non-revocable upon the registration of a domain name. Failure to pay any registration or renewal fees when due may result in the loss of any domain name for which payment was not received, without any notice to you.

h. **Domain Name Renewals** Fees for renewal of domain names are NON-REFUNDABLE. Domain names are set to automatically renew. Fees for renewal of domain names will automatically be charged forty five (45) days prior to expiration to avoid accidental expiry or down time. You may turn off automatic renewal from within your Directnic account. You may renew an expired domain name at standard pricing until thirty (30) days after its expiration.

i. **Redemption** Domain names not renewed by thirty (30) days after expiration may enter the Redemption Grace Period (RGP). Domain names in RGP cannot be renewed automatically and must be redeemed from the registry at a cost of $185.00 USD.

**4. TERM & TERMINATION**

+1.504.355.0081   Support   Live Chat   Sign Up   Login   0

Directnic

Domains   Products ⌄   Hosting ⌄   Market   Easy Renew   Search Domains 🔍

**a. Agreement** This agreement will remain in effect as long as our records indicate your Directnic account is open, regardless of whether the Services are being actively utilized. This agreement and all Services requested or purchased will continue to renew until and unless the Directnic account is closed by you or Directnic.

b. **Request to Close** You may close your account by submitting a request to cancel via your Directnic account. Fees due through the close of your account are NON-REFUNDABLE. Terms set forth herein, which govern the account, payment of fees for Services, resolution of disputes and other such terms survive and continue to apply even after you close your Directnic account.

c. **Right to Close** Directnic reserves the right to close your account immediately and without prior notice if you or any of your account contacts, with or without intention, breaches any section of this agreement, any supplemental agreements, any terms or conditions of third party service providers or the rights of Directnic; if we do not receive a written response from you within 48 hours of any notice sent to you by our Abuse Department; if, in our sole judgment, your use of the service has the potential to harm Directnic, any of our affiliates, partners, service provides or customers; if your Directnic account becomes past due more than 20 days; if a compromised website is discovered on your account; and/or if we receive multiple complaints about the content of your account. You agree that Directnic will not be liable, in any way, for any closure pursuant to this section of the Agreement.

d. **Effects of Termination** Upon the closure of your Directnic account all outstanding fees for service are due immediately. Unpaid fees for domain name registration or renewal will result in the seizure of domain names until and unless payment is received. We will automatically attempt to collect from you payment method on file any amount owed. All content will be deleted from your account and our servers. You agree to hold Directnic harmless for claims, losses, or damages resulting from the closure of your account.

**5. HOSTING**

+1.504.356.0081  Support     Live Chat                    Sign up        Log In        0



Domains     Products ⌄     Hosting ⌄     Market     Easy Renew

Search Domains

+1.504.355.0081    Support    Live Chat    Sign up    Log in    0

Directnic    Simple. Domains

Domains    Products ⌄    Hosting ⌄    Market    Easy Renew

Responsibility All content is your responsibility, not ours. You certify that you either created or have received permission to display the content on your website. We do not control the content posted through our servers, nor do we warrant the accuracy, completeness or quality of such content. Directnic reserves the right to refuse or remove content which violates these terms of service, including but not limited to the Acceptable Use provisions outlined below.

ii. **Backup** Directnic does not provide backup Services. Directnic services are not intended for use as offsite storage. We are not responsible for content residing on our servers and cannot be held liable for loss of content. It is your sole responsibility to maintain a backup of all of your content. Directnic, may at our sole discretion, and as a courtesy only, upon a customer request may be able to restore some or all of your data. Directnic makes no guarantees regarding the availability of any or specific data.

iii. **Copyrighted & the Digital Millennium Copyright Act (DMCA)** Infringement of copyright is strictly forbidden. Such infringement includes, but is not limited to the sales of counterfeit goods, unauthorized copying of photography, books, music, video, film or any other copyright protected work. We reserve the right to remove, or request removal of content we deem to be infringing the copyright of third parties upon receiving a complete written complaint that complies with DMCA requirements. Any person or party wishing to file a complaint may file a complaint via email, as a PDF attachment, to: legal@directnic.com (mailto:legal@directnic.com). Any person or party who knowingly misrepresents that material is infringing, or that it was removed or blocked through mistake or misrepresentation, is liable for any resulting damages incurred by the alleged infringer, the copyright holder or its licensee or the service provider.



the DMCA Section 512(c)(3)(A) requires the following when reporting an instance of copyright infringement:

a. The signature (physical or electronic) of the person authorized to act on behalf of the owner of an exclusive right this is allegedly infringed.

b. Identification of the copyrighted work claimed to have been infringed or, if multiple copyrighted works at a single website are covered by a single notification, a representative list of such works at that website.

c. Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit the service provider to locate the material.

d. Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an email address where the complaining party may be contacted.

e. A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

f. A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

2. **Counter notifications** Counter notifications are legal requests for Directnic to reinstate content or re-enable access to material claimed to be the subject of an infringing activity. If a proper counter notice is received, claiming that the material does not infringe copyright, Directnic must notify the complaining party. If a lawsuit is not brought in district court within 14 days, Directnic must permit restoration of the material to its location on the network. The law also requires very specific language in a counter notice. To be effective your counter notice must provide the following:

a. A signature, physical or electronic, of the subscriber.

b. Identification of the material that has been removed of to which access has been disabled and the location at which the material appeared before it was removed or access to is was disabled.

c. A statement under penalty of perjury that the subscribed has a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled.

d. The subscriber's name, address, and telephone number, and a statement that the subscriber consents to the jurisdiction of the Federal District court for the judicial district in which the address is located, or if the subscriber's address is outside the United State, for any judicial district in which the service provider may be found, and that the subscriber will accept service of process from the person who provided the notification under subsection (c)(1)(C) or an agent of such person.

