# Terms and Conditions

**Published:** February 16, 2021

**Effective:** February 16, 2021 for new customers; March 1, 2021 for customers existing as of February 16, 2021

## 1. SCOPE OF AGREEMENT

The Services (as defined below) that j2 Global Canada, Inc. ("j2 Global") provides to you are subject to the following terms of use ("Agreement"). j2 Global may automatically amend this Agreement at any time by (a) posting a revised Agreement on the j2 Global Websites, and/or (b) sending information regarding the amendment to the email address you provide to j2 Global.

THESE TERMS CONTAIN A BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER PROVISION IN THE "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION. YOU MAY OPT OUT OF THE BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS AS DESCRIBED IN "BINDING ARBITRATION AND CLASS ACTION WAIVER" SECTION.

YOU ARE RESPONSIBLE FOR REGULARLY REVIEWING THE J2 GLOBAL WEBSITES TO OBTAIN TIMELY NOTICE OF SUCH AMENDMENTS. YOU SHALL BE DEEMED TO HAVE ACCEPTED SUCH AMENDMENTS BY CONTINUING TO USE THE SERVICES AFTER SUCH AMENDMENTS HAVE BEEN POSTED OR INFORMATION REGARDING SUCH AMENDMENTS HAS BEEN SENT TO YOU. Otherwise, this Agreement may not be amended except in writing signed by both you and J2 Global.

The most current version of the Agreement can be reviewed by clicking on the "Terms and Conditions" hypertext link located at the bottom of our Web pages.

You may also have a signed written agreement which is expressly incorporated herein ("Written Agreement"), and which in conjunction with the Agreement and policies referred to herein, comprise the entire Agreement between J2 Global and you. The Written Agreement may contain different or additional terms which supersede terms in this document and may refer to earlier versions of these terms.

## 2. DESCRIPTION OF SERVICES

J2 Global provides you with access to email and email marketing services, and messaging services (Services). The Services, including any updates, enhancements and new features, are subject to this Agreement.

## 3. NO RESALE OF SERVICES

Your right to use the Services is personal to you and you agree not to resell the use of the Services.

## 4. PRIVACY AND PROTECTION OF PERSONAL INFORMATION.

J2 processes personal data in accordance with our Privacy Policy which is available at here https://www.campaigner.com/legal/privacy.aspx. We may update the Privacy Policy from time to time. You are encouraged to regularly review our Privacy Policy.

If you are a Customer and the Services involve the processing of personal data which is subject to the General Data Protection Regulation (EU) 2016/679, the "GDPR"), J2 Global is a processor and you are the controller in relation to such personal data (as defined in the GDPR), which is processed pursuant to this Agreement.

You retain control over the content of the information you submit through our Services, and as such the types of personal data that are subject to processing cannot be categorized by J2 Global in these terms and conditions. It is assumed such personal data may include all categories of personal data relating to customers, or its customer's own clients, customers, suppliers, employees, other personnel and/or other data subjects.

Customer may notify J2 Global of the categories of data subjects or types of personal data to be incorporated into these terms by using the contact details set out in the privacy policy.

As processor, J2 Global shall, in relation to personal data (as defined in the GDPR) provided by you or generated arising from the performance of the Services under this Agreement:

1. Process such personal data in accordance with these terms and conditions and otherwise comply with your documented (including email) instructions in connection with such processing. Where such instructions are provided orally, we shall keep a record of these. If at any point, J2 Global becomes unable to comply with your instructions regarding the processing of personal data (whether as a result of a change in applicable law, or a change in your instructions, or for any other reason), J2 Global shall promptly:
    I. Notify you of such inability, to the extent permitted by applicable law; and
    II. Cease all processing of the affected personal data (other than merely storing and maintaining the security of the affected personal data) until such time as you issue new instructions with which J2 Global is able to comply.
2. Ensure personal data are kept confidential;
    I. Take reasonable steps to ensure the reliability and trustworthiness of J2 Global's personnel and any subprocessors, and
    II. Take reasonable steps to ensure that all relevant J2 Global personnel, and any relevant subprocessors, have committed themselves to ensuring the confidentiality of all personal data that they process;
3. Ensure that, in each instance in which J2 Global engages a subprocessor, it shall notify you and:
    I. Allow you a reasonable opportunity to object to the appointment of that subprocessor (and your authorization is deemed to be granted if you do not object within thirty (30) days of being notified of the proposed subprocessor); and
    II. Enter into a binding written agreement with the subprocessor that imposes on the subprocessor the same obligations that apply to J2 Global under this Agreement with respect to the processing of personal data; subject to compliance with the foregoing, you hereby generally authorize J2 Global to engage sub-processors in relation to the Services.
4. At your request and sole expense, promptly provide you with all reasonable technical and organizational assistance (taking into account the nature and functionality of the Services) necessary to respond appropriately to requests from individuals to exercise their rights under the GDPR;
5. At your request and sole expense, promptly provide you with all reasonable assistance necessary to enable you to: Notify relevant breaches of the GDPR to the relevant authorities and/or affected individuals;
    I. Conduct data protection impact assessments, where required; and
    II. Obtain any necessary authorizations from any relevant regulatory authorities;
6. Delete (or, upon your request at or prior to termination, return) any personal data processed in the performance of the Services in J2 Global's possession within 180 days after the termination or expiry of this Agreement, other than data in relation to which J2 Global is a controller (which will be processed in accordance with our privacy

