and access Emergency Services independently of Amazon Pinpoint and (ii) inform all End Users of these limitations.

  d. Is not a replacement for traditional telephone or mobile phone services, including but not limited to calling, texting, or contacting Emergency Services, and does not function as such.

## 30. AWS Lambda

We may delete, upon 30 days' notice to you, any of Your Content uploaded to AWS Lambda if it has not been run for more than 3 months. You may only use Lambda's storage resources to store function code (compiled or uncompiled), dependencies (e.g. layers), and related configuration and meta-data, as necessary to execute your code on Lambda (per the technical documentation). Any other use, including but not limited to, using Lambda's storage for the purpose of hosting generally accessible content for download or storage, is not permitted and may result in us deleting Your Content.

## 31. Amazon WorkMail

**31.1.** When you use Amazon WorkMail, you also use AWS Key Management Service, AWS IAM, and Amazon SES, and your use of Amazon WorkMail is subject to the terms that govern those Services.

**31.2.** Amazon WorkMail provides a filtering service designed to filter unwanted emails, such as spam, phishing emails, and email infected with viruses. You acknowledge that the technological limitations of the filtering service will likely result in the capture of some legitimate email and the failure to capture some unwanted email, including email infected with viruses.

**31.3.** Your mail domain and End Users' accounts may be blocked, delayed, or prevented from being delivered by destination email servers and other reasons outside of our control. Your payment obligations continue regardless of whether delivery of your emails is prevented, delayed, or blocked.

**31.4.** ==You agree not to use Amazon WorkMail for sending:==

- ==Bulk emails, such as mass marketing emails==
- ==Unsolicited and unwanted emails==
- Phishing emails

**31.5.** ==You are solely responsible for ensuring any emails you or your End Users send using Amazon WorkMail comply with the CAN-SPAM Act and all other applicable law.== You agree that AWS is not the "sender" of any emails you or your End Users send using Amazon WorkMail as defined in the CAN-SPAM Act and all other applicable laws.

**31.6.** Amazon WorkMail may log and use information such as server hostnames, IP addresses, timestamps, mail queue file identifiers, and spam filtering information for the purpose of troubleshooting or improving Amazon WorkMail.