# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ] [ Return to Search ]

### Entity Details

**ENTITY NAME:** IMPERATIVE MARKETING GROUP  
**FOREIGN LEGAL NAME:**  
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY  
**SECTIONOF LAW:**  
**DATE OF INITIAL DOS FILING:** 02/05/2013  
**EFFECTIVE DATE INITIAL FILING:** 02/05/2013  
**FOREIGN FORMATION DATE:**  
**COUNTY:** NEW YORK  
**JURISDICTION:**  

**DOS ID:** 3145895  
**FICTITIOUS NAME:**  
**DURATION DATE/LATEST DATE OF DISSOLUTION:**  
**ENTITY STATUS:** ACTIVE  
**REASON FOR STATUS:**  
**INACTIVE DATE:**  
**STATEMENT STATUS:**  
**NEXT STATEMENT DUE DATE:**  
**NFP CATEGORY:**  

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |

#### Service of Process Name and Address
**Name:**  
**Address:**

#### Chief Executive Officer's Name and Address
**Name:**  
**Address:**

#### Principal Executive Office Address
**Address:**

#### Registered Agent Name and Address
**Name:**  
**Address:**

#### Entity Primary Location Name and Address
**Name:**  
**Address:**

#### Farmcorpflag
**Is The Entity A Farm Corporation:** NO

| Stock Information | | |
| --- | --- | --- |
| **Share Value** | **Number Of Shares** | **Value Per Share** |
| | | $0.00 |

# Department of State

## Division of Corporations

## Entity Information

[Return to Results] [Return to Search]

### Entity Details

**ENTITY NAME:** FLEX MARKETING GROUP, LLC    **DOS ID:** 3145895

**FOREIGN LEGAL NAME:**    **FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY    **DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW    **ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 01/05/2005    **REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 01/05/2005    **INACTIVE DATE:**

**FOREIGN FORMATION DATE:**    **STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK    **NEXT STATEMENT DUE DATE:** 01/31/2023

**JURISDICTION:** NEW YORK, UNITED STATES    **NFP CATEGORY:**

| ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|

### Service of Process Name and Address

**Name:** THE LLC

**Address:** 1776 BROADWAY, FLOOR 23, NEW YORK, NY, UNITED STATES, 10019

### Chief Executive Officer's Name and Address

**Name:**

**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

### Entity Primary Location Name and Address

**Name:**

**Address:**

### Farmcorpflag

**Is The Entity A Farm Corporation:** NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |