- Copy of the permit or federally compliant ID card. If your permit or ID card is lost, you must provide copies of two proof of identity documents (one with a date of birth) such as a U.S. certified birth certificate, a valid, non-expired U.S. passport/passport card or Social Security card.

- If you're not a U.S. citizen, you must apply in person at a state driver exam station and provide a U.S. Citizenship and Immigration document proving your lawful status in the U.S.

- Two documents to prove your residential/physical address (cannot be handwritten documents). Documents must show your name and must be less than one year old. If you are under the age of 18, you will need to have a parental consent form when providing two documents in your parent's name.  This could include a utility bill, paystub, rent receipt, phone bill, bank statement, mortgage document, homeowner's insurance policy, or tax document.

## Military Personnel

Military personnel and their dependents stationed overseas may use two address documents proving their APO/FPO address. Military personnel and their dependents stationed in another state may provide two address documents proving their out-of-state residential address.

## Veterans

Veterans who have been honorably discharged from the military have the option of adding the word "Veteran" to the front of their South Dakota Driver's License or Identification Card. In addition to the other required documents, veterans need to present one of the following:

- DD-214 form to show honorable discharge status from active duty
- Certificate signed by a county or tribal veteran's service officer verifying their status
- DD Form 2 (Retired)
- DD Form 2A (Reserve Retired)
- NGB Form 22

## Full-Time Travelers

If you are a South Dakota resident who travels full time, you can renew your license or apply for a duplicate license online or by mail.

In addition to the standard renewal documents listed above, you'll also need to provide:

- A completed Residency Affidavit
- A receipt from a South Dakota hotel/motel, campground or RV park to prove one night of stay within the last year. The receipt must include your name and South Dakota address.
- One document, no more than one year old, proving your personal mailbox (PMB) service address. This document could include a receipt from the PMB business or a piece of mail with your PMB address on it (cannot be a handwritten document).  **Virtual addresses or virtual postal addresses will not be accepted.**



Your Best Address



# Become a
# SD Resident

## Call for a friendly walk-through
## 1-800-419-1690

*toll free*
*9-5 M-F*

Terms of Service
Why South Dakota?
Step 1: Obtain a Physical Street Address in South Dakota
Step 2: Complete the 2 Required Government Forms
Step 3: Get Your SD Drivers License

Online **Support**

Call toll free **1-800-419-1690**



# Become a
# South Dakota Resident

YBA can help you establish full South Dakota Residency.
- Getting your driver's license
- Registering to vote
- Obtaining SD insurance

## ▶ INTRO:
Why South Dakota?

## ▶ STEP 1:
Obtain a Physical Street Address in South Dakota

## ▶ STEP 2:
Complete the Required Government Forms

## ▶ STEP 3:
Get Your SD Drivers License

## ▶ ADDITIONAL INFORMATION:
How to License Your Vehicle or RV in South Dakota
Registering to Vote
Full Set of Required Forms



Prefer to have it explained in person?
Your Best Address will walk you through the whole process
Call toll free **1-800-419-1690**
Or Get Help Online

# What makes **South Dakota** the best state for residency?

- Becoming a resident is simple and painless
- **NO STATE INCOME TAX**
  Applies to… Earned income, Social Security, Pensions, Military retirement, Dividends, & Interest
- **NO INHERITANCE TAX**
- **NO PERSONAL PROPERTY TAX**
- Only a 3% tax on the TRADE DIFFERENCE for **vehicle, RV, and motor homes trades**
  For example: if you purchase a new RV for $60,000 and trade your existing RV to receive $40,000 trade in credit, you pay a difference of $20,000. You would pay the 3% vehicle tax on only the $20,000 difference meaning your tax would be **$600 in SD**. This can be a huge difference when compared to some states that might charge 6% on the entire amount - **$3600 in some states!**
- Low vehicle insurance rates & license fees
- No annual vehicle inspection

## But then I have to live in South Dakota… right?

**No.** You are only required to have a legal address in SD (not a P.O. Box). For your drivers license, you need only stay in SD for a single day every 5 years!

# Step 1: Get your **Legal SD Address**

Pick out your plan and complete payment. This will allow you to continue on to the necessary paperwork.

## See Pricing Page

All plans include…

**Unlimited**
Pieces of mail per month

**Free**
Secure shredding

**Custom Schedule**
Receive mail on any regular schedule or at request

**Instant Notification**
Anytime your mail is shipped, you get notified by email

**Low Fees**
$1.5 +tax per USPS shipment
$2.5 +tax for other carriers

**Update Anytime**
Change your address, schedule, and preferences online or by phone. Always free

**Unlimited**
Days of physical mail storage

**Ship Anywhere**
Homes, campgrounds, hotels, internationally or even to a Post Office via USPS General Delivery

**Tracking**
Tacking information is automatically sent to you

# STEP 2: Complete the Required Government Forms

## 1. PS Form 1583

This form is an **Application for Delivery of Mail Through Agent** It tells USPS that Your Best Address (or another forwarding service) is allowed to receive your mail and forward it to you. We never open your mail unless you specifically request us to do so

### Fill the form out online

Once completed, we need to verify and file the forms. This takes up to 8 business days. We'll contact you with any questions.

