# Plaintiff Joshua Lapin's Travel Records

# In Support Of His Having-Not Established Residency Or

# Domicile Elsewhere After Establishing The Same

# In South Dakota

5/24/2022                          Gmail - eTicket Itinerary and Receipt for Confirmation K0L6MX

 Gmail

Joshua Lapin <solarwind71@gmail.com>

---

**eTicket Itinerary and Receipt for Confirmation K0L6MX**

**United Airlines, Inc.** <Receipts@united.com>                          Wed, Feb 3, 2021 at 2:10 AM
To: SOLARWIND71@gmail.com



Tue, Feb 02, 2021

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page
for the latest updates

Confirmation Number:

# K0L6MX

| Flight 1 of 2 UA337 | Class: United Economy (L) |
|---|---|
| Tue, Feb 23, 2021 | Tue, Feb 23, 2021 |
| **09:00 AM** | **12:17 PM** |
| Los Angeles, CA, US (LAX) | Denver, CO, US (DEN) |

| Flight 2 of 2 UA4711 | Class: United Economy (L) |
|---|---|
| Tue, Feb 23, 2021 | Tue, Feb 23, 2021 |
| **01:51 PM** | **03:06 PM** |
| Denver, CO, US (DEN) | Rapid City, SD, US (RAP) |

Flight Operated by Skywest Airlines dba United Express.

**Traveler Details**

LAPIN/JOSHUAA
eTicket number: **0162334670400**                          Seats: **LAX-DEN 30F**
                                                                **DEN-RAP 07D**

**Purchase Summary**

Method of payment:                                         **Visa ending in 4019**

1.  Plaintiff took this photo of the Rapid City, South Dakota DMV just before his appointment on March 5th 2022, to obtain his South Dakota drivers license... after diligently fulfilling the requirements to obtain the travelers residency listed on https://dps.sd.gov/driver-licensing/renew-and-duplicate/full-time-travelers:

Picture Taken on Plaintiff's then-cell-phone "Oneplus 8 Pro IN2025" at 03/05/21 1:46PM MT



2.  Plaintiff walked out of the appointment described in paragraph 7, with the drivers license shown in paragraph 4 in-hand, and was a legal South Dakota resident from thereonout.

3.  The court should note that the Plaintiff, in lieu of an apartment, home, or other permanent dwelling, lives out of four large suitcases that go with him "everywhere" and contain all of his possessions, mainly clothes, a laptop, a blender, and basic necessities.  Here are plaintiff's bags in Rapid City [South Dakota] regional airport, upon his arrival, (prior to the appointment discussed in paragraph 7).  Picture taken on his then-cell phone Oneplus 8 Pro IN2025 at 02/23/21 3:07 PM MT:



4 of the iconic "Turnac Tower" building located at 909 St Joseph St 6th Fl, Rapid City, SD 57701.

Taken on his then-cell phone Oneplus 8 Pro IN2025 at 2/26/21 10:17 MT



5.  Plaintiff, a new South Dakota resident, then departed by bus (Jefferson Lines) from Rapid City to

Minneapolis on 3/23/21.  Please see the Jefferson Lines "receipt & itinerary":

```
                         NBTA 0073
                                    JEFFERSON LINES

        R E C E I P T  &  I T I N E R A R Y                    ** NOT GOOD FOR TRAVEL **
        --------------------------------------------------------------------------------
        FROM: RAPID CITY  SD          DEPART: Tue 23Mar21          CONF#: 6800157801
        TO: MINNEAPOLIS   MN                  LAPIN JOSHUA          ONE WAY/ADULT
        ***   CITY  ***         ARRIVAL          LAYOVER      DEPARTURE            SCHEDULE
        ---------------     ---------------     -------     ---------------        --------
        RAPID CITY   SD                                     12:20p 23Mar21          JL   0702
        MURDO        SD     03:35p 23Mar21       0:25       04:00p 23Mar21          JL   0702
        SIOUX FALLS  SD     07:20p 23Mar21       0:30       07:50p 23Mar21          JL   0702
        MINNEAPOLIS  MN     12:35a 24Mar21                                          JL   0702



        --------------------------------------------------------------------------------
        FARE PAID:    $110.00          OFFLINE TENANT BC
        TAX:                XX         OB/OB                        04314 JL WEB SALES MN
        FEE:  NONE      $2.00          DOC #:                       20Mar21 02:30a 1003
        EXCESS BAG:  $0.00             ROAD REWARD                  NBTS4314C
        EXCESS VAL:  $0.00             504 00 29  04057134 0        ** VOID IF DETACHED **
```

