# Advertiser Application ✕

## Contact Information

\* Company

\* First Name

\* Last Name

\* Address 1

Apt/Suite

\* City

| \* State/Territory | \* Zip/Postal |
|---|---|
| Alabama | |

\* Country

United States

\* Phone

Fax

| IM | IM Type |
|---|---|
| | MSN |

\* Email

\* Confirm Email

## Additional Information

\* URL

**Method of Acquisition**
☐ Cost per Lead
☐ Cost per Click
☐ Cost per Sale

Description