# Email Marketing

Anyone who's attempted email marketing knows how hard it is to avoid the Promotions tab (or worse - the spam folder).

We've mastered the art of inboxing, and we've amassed millions of email subscribers since our founding.

We're also fully CAN-SPAM compliant and practice rigorous data hygiene, so our lists are always active and engaged.

Partner with us to send dedicated email ads to our subscribers and watch as new super-high-intent leads pour in. You can pay per impression, click, lead, or sale.