**iv. Directnic Intellectual Property**

+1.504.355.0081       Support       Live Chat       Sign Up   Log In       🛒 0

Directnic

Domains   Technology   Products ⌄   Hosting ⌄   Market   Easy Renew

Search Domains   🔍

owns all rights and title in the service, including, without limitation, all of the intellectual property rights therein. The service is licensed, not sold under this agreement. Directnic grants you a limited, non-exclusive, non-transferable, royalty-free license, exercisable solely during the term of this Agreement, to use Directnic technology, products and Services solely for the purpose of using our Services. User shall not directly or indirectly reverse engineer, decompile, disassemble or otherwise attempt to derive source code or other trade secrets from a Directnic technology.

2. Except as expressly permitted to the contrary, you agree not to modify, alter, remove or deface any of the trademarks, service marks, or other intellectual property made available by Directnic in connection with the Services provided. You agree not to use any of the trademarks or service marks or other content accessible through Directnic for any purpose other than for which such content is made available to our customers. You may not use any of our marks in whole or in part as domain names.

3. Suggestions for new or improved products or Services made by you to us are always welcome. Once received, Directnic is entitled to use the information without restriction or compensation to you. By sending us feedback, suggestions or ideas you are waiving any and all rights you may have in products that result from this information.

b. **Acceptable Use** You agree to use our Services for lawful purposes only. In addition to lawful usage there are activities we deem unacceptable on our system. Below is a list of such activities. Any account discovered, in our judgment, to be involved in these activities may be suspended or terminated without prior notice. Directnic Services MAY NOT be used to display, distribute, download, host, link to, post, sell, transmit, transfer, upload nor otherwise facilitate access to:

i. Unsolicited bulk email (SPAM), including but not limited to, use of SMTP service or mail script to send SPAM over our network;

ii. Content or website which, in our sole judgment, is child pornography, erotica featuring children or which poses or has the potential to pose harm to any child;

iii. Content or links to content which contains materials meant to incite violence, promote illegal activities, is unlawful, threatening, abusive, harassing, defamatory, slanderous, libelous or hateful;

iv. Content or links to content which contains private, confidential, identifying information including, but not limited to, credit card information, social security numbers, national identification numbers, and non-public contact information such as phone numbers, email and physical addresses of persons other than yourself;

v. Content or links to websites which are set to function as an open http proxy;

vi. Content or links to websites engaged in what appears, at our sole judgment, to be human trafficking;

vii. Content or links to websites which are used in commission of facilitation of "phishing" attacks;

viii. Content, websites or links to other websites which contain malware, viruses, Trojan horse, worms, time bombs or any other malicious or malevolent code designed to interrupt, destroy, impair or limit the functionality of any computer software, hardware, telecom equipment or other devices;

ix. Content or links to websites which, in our sole judgment, function to share or otherwise distribute unlicensed software or digital content without the expressed permission of the copyright holder;

x. Topsites;

xi. IRC Scripts or Bots;

xii. Proxy scripts/Anonymizers;

xiii. Pirated software/Warez;

xiv. Forums and/or websites that distribute or link to warez/pirated/illegal content;

xv. Image hosting scripts similar to Photobucket or Tinypic;

xvi. Autosurf/Pay To Click, Pay To Surf, Pay Per Click or similar;

xvii. Bruteforce programs, scripts, applications;

xviii. Mail bomber or spam scripts;

xix. File dump or mirroring scripts such as Rapidshare;

xx. Commercial audio streaming (more than two streams);

xxi. Video sites where the primary purpose is serving video;

xxii. Escrow /Bank debentures/Bank Debenture Trading Programs;

xxiii. High Yield Interest Programs (HYIP) or related sites;

xxiv. IP Scanners;

xxv. Banner-Ad Services (commercial banner ad rotation);

+1.504.355.0081     Support     Live Chat     Sign up     Log in     0

Drectnic     Search Domains

Domains     Products     Hosting     Market     Easy Renew

xxvi. Investment sites (FOREX ange, Second Life/Linden Exchange, Ponzi, MLM/Pyramid schemes);

xxvii. Sale of any controlled substance without prior proof of appropriate permit(s);

xxviii. Prime bank programs;

xxix. Lottery/Gambling sites;

xxx. MUDS/RPGs/PBBGs;

xxxi. Hacker focused sites/archives/programs;

xxxii. Sites promoting illegal activities;

xxxiii. Fraudulent sites (including but not limited to site listed at aa419.org & escrow-fraud.com);

xxxiv. Push button mail scripts;

xxxv. Broadcast or streaming of live sporting events (UFC, NASCAR, FIFA, NFL, MLB, NBA, WWE, WWF, etc.);

xxxvi. Tell a Friend scripts;

xxxvii. Anonymous or Bulk SMS Gateways;

xxxviii. Bitcoin miners;

xxxix. PayDay Loan sites (including any site related to PayDay loans, affiliate programs, etc.);

xl. File server/File sharing/Torrenting.