policy) and unless the applicable law of the European Union or an EU Member State requires otherwise;
7. At your request and sole expense:
    I. Promptly provide you with all information necessary to enable you to demonstrate compliance with your obligations under the GDPR, to the extent that J2 Global is able to provide such information; and
    II. Allow for and contribute to audits, including inspections, conducted by you your auditors or appointees, provided that such audit shall be during regular business hours, with reasonable advance notice to J2 Global and subject to reasonable confidentiality procedures. Before the commencement of any such audit, the parties shall mutually agree upon the scope, timing, and duration of the audit. You may not audit J2 Global more than once annually; and
8. Notify you without undue delay in the event of:
    I. Becoming aware of any personal data breach; or
    II. Receipt of any correspondence or communication from any individual, regulatory authority or third party regarding the processing of personal data; and
9. Apply appropriate technical and security measures to protect any such personal data against unauthorized or unlawful processing and against accidental or unlawful destruction, loss, alteration, unauthorized disclosure of, or access to such personal data.1.

## 5. STORAGE OF MESSAGES

While your account is active, J2 Global will store messages sent and received through your J2 Global account, for a period of up to one year, in each case measured from the date of receipt of such message.

Contact lists are maintained while the account is in good standing. J2 Global shall maintain reasonable administrative, technical and physical safeguards to help protect the security, confidentiality and integrity of Customer information in its possession.

Customer acknowledges that J2 Global may change its practices and limitations concerning storage of messages, at any time and that notification of any such changes may be posted on the J2 Global Websites. Customer further agrees that this feature is provided as a convenience to Customer only and J2 Global and its parent(s), partner(s), subsidiary(ies), and affiliate(s) ("Affiliates") have no responsibility or liability whatsoever for the deletion, loss, disclosure of, or failure to store, any messages and/or other communications maintained or transmitted by the Services.

## 6. CHARGES

You agree to pay all charges for your use of the Services according to the payment plan applicable to your Services, and in effect for your country of residence. Except as otherwise provided in your Written Agreement, J2 Global reserves the right to change prices or institute new charges for access to or use of J2 Global Services unless you have a signed Written Agreement with J2 Global. All changes will be posted by J2 Global on the J2 Global Websites and you are responsible for regularly reviewing such pricing information to obtain timely notice of such changes. Continued use of the Services or non-termination of your J2 Global account after changes are posted constitutes your acceptance of the prices as modified by the posted changes.

Charges for Services may include activation, recurring subscription, and usage fees. Your activation and recurring subscription fees are payable in advance and are COMPLETELY NON-REFUNDABLE. Usage charges are charged as and when such charges are incurred or by accumulating such charges (in the sole discretion of J2 Global) in accordance with the usage rates applicable to each of the Services you use.

Your payment plan may include a monthly allowance of free emails, or contacts. In the event that you have exceeded your rate plan's allotted allowance you will be automatically charged usage fees for such each email or contact in excess of your monthly allowance. Unused allowances are not transferrable from month to month.

Payment of your J2 Global account balance is due monthly and, unless you have a qualified business account, must be made by the credit card designated by you for J2 Global use and transactions. If your J2 Global account is a qualified business account and is approved by J2 Global for corporate billing, charges will be accumulated, identified by Customer identification number and invoiced on a monthly basis.

If you subscribed for Services pursuant to a special offer granting you a free trial period, your activation fee and an initial monthly Services fee will BE PRE-AUTHORIZED AGAINST YOUR CREDIT CARD OR DEBIT CARD LIMIT (meaning the amounts pre-authorized will not be considered available credit or debit funds in such account) and will be immediately charged to your credit or debit card, without further authorization from you, upon the expiration of such free trial period, unless you provide prior notice (in accordance with J2 Global verification procedures, as may be established by J2 Global from time to time in its sole discretion) that you have terminated this authorization. Such notice will not affect charges submitted before J2 Global reasonably could act on your notice.

Charges are to be paid on a monthly basis in the currency in which billed. A failure to pay the charges is a material breach of this Agreement and grounds for termination by J2 Global. If the payment method for your J2 Global account is by credit card and payment is not received by J2 Global from the card issuer or its agents, you agree to pay all amounts due upon demand by J2 Global. Each time you use the Services, or allow or cause the Services to be used, you agree and reaffirm that J2 Global is authorized to charge your designated card. Your card issuer's agreement governs your use of your designated card in connection with J2 Global, and you must refer to such agreement (not this Agreement) with respect to your rights and liabilities as a cardholder. You agree that J2 Global may (at its option) accumulate charges incurred during your monthly billing cycle and submit them as one or more aggregate charges during or at the end of each cycle, and that J2 Global may delay obtaining authorization from your card issuer until submission of the accumulated charge(s). This means that accumulated charges may appear on the statement you receive from your card issuer.