  

Once filed, we will contact you with your new PMB Address and you can continue onto form #2 (USPS change of address)

## 2. Change of Address Form

**Once you have been assigned a PMB number, use that address on this form.** This form affirms with USPS that your official address has moved. You must complete this form as a "permanent change of address" in order to gain residency.

### Complete the form online with USPS

# Step 3: Get your **SD drivers license**

*Applying for your SD License:*

You must be physically present to apply for a South Dakota Driver's License. To receive your first SD driver's license, you must stay one night in a campground, hotel, airbnb, or motel in SD and show a receipt* to the driver's license office. You will put your new address from Your Best Address on the license.

> * If you are registering with a spouse who does not share your last name, make sure to get a receipt for each of you.
> * State Campgrounds do not provide receipts

*You will need the following documents:*

**One Document to prove identity, date of birth, and lawful status:**

• Certified U.S. birth certificate issued by State or County (hospital birth certificates are not acceptable)
• Valid unexpired U.S. passport
• Certificate of Naturalization
• Certificate of Citizenship
• Valid unexpired permanent resident card
• Valid unexpired employment authorization document
• Foreign passport with valid unexpired U.S. Visa with I-94

**One document to prove Social Security number. Only the documents listed below can serve as proof of Social Security number (document must include your full social security number):**

• Social Security card
• W-2 Form
• SSA 1099 Form
• Non-SSA 1099 Form
• Pay stub (must include name and social security number)

**One campground or hotel receipt proving you stayed a night in SD.**

This receipt must include your new address which you received after signing up with Your Best Address

**One receipt from Your Best Address proving you own the mail forwarding address.**

This is provided by us when you sign-up. We can email it again or physically mail it to you at your convenience.

You should bring a total of 4 documents with you to the DMV

1. Proof of identity
2. Proof of SSN
3. Proof of nights stay (receipt with your new address on it)
4. Proof of purchase for your mail forwarding address (we email this to you when you sign-up)

**What is the cost of a South Dakota Driver's License?**

Driver License or ID Card - New or Renewal - $20.00
Commercial Driver License - New or Renewal - $25.00
Commercial Driver License Endorsement Tests - $10.00 each test
Duplicate Driver License or ID - $10.00

That's all you need to become a South Dakota Resident!



Prefer to have it explained in person?
Your Best Address will walk you through the whole process
Call toll free **1-800-419-1690**
Or Get Help Online

# How to License Your Vehicle or RV in South Dakota

South Dakota bases all fees on the empty weight and age of your vehicle / RV.

Other possible fees include:

Title Fee- $5.00
Lien Fee - $5.00
Solid Waste Fee - $1.00
Wheel Tax - $4.00 per wheel (max $16.00).
A 3% excise tax (Mopeds and ATV's are taxed 6%)

1. **Application for Motor Vehicle and Registration**
2. An original Title or Manufacturer's Statement of Origin (if new) properly transferred to the applicant.
3. A Bill of Sale, sales contract, or purchase order – to determine the 3% excise tax and or proof of sales tax already paid if at least a 3% tax was paid to another state. If at least a 3% tax has been paid to another state it is not collected again.
4. Vehicle weight (empty) – South Dakota license fees are determined by the empty weight and year of the vehicle. To prove the weight, the follows documents may be provided:
    a. Copy of brochure indicating the empty weight or UVW on the spec page.
    b. A photo of the sticker inside the vehicle generally located behind a cabinet door.
    c. If you are already providing a Certificate of Origin this information will be shown.

5. A copy of your current driver's license.

6. The current odometer reading



Prefer to have it explained in person?
Your Best Address will walk you through the whole process
Call toll free **1-800-419-1690**
Or Get Help Online

# Register to vote

Fill out a **voter registration form** and mail it to the county auditor. The deadline for registration is 15 days before any election.

► **Minnehaha County**

| Bob Litz | 415 N Dakota Ave<br>Sioux Falls, SD<br>57104-2465 | **Phone:**<br>(605) 367-4220s |
|---|---|---|
| | **Fax:**<br>(605) 367-7409 | **E-mail:**<br>blitz@minnehahacounty.org |



Prefer to have it explained in person?
Your Best Address will walk you through the whole process
Call toll free **1-800-419-1690**
Or Get Help Online