- - - - - - - - ^^^^^^^^^^  PLEASE FOLD HERE.  DO NOT CUT or TEAR  ^^^^^^^^^^ - - - - - - - -

Greyhound expressly disclaims liability for any lost or damaged baggage and for any injuries caused by or resulting from shifting baggage. Passengers should keep baggage, including any personal belongings, in their possession at all times. Greyhound does not check bags and does not assume any responsibility for the safe and secure transport of bags over its routes. Baggage must comply with Greyhound's baggage allowances and restrictions, available at www.greyhound.com/baggage. Certain articles are not accepted for carriage. Visit www.greyhound.com/baggage  for a list of items which are not accepted. Passengers are responsible for properly tagging and identifying their baggage, including name and address. Passengers wishing to stow baggage in an under-bus baggage compartment do so at their own risk and may only place bags in such compartments with a company staff member present. Passengers are responsible for picking up their baggage promptly upon arrival and for transferring their baggage from one bus to another during a transfer, as applicable. Storage charges apply for baggage left at a Greyhound location. Passengers requiring special assistance with their baggage should speak with a staff member at a ticketing counter to make necessary arrangements. SMOKING PROHIBITED.
ISSUING CARRIER WILL BE RESPONSIBLE ONLY FOR TRANSPORTATION ON ITS OWN LINES, in accordance with tariff regulations and limitations, AND ASSUMES NO RESPONSIBILITY FOR ANY ACTS OR OMISSIONS OF OTHERS OCCURRING WITHIN OR OUTSIDE THE UNITED STATES, except as imposed by law with respect to baggage. Seating aboard vehicles operated in interstate or foreign commerce is without regard to race, color, creed, or national origin. ONE WAY FARES LIMITED TO 90 DAYS, ROUND TRIP FARES LIMITED TO 1 YEAR, SPECIAL FARES LIMITED AS ENDORSED.NOTICE: INTERSTATE BAGGAGE LIABILITY. Liability for loss of or damage to checked Baggage is limited to actual value not to exceed $250 per Adult Fare or $125 per Child Fare, unless greater value is declared and paid each time baggage is checked. The maximum declared value cannot exceed $1000 per passenger. Excess value purchased does not cover valuable articles and certain articles are not accepted as baggage (ask agent for information). Excess value coverage may be purchased at the ticket counter. Ask agent for information regarding limitations on the value of baggage checked interstate. Carrier will not accept any liability for unchecked baggage.PLACE YOUR NAME AND ADDRESS IN AND ON YOUR BAGGAGE. Government regulations and Carrier's Tariffs require that all Baggage must be properly identified. Baggage I.D. Tags should clearly show the name and address to which lost baggage should be forwarded. Free Baggage ID tags are available at all Ticket Windows and Baggage Counters. Additionally, the passenger's name and address must be on the inside of all baggage.NOTICE- INTERSTATE EXPRESS LIABILITY (NOT NEGOTIABLE) SUBJECT TO TARIFF REGULATIONS LIABILITY. This carrier will not pay loss or damage claims over $100 per shipment or $50 per package up to the limit allowed, whichever is greater, unless a greater value is declared and charges for such greater value paid. Maximum valuation on any one shipment is limited by tariff (See tariff for intrastate exceptions. In no event shall the Carrier be liable for CONSEQUENTIAL or INCIDENTAL DAMAGES for loss, damage, or delay.PASSENGERS TRAVELING TO CANADA OR MEXICO MUST HAVE PROPER TRAVEL DOCUMENTS WHICH MAY BE CHECKED AT OR PRIOR TO BOARDING A SCHEDULE DEPARTING INTO CANADA OR MEXICO AND WHICH WILL BE REQUIRED FOR ENTRY INTO CANADA OR MEXICO.