6. **EMAIL SERVICES**

a. **Use** Email Services are intended for your individual or business use. Any unauthorized use or resale of the Email Service is expressly prohibited.

b. **Responsibility** You agree to be solely responsible for all acts and omissions carried out under your username and password, including the content of your transmissions sent through our Email Service.

c. **Activities** By using the Email Service you agree to not engage in any inappropriate use, which includes but is not limited to the following:

> i. Transmitting any content that is directed to inciting or producing imminent conduct that is unlawful, harmful, threatening, abusive, harassing, tortuous, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically of otherwise objectionable and is likely to produce such conduct;
>
> ii. Harming others in any way;
>
> iii. Impersonating any person or entity or falsely stating or otherwise misrepresenting your affiliation with a person or entity;
>
> iv. Forging headers or otherwise manipulating identifiers in order to disguise the origin of any content transmitted through the Email Service;
>
> v. Transmitting any content that you do not have a right to transmit under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
>
> vi. Transmitting any content that infringes any patent, trademark, trade secret, copyright or other proprietary rights of any party;
>
> vii. Transmitting any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or "phishing";
>
> viii. Transmitting any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;
>
> ix. Interfering with or disrupting our Email Service or servers or networks connected to the Email Service, or disobeying any requirements, procedures, policies or regulations of networks connected to the Email Service;
>
> x. Intentionally or unintentionally violating any applicable local, state, national or international law.
>
> xi. "Stalking" or otherwise harassing another;
>
> xii. Collecting or storing personal data about other users;
>
> xiii. Promoting or providing instructional information about illegal activities, promoting physical harm or injury against any group or individual, or promoting any act of cruelty to animals.

d. **Violation** If we suspect you have violated the above restrictions in any way, we reserve the right to monitor, review, and disclose any information as necessary to satisfy any applicable law, regulation, legal process or government request.

+1.504.355.0081          Support          💬 Live Chat          Sign up          👤 Log In          🛒 0

🔵 Directnic                                                                    Search Domains          🔍

**Domains          Products ⌄          Hosting ⌄          Market          Easy Renew**

e. **Termination** We reserve the right to terminate any account, which we believe, at our sole discretion, is using our Email Service to transmit spam or other unsolicited commercial messages. You agree to be held liable for any and all damages incurred by us and others from the abuse of our Email Service. Please report suspected abuse to legal@directnic.com (mailto:legal@directnic.com).

f. **Damages** Should we determine that you have engaged in any abusive spamming practices, you agree:

i. To pay us actual damages that can be reasonable calculated;

ii. If actual damages cannot be reasonably calculated you agree to pay us liquidated damages of twenty US dollars (US $20.00) for each item of spam or unsolicited bulk email transmitted from or otherwise connected with your account.

**7. Domain Registration**

+1.720.055.9081    Support    Live Chat    Sign up    Log in    0

Directnic

Domains    Products    Hosting ⌄    Market    Easy Renew

to access, view, update or delete information associated with your domain name registrations, you must be signed into your account. If you make a request to delete your data and that information is necessary for the services you have purchased, the request will be honored only to the extent it is no longer necessary for any services purchased or required for our business purposes or our legal or contractual record keeping requirements. In some cases, when data is necessary for utilization of our services, deletion of data may cancel or suspend the services you have purchased. If you have difficulty accessing your data, modifying it, or deleting it, you may contact us for assistance by creating support ticket.

a. **Registrants Benefits and Responsibilities** As a domain name registrant you have certain rights and responsibilities as outlined by ICANN. You can review a copy of these rights and responsibilities here: http://www.icann.org/en/resources/registrars/registrant-rights-responsibilities (http://www.icann.org/en/resources/registrars/registrant-rights-responsibilities).

b. **Registration of TLDs** Directnic offers a variety of Top Level Domain (TLD) names including generic, sponsored and country code TLDs. Different rules and responsibilities apply to each TLD. Directnic will endeavor to share as much information as possible with regard to each TLD but it remains your responsibility to determine your ability to register and maintain each TLD. Should ICANN or the registry responsible for administration of the domain name determine that your registration is invalid you agree to hold harmless Directnic, our resellers and assigns.

c. **Acceptable Use** <mark>The Registered Name Holder shall represent that, to the best of the Registered Name Holder's knowledge and belief, neither the registration of the Registered Name nor the manner in which it is directly or indirectly used infringes the legal rights of any third party.</mark> By using our domain name registration Services you agree not to use any domain name registered with Directnic <mark>for abusive or illegal purposes</mark> including, but not limited to:



+1.504.355.0081    Support    Resellers    Live Chat                    Sign up        Log In         0

ii. High volume, automated, electronic processes that apply to a registry operator for large numbers of domain names, except as reasonably necessary to register domain names and modify existing registrations;

iii. High volume, automated, electronic, repetitive queries except as reasonably necessary to register domain names or modify existing registrations;

iv. Child pornography;

v. Human trafficking;

vi. "Phishing" attacks;

vii. Malware, viruses, Trojan horse, worms, time bombs or any other malicious or malevolent code designed to interrupt, destroy, impair or limit the functionality of any computer software, hardware, telecom equipment or other devices;

viii. Content or links to websites which, in our sole judgment, function to share or otherwise distribute unlicensed software or digital content without the expressed permission of the copyright holder;

ix. Pirated software/Warez;

x. Sites promoting illegal activities;

xi. Fraudulent sites (including but not limited to site listed at aa419.org & escrow-fraud.com);

xii. Sale or distribution of counterfeit goods;

xiii. Infringement of registered trademarks.

d. **WHOIS Information** ICANN requires the publication of certain data of registered domain names, including but not limited to, (i) the domain name, (ii) the primary and secondary name servers, (iii) the registrar, (iv) the creation date of the domain name, (v) the expiration date of the domain name, and (vi) the Registered Name Holder's state/province and country location (hereinafter "Mandatory Data"). In accordance with ICANN policy, we DO NOT publish the following information without your express consent: (1) the Registry Registrant ID, (2) the name of the Registered Name Holder (e.g., Registrant), unless the registrant is an Organization, (3) the street address, city, postal code, telephone and fax number and extension of the Registered Name Holder, including if the registrant is an Organization, (4) the Registry Admin ID, (5) the Admin Name and Organization (if any), street address, city, state/province, postal code, country, telephone and fax number and extension of the Admin contact, (6) the Registry Tech ID, and (7) the Tech Name and Organization (if any), street address, city, state/province, postal code, country, telephone and fax number and extension of the Tech contact (hereinafter the "Excluded Data").

For the email address of the Registered Name Holder, Admin contact, and Tech contact, we provide an anonymous email address and/or web-based form that will be used for third parties to contact the appropriate contact person.

If you desire for the Excluded Data to be published in a WHOIS query, you must give your express consent to have that information displayed by adjusting your settings in the Contact Profile section of your user account. You may withdraw your consent at any time to have the Excluded Data published by changing your settings in the

+1.504.355.0081     Support     💬 Live Chat     Sign up     👤 Log In     🛒 0

Directnic

Domains ⌄     Products ⌄     Hosting ⌄     Market ⌄     Easy Renew     Search Domains 🔍

Contact Profile section of your use ... emains your sole responsibility to review the data you submit and choose to have published, and to make any necessary changes. You may access and modify this information via the Contact Profile section of your user account.

e. **Disclosure of Customer Information** You hereby grant to us the right to disclose the Mandatory Data to third parties through a publicly accessible registration database when registering a domain name. We may also disclose any Excluded Data you specifically authorized to be displayed via your user account. Furthermore, certain third parties may be entitled to obtain your Excluded Data regardless of whether you have given your consent to have said information revealed. Such third parties include, but may not be limited to the following: (i) ICANN, (ii) an authorized dispute resolution service provider, (iii) an interested party in connection with a domain name dispute pursuant to a resolution policy or procedure, (iv) a governmental agency, bureau, entity, or investigative arm of a governmental entity, (v) federal, state, or local law enforcement in any state, territory, province, jurisdiction, or region throughout the world, (vi) courts or other judicial tribunals, or (vii) any entity authorized under any applicable law to serve or administer any legal process in connection with a judicial proceeding. Finally, in the event you use third party information for the registration of a domain name, you represent and warrant to us that you have both notified any such third party regarding use of the third party's information and that the third party has consented to your use of such information.

If you wish to opt out of having item (vi) of the Mandatory Data displayed in the WHOIS database, you must utilize the Direct Privacy WHOIS service as set forth in our terms of service. You consent to allow us to transmit this registration data to an ICANN approved or designated agent who stores this information pursuant to ICANN requirements. You also grant to us the right to make this information available in bulk form to third parties who agree not to use it to (a) allow, enable or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via telephone, facsimile, or email or (b) enable high volume, automated, electronic processes that apply to our systems to register domain names.

f. **Domain Name Contact Information** You warrant that you will provide complete and accurate information. Your failure to update this within seven (7) days of any change during the term of the domain name registration; your willful provision of inaccurate or incomplete information, or your failure to respond to our inquiries to the contact email address within fifteen (15) days shall constitute material breach of this agreement as well as the Registration Agreement and may result in the cancelation and deletion of the domain name.

g. **Domain Name Licensing/Leasing** You are still considered the Registered Name Holder for any domain name you license or lease to a third party. You warrant that you accept liability for harm caused by wrongful use of the domain name unless you disclose current and accurate contact information provided by the licensee/lessee within seven (7) days to any party submitting reasonable evidence of actionable harm.

h. **Direct Privacy** If you wish to privatize your registration information Directnic has partnered with Direct Privacy. Direct Privacy will mask your private information by providing substitute data. You maintain ownership and control of the domain name. Your use of Direct Privacy does not exempt Directnic from our obligation to provide contact information to authorities should we be required to do so.

i. **Pre-Registration** If you submit an application for pre-registration of a domain name, Directnic does not guarantee that the name will be secured for you, or that you will have immediate access to the domain name if secured. Directnic may use third-party service providers for the pre-registration Services.