You agree that J2 Global may submit charges for your usage fees and recurring subscription fee each month or year, without further authorization from you, until you provide prior notice (in accordance with J2 Global's verification procedures, as may be established by J2 Global from time to time in its sole discretion) that you have terminated this authorization or wish to change your designated card. Such notice will not affect charges submitted before J2 Global reasonably could act on your notice. If you have any question regarding any charges that have been applied to your account, you must contact J2 Global's Customer Support within 30 days of the charge date. Failure to use your account will not be deemed a basis for refusing to pay any charges submitted by J2 Global in accordance with this Agreement.

All charges will be exclusive of value added ("VAT"), sales or other taxes, except as required by law and only as applicable. Canadian residents will be charged G.S.T. and P.S.T. as applicable. If the Customer resides outside of Canada, the place of residency will be deemed not to be Canada unless J2 Global is notified otherwise. If your residency status changes, you must notify J2 Global and may be required to provide a mailing address and proof of residency. Non-Canadian residents will be deemed not to have registered for G.S.T unless J2 Global is notified otherwise.

For Campaigner these terms apply:

If you subscribed to a Contact Based Subscription Plan ("Contact Plan") the subscription fees are based on the highest number of subscribers or contacts in your account at any time. While your fees may increase as your contact list grows, the fees will not be reduced as the numbers of contacts diminish unless you contact J2 Global Customer Support. For the

purposes of this Agreement, each unique email address will count as one subscriber or contact.

Should J2 Global deem your cumulative account activity, including but not limited to factors such as high send volume or large contact lists, to be detrimental to J2 Global's ability to provide Campaigner services to you or to other customers, J2 Global reserves the right in its sole discretion to move you to a Volume Subscription Plan.

Repeated uploading and removing of unique email addresses in an attempt to circumvent J2 Global's Fee Schedule and billing procedures is prohibited.

If you purchased a "Pay as you Go" plan you will be charged for emails on a per campaign basis. The price list published at www.campaigner.com determines the charge per email in effect at the time the campaign is delivered. "Pay as you Go" plans must be used within 12 months of purchase. Any balance remaining after 12 months is NON-REFUNDABLE.

## 7. MEMBER ACCOUNT, PASSWORD, AND SECURITY

If any of the Services requires you to open an account, you must complete the sign-up process by providing us with current, complete and accurate information as prompted by the applicable registration form. You agree to notify J2 Global promptly of any changes to this information as required to keep it current, complete and accurate. You also will choose a password. You are entirely responsible for maintaining the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur by all users associated with your account.

You agree to notify J2 Global immediately of any unauthorized use of your account or any other breach of security. J2 Global will not be liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. However, you could be held liable for losses incurred by J2 Global or another party due to someone else using your account or password. You may not use anyone else's account at any time, without the permission of the account holder.

## 8. USE OF SERVICES / CUSTOMER RESPONSIBILITIES

You represent and warrant that you are at least 18 years of age or, as applicable, the age of majority in the state or province in which you reside, and that you possess the legal right and ability to enter into this Agreement. If you are registering on behalf of a corporation you warrant that you have the authority to bind the corporation. You agree to be financially responsible for your use of the Services (as well as for use of your account by others, including minors living with you) and to comply with your responsibilities and obligations as stated in this Agreement.

You must:

1. Abide by any prohibitions on use set forth in or referenced by this Agreement.
2. Obtain and pay for all equipment and third-party services (e.g., telephone and computer equipment) required for you to access and use the Services;
3. Maintain the security of your password, PIN number and other confidential information relating to your account and;
4. Be responsible for all charges resulting from use of your account, including unauthorized use prior to your notifying J2 Global of such use and taking steps to prevent its further occurrence.
5. Abide by the terms in the "Additional Terms for SMS," if you use the Services for SMS messaging.

Images hosted by J2 Global on J2 Global controlled servers may only be used in connection with the Services and for no other purpose whatsoever. To the extent you use images provided by J2 Global, J2 Global hereby grants to you a limited, non-exclusive, non-

transferable sublicense to use the images in an unaltered state solely in connection with your use of the Services.

## 9. NO UNLAWFUL OR PROHIBITED USE

As a condition of your use of the Services, you will not use the Services for any purpose that is unlawful or prohibited by this Agreement and any notices. You may not use the Services in any manner that could damage, disable, overburden, or impair any J2 Global server, or the network(s) connected to any J2 Global server, or interfere with any other party's use and enjoyment of any Services.

You may not attempt to gain unauthorized access to any Services, other accounts, computer systems or networks connected to any J2 Global server or to any of the Services, through hacking, password mining or any other means. You will not use or register the name J2 Global or any other trade name or trade mark of J2 Global without express, prior permission, and you will not obstruct the identification procedures used by J2 Global in the Services.

You represent that you comply with applicable law relating to your activities under this Agreement, including but not limited to privacy and data protection laws and applicable rules established by the Federal Communications Commission and the Federal Trade Commission. You represent that the information submitted for transmission via the J2 Global network for the Services is for lawful purposes only and that the transmission of messages or files is not in violation of any federal, state or provincial laws including, but not limited to, encouraging conduct that would constitute a criminal offense, infringe third party rights, give rise to civil liability or otherwise violate any local, provincial, state, national or other law.