6.  Plaintiff's bags in his then-AirBnb accommodation in downtown Minneapolis, shortly after

checking in, very early in the AM, having taken an uber straight from the Greyhound Bus Station in

Minneapolis upon arriving on the Jefferson-lines Bus described in Paragraph 11,

Taken on Plaintiff's then-cellphone OnePlus 8 Pro IN2025 at 03/24/21 1:35AM CT:



7.  Picture that Plaintiff took of the iconic "US Bank Stadium," near his Minneapolis Airbnb. Taken on

his then-cellphone Oneplus 8 Pro IN2025 at  3/28/21 5:15pm CT:



8.  Plaintiff then departed Minneapolis for Honolulu on this Alaska Airlines Flight on 4/23/21



9. Plaintiff's bags partially shown, taken the morning after arrival in the cheap room he rented in a ghetto area of Honolulu...all that Plaintiff was able to afford.

Picture taken on his then-cell phone OnePlus 8 Pro IN2025 at 4/24 7:36am



10.  Plaintiff received the first and second dose of his (Moderna) covid vaccine while in Honolulu,

which serves as a great record of his whereabouts for our purposes.

Picture taken on Plaintiff's then-cellphone OnePlus 8 pro IN2025 at 05/22/21 11:05 AM HT:



11.  Shown below is an image captured by Plaintiff upon "summiting" Diamond Head Trail in Honolulu, with a view that is unmistakably Honolulu.  Picture taken on Plaintiff's then-cellphone OnePlus 8 pro IN2025 at 04/29/21 02:21 PM HT:



12.  Plaintiff then traveled to Las Vegas on 5/24/21 where he spent approximately one month:



13.  Picture taken upon arrival at the hostel, with Plaintiff's bags under the hostel bed.

Taken on Plaintiff's then-cellphone OnePlus 8 pro IN2025 at 05/24/21 11:07 PM PT:

14.



Picture plaintiff took of an iconic restaurant on East Fremont Street in Downtown, Las Vegas (not "the

stip"...North of the strip)

Taken on his then-cell phone OnePlus 8 Pro IN2025 at 5/27/21 4:54 PT:



15. Plaintiff then flew to Medellín, Colombia where he spent approximately one month:

# Flight

| **SATURDAY, JUNE 19, 2021** | | **TIME** | **DURATION** |
|---|---|---|---|
| Las Vegas, NV | | 1:48 PM | 03 h 59 min |
| Detroit, MI | | 8:47 PM | |
| **FLIGHT** | | **TERMINAL** | |
| 1188 | | 1 | |

*Change Aircraft*

| **SATURDAY, JUNE 19, 2021** | | **TIME** | **DURATION** |
|---|---|---|---|
| Detroit, MI | | 9:49 PM | 03 h 1 min |
| Fort Lauderdale, FL | | 12:50 AM+ | |
| **FLIGHT** | | **TERMINAL** | |
| 427 | | N | |

*Change Aircraft*

| **SUNDAY, JUNE 20, 2021** | | **TIME** | **DURATION** |
|---|---|---|---|
| Fort Lauderdale, FL | | 10:55 AM | 03 h 36 min |
| Medellin, Colombia | | 1:31 PM | |
| **FLIGHT** | | **TERMINAL** | |
| 237 | | 4 | |

**Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.**

**Do you have TSA Pre✓®? Don't forget to add your Known Traveler Number (KTN) to your reservation here!**

**We're committed to providing Safe Travels and peace of mind to our Guests. To further protect the health and safety of our Guests and Team Members during the**

16.  Plaintiff's bags in his Medellín AirBnb, the day after checkin.

Picture taken on Plaintiff's then-cellphone Oneplus 8 Pro IN2025 6/21/21 at 7:00 PM:



17.  Two pictures Plaintiff took in downtown El Poblado, Medellín, Colombia:

Picture taken on Plaintiff's then-cellphone Oneplus 8 Pro IN2025 6/27/21 at 2:21 PM:



18. Picture taken on Plaintiff's then-cellphone Oneplus 8 Pro IN2025 6/28/21 at 4:02 PM:



19.

Plaintiff then visited family in Colorado, and stayed there for approximately one week:

5/25/2022                                     Gmail - Spirit Airlines Flight Confirmation: VHSG4Q

# Flight

20.