j. **Parked Pages** Directnic reserves the right to display advertising or other content on domain names which are newly registered, expired or otherwise unused. 100% of all revenues or other benefits received from such activity belong solely to Directnic. Directnic reserves the right, in our sole and absolute discretion, to modify or disable the content and/or appearance of any such pages at anytime and for any reason without notice.

k. **Third Parties** Directnic is an IC____ed domain name registrar. From time to time we may partner with third parties in order to offer Services including registration of specific TLDs. You agree to be bound to additional agreements by reference herein.

l. **Free Domain Names** Directnic offers free domain name registration with the initial purchase of an annual hosting plan. Renewal rates will apply for all domain names registered in this program. Renewal rates will be based on the then current price of the specific TLD registered. If you decide to cancel your hosting plan during the full term and wish to retain the domain name you will be responsible for payment of the domain name.

m. **Domain Name Transfers**

+1.504.251.0081   Support   Live Chat                    Sign up     Log In    🛒 0

 Directnation                                              Search Domains   🔍

Domains    Products ⌄    Hosting ⌄    Market    Easy Renew

i. Transfer of your domain name(s) to or from Directnic is governed by ICANN's transfer policy, available at http://www.icann.org/transfers/ (http://www.icann.org/transfers/) including the Registrar Transfer Dispute Resolution Policy as well as the UDRP as described elsewhere in this Agreement.

ii. Only the Transfer Contact (the registered name holder) has authority to approve or deny a request to transfer a domain name to the Gaining Registrar. In the event of a dispute, the Registrant's decision supersedes that of the Administrative Contact.

iii. Upon initiating a transfer to Directnic you warrant that you are the Registrant or Administrative Contact for the domain name in the WHOIS database. While domain name transfers are free the domain name is renewed for an additional year during the transfer process and an associated fee is charged at the time you submit the transfer order. Transfers to Directnic typically take five (5) business days unless the request to transfer is denied by the current registrar of record. Domain names that expired during the transfer process will not be transferred. Once a domain name transfer is complete and DNC Holdings Inc. becomes the registrar of record the domain name cannot be transferred again for a period of sixty (60) days. You assume all risk for failure of a domain name transfer.

iv. When we receive a request to transfer domain name(s) registration to a third party we may take the following measures:

> 1. Make reasonable efforts to verify the validity of the party requesting the transfer.
>
> 2. Make an attempt to verify the transfer request using our account information for the Transfer Contact.
>
> 3. Send the Transfer Contact a standardized form labeled "Confirmation of Registrar Transfer Request" to confirm or deny the validity of the request. A copy of this request is available here: http://www.icann.org/transfers/foa-conf-12jul04.htm (http://www.icann.org/transfers/foa-conf-12jul04.htm).
>
> 4. Failure to respond to this request in a timely manner may be deemed by us as your approval for the transfer of the domain name. Directnic will not be liable for any harm or damages resulting from the transfer.

v. We may place a "Registrar Lock" on your domain name Services. This will prevent your domain name(s) from being transferred without your authorization. By allowing your domain name(s) to remain locked you provide express objection to any and all transfer requests until you unlock or deactivate the Registrar Lock.

vi. If the Company, in its sole discretion, determines there is a dispute regarding ownership of a domain name we may place an Administrative Lock on your domain name Services in the event of such dispute, including but not limited to UDPR, civil and criminal litigation. This lock will prevent the transfer, management and update of the domain name(s) in question.



+1.504.255.0081          Support (aka Live Chat)                    Sign up        👤 Log In          🛒 0

Domains     Products ⌄     Hosting ⌄     Market     Easy Renew          Search Domains    🔍

**Intra-Registrar Transfers (akah)**

i. Intra-registrar transfers are also known as Domain Push transfers. These transfers permit the movement of a domain name between two different Directnic accounts in good standing.

ii. You must have access to the account where the domain name is currently held in order to initiate an Intra-Registrar transfer. If you do not have access to the account you will have to contact customer support to provide additional documentation and information before your request can be reviewed.

iii. If the Company, in its sole discretion, determines there is a dispute regarding ownership of a domain name we may place an Administrative Lock on your domain name Services in the event of such dispute, including but not limited to UDPR, civil and criminal litigation. This lock will prevent the transfer, management and update of the domain name(s) in question.

n. **Aftermarket or Premium Domain Names** Directnic offers access to the purchase of aftermarket, or premium domain names that are currently registered to other companies or individuals. This access is provided by a variety of third party companies. Aftermarket domain names may fail to transfer for any number of reasons. You agree to hold Directnic harmless for failure to transfer the domain name.

o. **Domain Name Renewals**

i. **By you** You are responsible for the renewal of your domain names. Directnic will contact you via email at least three times prior to the expiration of each domain name and one time after expiration to advise you of upcoming expiration dates. Unless your domain names are enrolled in the Auto Renewal program you must take action to renew each domain you wish to continue to own. Directnic recommends turning on Auto Renewal for your domains to avoid accidental expiration. Renewal rates may differ from registration rates. Your renewal is subject to the then current rates. In certain cases Directnic acts as a reseller of domain names that are registered to you. When you renew your domain name, you agree that Directnic may also cause the transfer of your domain name to our accreditation. In these instances, all of your rights in and to your domain name, as well as its operation, are preserved.