You may not use the Services to upload, post, reproduce or distribute, in any way, any information, software or other material protected by copyright or any other intellectual property right without first obtaining the permission of the copyright holder. **You agree to comply with all applicable laws, regulations, or conventions including those related to Do-Not-Call provisions, email marketing, anti-spam, anti-phishing, data privacy, international communications, and export of technical or personal data**.

You are fully responsible for the content of your transmissions through the Services and agree and acknowledge that you are the creator of all content, and that J2 Global is not the author or publisher of any content and J2 Global does not rent or sell lists of any kind. J2 Global simply acts as a passive conduit for you to send and receive information of your own choosing.

You shall not use the Services to store:

1. Any "protected health information" (as such term is used in the Health Insurance Portability and Accountability Act of 1996, Pub. L. No. 104-191), or
2. Any other type of information that imposes independent obligations upon J2 Global.

In accordance with its Prohibited Use Policy J2 Global prohibits the use of the Services or web sites by any person or entity that, encourages, promotes, provides, sells or offers to sell products or content relating to illegal or fraudulent activities (or services related to the same): including, but not limited to, illegal drugs; pirated computer programs; instructions on how to assemble or otherwise make bombs, grenades or other weapons; material that exploits children, encourages violence, spam, obscenity/sexually explicit, and similar activities.

This is not an exhaustive list, and J2 Global, in its sole discretion, may determine whether your use is prohibited and its determination shall be final, binding and conclusive for all purposes under this Agreement. J2 Global will terminate your use of its Services if J2 Global determines such prohibited content or use is in violation of this Agreement.

Any information stored on the J2 Global servers that is deemed to be unlawful or in contravention of this Agreement or legal and regulatory requirements may be deleted at any time by J2 Global without notice. J2 Global reserves the right to remove any image which contravenes this Agreement without notice to you.

J2 Global does not:

- Represent or endorse the accuracy or reliability or any opinion, advice or statement made through the Services.
- Assume liability for any harassing, offensive or obscene/sexually explicit material distributed through the Services by you or others under your account.
- Assume any liability for any material distributed through the Services by you or others under your account which is distributed in violation of any third party's copyright or other intellectual property right.
- Assume liability for claims concerning unsolicited fax, email or voice messages sent by you or others under your account including, as applicable, but not limited to, the Telecommunications Act, S.C. 1993, c. 38, as amended,(Telecommunications Act), the Canadian Radio-television and Telecommunications Commission Unsolicited Telecommunications Rules, as may be amended from time to time (the Unsolicited Telecommunications Rules), the Personal Information Protection and Electronic Documents Act, S.C. 2000, c. 5, as amended, (PIPEDA), the Telephone Consumer Protection Act of 1991, FTC regulations, and the Can-Spam Act.

J2 Global reserves the right at all times to disclose any information as J2 Global deems necessary to satisfy any applicable law, regulation, legal process or governmental request. J2 Global reserves the right but is not obligated to review the content of any of your messages for compliance with this Agreement and other legal requirements upon receipt of a complaint.

J2 Global further reserves the right to take any other action with respect to the Services that J2 Global deems necessary or appropriate, in its sole discretion, if J2 Global believes you or your information may create liability for J2 Global or others, compromise or disrupt the Services for you or other Customers, or cause J2 Global to lose (in whole or in part) the services of J2 Global's ISPs or other suppliers.

You agree to indemnify and hold J2 Global (and its Affiliates and Suppliers) and its agents, business associates, resellers, licensors, and suppliers (collectively, Suppliers) harmless from any and all direct, indirect or consequential claims, losses, damages, judgments, expenses and costs (including, but not limited to, any attorney's fees and expenses) arising out of your use of the Services, your violation of the Agreement, and the delivery of any of your messages and documents using the Services, or the infringement of any trademark or copyright by you.

## 10. OWNERSHIP

All programs, services, processes, designs, software, technologies, trademarks, trade names, inventions and materials comprising the Services are wholly owned by J2 Global and/or its licensors and service providers except where expressly stated otherwise.

## 11. UNSOLICITED MARKETING

The transmission of unsolicited telemarketing phone calls, faxes and email is regulated in the United States under the Telemarketing Sales Rule*, the Federal Telephone Consumer Protection Act*, the Can-Spam Act*, as well as other statutes and regulations, and in Canada under the Telecommunications Act*, the Unsolicited Telecommunications Rules* and PIPEDA* and may also be regulated under the laws of a number of other countries, states and provinces. Unsolicited marketing in violation of such laws through the Services is prohibited and a material violation of this Agreement.

As a Campaigner Customer, you agree to abide by the terms of the Campaigner Anti-Spam Policy, available at https://www.campaigner.com/legal/anti-spam-policy/.