**TUESDAY, JULY 20, 2021**                          **TIME**          **DURATION**
Medellin, Colombia                                  2:40 PM           03 h 25 min
Fort Lauderdale, FL                                 7:05 PM

**FLIGHT**                                          **TERMINAL**
236

- - - - - - - - - - - - - - - - - - - - - Change Aircraft - - - - - - - - - - - - - - - - - - - - -

**TUESDAY, JULY 20, 2021**                          **TIME**          **DURATION**
Fort Lauderdale, FL                                 8:30 PM           04 h 25 min
Denver, CO                                          10:55 PM

**FLIGHT**                                          **TERMINAL**
1314                                                4

**Please be aware that flight times are subject to change. Notification of schedule changes will be sent to the email address provided at the time of booking.**

We're committed to providing Safe Travels and peace of mind to our Guests. To further protect the health and safety of our Guests and Team Members during the Covid-19 coronavirus pandemic, Spirit requires appropriate face coverings during your entire journey with us. The only exception to this policy is children under the age of 2. Any other Guest who is unable to wear an appropriate face covering for any reason, including medical, will not be permitted to travel with us at this time. Please **click here** to view our full Face Covering Policy.

**Online check-in** begins 24 hours before your flight. It's the easy way to save time and money! Definitely **reconfirm your flight times** on our site on your day of travel - or at any time. It is recommended that you arrive at the airport 2 hours prior to departure time for domestic flights (United States, Puerto Rico and U.S. Virgin Islands) and at least 3 hours prior to departure time for international flights.

https://mail.google.com/mail/u/0/?ik=985c400bf7&view=pt&search=all&permmsgid=msg-f%3A1702060155892130005&simpl=ms...   2/7

While Plaintiff was in Fort Collins, he got lunch with an old friend in "Union Bar & Soda Fountain" restaurant in Fort Collins, CO.  This image is redacted for my friend's privacy, but Plaintiff can state that the original photo was taken on his then-cell phone OnePlus 8 Pro IN2025 on 7/27/21 at 12:06pm MT:



21.  Plaintiff then went to visit other family on the East Coast, where he stayed for approximately one month:



22.  During this month, Plaintiff lifted at Esporta Fitness, a gym in South Jersey.

Taken on Plaintiff's then-cellphone Oneplus 8 Pro IN2025 at 8/26/21 7:29 ET:



23.  Plaintiff then visited his father in Ishpeming, Michigan:

Picture taken on his then-cellphone Oneplus 8 Pro IN2025 at 8/29 4:09PM ET:

24.



Plaintiff then went to Orange County, California for a few weeks to help his Mother, who recent broke

her leg:

5/25/2022          Gmail - Fwd: Expedia flight purchase confirmation - Orange County, CA, United States (SNA-John Wayne) - Mon, Aug 30...

 **Travel update**

COVID-19 alert: Travel requirements are changing rapidly, including need for pre-travel COVID-19 testing and quarantine on arrival.
Check restrictions for your trip.

---

 **Traveler details**

JOSHUA LAPIN (Adult)

 View all ticketing details

 **Marquette (MQT) to Orange County (SNA)**
Bargain Fare

**American Airlines 3720 3:55pm • Marquette, MI, United States (MQT-Sawyer Intl.) to Chicago, IL, United States (ORD-O'Hare Intl.)**
Airline confirmation: VTWCXQ (American Airlines)
Economy / Coach (S)
Mon, Aug 30, 3:55pm - 4:31pm
1h 36m flight duration

---

🕐 **Layover: 49m**

---

**American Airlines 1568 5:20pm • Chicago, IL, United States (ORD-O'Hare Intl.) to Orange County, CA, United States (SNA-John Wayne)**
Terminal 3
Economy / Coach (S)
Mon, Aug 30, 5:20pm - 7:39pm
4h 19m flight duration

**Manage your itinerary**

---

https://mail.google.com/mail/u/0/?ik=985c400bf7&view=pt&search=all&permmsgid=msg-f%3A1709067430255451535&simpl=ms...   2/5

25. While there, Plaintiff captured a picture of a "Recall Newsom" flag, which relates to the then-ongoing campaign to recall California governor Gavin Newsom.  Picture taken on Plaintiff's then-cellphone OnePlus 8 pro IN2025 at 9/03/21 6:54PM:



26.  After his mother had made substantial progress in her recovery and was able to move around reasonably well, Plaintiff continued onwards with his international nomadic travels, departing for Tallinn, Estonia:

5/25/2022                    Gmail - Confirmation for JOSHUA ALBERT LAPIN | Booking number: N6NWY8

| **LAX** | **WAW** | **Cabin class:** | ECONOMY |
|---|---|---|---|
| **23:25** | **20:00** (+1d) | **Fare:** | ECONOMY |
| **Los Angeles** | **Warsaw** | **Carry-on baggage:** | 1 x 8 kg / p |
| | | **Ancillaries:** | Order now |
| | | **Meals and drinks:** | Standard m /JOSHUA / LAPIN |

--------------------------- LAYOVER ---------------------------

 26 September 2021

| | **LO 791** | | **Seat selection:** | Choose a s |
|---|---|---|---|---|
| **WAW** | | **TLL** | **Cabin class:** | ECONOMY |
| **22:50** | ⟶ | **01:35** (+1d) | **Fare:** | ECONOMY |
| **Warsaw** | | **Tallinn** | **Carry-on baggage:** | 1 x 8 kg / p |
| | | | **Ancillaries:** | Order now |
| | | | **Meals and drinks:** | /JOSHUA / LAPIN |

#FlySafeF
**Before** THE FL
CHECK THE GUIDEL

## General guidelines for passengers

1. For safety reasons **we recommend online check-in available 24 hours before depa**
2. **Access to the terminal will be limited to passengers with a valid boarding pass, f or booking confirmation** - printed or stored on mobile devices.

27.  Plaintiff's bags at his AirBnb in Tallinn, Estonia, in the very early morning upon checkin:

Picture taken on his NEW cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 9/27/21 2:26AM EET:

[Eastern European Time]



28.

Picture Plaintiff took of a political poster, relevant to the then-upcoming Estonian Municipal Elections:

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 9/27/21 11:46AM EET:

[Eastern European Time]



29.  Plaintiff took a day-trip on the Ferry, across the Gulf of Finland, departing from Tallinn, Estonia to

Helsinki Finland, where he spent the day in the latter city:



BOARDING CARD





**LAPIN JOSHUA**
ADULT

| TRIP INFORMATION | | RESERVATION NR 65850514 | WIFI CODE 89366528 | SAIL NUMBER 626908 |
|---|---|---|---|---|

TALLINN-HELSINKI STAR
STAR CLASS

→ Departure 10:30     Monday 25.10.2021     TAL/D-Terminal

→ Arrival 12:30     Monday 25.10.2021     HEL/West Harbour terminal 2 (T2)

USE THIS BOARDING CARD CODE TO ACCESS TO THE TERMINAL WAITING AREA. CODE OPENS THE GATE
ONLY ONCE.

**INFORMATION ABOUT YOUR TRIP:**

• Access to the terminal waiting area is opened 1,5 hours before the departure.
• Boarding will be closed 20 minutes before departure.

WELCOME ONBOARD!

30.  Plaintiff took this picture from the ferry To/From Tallin,Estonia / Helsinki, Finland, on his

cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 10/25/21 10:37AM [Eastern European Time]:



31.  Plaintiff then spent approximately one month in Zagreb, Croatia:

5/25/2022                                    Gmail - Travel information for your flight on 26/Oct to Zagreb



Joshua Lapin <solarwind71@gmail.com>

**Travel information for your flight on 26/Oct to Zagreb**
2 messages

**Lufthansa** <flightupdate@your.lufthansa-group.com>                          Sun, Oct 24, 2021 at 3:46 PM
Reply-To: Lufthansa <reply@fly-lh.lufthansa.com>
To: solarwind71@gmail.com



If you cannot see our e-mail or can only see part of it, please click here.   |   Deutsche Version

### Lufthansa

## Important travel information

**Dear Mr LAPIN,**
Thank you for choosing to travel with Lufthansa. We have put together
some important information to help you with your travel preparations.