ii. **By others** Directnic offers Easy Renew, which provides the ability to renew your domain name without logging into your account. Third parties may also use this service at any time. Use of this service does not convey ownership or any other rights to the third party. Should a third party renew a domain residing in your account you remain responsible for activities related to that domain name.

p. **Easy Renew** Directnic offers the ability to renew domain names without logging into an account via Easy Renew. Usage of this service is intended for Directnic customers to renew their own domain names, but may be used by third parties to renew domain names held by Directnic customers. Such third party payor renewals are permitted, however no rights are granted to the third party. Such third party agrees that any domain names renewed via Easy Renew is renewed solely for the benefit of the Registrant and that no rights to the domain name being renewed are assumed by paying for the renewal.

q. **Expired Domain Names** Directnic adheres to the ICANN Expired Registration Recovery Policy for gTLDs available at http://www.icann.org/en/resources/registrars/consensus-policies/errp (http://www.icann.org/en/resources/registrars/consensus-policies/errp)

five (5) days post expiration, will contact the account holder and/or administrative contact via email or SMS. We will attempt to renew any domain name enrolled in the Auto Renewal program forty-five (45) days before expiration. Domain names which are not enrolled in Auto Renewal will generate additional notices unless the domain name is renewed.

ii. Domain names that are not renewed by the expiration date will cease to resolve to your chosen location until the domain name is renewed or deleted. Directnic will send you, at a minimum, one more domain renewal notification five (5) days post expiration date reminding you to renew your domain. Directnic reserves the right to display advertising on such expired domain names. We will also provide instructions on how you may renew the domain name directly on this page.

iii. Domain names that are not renewed within thirty (30) days of expiration are subject to third party auction, sale or deletion.

iv. gTLD domain names not renewed or acquired by third parties will enter a Redemption Grace Period of thirty (30) days. gTLD domain name that enter the RGP may be retrieved from the registry for a fee of $185.00 USD.

v. Information pertaining to individual TLDs may be found via the links below:

| | |
|---|---|
| **.at** | Addendum |
| **.be** | Addendum |
| **.bid** | Addendum |
| **.biz** | Addendum |
| **.buzz** | Addendum |
| **.club** | Addendum |
| **.cn** | Addendum |
| **.cn.com** | Addendum |
| **.co** | Addendum |
| **.de** | Addendum |
| **.es** | Addendum |
| **.eu** | Addendum |
| **.in** | Addendum |
| **.info** | Addendum |
| **.me** | Addendum |

+1.504.355.0081                   Support     Add💬 Live Chat                    Sign up        👤 Log In        🛒 0

Domains    Products ⌄    Hosting ⌄    Market    Easy Renew        Search Domains    🔍

| | |
|---|---|
| .name | Addendum |
| .nl | Addendum |
| Rightside TLDs | Addendum |
| .sexy | Addendum |
| .trade | Addendum |
| .tv | Addendum |
| .us | Addendum |
| .uk | Addendum |
| .uk.com | Addendum |
| .uno | Addendum |
| .us.com | Addendum |
| .webcam | Addendum |
| .wiki | Addendum |
| .ws | Addendum |
| .xxx | Addendum |
| .xyz | Addendum |

r. The following provision to domain name extensions offered by Donuts Registry:

i. You will direct any disputes relating to the use of domain names to ICANN's Uniform Rapid Suspension System or Uniform Domain Name Dispute Resolution Policy, both as applied and amended at http://newgtlds.icann.org/en/applicants/urs and http://www.icann.org/en/help/dndr/udrp, respectively.

ii. Throughout the registration period of any Donuts nTLD you registered, you agree that you will not engage in any of the following actions and/or activities:

Support    Live Chat                        Sign up      Log In      🛒 0

🌈 **Directnic**                                    Search Domains      🔍

(a) distributing malware

(b) abusively operating botnets

(c) phishing

(d) piracy

**Domains   Products ⌄   Hosting ⌄   Market   Easy Renew**

(e) trademark or copyright infringement

(f) fraudulent or deceptive practices

(g) counterfeiting or otherwise engaging in activity contrary to applicable law

You agree that if you are found to have engaged in any of the aforementioned activities, your account and any domain names associated with any of these prohibited activities are subject to immediate suspension with or without notice to you.

iii. You shall, within thirty days of demand, indemnify, defend and hold harmless the Registry, Donuts' service providers, Registrar and their respective affiliates and subsidiaries, as well as each of their respective owners, directors, managers, officers, employees, contractors, service providers and agents from and against any and all claims, damages, liabilities, costs and expenses, including reasonable legal fees and expenses (including on appeal), arising out of or relating in any way to your domain name registration, including, without limitation, the use, registration, extension, renewal, deletion, and/or transfer thereof and/or the violation of any applicable terms or conditions governing the registration. You shall not enter into any settlement or compromise of any such indemnifiable claim without our prior written consent, which consent shall not be unreasonably withheld. This indemnification obligation shall survive the termination or expiration of the Agreement for any reason.

iv. You agree that as part of your registration agreement, we collect certain personal information about you necessary to complete a domain name registration ("Personal Data"). To the extent permitted by applicable law, you agree that any relevant nTLD Registry shall have the limited right to use your Personal Data strictly for statistical analysis and for internal business purposes provided that any such Registry use will not disclose individual non-public Personal Data. At no time shall any Registry operator share, sell, rent, or disclose any non-public Personal Data to any third party.