## 12. DISCLAIMER OF WARRANTIES AND LIMITATION OF LIABILITY

THE SERVICES ARE PROVIDED "AS IS" AND THERE ARE NO WARRANTIES, REPRESENTATIONS OR CONDITIONS OF ANY KIND, EXPRESS OR IMPLIED, WRITTEN OR ORAL, ARISING BY STATUTE, OPERATION OF LAW, COURSE OF DEALING, USAGE OF TRADE OR OTHERWISE WITH RESPECT TO THE SERVICES OR ANY OTHER PRODUCT, DOCUMENTATION OR SERVICE PROVIDED HEREUNDER OR IN CONNECTION HEREWITH. J2 GLOBAL FURTHER EXPRESSLY DISCLAIMS GUARANTEE OF CONTINUED AVAILABILITY OF THE SERVICES OR ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTABILITY, SATISFACTORY QUALITY, DURABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NON-INFRINGEMENT. NO REPRESENTATION OR OTHER AFFIRMATION OF FACT INCLUDING, BUT NOT LIMITED TO, MARKETING LITERATURE OR COLLATERAL OR STATEMENTS REGARDING PERFORMANCE OF THE SERVICES BY J2 GLOBAL WHICH IS NOT CONTAINED IN THIS SECTION SHALL BE CONSIDERED TO BE A WARRANTY OR REPRESENTATION, AND SHOULD NOT BE RELIED UPON AND IS NOT BINDING UPON J2 GLOBAL.

NONE OF J2 GLOBAL NOR ANY OF ITS AFFILIATES OR SUPPLIERS SHALL BE HELD RESPONSIBLE IN ANY WAY OR BY ANY MEANS, EITHER DIRECTLY OR INDIRECTLY, FOR ANY COMMUNICATIONS OR OTHER DIFFICULTIES OUTSIDE OF J2 GLOBAL' OR ANY SUCH AFFILIATES' OR SUPPLIERS' CONTROL WHICH COULD LEAD TO ANY DELAY, INTERRUPTION OR MISDIRECTION OF FAX, VOICE OR DATA DELIVERY SERVICE TO THE CUSTOMER'S EMAIL ADDRESS, PAGER, TELEPHONE OR ANY OTHER RECEIVING DEVICES OR THIRD-PARTY PHONE OR FAX MACHINES, DATA STORAGE AND/OR DELIVERY SERVICES.

THE AGGREGATE LIABILITY OF J2 GLOBAL, ITS AFFILIATES OR SUPPLIERS, WHETHER IN CONTRACT (INCLUDING FUNDAMENTAL BREACH OR FAILURE OF AN ESSENTIAL PURPOSE), TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION OR OTHERWISE IN RESPECT OF A SINGLE OCCURRENCE OR A SERIES OF OCCURENCES SHALL IN NO CIRCUMSTANCES EXCEED THE AMOUNTS PAID BY CUSTOMER TO J2 GLOBAL WITH RESPECT TO THE SERVICES GIVING RISE TO THE CLAIM. IN NO EVENT SHALL J2 GLOBAL, ITS AFFILIATES OR SUPPLIERS OR AFFILIATES OF ANY OF THEM BE LIABLE TO CUSTOMER OR ANY THIRD PARTY FOR ANY PUNITIVE, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES OR FOR ANY FAILURE TO REALIZE EXPECTED SAVINGS, LOSS OF BUSINESS, LOSS OF REVENUES OR PROFITS, LOSS OF DATA OR ANY OTHER COMMERCIAL OR ECONOMIC LOSS (INCLUDING, BUT NOT LIMITED TO, LOSS OF DATA RESULTING FROM DELAYS, NON-DELIVERIES, WRONG DELIVERIES, SERVICE INTERRUPTIONS, PERFORMANCE OR FAILURE OF THE INTERNET OR J2 GLOBAL' INTERNET SERVICE PROVIDER, OR DELETION OR FAILURE TO SAVE DELIVERIES), EVEN IF J2 GLOBAL HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR THEY ARE FORESEEABLE.

IN THE EVENT APPLICABLE LAW DOES NOT PERMIT SUCH EXCLUSIONS TO BE COMPLETELY DISCLAIMED, THESE EXCLUSIONS SHALL BE INTERPRETED AS NECESSARY TO GIVE J2 GLOBAL THE FULL BENEFIT OF ANY DISCLAIMER OR LIMITATION AS PERMITTED BY APPLICABLE LAW.

## 13. TERMINATION

If you are an Online or month-to-month Subscriber or have a "Pay as you Go" account: You may cancel the Services at any time by calling 1-888-845-4544  or 1-613-216-7422.

If you have a signed Written Agreement with J2 Global the termination provision found in the Written Agreement applies.

J2 Global reserves the right to suspend or terminate Services if J2 Global, in its sole discretion, believes that the Services are used for a purpose that is unlawful or prohibited by this Agreement or any notices.

J2 Global shall have no responsibility to notify any third party, including any third party providers of services, merchandise or information, of any suspension, restriction or termination of your account. J2 Global shall have no obligation to maintain any messages or other content in your account or forward any unread or unsent message to you or any third party. Any termination of your account shall not relieve you from any amounts owing or any other liability accruing under this Agreement prior to the time that such termination becomes effective.