### Your flight booking

BOOKING CODE                                        **JOZO6Y**

Review your booking, request services and enter
your immigration data

→ **Manage my booking**

### Tallinn – Zagreb

| Tue, 26.10.2021 | 17:35 | 19:00 | ✈ 27C |
| ⊖ LH883 | Tallinn | Frankfurt/Main Intl. | |
| My baggage | Carry-on baggage 1 x 8kg | Baggage allowance 1 x 23kg | |
| My service | → Free eJournals | | |
| ECONOMY CLASSIC | | | |

| Tue, 26.10.2021 | 20:45 | 22:10 | |
| ⚙OU415 | Frankfurt/Main Intl. | Zagreb | |
| V | | | |

CHECK-IN    → Online Check-in                        Up to 40 min before departure

32.  Plaintiff took this picture on his cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 10/28/21

3:21 PM CET [Central European Time], in the citycenter, ahead of the Zagreb Film Festival to which

this banner corresponds:



33.  After a bit more than one month in Zagreb, Plaintiff spent one month in Dubai:



**Major restrictions in certain countries**

In view of the health crisis, the authorities in certain countries, **including the Schengen Area**, are imposing strict travel restrictions on entry, transit, and stay.
Travel documents, a recent negative COVID-19 test result or medical certificates may be required at boarding, as well as quarantine on arrival.

We recommend that you thoroughly **check the mandatory formalities prior to departure. You will be denied boarding if you have not completed the formalities required before your trip.**

**Travel restrictions** may also apply in your departure and destination countries (**curfew, lockdown, travel permission certificate, etc...**). Please check the local authorities' website for details. These restrictions are subject to change at any time.

Find out more about the mandatory formalities at boarding

## YOUR FLIGHT DETAILS



**ZAGREB** (ZAG) - **AMSTERDAM** (AMS)

FRIDAY,
NOVEMBER 26

**08h30** Franjo Tuđman
**Flight KL3080** - Operated by Croatia Airlines

**10h30** Schiphol Airport



**AMSTERDAM** (AMS) - **DUBAI** (DXB)

FRIDAY,
NOVEMBER 26

**14h30** Schiphol Airport
**Flight KL0427** - Operated by KLM

**00h05 (D+1)** Dubai Airport -Terminal 1

**REVIEW YOUR FLIGHT DETAILS**

34.  View from Plaintiff's Dubai AirBnb.  Picture taken shortly after checkin, early in the morning, on his cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 11/27/21 3:04AM GT [Gulf Time]:



35.  Plaintiff's bags in his Dubai Airbnb, later that same day

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 11/27/21 1:22PM GT:



36.

Picture of downtown Dubai taken by Plaintiff.

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 11/27/214:33pm GT:



37.

Plaintiff's Next Destination Was Istanbul, Turkey:



Plaintiff's bags shown in his Istanbul AirBnb: Taken on Plaintiff's cellphone Samsung Galaxy S21

Ultra SM-G998U1 at 12/24/21 11:28 AM TRT  (Turkey Time)



38.

39.

Picture of the Turkish Flag taken in Istanbul

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 12/27/21 3:56 PM TRT:



40.  Plaintiff also developed a mild case of COVID-19 while in Istanbul, and his COVID test serves as great documentation of his *being-in-instanbul*:  (NOTE: Plaintiff is aware that is passport number and date of birth are shown on the COVID Test.  In the interest of transparency, Plaintiff accepts this risk, and is not violating his own privacy rights by publishing this data in his own complaint:)



**REPUBLIC OF TURKEY**

**MINISTRY OF HEALTH**

G5V6-5186-99



The information in the document can be verified on the enabiz.gov.tr web page opened by scanning it with any QR code reader.