You further agree that as a condition of your registration of an nTLD, any relevant Donuts Registry reserves the right to deny, cancel or transfer any registration or transaction, or place any domain name(s) or other transactions on registry lock, hold or similar status, that the Registry deems necessary, in its discretion: (a) to protect the integrity and stability of the Donuts TLD registries or the Registry System; (b) to comply with any applicable laws, government rules or requirements, requests of law enforcement, or any dispute resolution process; (c) to avoid any liability, civil or criminal, on the part of Donuts, as well as its affiliates, subsidiaries, officers, directors, and employees; (d) for violations of any Donuts policies or agreements; or (e) to correct mistakes made by Donuts or us in connection with a domain name registration. You also agree that any applicable Donuts Registry may place a domain name on registry hold, registry lock, or similar status during resolution of a dispute.

v. You understand and agree that the Donuts TLDs will have non-uniform renewal registration pricing such that a domain name renewal fee may differ from other domain names in the same or other Donuts TLDs (e.g., the renewal fee is different for different Donuts TLD domain names).

vi. You represent that you possesses any necessary authorizations, charters, licenses and/or other related credentials for participation in the sector associated with your domain name registration.

**5. Domain Name Disputes.** You are bound by the ICANN Uniform Dispute Resolution Policy (UDRP) which is incorporated into this agreement by reference and can be found at http://directnic.com/terms/doc/udrp.policy (/terms/doc/udrp.policy)

i. Any disputes regarding the right to use any of your domain names shall be subject to the UDRP.

ii. We may modify the Dispute Policy at any time and at our sole discretion in accordance with the ICANN Agreement or other ICANN policy.

iii. Your continued use of our domain name registration Services after any changes to the ICANN Policy take effect constitutes your acceptance of those changes.

**8. THIRD PARTY AGREEMENTS** Directnic partners with third parties to provide a variety of Services. Your use of these Services shall be governed by any applicable license agreements, if any, with such third parties. Directnic makes no representations or warranties, nor shall be liable for the quality, availability, timeliness, accuracy or completeness of the information, products of Services provided by any third party providers.

**9. AVAILABILITY OF SERVICES**

a. From time to time interruption of Services may occur due to scheduled or emergency maintenance, updates, repair, acts of nature, terrorism, power outages, inclement weather, third-party failure or other causes beyond the control of Directnic. As a result Directnic may need to stop, pause or reboot Services for indeterminate periods of time.

b. Directnic reserves the right to reset the password used to access your account, if, in our sole opinion, the current password is unsecure or has been compromised in any manner or in connection with any security threats.

c. Directnic reserves the right to change the service and products we provide including, but not limited to, the amount of storage, bandwidth or email accounts. From time to time we may also change from one third-party provider to another.

d. Directnic reserves the right to refuse service to anyone, at anytime and for any or no reason.

**10. DISCLAIMER OF WARRANTIES & LIMITATION OF LIABILITY** DIRECTNIC SPECIFICALLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT. THIS INCLUDES LOSS OF DATA RESULTING FROM DELAYS, NO DELIVERIES, WRONG DELIVERY, AND ANY AND ALL SERVICE INTERRUPTIONS CAUSED BY US. UNDER NO CIRCUMSANCES SHALL WE BE LIABLE FOR ANY DELAY OR FAILURE IN PERFORMANCE UNDER THIS AGREEMENT RESULTING DIRECTLY OR INDIRECTLY FROM ACTS OF NATURE, FORCES OR CAUSES BEYOND OUR REASONABLE CONTROL INCLUDING WITHOUT LIMITATION: INTERNET FAILURES, EQUIPMENT FAILURES, POWER FAILURES, LABOR DISPUTES, CIVIL OR GOVERNMENT DISTRUBANCES, FIRES, EXPLOSIONS, WAR, OR NON-PERFORMANCE OF THIRD PARTIES. DIRECTNIC DOES NOT WARRANT THAT THE SERVICE OFFERED OR PROVIDED IS FREE OF BUGS, ERRORS, DEFECTS, VIRUSES OR DEFICIENCIES. IN NO EVENT SHALL DIRECTNIC BE LIABLE FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, EXEMPLARY OR INCIDENTAL DAMAGES OF ANY KIND INCLUDING LOST PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES REGARDLESS OF THE FORM OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING NEGLIGENCE), OR OTHERWISE, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH POTENTIAL LOSS OR DAMAGE. IF PROVIDER'S SERVICE TO CUSTOMER IS DISRUPTED OR MALFUNCTIONS FOR ANY REASON, DIRECTNIC SHALL NOT BE RESPONSIBLE FOR LOSS OF INCOME DUE TO DISRUPTION OF SERVICE, BEYOND FEES PAID BY YOU TO US FOR THE THREE MONTH PERIOD PRIOR TO THE PERIOD OF DISRUPTION OR MALFUNCTION.