## 14. JURISDICTION AND GOVERNING LAW

If you have a billing address in the United States:

You agree that this Agreement shall be governed by and construed in accordance with the laws of the State of California (except its choice of laws rules), and you hereby consent to jurisdiction in California and that all disputes shall be tried by an arbitrator in the county of Los Angeles, California. You expressly waive any right, and agree not to have any dispute under the Agreement tried or otherwise determined by a jury, except where required by law.

If you have a billing address outside the United States:

You agree that this Agreement shall be governed by and construed in accordance with the laws of the Province of Ontario (except its choice of laws rules), and you hereby consent to the jurisdiction of such province and agree that all disputes shall be tried in the city of Ottawa, Ontario. You expressly waive any right, and agree not to have any dispute under the Agreement tried or otherwise determined by a jury, except where required by law.

## 15. SURVIVAL

Any exclusion or limitation of J2 Global's liability specified in this Agreement shall survive the expiration or termination of this Agreement for any reason.

## 16. EXPORT CONTROLS

The Services, including any software we may provide in connection with those Services, may be subject to applicable U.S. export control laws and economic sanctions regulations. In receiving this software or our Services, you agree to comply strictly with all domestic and international export laws and economic sanctions regulations as they apply to this software and our Services, and to the extent consistent with these Terms, to obtain any necessary license or other authorization to export, re-export, or transfer such software or our other aspects of our Services. These laws include restrictions on destinations, End Users, and end use. Without limitation, you may not transfer any such software or other aspect of our Service without U.S. government authorization to any entity on a U.S. government exclusion list (e.g., the Department of Commerce's List of Denied Persons, Entity, or Unverified List, and the Treasury Department's List of Specially Designated Nationals and Consolidated Sanctions List). You represent that you are not on a U.S. government exclusion list or under the control of or an agent for any entity on such a list, and you further warrant that you will immediately discontinue use of our software and Services if you become placed on any such list or under the control of or an agent for any entity placed on such a list.

## 17. BINDING ARBITRATION AND CLASS ACTION WAIVER

This section applies to you if you have a billing address in the United States.

YOU AND WE AGREE THAT ALL DISPUTES AND CLAIMS BETWEEN YOU AND US SHALL BE SETTLED BY BINDING ARBITRATION INSTEAD OF IN COURTS OF GENERAL JURISDICTION. THIS AGREEMENT TO ARBITRATE IS INTENDED TO BE BROADLY INTERPRETED AND INCLUDES, BUT IS NOT LIMITED TO, ANY DISPUTE, CLAIM OR CONTROVERSY ARISING OUT OF OR RELATING IN ANY WAY TO THE SERVICES, OUR

SOFTWARE, OUR WEBSITE, THE TERMS OR ANY ASPECT OF THE RELATIONSHIP BETWEEN YOU AND US. YOU AGREE THAT, BY AGREEING TO THE AGREEMENT, THE U.S. FEDERAL ARBITRATION ACT GOVERNS THE INTERPRETATION AND ENFORCEMENT OF THIS PROVISION, AND THAT YOU AND WE ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION. NOTWITHSTANDING THE FOREGOING, EITHER PARTY MAY BRING AN INDIVIDUAL ACTION IN SMALL CLAIMS COURT. THIS ARBITRATION PROVISION DOES NOT PRECLUDE YOU FROM BRINGING ISSUES TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL AGENCIES. SUCH AGENCIES CAN, IF THE LAW ALLOWS, SEEK RELIEF AGAINST US ON YOUR BEHALF. THIS ARBITRATION PROVISION SHALL SURVIVE TERMINATION OF THESE TERMS AND THE TERMINATION OF YOUR ACCOUNT.

A party who intends to seek arbitration must first send to the other, by certified mail, a written Notice of Dispute ("Notice"). The Notice to us should be addressed to: Campaigner, ATTN: Legal Department, 700 S. Flower St., Suite 1500, Los Angeles, CA 90017, USA ("Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If you and we do not reach an agreement to resolve the claim within 30 days after the Notice is received, you or we may commence an arbitration proceeding. During the arbitration, the amount of any settlement offer made by us or you shall not be disclosed to the arbitrator until after the arbitrator determines the amount, if any, to which you or we are entitled. You may download or copy a form Notice and a form to initiate arbitration at www.jams.com. If you are required to pay a filing fee, after we receive notice at the Notice Address that you have commenced arbitration, it will promptly reimburse you for your payment of the filing fee, unless your claim is for greater than US$10,000.

The arbitration will be governed by the JAMS Comprehensive Arbitration Rules & Procedures and the JAMS Expedited Arbitration Procedures (collectively, "JAMS Rules") of JAMS, as modified by the Terms, and will be administered by JAMS. JAMS Rules and Forms are available online at www.jamsadr.com. The arbitrator is bound by the Terms. All issues are for the arbitrator to decide, including issues relating to the scope and enforceability of this arbitration provision. Unless you and we agree otherwise, any arbitration hearings will take place by video or telephone conference. If your claim is for US$10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by JAMS Rules. If your claim exceeds US$10,000, the right to a hearing will be determined by JAMS Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision sufficient to explain the essential findings and conclusions on which the award is based. The arbitrator is not authorized to award punitive or other damages not measured by the prevailing party's actual damages, and may not, in any event, make any ruling, finding or award that does not conform to the terms and conditions of the Agreement.