**Laboratory Result Report**

Sending Institute :  **PRIVATE ÇAĞDAŞ LABORATORY**

| Patient Information | | | Sample Information | | |
|---|---|---|---|---|---|
| Name Lastname | : | JOSHUA ALBERT LAPIN | Order Reason/Prediagnosis | : | |
| Personel ID / Passport No | : | N8B2B28A0DE  /  570488731 | Sample Collection Date/Time | : | 15.01.2022 / 18:00 |
| Gender | : | Male | Sample Received Date/Time | : | 15.01.2022 / 18:15 |
| Date of Birth | : | 02.03.1997 | Laboratory no | : | 4203490243 |
| File No | : | 4011694459 | Date/Time received by Laboratory | : | 15.01.2022 / 18:15 |

| Test | Unit | Method | Limit of Quantification (LOQ) | Reference Value | Test Results | Sample Type | Result Date/Time / Approved by |
|---|---|---|---|---|---|---|---|
| Real time PCR 1 reaksiyon (SARS-CoV-2 PCR) | | | | | POSITIVE | Combined Throat And Nose Swab | 15.01.2022 20:17 / |

**Laboratory Supervisor**

Uzm.Dr.NERİMAN SAAT

ÇAĞDAŞ
TIBBI TAHLİL LABORATUVARI
Uzm. Dr. Neriman Saat
Tıbbi Mikrobiyoloji Uzmanı
Tescil No: 153090

T.C.
SAĞLIK BAKANLIĞI
RUHSAT NO 550

**Report Print Date :**  **15.01.2022**

Page No     **1/1**

**F87/MRLBÜDB/03**

41. After Istanbul, Plaintiff traveled to Tbilisi, Georgia:



5/25/2022                                    Gmail - Booking 195518224: We've checked you in

**PASSENGERS**                              **BAGGAGE**

Joshua Lapin                    1 ×    Cabin baggage
                                        55 × 40 × 20 cm , 8 kg

                                2 ×    Checked baggage
                                        78 × 52 × 28 cm , 20 kg

**Visa requirements check**
• You will enter Georgia (Tbilisi) as a final destination.

Kiwi.com is not liable for any traveler who is denied from boarding or from entering any destination due to visa or travel restriction issues.

**Istanbul → Tbilisi**

**SAW** Istanbul, Turkey                                    **10:35**
Sabiha Gökçen International                          Mon, 24 Jan 2022

**TBS** Tbilisi, Georgia                                     **13:50**
Tbilisi International                                Mon, 24 Jan 2022

Carrier: **Pegasus**

**Your boarding pass is ready**
Find it in your Kiwi.com app and web account.

Open in the app

For more info, open **Help**                               KIWI · COM
or contact our **customer support**
**www.kiwi.com**

**2 attachments**

**E-ticket_passenger_8aa5217de1885b40cf6bd62debe75be4.pdf**
340K

https://mail.google.com/mail/u/0/?ik=985c400bf7&view=pt&search=all&permthid=thread-f%3A1722659599632105819&simpl=ms...   2/5

All flights in SAW airport were cancelled due to weather, and Plaintiff "lived" in the airport for nearly two days, and eventually arrived early in the AM on January 26, on Turkish Airlines.

42.  Plaintiff's bags upon arrival after checking into his Tbilisi Airbnb:

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 1/26/22 3:23AM GT [Georgia Time]:



43.  Karkiev, Ukraine is only 854 miles from Tbilisi, Georgia, and Plaintiff was in the latter city at the time that the Russian invasion of Ukraine began.  As such, see this picture of Ukranian solidarity captured by Plaintiff while he was in Tbilisi, Georiga:

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U103/27/22 4:53PM GT



44.

Plaintiff also got covid AGAIN while in Tbilisi, with mild-moderate symptoms.  His covid test

demonstrates his whereabouts:



45.  Plaintiff spent three weeks longer than he anticipated in Tbilisi, Georgia, until he was able to

recover from covid and secure a negative covid test, which was REQUIRED in order to enter the

Phillipines at that time.  Once he did, he departed for Makati, Manilla, Phillipines:



46. Plaintiff's bags upon arrival after checking into his Makati [Manilla, Phillipines] Airbnb, with plaintiff visible in the mirror:

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 at 3/13/22 1:19 PM PHT [Phillipine Time]:



47.  Picture Plaintiff took of the "Don Bosco Technical Institute", walking distance from his then-AirBnb.

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 3/14/22 2:45PM PHT:

48.



After one month in Makai [Manilla, Phillipines], Plaintiff went to Bali, Indonesia:

3/11/2022                                          My manage booking

 (index.html)                                              MYR 1,372.98 ∨

For more information on the latest entry requirements and border restrictions, please refer to our COVID-19: Travel Advisories
(https://www.flyscoot.com/en/announcements/covid19-travel-advisories).