**11. INDEMNIFICATION** You agree to indemnify and hold us and any applicable domain name registry and the shareholders, directors, officers, employees, affiliates and agents of us and them, harmless from and against any and all liabilities, losses, damages or costs, including all attorneys' fees, collection fees and court costs, resulting from any action, proceeding, suit or demand arising out of or related to:

a. Your use of our Services or System;

b. Any domain name registered by you or the transfer of any thereof;

c. Any dispute concerning a domain name;

d. Your breach of any part of this Agreement;

e. Any cancellation, suspension or transfer of any domain name in accordance with this Agreement; or

f. Infringement of any trademark, copyright, or other claim of any kind based upon the registration or other use of a domain name in accordance with this Agreement.

**12. NO AGENCY** Nothing contained in this Agreement shall be construed as creating any agency, partnership, joint venture, employee-employer, franchisor-franchisee, joint enterprise or other form of relationship between you and us.

**13. GOVERNING LAW** This Agreement shall be governed by the laws of the State of Louisiana, without regard to any conflict of laws provisions.

**14. DISPUTE RESOLUTION**

a. This agreement is not governed by the United Nations Convention on the International Sale of Goods.

b. You agree that you will not bring nor participate in any class action lawsuit against Directnic or any of its partners, employees, subsidiaries, officers, licensors or affiliates.

c. In the event any dispute or claim arises against Directnic, such dispute or claim shall be handled via an arbitrator of our choosing. All decisions rendered by the arbitrator shall be final. The arbitrator's award is final and binding on all parties. The Federal Arbitration Act, and not any state arbitration law, shall govern all arbitration under this Arbitration clause. Otherwise, the laws of the State of Louisiana apply to the dispute. The prevailing party in such proceeding shall be entitled to recover its reasonable attorneys' fees and costs incurred in the proceeding from the non-prevailing party, as well as any reasonable attorneys' fees and costs that the prevailing party incurred prior to commencing the proceeding.

**15. EXCLUSIVE VENUE**

**Actions Involving Us.** Any actions relating to or arising out of this Agreement or any use of our Services or System that include us as a party shall be brought exclusively in the courts of Jefferson Parish, State of Louisiana, and you consent to the exercise of personal jurisdiction over you by these courts in all such actions.

**Actions Not Involving Us**. You agree that you shall submit, without prejudice to other potentially applicable jurisdictions, to the jurisdiction of the courts (1) of your domicile and (2) the Jefferson Parish, State of Louisiana.

**16. NOTICES & COMMUNICATIONS**

**+1.504.355.0081**   Support   💬 Live Chat   📧 Sign Up   👤 Log In   🛒 0

Directnic   Search Domains 🔍

**Domains   Products ⌄   Hosting ⌄   Market ⌄   Easy Renew**

a. You consent to receive communications from Directnic via email, SMS text, postal mail or by posting in your Directnic Dashboard concerning your use of our Services as well as additional products, Services and alerts. These communications may be required by law, by third party agreement, by ICANN policy or also which Directnic sends to you for other reasons.

b. Communications from you to Directnic should in writing via a Support Request or to the appropriate email address listed at Directnic.com. If by post, delivered by registered mail to:

Directnic, LLC
9029 Jefferson Hwy.
Suite D #298
Metairie, LA 70002

c. You are required to act in accordance of the terms of any communication we may send you to avoid interruption of your Services and possible closure of your account.

d. Directnic is not responsible for and shall not be liable for any late, lost, undelivered, misdirected, intercepted or otherwise unsuccessful attempts to deliver any form of communication to you or an other person or entity. As a convenience, we may post a copy of certain communications inside your Directnic Account for your reference. This is only a courtesy.

**17. SEVERABILITY** In the event that one or more provisions of this Agreement is deemed unenforceable or invalid, the unaffected provisions of this Agreement shall continue in effect, and the unenforceable or invalid provisions shall be amended or replaced by us with a provision that is valid and enforceable and which achieves, to the greatest extent possible, the objectives and intent of the original provisions.

**18. OLD POLICY AND DISCLAIMER** Sets forth your registration obligations toward Tucows and us involving the registration of domain names for transactions occurring between March 17, 2000 and April 10, 2001. You can view this old policy and disclaimer by clicking here (/terms/doc/opensrs.policy/).

+1.504.355.0081 (tel:+1.504.355.0081) 8am to 6pm CST M-F

**LIVE CHAT**

**OPEN A TICKET 24/7**

**ABOUT DIRECTNIC**

Company Info

Contact Directnic

Terms of Service

UDRP Policy

Privacy Policy

**PRODUCTS**

Domains

Directnic Hosting

Directnic Email

SSL Certificates

Direct Privacy

**HELP & SUPPORT**

Live Chat Offline

FAQ/Knowledgebase

Support Ticket System

Registrant Rights

Registrant Education

**DOMAINS**

Domain Search

Domain Transfer

Domain Name Pricing

WHOIS

Bulk Domain Registration

**STAY CONNECTED**

🐦   in   f

▶   ◉

**NEWSLETTER SIGN-UP**

Sign up for special offers today.

+1.504.355.0081

Support

Direct DNS



Live Chat

Sign up

Email

Log In

Submit

0

Search Domains

**Domains**   **Products** ⌄   **Hosting** ⌄   **Market**   **Easy Renew**



©2022 DNC Holdings, Inc. (https://dnc.io) All rights reserved.

/