We may make a written settlement offer anytime before an arbitrator is selected. If the arbitrator issues you an award that is greater than the value of our last written settlement offer made before an arbitrator was selected (or if we did not make a settlement offer before an arbitrator was selected), then we will pay you the amount of the award or US$1,000, whichever is greater. Except as expressly set forth herein, the payment of all filing, administration and arbitrator fees will be governed by JAMS Rules.

## 18. ADDITIONAL TERMS FOR SMS MESSAGING

Use of our Services for SMS messaging is subject to the following terms, in addition to the other terms of this Agreement.

YOU ARE SOLELY RESPONSIBLE FOR ALL USE (WHETHER OR NOT AUTHORIZED) OF THE SERVICES, INCLUDING ANY SMS MESSAGING SERVICES, UNDER YOUR ACCOUNT. YOU AGREE TO BE SOLELY RESPONSIBLE FOR ALL ACTS AND OMMISSIONS OF YOUR OWN END USERS.

YOU MAY SEND SMS MESSAGES ONLY IN COMPLIANCE WITH APPLICABLE LAW, WHICH MAY INCLUDE THE TELEPHONE CONSUMER PROTECTION ACT AND ANY AMENDMENTS TO THE ACT, AS WELL AS ANY FCC AND FTC IMPLEMENTING REGULATIONS. IT IS SOLELY YOUR RESPONSIBILITY TO COMPLY WITH APPLICABLE LAW ON SMS MESSAGING, AND NOTWITHSTANDING ANY OTHER PROVISION IN THIS AGREEMENT, YOU AGREE TO FULLY DEFEND AND INDEMNIFY J2 GLOBAL AGAINST ANY THIRD PARTY CLAIM ARISING OUT OF, OR IN ANY WAY RELATED TO, YOUR USE OF THE SMS MESSAGING FEATURES OF OUR SERVICE.

USE OF SMS MESSAGING SERVICES TO SEND MESSAGES TO RECIPIENTS WHO HAVE NOT PROVIDED EXPLICIT WRITTEN CONSENT TO RECEIVE SMS MESSAGES, OR WHO ARE ON A "DO NOT CALL" LIST, IS EXPRESSLY PROHIBITED.

J2 GLOBAL MAY SUSPEND OR TERMINATE SMS SERVICES AT ANY TIME WITHOUT NOTICE IF J2 GLOBAL DETERMINES IN ITS SOLE DISCRETION THAT SMS SERVICES ARE BEING USED IN VIOLATION OF THIS AGREMEENT OR ANY APPLICABLE LAW OR REGULATION. YOU AGREE NOT TO HOLD J2 GLOBAL RESPONSIBLE FOR ANY SUCH SUSPENSION OR TERMINATION OF SERVICES.

Use of SMS messaging is further subject to the terms set forth in Schedule 1.

## Schedule 1

End-User means: an end-customer of J2 Global who has entered into a contract with J2 Global for the supply of the dotdigital Products. Capitalized terms not defined in this Schedule 1 shall have the same meaning given to the in the terms and conditions at https://dotdigital.com/terms.

1. End-User's Obligations
    I. The End-User warrants that it shall not: (a) use the Dotdigital Services in any way so as to bring the Dotdigital Services or dotdigital into disrepute; (b) use the Dotdigital Services to send unsolicited or unauthorised advertising, promotional material, 'junk mail', 'spam', 'chain letters' or pyramid schemes including but not be limited to illegal goods or dotdigital Services, internet lead-gen, multi-level marketing, affiliate marketers, marketing or sending of commercial messages without proper express consent (unless agreed by dotdigital otherwise), or payday loans; (c) forge headers or otherwise manipulate identifiers in order to disguise the origin of any content or materials transmitted through the Dotdigital Services; (d) use the Dotdigital Services in a manner which is unlawful, harmful, threatening, abusive, harassing, tortious, indecent, obscene, libellous, menacing or invasive of another person's privacy; (e) use the Dotdigital Services in a manner which infringes the Intellectual Property, proprietary or personal rights of any third party, including data subjects; (f) misuse the Site by introducing viruses, trojans, worms, logic bombs or other material which is technologically harmful; (g) attempt to gain unauthorised access to the Site or Dotdigital Services, the server on which the Site or Dotdigital Services are stored or any server, computer or database connected to the Site or Dotdigital Services; or (h) attack the Site or Dotdigital Services via a denial-of-service attack or a distributed or malicious denial-of service attack.
    II. The End-User warrants that it shall: (a) comply and ensure that its use of the Dotdigital Services complies with all Codes applicable to the country in which the End-User is registered and recipients of messages reside; (b) provide all reasonable assistance required by dotdigital to enable dotdigital to comply with any requirements or conditions imposed by such Codes; (c) provide, dotdigital, relevant authority, user group or regulator of the Codes with all information or material reasonably requested in order to carry out any investigation in connection with the End-User's use of the Dotdigital Services; and (d) not use

the Dotdigital Services to upload or send to records purchased, rented or acquired from a third party in any way. Dotdigital has no responsibility or liability whatsoever howsoever arising directly or indirectly to the End-User for the content of any messages sent using the Dotdigital Services or messages being sent to recipients in breach of the End-User's obligations contained in this clause 5.2.