---

## Manila to Denpasar (Bali)

**Booking Reference: Y83L7M**
**Booking Date: Fri 11 Mar 2022**

📄 View Itinerary (/Manage/ViewItinerary)

✉ Resend Itinerary

👥 Edit Passenger Details (/Manage/EditPassengerDetails)

✈ Change Flight

✈ **1. Depart: Manila to Denpasar (Bali)**                                   Fly

**TR391 - 3h 45min**

| **MNL 19:25** | ✈ TR391 Scoot(A321neo) | **SIN 23:10** |
| Manila | 3h 45min | Singapore |
| Apr 12 (Tue), Ninoy Aquino Intl Terminal 1 | | Apr 12 (Tue), Changi Airport Terminal 1 |

Layover time: 8hr 0min

**TR280 - 2h 40min**

| **SIN 07:10** | ✈ TR280 Scoot(B787-9) | **DPS 09:50** |
| Singapore | 2h 40min | Denpasar (Bali) |
| Apr 13 (Wed), Changi Airport Terminal 1 | | Apr 13 (Wed), Ngurah Rai Intl International Terminal |

 **SIA GROUP CARBON OFFSET PROGRAMME**
You can make a positive impact and fly carbon neutral
with us by offsetting your footprint with
SIA Group Carbon Offset Programme here.
#DoGoodWithScoot
[ Offset now ]

(https://carbonoffset.flyscoot.com/)

49.  Picture Plaintiff took of his bags upon arrival at his Bali AirBnb accomadation.

Picture taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 4/13/22 12:34PM WITA

[Central Indonesian Time]:



50.  Picture Plaintiff took in Canggu, Bali, Indonesia.

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 4/23/22 03:01PM WITA



51.

Plaintiff's accommodation was "just off" of the main road in the area, Batu Bolong, which terminates

at Batu Bolong Beach.  Plaintiff captured this picture of an iconic sign at that beach:

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 4/15/22 05:06PM WITA



52.  After his 31 days in Bali, Plaintiff flew to Bangkok, Thailand, where he is currently located, and

the location from where he writes this complaint:



53.

Plaintiff's bags, two weeks ago, [as of the time of writing] upon checking into his current AirBnb in

Bangkok, Thailand:

Taken on Plaintiff's cellphone Samsung Galaxy S21 Ultra SM-G998U1 5/13/22 09:22PM ICT

[Indochina Time]



54.  Plaintiff departed for Toronto, Canada on June 12th 2022 [Indochina Date & Time]:



55.  Plaintiff spent his first night in Toronto at "The Only Backpackers Inn" hostel, June 13th 2022.

Picture taken just after check-in on his Samsung Galaxy S21 Ultra SM-G998U1 6/13/22 06:45PM

EDT:



56.  Plaintiff took this picture of iconic downtown Torronto area "Yonge-Dundas Square" on his

Samsung Galaxy S21 Ultra SM-G998U1 6/14/22 07:40PM:



57.  Plaintiff spent the following night in Toronto at a different hostel "Samesun Toronto" Picture of artwork on the wall at this hostel. Taken on Plaintiff's cell phone Samsung Galaxy S21 Ultra SM-G998U1 6/15/22 05:42AM EDT:



58.  Plaintiff checked-into a room provided by "Simply Comfort" in Downtown Toronto, where he stayed from 6/15/22 – the morning of 7/29/22 (six weeks in total).  Taken on Plaintiff's cell phone Samsung Galaxy S21 Ultra SM-G998U1 6/15/22 04:02PM EDT:



59.  Plaintiff flew to Philadelphia on 7/29/22, and will stay visit his grandparents for approximately two weeks before continuing onto a new international destination which has not yet been decided at the time of writing 7/31/22:

7/31/2022                                    Gmail - Check in for your flight

M Gmail                                                   Joshua Lapin <thehebrewhammerjosh@gmail.com>

**Check in for your flight**

**American Airlines** <AmericanAirlines@info.ms.aa.com>                    Thu, Jul 28, 2022 at 12:19 PM
To: "THEHEBREWHAMMERJOSH@GMAIL.COM" <THEHEBREWHAMMERJOSH@gmail.com>