III. In relation to email messages sent using the Dotdigital Services, End-User warrants that: (a) the End-User will identify itself in every email according to applicable law, but at least with postal address, register number, phone number, email address data and tax registry, where applicable; and (b) it will not use the Service to send email communications advertising or promoting email lists or services supporting unsolicited bulk email. Any End-User who uses the Dotdigital Services to promote or advertise email lists or services supporting unsolicited bulk email will have their account disabled without notice and with immediate effect and no refund of Charges or other payments to dotdigital will be made. Unsolicited bulk email support services may include but are not limited to: services providing service to known spam operations listed on Register of Known Spam Operations (ROKSO), services providing 'bullet-proof hosting' for spam service purposes, services obfuscating or anonymising spam senders, services selling or providing hosting for the sales or distribution of spamware or address lists, and networks knowingly hosting spammers as either stated or de facto policy.

Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.3.

IV. In relation to SMS messages sent using the Dotdigital Services, End-User warrants that (c) it will not attempt to use Dotdigital Services to access or allow access to emergency services or impersonate any other entity; and (d) if End-User has purchased a short code, then End-User will not change the use of that short code from the use stated in any documentation in relation to approval of the short code without first obtaining an amendment to any application for approval of the short code under the new use. Further, should End-User make use of a long telephone number(s), dotdigital reserves the right to reclaim any phone number from End-User's account if, in dotdigital's opinion, End-User does not send sufficient traffic over that phone number such that the phone number is underutilized. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.4.

V. dotdigital monitors messages created by the End-User sent through the dotdigital Services. If dotdigital considers in its reasonable opinion that the End-User is sending messages through the dotdigital services in breach of clause 5.1 to 5.4 above, dotdigital may at absolute discretion (taking into account the End-User's track record of use of the Dotdigital Services): (a) suspend provision of the Dotdigital Services; (b) block End-User's access to the Dotdigital Services for such time as in each case is reasonable; and (c) add any recipient contact details to its global suppression list ("GSL"). Dotdigital will usually provide the End-User with prior notice of any suspension, blocking or addition of an email to the GSL, unless immediate action is necessary in the circumstances. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.5.

VI. Where dotdigital suspends or blocks access to the Dotdigital Services pursuant to clause 5.5 above, a member of the dotdigital compliance team shall contact the End-User to: (a) inform the End-User of the action taken or proposed action (where applicable) giving rise to the suspension; (b) explain why the access to the Dotdigital Services is suspended or blocked; (c) to inform the End-User of the remedial actions that the End-User needs to take to rectify the issues with the End-User's use of the Dotdigital Services; (d) inform the End-

User of any applicable de-listing fee payable to dotdigital (if necessary and determined in dotdigital's sole discretion); and © to agree on the timescale for the End-User to take the necessary remedial actions. Dotdigital shall only reactivate the Dotdigital Services once the End-User has taken the remedial actions. If the End-User fails to take the remedial actions within the timescale agreed, dotdigital reserves the right to terminate these Terms upon giving notice to the End-User and the End-User shall become immediately liable to pay all outstanding fees for remainder of the unexpired Term.

VII. The End-User will keep its password and other access details for use with the Dotdigital Services confidential and restricted to those members of staff who need to know such details and shall ensure all such staff are aware of the confidential nature of such information and treat it accordingly. The End-User shall notify dotdigital immediately if it believes that such information is no longer secret. The End-User is solely responsible for all activities resulting from use of the End-User's password or account. The End-User will not permit any person to access the Dotdigital Services for any unauthorised purpose that would constitute a breach of these Terms.

VIII. Without prejudice to its other rights in these Terms dotdigital reserves the right to prevent the sending of any messages forming part of the Dotdigital Services or any other item or material made available via the Dotdigital Services by the End-User at any time and without notice, where the content is in dotdigital's reasonable opinion a breach of these Terms. Dotdigital accepts no responsibility or liability to the End-User for any direct or indirect loss or damage that may arise under this clause 5.8.

IX. The End-User is not permitted to conduct vulnerability scanning, or any form penetration testing against the dotdigital Services or application servers.

2. Ownership & Use of the Intellectual Property Rights

   I. dotdigital hereby grants to the End-User a personal, non-exclusive and non-transferable licence to use the Intellectual Property and/or Materials for the duration of these Terms strictly in accordance with these terms only. End-User shall not be entitled to use the Intellectual Property and/or Materials for any other purpose than the use of the Dotdigital Services, including, without limitation, that the End-User shall have no right to copy, translate, reproduce, adapt, reverse engineer, decompile, disassemble, create derivate works, modify, sell, rent, lease, transfer, assign, sub-licence, make any representations, warranties or guarantees with regard to the Intellectual Property and/or Materials in whole or part except as permitted by law.