**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.bigdealer.digital>
**To**: 6FYGHREVJLR0FMS.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 4 Jun 2021 22:49:13 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.bigdealer.digital>
**To**: XTLQZJIOAXEHBTX.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 3 Jun 2021 21:22:56 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

**The_brain_inside_your_p enis...**

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.bigdealer.digital>
**To**: XXFSFKKEUTVPGFT.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 4 Jun 2021 08:07:00 -0700 (PDT)

---

# Impotence_and_ED…

## Problems getting hard? Watch THIS….

**The_brain_inside_your_penis…**

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.2Qmc9r@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:11:41 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:11:44 -0700 (PDT)

---

# Reduce Your Cars Fuel Consumption By Up To 25%

# Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.AccBjY@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:13:49 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:13:51 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr
Plano, TX 75074
1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.H32cif@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:17:54 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:17:55 -0700 (PDT)

---

# 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards

## CONGRATULATIONS!

### YOU CAN GET A $100 TD Bank REWARD GIFT CARD



### Your Opinion is Important!

### Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.s1sZcq@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:19:30 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:21:26 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.XtBNu5@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:20:28 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:20:29 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.fXU4PP@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 12:16:41 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 09:16:42 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

-

if you do not wish to continue receiving emails newsletters from us  CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You could hit the Jackpot! Play Now!
**From**: LuckyCreekCasino <info.pKdJ3j@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 12:19:37 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 09:19:38 -0700 (PDT)

---

## Are you ready to win the Millionaire's Life?





unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Look beyond The Strip. Try something new at Royal Ace Casino
**From**: CasinoRoyal <info.15592@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 12:42:09 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 09:42:10 -0700 (PDT)

# A 400% Bonus is reserved for you at Royal Ace..sign up, deposit and redeem!





## USE YOUR BONUS ON HUNDREDS OF GAMES



### Exciting slots

**Over 140 thrilling slots, multiple pay lines to increase your winnings, free spins and bonuses.**



### Table games

**16 exciting table games including: Baccarat, Blackjack, Tri-Card Poker and Texas Hold'em Bonus Poker**



### Enormous jackpots

**Fantastic progressive jackpots waiting for you to strike it rich!**

      

Bonus Terms: 400% bonus with any deposit of $30 or more. 30x wagering requirement (60x for table games and video poker). No withdraw limit. The bonus is non-cashable and will be deducted from your withdraw request.

To unsubscribe, click here or write to: CasinoRoyal
9450 SW Gemini Dr #33833 Beaverton, OR 97008

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: JOIN NOW AND GET YOUR BONUS!
**From**: DailySavingFinder <info.8BJZW2@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 12:51:01 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 09:51:01 -0700 (PDT)

JOIN NOW AND GET YOUR BONUS!



This is an advertisement.
If you no longer wish to receive our offers, click here
8 The Green, Suite #5828, Dover, DE 19901

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Play the best games at Ruby Slots
**From**: SpinToWin <info.SdoneFx9QW0lXqD8NP@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 13:48:34 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 10:48:35 -0700 (PDT)

---

## Play the best games at Ruby Slots

# You're welcome offer at Ruby Slots



## GET YOUR BONUS

Available on:  

### The real Vegas experience in the comfort of your own home

- A variety of exclusive games
- Monthly and daily promos
- Truly enormous Jackpots
- Highest level of security
- Rewarding VIP program
- Top notch customer service

### $25,000,000 paid in 2016!

### Enjoy your favorite games on Ruby Slots

| SLOTS | TABLE GAMES | VIDEO POKER |
|-------|-------------|-------------|

  

  

## PLAY NOW

       

click here.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: GET YOUR 100 FREE SPINS
**From**: Maxed Bonus <info.fAamO7@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 14:14:21 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 11:14:21 -0700 (PDT)

---



# GET YOUR 100 FREE SPINS

Be a big winner, try out your luck today!



To stop these please go here write to:
616 Corporate Way Ste.2-9092
Valley Cottage, NY 10989

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Play the best games at Ruby Slots
**From**: SpinToWin <info.LhpasT@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 14:17:02 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 11:17:03 -0700 (PDT)

---

## Play the best games at Ruby Slots

# You're welcome offer at Ruby Slots



## GET YOUR BONUS

Available on:  

## The real Vegas experience in the comfort of your own home

- A variety of exclusive games
- Monthly and daily promos
- Truly enormous Jackpots
- Highest level of security
- Rewarding VIP program
- Top notch customer service

### $25,000,000 paid in 2016!

## Enjoy your favorite games on Ruby Slots

| SLOTS | TABLE GAMES | VIDEO POKER |
|---|---|---|
|  |  |  |
|  |  |  |

## PLAY NOW

       

⬧⬥▲♦⧧※ ⬧⬧▦⬧♦▢▲⬧♦⬧ ⬥ ⬧♦▦▲⬧▦※ ⬧♦⬧ ⬧♦⬧▲♦▦⬧▢⬧ ⬧▢ ⬥※♦♦⬧

⬧⬥♦♦▦♦▢▦⬧ ▦⬥ ⬧▢▦▦▦※ ⬧ ⬥⬥※ ⬥♦ ⬥ ※⬥⬥▲♦ ※ ※♦▲♦⬥ ⬧▢※ [click here] ⬥▢ ※▦♦ ▲ ※♦▦※ ⬥♦※♦ ※♦▲ ※⬥

⬥♦▦▲♦ ⬥ ※※▲⬥♦♦⬥♦ ▢ ⬧♦⬥♦ ♦♦ ♦▲⬧▢⬥▲ ※▦ ♦▦ ⬥▦⬥♦♦♦ ⬧♦ ※♦▲ ▲ ▢♦♦ ♦▢ ⬧▢  ⬦

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get a 200% sign up bonus on your first deposit up to $2000.
**From**: "Games, Slots, Tables" <info.hukEIx@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 14:48:21 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 11:48:55 -0700 (PDT)

---

# 200% Welcome Bonus up to $2000

# Automatically be credited 200% of your deposit amount, join to play!



relationships with some of the biggest VIP around the world. With all the years and all the experience I can sum up everything I have learned in three words "support, support, support".

**[Claim My 50 USD FREE](#)**

From the outset, I wanted the very fabric of my club to be built around support. For the most part, I deal exclusively with our most valued clients.

The purpose of this e-mail is to introduce you to the club that I have opened and all the benefits I think you could enjoy.
Some things need to be seen for themselves. Come to my club and let the product speak for itself.

I can guarantee the best support and response time, the biggest range of games and the best experience online.
To start you off at True Fortune, I would like to offer you a $50 Free just signup and mention the code **SAM200** to our 24/7 live support agents; you will be met by our helpful support staff and the best online gaming experience out there.
See you online!
Sam A.
True Fortune

Home | Promotions | Banking | Games

This is an advertisement. To Unsubscribe, see opt out details below
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Exclusive New Player Offers, Play Today!
**From**: Diamond Bull VIP <info.pWfmxU@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 15:03:26 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 12:03:30 -0700 (PDT)

# Exclusive New Player Offers, Play Today!

## Unwrap This Awesome Gift
## 350% Match Bonus + 50 Free Spins

Sign up with Raging Bull and get a fantastic 350% Match Bonus.
Just use the code **SANTA350** to claim it today.

### Hurry up, your offer expires in 72 hours!

**GET STARTED NOW**

### The best games are at Raging Bull

Check out our extensive selection of slots, video poker, and table
games to choose from. Enormous jackpots and the best promotions
are available at your fingertips.

 SLOT MACHINES      TABLE GAMES      VIDEO POKER

          

**TODAY'S JACKPOT SPOTLIGHT**

$ 1 , 8 2 5 , 7 6 3 . 6 3

**CHANCE YOUR LUCK!**

              

Email: support@ragingbullcasino.com | Toll Free: 1-800-920-0726 | Live Chat

Click here to unsubscribe.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.53945@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 15:07:27 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 12:07:27 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Just 1 tsp after dinner flattens your tummy overnight...
**From**: Doctors Don't Give a Poop <info.jaGKKtlz72o5SsTQvC@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 15:32:25 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 12:33:48 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

Hi

A military scientist discovered this ancient japanese mixture of herbs will heal your gut and force your body to flush out all your unwanted belly fat.

It helped his mom and thousands of other people lose 39 pounds without a single sit-up or workout.

>>>Swallow this Spice Mixture To Burn Off 21 Pounds of Pure Stubborn Body Fat

And it tastes great! Give it a try tonight…

Sign Off

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Americans are hurrying to Conceal Carry!
**From**: TheQuickPermit <info.Dhg5df@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 16:11:46 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 13:11:47 -0700 (PDT)

---

# Carry a Gun Legally. Answer 6 Questions and Get Qualified!

**Hurry!** Get Certified Before Anti-Gun Groups Shut This Down!



# GET YOUR CONCEALED CARRY CERTIFICATION TODAY!



## Check Which Permit Is Valid In Your State

Enter Zip Code | **Get Started** ▶

*As Seen In:*

 Cabela's  SCHEELS

## We Offer The Following Certifications

✓ Online Certification      ✓ Local Certification

✓ Live Fire Certification   ✓ In Person Certification

**Get Started** ▶

This message is an advertisement. If you would prefer not to receive future emails from us, or if you've changed your email address please unsubscribe below or write to us at: 297 Kingsbury Grade, Suite 1163 Stateline NV 89449.

Unsubscribe

© 2020 All rights reserved

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.y5qctG@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 17:48:26 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 14:48:28 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Vivint Home Security, Free Install* with Purchase
**From**: VivintUSA <info.7bd1p4@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 18:07:15 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 15:07:17 -0700 (PDT)

---

## Get a smarter home this year - customized and professionally installed

### Keep your family safe this year with Vivint

### 1-833-809-8611





Featured in:








*Offer Details

Qualifying system purchase requires minimum $599.99 equipment purchase and applicable services agreement. Equipment purchase may be financed subject to an agreement with one of Vivint's financing partners. Offer not available in all states or provinces. Monthly $1.48 cellular network maintenance fee applies. Taxes and local permit fees may apply. New Vivint Customers only.

Financing Options Available

Financing eligibility and terms subject to credit approval. Financing options require a service agreement coterminous with applicable financing agreement. Month-to-month service agreement available when equipment is purchased upfront. Additional equipment may be purchased and financed

equipment is purchased upfront. Additional equipment may be purchased and financed.

Vivint Systems & Services

System supports up to six cameras subject to sufficient WiFi speeds. Without a Vivint services plan, product and system functionality is limited (including loss of remote connectivity). Speak to a Vivint representative at the phone number in this offer for complete equipment, services, and package details, including pricing and financing details. Products and services in Louisiana provided by Vivint Louisiana Commercial Certificate #58280.

---------------------------------------

Don't want to receive email updates? Unsubscribe here.
4931 N 300 W, Provo, UT 84604

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: RateZip can help with a lower monthly payment.
**From**: RateZip Partners <info.Oeg7fK@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 18:23:16 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 15:23:19 -0700 (PDT)

---

## Refinance your home and save on the important things.

## Refi your mortgage and save!







  

Peklava LLC, is a Duly Licensed Mortgage Broker and a Marketing Lead Generator, as required by law, in 26 states,with its main office located at 78 Pine Street, Suite A, New Canaan, CT 06840, Peklava LLC, DBA RateZip NMLS ID 1592292. For a list of all applicable state disclosures and licensing, please visit RateZip's website or contact us.

This is a commercial email.
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.DTedvv@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 18:25:40 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 15:25:42 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr
Plano, TX 75074
1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post mail To 9560 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: Huge jackpots and 60 free spins just for you
**From**: Exclusive Promo <info.5hF7KO@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 19:03:26 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 16:03:27 -0700 (PDT)

---

# Play & Keep your Winnings with DrakeCasino!

# Get 60 free spins now



You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.b2SjR5@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 19:05:34 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 16:05:37 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.ld07mk@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Tue, 01 Jun 2021 19:06:23 -0400 -+03:00
**Date Received**: Tue, 1 Jun 2021 16:06:24 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.oOdlPf@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 02 Jun 2021 18:22:10 -0400 -+03:00
**Date Received**: Wed, 2 Jun 2021 15:22:11 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Americans are hurrying to Conceal Carry!
**From**: TheQuickPermit <info.L0gTR7@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 02 Jun 2021 18:57:37 -0400 -+03:00
**Date Received**: Wed, 2 Jun 2021 15:57:37 -0700 (PDT)

---

# Carry a Gun Legally. Answer 6 Questions and Get Qualified!

**Hurry! Get Certified Before Anti-Gun Groups Shut This Down!**





# GET YOUR CONCEALED CARRY CERTIFICATION TODAY!

## Check Which Permit Is Valid In Your State

Enter Zip Code

**Get Started** ▶

*As Seen In:*

 **Cabela's** **SCHEELS**

## We Offer The Following Certifications

✓ Online Certification    ✓ Local Certification

✓ Live Fire Certification    ✓ In Person Certification

**Get Started** ▶

This message is an advertisement. If you would prefer not to receive future emails from us, or if you've changed your email address please unsubscribe below or write to us at: 297 Kingsbury Grade, Suite 1163 Stateline NV 89449.

Unsubscribe

© 2020 All rights reserved

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Americans are hurrying to Conceal Carry!
**From**: TheQuickPermit <info.7UbLBX@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 02 Jun 2021 18:57:25 -0400 -+03:00
**Date Received**: Wed, 2 Jun 2021 15:57:26 -0700 (PDT)

---

# Carry a Gun Legally. Answer 6 Questions and Get Qualified!

**Hurry!** Get Certified Before Anti-Gun Groups Shut This Down!



# GET YOUR CONCEALED CARRY CERTIFICATION TODAY!



## Check Which Permit Is Valid In Your State

Enter Zip Code

**Get Started** ▶

*As Seen In:*



*Cabela's*   **SCHEELS**

## We Offer The Following Certifications

✅ Online Certification     ✅ Local Certification

✅ Live Fire Certification     ✅ In Person Certification

**Get Started** ▶

This message is an advertisement. If you would prefer not to receive future emails from us, or if you've changed your email address please unsubscribe below or write to us at: 297 Kingsbury Grade, Suite 1163 Stateline NV 89449.

Unsubscribe

© 2020 All rights reserved

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Americans are hurrying to Conceal Carry!
**From**: TheQuickPermit <info.qGm4g8@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 02 Jun 2021 18:58:12 -0400 -+03:00
**Date Received**: Wed, 2 Jun 2021 15:58:13 -0700 (PDT)

# Carry a Gun Legally. Answer 6 Questions and Get Qualified!

**Hurry!** Get Certified Before Anti-Gun Groups Shut This Down!



# GET YOUR CONCEALED CARRY CERTIFICATION TODAY!



## Check Which Permit Is Valid In Your State

Enter Zip Code

**Get Started** ▶

*As Seen In:*

 *Cabela's* **SCHEELS**

## We Offer The Following Certifications

✓ Online Certification ✓ Local Certification

✓ Live Fire Certification ✓ In Person Certification

**Get Started** ▶

This message is an advertisement. If you would prefer not to receive future emails from us, or if you've changed your email address please unsubscribe below or write to us at: 297 Kingsbury Grade, Suite 1163 Stateline NV 89449.

Unsubscribe

© 2020 All rights reserved

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: Your match <info.19bMW0@airporalkan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 03 Jun 2021 12:06:01 -0400 -+03:00
**Date Received**: Thu, 3 Jun 2021 09:06:01 -0700 (PDT)

---

## Keep in touch with that special someone wherever you are!

# MyHotFlings

## StillWaters, 25

You don't need to test your partner because you make sure you know them well enough, to begin with. You enjoy the journey to uncovering the sexy side of the relationship. You are fun and flirty.

**Send her a message!**



## YourSexyDream, 28

Obviously, you have to have the desire to worship me. You have to be willing to treat me like I am the sexiest woman you've ever seen. Also, you really have to be fit and trim, because you should be as sexy as I am.

**Send her a message!**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! You Just Won 100 Free Jackpot Spins!
**From**: BonusMonster <info.vMQFLU@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 03 Jun 2021 12:15:38 -0400 -+03:00
**Date Received**: Thu, 3 Jun 2021 09:15:38 -0700 (PDT)

---

# <span style="color:red">Congratulations! You Just Won 100 Free Jackpot Spins!</span>

Join now and get 99 Free Spins!



## Join the No Deposit Bonus Newsletter and get...

## 99 Free Spins on 'Fat Cat' video slot

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



Click here to <u>unsubscribe</u> or write to: 99 Free Spins 233 W 38th St Unit 68 New York, NY 10018-9998

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: You have a new match <info.AVsYS8@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 03 Jun 2021 12:29:47 -0400 -+03:00
**Date Received**: Thu, 3 Jun 2021 09:29:48 -0700 (PDT)

---

### <span style="color:red">No need to be single anymore</span>



## "I've been spending a lot of time at home. What do you want to chat about?"



**Send Free Message**

CITY ♡ SWEETIES

### "I've got a lot of free time, what do you want to chat about? Send me something nice will you..."

Plenty of free time, sitting at home, what should you do? A little distraction doesn't hurt! Looking for an exciting chat? Do you need a serious conversation or a naughty adventure? **CitySweeties helps you get in contact with Singles!**

**SEND FREE MESSAGE**

On the couch or rather in the backyard in the sun? CitySweeties works anytime, anywhere! On your phone, your tablet or on your laptop. **Stay in touch with your matches and new singles where and whenever you want.**

   

This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! You Just Won 100 Free Jackpot Spins!
**From**: BonusMonster <info.TqdJGU@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 03 Jun 2021 13:41:06 -0400 -+03:00
**Date Received**: Thu, 3 Jun 2021 10:41:06 -0700 (PDT)

---

# Congratulations! You Just Won 100 Free Jackpot Spins!

Join now and get 99 Free Spins!



## Join the No Deposit Bonus Newsletter and get...

### 99 Free Spins on 'Fat Cat' video slot

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



Click here to unsubscribe or write to: 99 Free Spins 233 W 38th St Unit 68 New York, NY 10018-9998

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Huge jackpots and 60 free spins just for you
**From**: *Drake Casino* <info.wdbv8q@unnyblock.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 19:26:38 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:26:24 -0700 (PDT)

---

# Play & Keep your Winnings with DrakeCasino!

## Get 60 free spins now



You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Huge jackpots and 60 free spins just for you
**From**: *Drake Casino* <info.tdiFiP@unnyblock.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 19:26:30 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:31:36 -0700 (PDT)

---

# Play & Keep your Winnings with DrakeCasino!

# Get 60 free spins now



You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! You Just Won 100 Free Jackpot Spins!
**From**: BonusMonster <info.nTgZ5m@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:01:30 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:04:21 -0700 (PDT)

---

# Congratulations! You Just Won 100 Free Jackpot Spins!

Join now and get 99 Free Spins!



## Join the No Deposit Bonus Newsletter and get...

## 99 Free Spins on 'Fat Cat' video slot

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



Click here to unsubscribe or write to: 99 Free Spins 233 W 38th St Unit 68 New York, NY 10018-9998

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! You Just Won 100 Free Jackpot Spins!
**From**: BonusMonster <info.OA3ds3@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:01:26 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:03:44 -0700 (PDT)

---

# Congratulations! You Just Won 100 Free Jackpot Spins!

Join now and get 99 Free Spins!



## Join the No Deposit Bonus Newsletter and get...

## 99 Free Spins on 'Fat Cat' video slot

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



Click here to unsubscribe or write to: 99 Free Spins 233 W 38th St Unit 68 New York, NY 10018-9998

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: Your match <info.5usJuK@airporalkan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:02:18 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:02:19 -0700 (PDT)

---

# Keep in touch with that special someone wherever you are!

# MyHotFlings

## StillWaters, 25

You don't need to test your partner because you make sure you know them well enough, to begin with. You enjoy the journey to uncovering the sexy side of the relationship. You are fun and flirty.

**Send her a message!**



## YourSexyDream, 28

Obviously, you have to have the desire to worship me. You have to be willing to treat me like I am the sexiest woman you've ever seen. Also, you really have to be fit and trim, because you should be as sexy as I am.

**Send her a message!**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: Your match <info.AZAKDh@airporalkan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:02:12 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:02:13 -0700 (PDT)

---

## Keep in touch with that special someone wherever you are!

# MyHotFlings

### StillWaters, 25

You don't need to test your partner because you make sure you know them well enough, to begin with. You enjoy the journey to uncovering the sexy side of the relationship. You are fun and flirty.

**Send her a message!**



### YourSexyDream, 28

Obviously, you have to have the desire to worship me. You have to be willing to treat me like I am the sexiest woman you've ever seen. Also, you really have to be fit and trim, because you should be as sexy as I am.

**Send her a message!**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: Your match <info.ivu39p@airporalkan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:02:07 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:02:08 -0700 (PDT)

---

### Keep in touch with that special someone wherever you are!

**MyHotFlings**

### StillWaters, 25

You don't need to test your partner because you make sure you know them well enough, to begin with. You enjoy the journey to uncovering the sexy side of the relationship. You are fun and flirty.

**Send her a message!**



### YourSexyDream, 28

Obviously, you have to have the desire to worship me. You have to be willing to treat me like I am the sexiest woman you've ever seen. Also, you really have to be fit and trim, because you should be as sexy as I am.

**Send her a message!**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: You have a new match <info.HlpABQ@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:05:26 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:06:14 -0700 (PDT)

<span style="color:red">**No need to be single anymore**</span>



## "I've been spending a lot of time at home. What do you want to chat about?"

**Send Free Message**

CITY ♥ SWEETIES



### "I've got a lot of free time, what do you want to chat about? Send me something nice will you..."

Plenty of free time, sitting at home, what should you do? A little distraction doesn't hurt! Looking for an exciting chat? Do you need a serious conversation or a naughty adventure? **CitySweeties helps you get in contact with Singles!**

**SEND FREE MESSAGE**

On the couch or rather in the backyard in the sun? CitySweeties works anytime, anywhere! On your phone, your tablet or on your laptop. **Stay in touch with your matches and new singles where and whenever you want.**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: You have a new match <info.uQ0xGJ@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:05:18 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:21:00 -0700 (PDT)

---

## No need to be single anymore



## "I've been spending a lot of time at home. What do you want to chat about?"

**Send Free Message**



CITY ♡ SWEETIES

### "I've got a lot of free time, what do you want to chat about? Send me something nice will you..."

Plenty of free time, sitting at home, what should you do? A little distraction doesn't hurt! Looking for an exciting chat? Do you need a serious conversation or a naughty adventure? **CitySweeties helps you get in contact with Singles!**

**SEND FREE MESSAGE**

On the couch or rather in the backyard in the sun? CitySweeties works anytime, anywhere! On your phone, your tablet or on your laptop. **Stay in touch with your matches and new singles where and whenever you want.**

   

This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you looking for some fun dates?
**From**: You have a new match <info.OJ6Jzz@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:05:13 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:06:16 -0700 (PDT)

## <span style="color:red">No need to be single anymore</span>



## "I've been spending a lot of time at home. What do you want to chat about?"



**Send Free Message**

CITY ♡ SWEETIES

### *"I've got a lot of free time, what do you want to chat about? Send me something nice will you..."*

Plenty of free time, sitting at home, what should you do? A little distraction doesn't hurt! Looking for an exciting chat? Do you need a serious conversation or a naughty adventure? **CitySweeties helps you get in contact with Singles!**

**SEND FREE MESSAGE**

On the couch or rather in the backyard in the sun? CitySweeties works anytime, anywhere! On your phone, your tablet or on your laptop. **Stay in touch with your matches and new singles where and whenever you want.**



This offer is brought to you by Katherine Martin
To be removed from our list simply **click here** or write to us at:
Katherine Martin ,308 Hartford,,St.Easley,SC,29640

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! You Just Won 100 Free Jackpot Spins!
**From**: BonusMonster <info.U50uED@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 04 Jun 2021 20:07:18 -0400 -+03:00
**Date Received**: Fri, 4 Jun 2021 17:33:52 -0700 (PDT)

---

# Congratulations! You Just Won 100 Free Jackpot Spins!

Join now and get 99 Free Spins!



## Join the No Deposit Bonus Newsletter and get...

## 99 Free Spins on 'Fat Cat' video slot

- Plus also get directly to your inbox...
- Free spins on new exciting slot games
- Complimentary credits to play slots, bingo and more at various sites
- Free entry to exclusive tournaments and contests

*Terms and conditions apply

There is no cost to join and you can unsubscribe at any time

Ready to start playing? **Click the button below to join!**



Click here to **unsubscribe** or write to: 99 Free Spins 233 W 38th St Unit 68 New York, NY 10018-9998

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Fwd: Vivint Home Security, Free Install* with Purchase
**From**: Joshua Lapin <thehebrewhammerjosh@gmail.com>
**To**: Sean Mosman <sean.mosman@vivint.com>
**Date Sent**: Thu, 10 Jun 2021 14:07:24 -0700
**Date Received**: Thu Jun 10 21:07:24 UTC 2021

---------- Forwarded message ---------
From: **VivintUSA** <info.7bd1p4@destbaplia.com>
Date: Tue, Jun 1, 2021 at 3:07 PM
Subject: Vivint Home Security, Free Install* with Purchase
To: <thehebrewhammerjosh@gmail.com>





Featured in:











*Offer Details

Offer Details

Qualifying system purchase requires minimum $599.99 equipment purchase and applicable services agreement. Equipment purchase may be financed subject to an agreement with one of Vivint's financing partners. Offer not available in all states or provinces. Monthly $1.48 cellular network maintenance fee applies. Taxes and local permit fees may apply. New Vivint Customers only.

Financing Options Available

Financing eligibility and terms subject to credit approval. Financing options require a service agreement coterminous with applicable financing agreement. Month-to-month service agreement available when equipment is purchased upfront. Additional equipment may be purchased and financed.

Vivint Systems & Services

System supports up to six cameras subject to sufficient WiFi speeds. Without a Vivint services plan, product and system functionality is limited (including loss of remote connectivity). Speak to a Vivint representative at the phone number in this offer for complete equipment, services, and package details, including pricing and financing details. Products and services in Louisiana provided by Vivint Louisiana Commercial Certificate #58280.

---

Don't want to receive email updates? Unsubscribe here.

4931 N 300 W, Provo, UT 84604

if you do not wish to continue receiving emails newsletters from us UNDERLINE CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.PLcqRa@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:03:16 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:03:18 -0700 (PDT)

---

# Lost a Package Tell Us More Limited Quantities



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: how to make any girl want to bang you (free video)
**From**: Stealth Attraction <info.7xnzpB@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:54:44 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:54:59 -0700 (PDT)

---

## How to get her with ZERO chance of rejection!

# Imagine having this super power

 This new free video shows you 1 simple trick you can use TONIGHT to get any girl you want turned on, attracted to you, and begging to go to bed with you FAST....

Click Here To Watch

Use this trick to sleep around or use it to get a girlfriend who is wayy out of your league.

The choice is yours.

But you have to act fast because it's only online until mid night tonight.

Click Here To Watch

6130 W. Flamingo Rd, Box 877 Las Vegas, NV 89103
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.0Dcah0@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:23:27 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:23:27 -0700 (PDT)

---

# Congrats! You've received a Visa reward



## CONGRATULATIONS!

### YOU CAN GET A $100 Visa REWARD GIFT CARD



**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Visa Reward - click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.HoltZK@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:47:22 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:47:23 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.J91IDp@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:21:54 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:21:54 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.14669@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:08:57 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:08:58 -0700 (PDT)

---

# Use Your Chance to Test & keep the new Gillette Heated Razor





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.vIKXd7@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:08:51 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:08:52 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

# CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.YAsc4R@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:26:17 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:26:17 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.4MIbEs@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:57:38 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:57:39 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# DEWALT

## Test & Keep a Power Tool Combo Kit

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.80vPSQ@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:07:15 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:07:16 -0700 (PDT)

---

# Remarkable Device Stops Dog Barking In Its Tracks

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.wBAr2N6v2vHGAd0Rxd@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:17:37 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:17:39 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe

161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.NnNWXl@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 18:10:58 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 15:12:08 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: Re: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Joshua Lapin <thehebrewhammerjosh@gmail.com>
**To**: postmaster@corrkhieleast.com
**Date Sent**: Mon, 31 May 2021 04:16:10 -0500
**Date Received**: Mon May 31 09:16:10 UTC 2021

---

Hello,
    Are you affiliated with the product "Red Dot Sight"?

From,
Joshua Lapin

On Sun, May 30, 2021 at 5:12 PM Red Dot Sight <info.NnNWXl@bishopriat.com> wrote:

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.u549Koxl8pQzN5bcBl@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:55:44 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:55:45 -0700 (PDT)

---

# Bad or no credit? No Problem! You are still approved!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.tc81Qg@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:56:21 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:56:22 -0700 (PDT)

---

## 30,000+ Russian Girls Determined to Find Boyfriends





**Marina (29 years)**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.LNC7ng@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:23:17 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 14:23:17 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your?friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.ApIwa0@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 17:42:49 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 16:15:54 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.MDo0Ej@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:31:22 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:31:23 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.9v3dXV@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 18:21:23 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 15:21:24 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Cute Russian Girls Are ONLY One Clicks Away from You
**From**: Charming Russian Girls <info.10525@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:28:30 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:30:15 -0700 (PDT)

---

## She is waiting for you! Don't hesitate



To unsubscribe, please click here.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.U8aEsB@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 18:18:25 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 15:18:27 -0700 (PDT)

---

# 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards





if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.fXoqE0@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 18:20:15 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 15:20:19 -0700 (PDT)

---

## Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.oAz8ar@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:18:14 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:18:23 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

-

if you do not wish to continue receiving emails newsletters from us  CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.gJhikl@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 16:19:58 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 13:19:59 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.Kj62Zh@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:19:47 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:22:41 -0700 (PDT)

## Lost a Package Tell Us More Limited Quantities



if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.DhSBRv@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:19:52 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:52:53 -0700 (PDT)

## Lost a Package Tell Us More Limited Quantities



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.aZimeQ@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:28 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:31 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.2Adf7C@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:42 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:43 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.UaZlug@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:40:51 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:40:52 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.DRtsuA@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:40:30 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:40:30 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.xFZlX4@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:40:57 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:40:58 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.9Krun8@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:38:20 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:38:21 -0700 (PDT)

---

# 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards





if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.JqANMe@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:38:08 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:38:09 -0700 (PDT)

---

# <span style="color:green">30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards</span>



if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.LFTEDm@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:39:23 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:39:27 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.as07GH@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:39:04 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:39:06 -0700 (PDT)

---

## Congratulations! You can get a Citibank gift card!



if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.pBcDDi@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 12:39:12 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 09:39:15 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



## CONGRATULATIONS!

### YOU CAN GET A $100 Citibank REWARD GIFT CARD

### Your Opinion is Important!

### Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: MemberSurveyPanel* <useyourown@5o3KCX.hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 15:36:38 -0700 (PDT)
**Date Received**: Mon, 31 May 2021 15:36:38 -0700 (PDT)

---

<table style="display:none;"><HEaD >

Hi dhg,

My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo.

Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of.

Did any of the times on our website work for you and if so, were you able to schedule a demo okay?
Here they are again: hTtP://calendly.com/dylan-eventtemple/30min

If not, just let me know and we'll find something else.

--
Dylan Basile
*Book a demo with me here:*

Hi dfdh,

Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom.

=== Account Information ===
Username: sgfdg
Site ID: fwh

=== Your Account Console ===

Thanks again!
Team lacdvvpnpc

Powered by lacdvvpnpc

</title>

Dear lcTychll rGhEG,

Welcome to the Enterprise Plus? membership experience.

Your Enterprise Plus member number and user name is HYFYF4W.

Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts.

In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating.

To get the most from your next rental, simply go to http:// and log in with your member number.

Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

== You need a budget, and your email needs confirmation. ==

Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below:

Confirm your email

Thank you!

And we're serious about budgeting glory. It's a real thing, and you will bask in it.

Regards,

The YNAB Team

<

Dear ashish.ukey003 yyyfy,

Welcome to the Enterprise Plus? membership experience.

Your Enterprise Plus member number and user name is HYFYF4W.

Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts.

In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating.

To get the most from your next rental, simply go to http:// and log in with your member number.

Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

>

Hi jdtnsomzkhadi,

My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo.

Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of.

Did any of the times on our website work for you and if so, were you able to schedule a demo okay?
Here they are again: hTtP://calendly.com/dylan-eventtemple/30min

If not, just let me know and we'll find something else.

--
Dylan Basile

*Book a demo with me here:*

Hi dfdh,

Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom.

=== Account Information ===
Username: uywg
Site ID: dsg

=== Your Account Console ===

Thanks again!
Team lacdvvpnpc

Powered by lacdvvpnpc
<table height=4125>
<table height=4125>
<table height=4125>

Login Name: mengmxmxuh
Password: lacdvvpnpc

How do I become a tester for the XT 808 flashlight?

Login Name: wkorbkrewq
Password: lacdvvpnpc

More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world

lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**

It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland +

IBM Cloud

Hello Nancy,

Thank you for signing up for IBM Cloud! Confirm your account to get started.

Confirm Account

By confirming your account, you accept the Terms of Use

Welcome and happy building!

_

Thank you,

IBM Cloud
Visit the IBM Cloud console.

? Copyright IBM Corporation 2014, 2018.

# IBM

+
V?rification du compte

Confirmez votre adresse e-mail afin d'activer votre compte

Confirmer

Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que
arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite
vous lancer sur Podio.

Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans
votre navigateur afin d'effectuer la v?rification :

hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1

Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 -
US +

our wonderful wistia logo
Welcome to Wistia!
You're five minutes away from adding beautiful video to your site!

## Activate your account

Hi Nancy,

Your Fastly account is almost ready. We just need to verify that you?re human.

Please confirm your email here:
hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623

Thanks. We?re glad you?re here.

The Fastly Team [support@fastly.com](support@fastly.com) [www.twitter.com/fastly](www.twitter.com/fastly)

+

Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email.

**CONFIRM YOUR EMAIL?**

From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec!

Helpful Links

1. Download Parsec for your device

2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere

3. Connect with your friends on Parsec

4. If you don't have a gaming PC to co-op with friends, build one on Parsec

5. Join our Discord for support, updates, and finding friends to game with

Parsec Cloud, Inc.
115 Broadway, Fifth Floor, New York, NY 10006, USA

</object>

</html>

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 21:58:31 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 22:39:39 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 22:39:50 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 21:58:01 UTC 2021

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <useyourown@bPdasQ.disconsis.com>
**To**: thehebrewwhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 15:21:20 -0700 (PDT)
**Date Received**: Mon, 31 May 2021 15:21:20 -0700 (PDT)

---

<table style="display:none;"><HEaD >

Hi dhg,

My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo.

Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of.

Did any of the times on our website work for you and if so, were you able to schedule a demo okay?
Here they are again: hTtP://calendly.com/dylan-eventtemple/30min

If not, just let me know and we'll find something else.

--
Dylan Basile

*Book a demo with me here:*

Hi dfdh,

Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom.

=== Account Information ===
Username: sgfdg
Site ID: fwh

=== Your Account Console ===

Thanks again!
Team lacdvvpnpc

Powered by lacdvvpnpc

</title>

Dear lcTychll rGhEG,

Welcome to the Enterprise Plus? membership experience.

Your Enterprise Plus member number and user name is HYFYF4W.

Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts.

In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating.

To get the most from your next rental, simply go to [http://](http://) and log in with your member number.

Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

== You need a budget, and your email needs confirmation. ==

Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below:

Confirm your email

Thank you!

And we're serious about budgeting glory. It's a real thing, and you will bask in it.

Regards,

The YNAB Team

<

Dear ashish.ukey003 yyyfy,

Welcome to the Enterprise Plus? membership experience.

Your Enterprise Plus member number and user name is HYFYF4W.

Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts.

In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating.

To get the most from your next rental, simply go to [http://](http://) and log in with your member number.

Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

>

Hi jdtnsomzkhadi,

My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo.

Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of.

Did any of the times on our website work for you and if so, were you able to schedule a demo okay?
Here they are again: hTtP://calendly.com/dylan-eventtemple/30min

If not, just let me know and we'll find something else.

--
Dylan Basile

*Book a demo with me here:*

Hi dfdh,

Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom.

=== Account Information ===
Username: uywg
Site ID: dsg

=== Your Account Console ===

Thanks again!
Team lacdvvpnpc

Powered by lacdvvpnpc
<table height=4125>
<table height=4125>
<table height=4125>

Login Name: mengmxmxuh
Password: lacdvvpnpc

How do I become a tester for the XT 808 flashlight?

Login Name: wkorbkrewq
Password: lacdvvpnpc

More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world

lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
lacdvvpnpc
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**
**XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH**

It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland +

IBM Cloud

Hello Nancy,

Thank you for signing up for IBM Cloud! Confirm your account to get started.

Confirm Account

By confirming your account, you accept the Terms of Use

Welcome and happy building!

_

Thank you,

IBM Cloud
Visit the IBM Cloud console.

? Copyright IBM Corporation 2014, 2018.

# IBM

+
V?rification du compte

Confirmez votre adresse e-mail afin d'activer votre compte

Confirmer

Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que
arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio.

Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification :

hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1

Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US +

our wonderful wistia logo
Welcome to Wistia!
You're five minutes away from adding beautiful video to your site!

## Activate your account

Hi Nancy,

Your Fastly account is almost ready. We just need to verify that you?re human.

Please confirm your email here:
hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623

Thanks. We?re glad you?re here.

The Fastly Team [support@fastly.com](mailto:support@fastly.com) [www.twitter.com/fastly](http://www.twitter.com/fastly)

+

Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email.

**CONFIRM YOUR EMAIL?**

From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec!

Helpful Links

1. Download Parsec for your device

2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere

3. Connect with your friends on Parsec

4. If you don't have a gaming PC to co-op with friends, build one on Parsec

5. Join our Discord for support, updates, and finding friends to game with

Parsec Cloud, Inc.

115 Broadway, Fifth Floor, New York, NY 10006, USA

</object>

</html>

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 22:38:54 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 22:57:07 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 22:18:51 UTC 2021

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.rcFg4x@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 18:59:52 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 15:59:52 -0700 (PDT)

---

## [Win an iPad Pro + a Magic Keyboard | Participate Now >>](#)






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.ufdsUs@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 19:10:57 -0400 -+03:00
**Date Received**: Mon, 31 May 2021 16:11:06 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

-

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 23:03:17 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 21:59:49 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 21:54:07 UTC 2021

**Subject**:
**From**:
**To**:
**Date Sent**:
**Date Received**: Mon May 31 21:55:09 UTC 2021

**Subject**: Delivery Status Notification (Failure)
**From**: Mail Delivery Subsystem <mailer-daemon@googlemail.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 31 May 2021 02:17:05 -0700 (PDT)
**Date Received**: Mon, 31 May 2021 02:17:05 -0700 (PDT)
**Attachments**: attachment_2.txt,Headers: Re: SHOOTERS: This Red Dot Sight Aims the Gun for you

---

 **Message not delivered**

Your message couldn't be delivered to
**postmaster@corrkhieleast.com** because the remote server is
misconfigured. See technical details below for more
information.

---

The response from the remote server was:

550 Please turn on SMTP Authentication in your mail client. mail-lf1-f45.google.com
[209.85.167.45]:41473 is not permitted to relay through this server without authentication.

---

Hello,
    Are you affiliated with the product "Red Dot Sight"?

From,
Joshua Lapin

On Sun, May 30, 2021 at 5:12 PM Red Dot Sight <info.NnNWXl@bishopriat.com> wrote:

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.qSPUSK@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:57:49 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:57:50 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us  CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.GYTYOe@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:57:58 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:57:59 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.koglAN@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:57:55 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:57:55 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.FgfFUw@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:57:44 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:57:45 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us  CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.TM1toE@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:58:35 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:58:36 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.VNhpbI@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 10:58:29 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 07:58:30 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.EPwHe4@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:00:14 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:00:14 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



**Test & Keep a Power Tool Combo Kit**

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.ZWEgWP@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:00:08 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:00:08 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.JPxaNs@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:00:02 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:00:03 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: how to make any girl want to bang you (free video)
**From**: Stealth Attraction <info.T1tdMh@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:08:48 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:10:46 -0700 (PDT)

---

## How to get her with ZERO chance of rejection!

# Imagine having this super power

This new free video shows you 1 simple trick you can use TONIGHT to get any girl you want turned on, attracted to you, and begging to go to bed with you FAST....

Click Here To Watch

Use this trick to sleep around or use it to get a girlfriend who is wayy out of your league.

The choice is yours.

But you have to act fast because it's only online until mid night tonight.

Click Here To Watch

6130 W. Flamingo Rd, Box 877 Las Vegas, NV 89103
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.lpBNG8bcx5cghQH1Vu@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:09:40 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:10:30 -0700 (PDT)

## Bad or no credit? No Problem! You are still approved!

**Poor Credit?
Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: how to make any girl want to bang you (free video)
**From**: Stealth Attraction <info.CMtuYI@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:09:00 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:09:58 -0700 (PDT)

---

## How to get her with ZERO chance of rejection!

# Imagine having this super power

This new free video shows you 1 simple trick you can use TONIGHT to get any girl you want turned on, attracted to you, and begging to go to bed with you FAST....

Click Here To Watch

Use this trick to sleep around or use it to get a girlfriend who is wayy out of your league.

The choice is yours.

But you have to act fast because it's only online until mid night tonight.

Click Here To Watch

6130 W. Flamingo Rd, Box 877 Las Vegas, NV 89103
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: how to make any girl want to bang you (free video)
**From**: Stealth Attraction <info.1egyLe@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:09:05 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:09:06 -0700 (PDT)

---

## How to get her with ZERO chance of rejection!

# Imagine having this super power

This new free video shows you 1 simple trick you can use TONIGHT to get any girl you want turned on, attracted to you, and begging to go to bed with you FAST....

Click Here To Watch

Use this trick to sleep around or use it to get a girlfriend who is wayy out of your league.

The choice is yours.

But you have to act fast because it's only online until mid night tonight.

Click Here To Watch

6130 W. Flamingo Rd, Box 877 Las Vegas, NV 89103
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.QsLcSkufcipBogD0ar@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:10:11 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:10:12 -0700 (PDT)

---

# Bad or no credit? No Problem! You are still approved!

## Poor Credit?
## Don't Sweat It.





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.w6PHho@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:11:30 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:11:31 -0700 (PDT)

## 30,000+ Russian Girls Determined to Find Boyfriends





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received
a message from Marina.**

All our members are looking for fun
and often send sexy photos. Are
you okay with seeing sexy photos?

View her
sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.XskFD9@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:11:24 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:11:25 -0700 (PDT)

## 30,000+ Russian Girls Determined to Find Boyfriends





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received
a message from Marina.**

All our members are looking for fun
and often send sexy photos. Are
you okay with seeing sexy photos?

**View her
sexy photos**

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.PeD8ee@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:12:30 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:12:30 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus membership number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.sLVwIu@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:12:03 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:12:04 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.q6RioQ@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:12:36 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:12:36 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



## Test & Keep a Power Tool Combo Kit

worth $500

### GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.0o6u5q@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:19:35 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:42:27 -0700 (PDT)

---

# Lost a Package Tell Us More Limited Quantities



You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.0zrnT3@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:21:20 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:21:21 -0700 (PDT)

---

# Remarkable Device Stops Dog Barking In Its Tracks

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

Claim Your Discount Here

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.RdT8Uz@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:21:43 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:21:44 -0700 (PDT)

---

# **Remarkable Device Stops Dog Barking In Its Tracks**

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.CrR0DJ@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:21:31 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:21:32 -0700 (PDT)

# Remarkable Device Stops Dog Barking In Its Tracks

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.GEHbEL@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:22:33 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:22:33 -0700 (PDT)

---

# Use Your Chance to Test & keep the new Gillette Heated Razor





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.LY4xj3@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:22:37 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:22:38 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.28300@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:22:50 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:22:50 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.3qrwYe@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:25:49 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:25:49 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.EAAiQz@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:25:38 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:25:38 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.8Mpkmn@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:25:43 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:25:44 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE
CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP
NIGHTTIME URGES TO USE THE BATHROOM, AND
PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.LzxiJo@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:26:31 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:26:31 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.zZA60X@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:27:00 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:27:00 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.HVJZ3M@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:27:06 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:27:06 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.ci5hrzuoHRscYKakxm@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:33:38 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:45:58 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe

161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.wYiJDHApJef1ECRnW7@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:34:08 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:43:17 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe
161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.heAPDu@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:37:12 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:37:12 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.9B5ChT@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:37:55 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:37:56 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la vérification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your?friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.LD0UFY@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:37:01 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:37:01 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.E3kKIY@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:37:06 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:37:06 -0700 (PDT)

## Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.W6gGeN@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:38:18 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:38:19 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc
Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la vérification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your?friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.3qTuFA@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:38:07 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:38:07 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.4JIOqH@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:48:47 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:48:48 -0700 (PDT)

## Reduce Your Cars Fuel Consumption By Up To 25%

## Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.8PdBmQ@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:48:53 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:48:54 -0700 (PDT)

---

# Reduce Your Cars Fuel Consumption By Up To 25%

# Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.tp8Cwh@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:48:42 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:48:52 -0700 (PDT)

---

## Reduce Your Cars Fuel Consumption By Up To 25%

## Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.qfc5IC@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:49:08 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:49:16 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.TWER4n@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:49:27 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:49:34 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.eR9gyz@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:49:21 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:49:28 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.EaGiDg@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:11 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:13 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.K3EA2a@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:00 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:02 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.Daaxk7@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:03 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:04 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9360 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.wYSN91@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sun, 30 May 2021 11:51:19 -0400 -+03:00
**Date Received**: Sun, 30 May 2021 08:51:20 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: ð_ððµð¶ð»ð¸_ðð¼ð_ðºð¶ðððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ðððð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð ðð²ð¿ð¸_ð¶ðºðð½ð¼ðð¿ð®ð½ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 21:42:56 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## <span style="color:white; background-color:red">This is important!</span>

**Can't Load Image? CLICK HERE To See it!**

## I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101

Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue receiving email newsletters CLICK HERE or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ðŏµð¶ð»ð¸_ðŏ¼ð_ðºð¶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð ðð²ð¿ð_ð¶ðºð½ð¼ð¿ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 17:11:48 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# <u>search_for_yourself and see_what_comes_up!</u>

## <span style="background-color:red; color:white">This is important!</span>

Can't Load Image? **CLICK HERE** To See it!

## I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:** This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.realoffers.xyz>
**To**: BN3NTF9QJHRCOKX.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 28 May 2021 14:59:33 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_p enis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: FHYKB5NAZS88KLP.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 22:26:54 -0700 (PDT)

---

# Impotence_and_ED…

## Problems getting hard? Watch THIS….

### The_brain_inside_your_penis…

**Can't Load Image?** **CLICK HERE** **To See it!**

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.iAvtBo@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:31:40 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:31:42 -0700 (PDT)

---

# 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards



**CONGRATULATIONS!**

**YOU CAN GET A $100 TD Bank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.QH8RdK@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:38:59 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:39:02 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.exGgeN@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:39:10 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:39:13 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.k58u1a@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:45:07 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:45:08 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.RswLJY@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:45:18 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:45:20 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.drr4ix@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 10:48:15 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 07:48:17 -0700 (PDT)

---

# 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards

## CONGRATULATIONS!

### YOU CAN GET A $100 TD Bank REWARD GIFT CARD



### Your Opinion is Important!

### Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010

Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.k03I6A@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 10:50:01 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 08:17:00 -0700 (PDT)

---

# Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.ebP5G0@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 10:51:22 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 07:51:24 -0700 (PDT)

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.loCHSS@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 11:28:21 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 08:28:57 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.T9rCl4@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 11:30:00 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 08:31:23 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.Vx7zex@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 11:31:51 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 08:31:52 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory in their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9365 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.U9tpLu@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 12:16:42 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 09:17:50 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.cSoxg7@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 12:18:23 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 09:19:41 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.aq1aMx@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 12:30:03 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 09:32:52 -0700 (PDT)

---

# Lost a Package Tell Us More Limited Quantities



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.uphdmW@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 12:37:10 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 09:37:11 -0700 (PDT)

---

# Remarkable Device Stops Dog Barking In Its Tracks

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.42102@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 12:40:16 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 09:40:17 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.yGrQEO9MXT3MDvO3XB@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 13:02:16 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 10:02:18 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





<u>Unsubscribe</u>
161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.iajyPD@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 14:31:38 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 11:32:37 -0700 (PDT)

# Lost a Package Tell Us More Limited Quantities



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: how to make any girl want to bang you (free video)
**From**: Stealth Attraction <info.HPbwZO@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 18:36:12 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 15:46:04 -0700 (PDT)

---

## How to get her with ZERO chance of rejection!

# Imagine having this super power

This new free video shows you 1 simple trick you can use TONIGHT to get any girl you want turned on, attracted to you, and begging to go to bed with you FAST....

Click Here To Watch

Use this trick to sleep around or use it to get a girlfriend who is wayy out of your league.

The choice is yours.

But you have to act fast because it's only online until mid night tonight.

Click Here To Watch

6130 W. Flamingo Rd, Box 877 Las Vegas, NV 89103
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.A1nxMT4mjKERRm66le@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 18:38:50 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 15:38:51 -0700 (PDT)

## Bad or no credit? No Problem! You are still approved!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.zw7Ciy@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 18:39:11 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 15:39:12 -0700 (PDT)

## 30,000+ Russian Girls Determined to Find Boyfriends





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.HVRtzH@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 18:42:01 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 15:43:14 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.QRwC49@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 19:21:45 -0400 -+03:00
**Date Received**: Fri, 28 May 2021 16:21:45 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.V7uN7W@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 19:25:47 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 05:37:11 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.RSuMKX@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 28 May 2021 19:29:46 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 05:34:43 -0700 (PDT)

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congratulations! A TD Bank reward has arrived!
**From**: *TD Bank Feedback* <info.VAv3Uj@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:08:28 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:08:29 -0700 (PDT)

---

## 30 Seconds Will Reward You With $50 in Exclusive TD Bank Rewards





if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Congrats! You've received a Citibank reward
**From**: *Good News* <info.KYUcQ0@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:09:59 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:10:01 -0700 (PDT)

---

## Congratulations! You can get a Citibank gift card!



**CONGRATULATIONS!**

**YOU CAN GET A $100 Citibank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 Citibank Reward – click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Did you forget? Your $100 CashApp Reward Is Waiting
**From**: YOU WON <info.PpJeg3@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:10:48 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:10:49 -0700 (PDT)

---

# Shopper, You can qualify to get a $100 CashApp gift card!

# CONGRATS!

## You Can Get $100 CashApp Gift Card



## Your Opinion is Important!

## Take a Survey to Claim Your $100 CashApp Reward - click below to get started



115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.aGMW7m@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:18:00 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:18:09 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.Yo1yfU@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:21:18 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:21:19 -0700 (PDT)

---

# Reduce Your Cars Fuel Consumption By Up To 25%

# Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.EVJaVf@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:24:41 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:26:52 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.zQ7Rae@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 12:26:16 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 09:26:17 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,548,Greenville,South Carolina,29615

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.dZXV9J@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 17:43:15 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 14:43:14 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.eHAnT4@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 17:46:50 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 14:46:50 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



**Continue**

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.EigFjT@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 17:56:00 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:22:45 -0700 (PDT)

## Lost a Package Tell Us More Limited Quantities



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.lh0JIZ@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:00:43 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:00:44 -0700 (PDT)

# Remarkable Device Stops Dog Barking In Its Tracks

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.74752@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:30:52 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:30:53 -0700 (PDT)

---

# Use Your Chance to Test & keep the new Gillette Heated Razor





The Heated Razor was designed to transform shaving from a daily chore into an enjoyable and gratifying experience providing continuous warmth and comfort.

With the release of this revolutionary razor, you may be eligible to **test & keep** one of the most favorite shaving products on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.uqYKKZHB0TftMXyiUU@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:40:24 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:40:26 -0700 (PDT)

---

# Bad or no credit? No Problem! You are still approved!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time <u>Unsubscribe</u>

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.cpzlW7@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:41:45 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:41:46 -0700 (PDT)

## This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.iUImKc@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:41:28 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:41:28 -0700 (PDT)

## 30,000+ Russian Girls Determined to Find Boyfriends





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received
a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her
sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.cM53kv@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:51:34 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:57:56 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.


TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.IaIAxQ@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:51:28 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:51:29 -0700 (PDT)

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.1rihsI@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:54:16 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:54:16 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.GQxv0s@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 18:54:53 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 15:54:53 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.IG1pBK@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 19:00:08 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 16:00:09 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.VkKNOmVjOgYtsLxIs1@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 29 May 2021 19:48:46 -0400 -+03:00
**Date Received**: Sat, 29 May 2021 17:23:20 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe
161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: ð_ððµð¶ð»ð¸_ðð¼ð_ðºð¶ðððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ðððð²ð¿ð±ð®ð...ð§ðµð¶ð¶ð_ð¶ð
ðð²ð¿ð¸_ð¶ð¶ºð½ð¼ð¼ð¿ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 06:49:39 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## <span style="color:red">This is important!</span>

**Can't Load Image? CLICK HERE To See it!**

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: TAFORHUY8SZVHIX.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 11:52:24 -0700 (PDT)

---

# Impotence_and_ED…

## Problems getting hard? Watch THIS….

**The_brain_inside_your_p enis…**

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: VPUCR4HDZHCFNEA.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 27 May 2021 00:56:57 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_p enis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.rZhB5N@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:11:15 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 00:08:12 -0700 (PDT)

---

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.sk790q@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:11:38 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 22:58:07 -0700 (PDT)

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.1exsTx@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:17:41 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 22:32:25 -0700 (PDT)

---

## Paraquat Lawsuit Information: Potential Compensation



DON'T LET YOU OR YOUR FAMILY SUFFER IN SILENCE!

This is a free connection service only and there is no charge to be connected with an attorney.

Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here:
hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.DkWMbD@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:23:37 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:40:02 -0700 (PDT)

---

## High Demand for properties just like yours, review inquiries

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.DX1R8F@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:24:32 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:28:45 -0700 (PDT)

---

## High Demand for properties just like yours, review inquiries

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.wDoCFu@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:26:40 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:27:36 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A Mastercard for less than perfect credit
**From**: *FIT Mastercard Offer* <info.8FbO2B@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:29:22 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 04:51:29 -0700 (PDT)

---

## All Credit Types Welcome to Apply. Use your card at locations everywhere that Mastercard is accepted





Limited Credit - No Problem

▶ Perfect credit not required

▶ Apply from any device

▶ Shop across USA and online, anywhere Mastercard is accepted

**Get Started »**

If approved, just pay an $89.00 processing fee to open your account.

The FIT Mastercard® Credit Card is issued by The Bank of Missouri, member FDIC, pursuant to a license from Mastercard® International.

**Card use subject to credit approval and available credit. See Rates, Fees, Costs and Limitations page for additional details. If approved, just pay an $89.00 Processing Fee to open your account.

THIS IS AN ADVERTISEMENT

This email advertisement is for a FIT Mastercard® Credit Card. For complete details, please visit www.yourcreditfit.com. You are receiving this message because you opted-in to receiving emails from a 3rd party. This email was sent to you by the 3rd party, not from FIT Mastercard® itself. If you do not wish to receive future emails about this offer, please click Here to unsubscribe or if you wish to unsubscribe by mail, please send to: Marketing Department, P. O. Box 3220, Buffalo, NY 14240, ATTN: Customer Care

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Confirmed: Your Fifty Dollar TD Bank Reward
**From**: *You're Approved* <info.PETsO2@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:30:53 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 13:37:05 -0700 (PDT)

---

# Congrats! You've Been Selected For $50 TD Bank Reward



### CONGRATULATIONS!

**YOU CAN GET A $100 TD Bank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.3ntFQj@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:30:24 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:30:36 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes…...And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.fflyRt@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:48:49 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:49:17 -0700 (PDT)

---

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself…

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.vF7TcC@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:48:54 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:49:11 -0700 (PDT)

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself…

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.p9P4f5@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:49:18 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:50:38 -0700 (PDT)

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

[Click here to see the discovery for yourself…](#)

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it.

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.DR1J58Xz7iPhSBGxrY@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 08:17:50 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 05:18:50 -0700 (PDT)

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.EFw4sA@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:53:27 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:53:28 -0700 (PDT)

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bring Your Own Wi-Fi Wherever You Go!
**From**: Portable WiFi <info.hbetcC@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:53:33 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:53:38 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us  CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.LGNKe0@androretacken.com>
**To**: thehebrewwhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:55:09 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:55:10 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



## Congratulations!

You are invited to join a 60-second survey about your experiences with **PNC Bank** and get access to selected offers valued at $50 and greater.

All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.wl2QeY@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:55:24 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:55:26 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.4aePax@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:59:25 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:59:25 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.47JXFH@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 11:59:30 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 08:59:31 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.6WFLaz@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 12:35:47 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 09:35:48 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.Pk1VBQ@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 12:35:53 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 09:35:53 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.ev00Lh@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 12:40:08 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 09:40:08 -0700 (PDT)

---

## Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Get Bladder Relief + Improved Urination Control
**From**: ProstateMD <info.sD2wPy@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 12:40:13 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 09:40:14 -0700 (PDT)

# Get Bladder Relief + Improved Urination Control





DOCTOR'S URGE PATIENTS TO MAKE ONE SIMPLE CHANGE TO SHRINK YOUR ENLARGED PROSTATE, STOP NIGHTTIME URGES TO USE THE BATHROOM, AND PROTECT AGAINST DEADLY CONSEQUENCES.

**LEARN MORE!**



If you wish to unsubscribe from future mailings please click here or write to:
12925 Riverside Drive, 4th Floor SHERMAN OAKS, CA 91423

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.dRjYUT8PuHScDRwi0F@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:13:18 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:19:50 -0700 (PDT)

## Bad or no credit? No Problem! You are still approved!

**Poor Credit?
Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: No credit check! Your approval is guaranteed!
**From**: Advance Platinum <info.huIx5kqkPsNCZwktf9@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:13:25 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:13:26 -0700 (PDT)

## Bad or no credit? No Problem! You are still approved!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.zUbC78@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:31:31 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:31:32 -0700 (PDT)

---

# 30,000+ Russian Girls Determined to Find Boyfriends





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

**You have received a message from Marina.**

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.4e1O5Y@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:31:20 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:31:21 -0700 (PDT)

---

## 30,000+ Russian Girls Determined to Find Boyfriends





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

**View her sexy photos**

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.PSntJB@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:33:19 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:33:19 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

**GUARANTEED TOUGH.®**

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.8MET09@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 13:33:29 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 10:33:30 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.SuwHYG@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 14:16:41 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 11:32:49 -0700 (PDT)

## Lost a Package Tell Us More Limited Quantities



# Lost Package?

## You could get an exclusive reward worth over

# $50

## for sharing your experience!

**START NOW**

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: hurry up ! We Need to know if you lost a package.
**From**: *MemberSurveyPanel* <info.BCZE1J@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 14:16:47 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 11:23:15 -0700 (PDT)

---

# Lost a Package Tell Us More Limited Quantities



You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you

to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle

conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.U0fyk9@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 14:55:35 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 11:55:35 -0700 (PDT)

## Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>
**From**: Surveys & Promotions <info.1eGJSX@suctralits.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 14:55:29 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 11:55:29 -0700 (PDT)

---

# Watch TV Like You've Never Seen Before! Get Your Samsung QLED TV >>



Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations

and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.NUcXcT@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 15:04:51 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 12:04:51 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la vérification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your?friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: It Is Your Chance To Win An iPad Pro + A Magic Keyboard!
**From**: Action required <info.v5WiMb@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 15:04:56 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 12:04:57 -0700 (PDT)

---

## Win an iPad Pro + a Magic Keyboard | Participate Now >>






Get a 7-day trial for **tvzone247** for only $1.50 and a chance to win a iPad Pro and a magic keyboard.

Choose the color of iPad you would like to win?



Continue

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc

Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez

votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la vérification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.4AlF5f@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:17:06 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:17:07 -0700 (PDT)

---

# Remarkable Device Stops Dog Barking In Its Tracks

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.tNifaS@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:17:12 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:17:13 -0700 (PDT)

---

# Remarkable Device Stops Dog Barking In Its Tracks

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.IIFjLT@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:27:59 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:28:00 -0700 (PDT)

---

# Use Your Chance to Test & keep the new Gillette Heated Razor





This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Use Your Chance to Test & keep the new Gillette Heated Razor
**From**: Action Required <info.59422@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:28:05 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:28:06 -0700 (PDT)

---

# <u>Use Your Chance to Test & keep the new Gillette Heated Razor</u>





This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.XupMaBjWohUMZj4WTn@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:48:47 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:49:23 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe

161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Spotify or Apply Music? You Decide for $100 Worth of Music Streaming Service!
**From**: Music Streaming Services <info.62biNT32lNTQgPx9h1@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 16:51:35 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 13:58:20 -0700 (PDT)

---

# $100 Worth of Music Streaming Service for your Opinion!





Unsubscribe

161 office 5 Limassol, Cyprus, 3027

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.bXLDF8@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 17:17:58 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 14:18:00 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Hit This Pressure Point To Increase Your Size by 67%
**From**: *Incredibly simple elongation method* <info.rw0Rqd@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 17:18:04 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 14:18:06 -0700 (PDT)

---

# Hit This Pressure Point To Increase Your Size by 67%

Who would've imagined that something so mind-blowingly easy could allow ANY man out there to add length and strength...

Without using any drugs, creams, or surgeries?

Many thought it was just a joke at first...

But make no mistake, once you hit this pressure point...

You're going BIG!

The growth that a growing army of men experienced so far is just too unbelievable not to try this trick at least once...

The genius hack is clearly explained on this page so you can use it right away.



You may unsubscribe at any time. Unsubscribe

1st Floor - Unit 102 World Trade Center 6 Bayside Road, Gibraltar GX111AA

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.vOby2g@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 17:28:21 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 14:28:21 -0700 (PDT)

---

## Reduce Your Cars Fuel Consumption By Up To 25%

## Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: BREAKING: "Big Oil" Wants This Clever Fuel Saving Device Banned For Good
**From**: "*OrderEffuel.com*" <info.6DlhmF@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 17:28:15 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 14:28:16 -0700 (PDT)

---

## Reduce Your Cars Fuel Consumption By Up To 25%

## Save Money at the Gas Pump Without Changing Your Driving Style



1967 East Maple St Canton OH 44720
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.a8KphS@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:05:39 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:05:40 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory in their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 6560 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.j1if6Z@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 27 May 2021 18:05:44 -0400 -+03:00
**Date Received**: Thu, 27 May 2021 15:05:45 -0700 (PDT)

---

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546 Greenville,South Carolina,29615

**Subject**: ð¸ðð𵶻ð»ð¸¸ ðð¼ð¸ ðªð¶ðððð²ð± ðªð¸ ð²ðªð®ð¶ð¹ð¹¸ ðð²ðððð²ð¿ð±ð®ð...ð§ðµð¶¶ð¶ðð¶
ðð²ð¿ð¸ ð¶ð¶ºð½ð¼ðð¿ð±ð®ð»ð¸!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 25 May 2021 13:34:34 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# <u>search_for_yourself and see_what_comes_up</u>!

## <span style="background-color:red;color:white">This is important!</span>

Can't Load Image? <u>CLICK HERE</u> To See it!

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð¸ðð¼ð¶ð»ð¸ ¸ðð¼ð¼ð¸ ðºð¶ðððð²ð± ðºð¸ ð²ðºð¸®ð¶ð¹¹ ¸ðð²ððð²ð¿ð±ð®ð…ð§ðµð¶ð¶ð¸ ðððð¸ð¸ ¸ð¶ðºð½ð¼ð¿ð¼ð¸ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 25 May 2021 17:10:42 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## <span style="color:white; background-color:red">This is important!</span>

**Can't Load Image?** <u>**CLICK HERE**</u> **To See it!**

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ððµð¶ð»ð_¸ðð¼ð_ðºð¶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð ðð²ð¿ð_ð¶ðºð½ð¾ð¼ð¿ððð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 25 May 2021 14:40:04 -0700 (PDT)

---

<div align="center">

### <span style="color:red">Seriously,</span>
# <ins>search_for_yourself and see_what_comes_up!</ins>

## <span style="background-color:red; color:white">This is important!</span>

</div>

**Can't Load Image?** <ins>CLICK HERE</ins> **To See it!**

## I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

[ Enter Any Name ]

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð<sup>ª</sup>Why are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: D3THYFVFKUFWDWE.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 25 May 2021 16:32:13 -0700 (PDT)

---

# Impotence_and_ED…

## Problems getting hard? Watch THIS….

**The_brain_inside_your_penis…**

**Can't Load Image? CLICK HERE To See it!**

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: JUJRIDSDW9YVLQ2.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 25 May 2021 16:32:19 -0700 (PDT)

---

# Impotence_and_ED…

## Problems getting hard? Watch THIS….

### The_brain_inside_your_p enis…

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.00dMJN@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:43:50 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 12:32:06 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there... toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body...

**And antibiotics can actually make the fungus worse...** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days... and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.v53D9b@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:44:13 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 12:37:58 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there… toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body…

**And antibiotics can actually make the fungus worse…** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days… and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,.546,Greenville,South Carolina,29615

**Subject**: Take Advantage of FREE Shipping Now for Granite Male
**From**: *Granite* <info.qQUPth@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:51:59 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 12:43:03 -0700 (PDT)

---

# Better Sex with Granite Male Enhancement



Unsubscribe Here

9108 Cedarwood St. East Brunswick, NJ 08816

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.xci5ye@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 17:44:48 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 22:33:22 -0700 (PDT)

---

## Paraquat Lawsuit Information: Potential Compensation



DON'T LET YOU OR YOUR FAMILY SUFFER IN SILENCE!

This is a free connection service only and there is no charge to be connected with an attorney.
Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.eCvgph@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 17:44:27 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 18:02:51 -0700 (PDT)

---

## Paraquat Lawsuit Information: Potential Compensation



This is a free connection service only and there is no charge to be connected with an attorney.

Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.pvZrZC@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 17:44:46 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 14:52:59 -0700 (PDT)

---

# Paraquat Lawsuit Information: Potential Compensation



This is a free connection service only and there is no charge to be connected with an attorney.
Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now however!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding.

Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.fnHkVy@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:01:43 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:01:44 -0700 (PDT)

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

[Click here to see the discovery for yourself…](#)

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it

Pharmaceutical companies want to censor it...

Because they worry as more men watch this video...

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you...

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.W6l3bK@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:01:35 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:01:36 -0700 (PDT)

---

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you...

That's because it reveals that the root cause of ED...

Or any other performance problem in the bedroom...

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself...

Even though this breakthrough finding is supported by the latest scientific research...

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.eGZzvh@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:01:32 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:01:32 -0700 (PDT)

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself…

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it...

Because they worry as more men watch this video...

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you...

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.scalsD@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:33:47 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:34:21 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.SGgHLj@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:33:34 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:34:06 -0700 (PDT)

# The Fastest Way To Stop A Barking Dog (It's Genius)

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

Claim Your Discount Here

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.UoNp60@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:33:43 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:33:54 -0700 (PDT)

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.ONqSzy@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:36:55 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:36:57 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,**
**Take a Look.**





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



truthfinder

Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.18623@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:37:04 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:37:05 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,**
**Take a Look.**





[Discover what your report says about you - before your spouse, family, friends, or coworkers do.](#)

You could be surprised by what's publicly available on you. [Look up your own name](#) to see what others could potentially see about you, or [search anyone you know](#).

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do [Click Here to Enter a Name.](#)



truthfinder™

Click [unsubscribe](#) to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us [CLICK HERE](#)
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.FTSErY@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:37:00 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:37:01 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,**
**Take a Look.**





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



truthfinder

Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New Knee Sleeve Is Helping Millions With Pain.
**From**: Compressa <info.8ywuYU@sionitierd.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:55:46 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:55:47 -0700 (PDT)

# New Knee Sleeve Is Helping Millions Turn Back The Clock On Aging Knees.

Take a Stand Against Knee Pain with Compressa

# The #1 Ranked Knee Compression Sleeve for Instant Pain Relief



**Comfortable Fabric**

High-quality fabric comfortable for all-day use, moisture-wicking, and breathable.

**Premium Strength Elastic**

Wraps the kneecap to cushion and protect the soft tissue.

**Optimal Compression**

Improves muscular endurance, protects the knee, reduces pain and inflammation.

**Aid in Recovery**

Helps you recover faster, enhance performance, and train safer.

**Durable Material**

Designed for professional athletes to firmly compress the knee and improve blood flow.

## Say Goodbye to Sore, Stiff Knees - Instantly!



**Limited Time Offer: 50% Off**

If you wish to unsubscribe from future mailings please click **here** or write to:
18766 John J Williams Hwy, Ste 153, Rehoboth Beach, DE 19971

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.d2Y9bF@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:57:23 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 16:04:59 -0700 (PDT)

---

## High Demand for properties just like yours, review inquiries

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.FPbJh3@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 18:57:33 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 15:59:57 -0700 (PDT)

---

## High Demand for properties just like yours, review inquiries

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A Mastercard for less than perfect credit
**From**: *FIT Mastercard Offer* <info.AAhX1A@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 19:00:00 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 16:14:07 -0700 (PDT)

---

## All Credit Types Welcome to Apply. Use your card at locations everywhere that Mastercard is accepted



Limited Credit - No Problem

▶ Perfect credit not required

▶ Apply from any device

▶ Shop across USA and online, anywhere Mastercard is accepted

**Get Started »**

If approved, just pay an $89.00 processing fee to open your account.

The FIT Mastercard® Credit Card is issued by The Bank of Missouri, member FDIC, pursuant to a license from Mastercard® International.

**Card use subject to credit approval and available credit. See Rates, Fees, Costs and Limitations page for additional details. If approved, just pay an $89.00 Processing Fee to open your account.

THIS IS AN ADVERTISEMENT

This email advertisement is for a FIT Mastercard® Credit Card. For complete details, please visit www.yourcreditfit.com. You are receiving this message because you opted-in to receiving emails from a 3rd party. This email was sent to you by the 3rd party, not from FIT Mastercard® itself. If you do not wish to receive future emails about this offer, please click Here to unsubscribe or if you wish to unsubscribe by mail, please send to: Marketing Department, P. O. Box 3220, Buffalo, NY 14240, ATTN: Customer Care

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A Mastercard for less than perfect credit
**From**: *FIT Mastercard Offer* <info.mM0ejh@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 19:00:11 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 16:18:39 -0700 (PDT)

---

## All Credit Types Welcome to Apply. Use your card at locations everywhere that Mastercard is accepted





**Limited Credit - No Problem**

▶ Perfect credit not required

▶ Apply from any device

▶ Shop across USA and online, anywhere Mastercard is accepted

**Get Started »**

If approved, just pay an $89.00 processing fee to open your account.

The FIT Mastercard® Credit Card is issued by The Bank of Missouri, member FDIC, pursuant to a license from Mastercard® International.

**Card use subject to credit approval and available credit. See Rates, Fees, Costs and Limitations page for additional details. If approved, just pay an $89.00 Processing Fee to open your account.

THIS IS AN ADVERTISEMENT

This email advertisement is for a FIT Mastercard® Credit Card. For complete details, please visit www.yourcreditfit.com. You are receiving this message because you opted-in to receiving emails from a 3rd party. This email was sent to you by the 3rd party, not from FIT Mastercard® itself. If you do not wish to receive future emails about this offer, please click Here to unsubscribe or if you wish to unsubscribe by mail, please send to: Marketing Department, P. O. Box 3220, Buffalo, NY 14240, ATTN: Customer Care

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A Mastercard for less than perfect credit
**From**: *FIT Mastercard Offer* <info.d6jwpY@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 19:00:14 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 16:08:36 -0700 (PDT)

---

## All Credit Types Welcome to Apply. Use your card at locations everywhere that Mastercard is accepted





Limited Credit - No Problem

▶ Perfect credit not required

▶ Apply from any device

▶ Shop across USA and online,
  anywhere Mastercard is accepted

**Get Started »**

If approved, just pay an $89.00
processing fee to open your account.

The FIT Mastercard® Credit Card is issued by The Bank of Missouri, member FDIC, pursuant to a license from Mastercard® International.

**Card use subject to credit approval and available credit. See Rates, Fees, Costs and Limitations page for additional details. If approved, just pay an $89.00 Processing Fee to open your account.

THIS IS AN ADVERTISEMENT

This email advertisement is for a FIT Mastercard® Credit Card. For complete details, please visit www.yourcreditfit.com. You are receiving this message because you opted-in to receiving emails from a 3rd party. This email was sent to you by the 3rd party, not from FIT Mastercard® itself. If you do not wish to receive future emails about this offer, please click Here to unsubscribe or if you wish to unsubscribe by mail, please send to: Marketing Department, P. O. Box 3220, Buffalo, NY 14240, ATTN: Customer Care

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.VRd8dB@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:01:47 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:01:48 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory in their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.il4wFt@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:01:20 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:01:21 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.Tmh5He@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:01:42 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:01:43 -0700 (PDT)

---

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: We help you to seek right benefits in no time! Guaranteed!
**From**: USA Benefits Guide <info.lhOH5D@husichan.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:03:41 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:21:33 -0700 (PDT)

## Benefits that you are looking for are just a click away!



1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.r0IYLmLLiYzgstTz7A@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:11:44 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:14:09 -0700 (PDT)

## Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.bZfboZ6EnwCUZB2ZQE@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:11:58 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:18:44 -0700 (PDT)

---

# Open to get instant $1,000 credit line!

## Poor Credit? Don't Sweat It.





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260, Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.Tj6PdzOJ4UYCuny3Qi@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 20:12:07 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 17:14:10 -0700 (PDT)

## Open to get instant $1,000 credit line!

# Poor Credit?
# Don't Sweat It.





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.VzqT863bDgyMlDjfDc@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 21:03:56 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 18:04:32 -0700 (PDT)

---

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.JYQpiLWb6BxUf8xtPd@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 21:03:50 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 18:04:25 -0700 (PDT)

---

# **Truly believe this formula is a work of art**

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.egdyYkdHWims0bsf1d@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 21:09:06 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 18:09:11 -0700 (PDT)

---

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.tbeQ1K@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:04:49 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:04:50 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

**You have received a message from Marina.**

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?

activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.WfYc4j@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:06:36 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:06:37 -0700 (PDT)

## Let these beauties add some sunshine to your life





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.MfLpst@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:06:36 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:07:05 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.27rB5niqep8rllqUDq@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:12:15 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:14:14 -0700 (PDT)

## Open to get instant $1,000 credit line!

**Poor Credit?
Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.Wgyd20tJUCcrFdk5RR@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:12:44 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:14:33 -0700 (PDT)

---

## Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.65Kpif8rQqwGKkpzJg@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:12:34 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:14:34 -0700 (PDT)

---

# Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.BcsMF8@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:20:14 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:25:50 -0700 (PDT)

## This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep
## a Power Tool Combo Kit

### GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.hHv6wR@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:20:23 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:21:47 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

**GUARANTEED TOUGH®**

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.5yQNSU@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:20:27 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:25:56 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.h8Xgjz@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:23:44 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:24:44 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.tzJWGz@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:23:38 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:24:45 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.C3BgTi@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:24:30 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:25:19 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,** **Take a Look.**





**Discover what your report says about you - before your spouse, family, friends, or coworkers do.**

You could be surprised by what's publicly available on you. **Look up your own name** to see what others could potentially see about you, or **search anyone you know**.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do **Click Here to Enter a Name.**



Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.wPC0mU@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:26:45 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:27:25 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.1uK0vO@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Wed, 26 May 2021 07:26:39 -0400 -+03:00
**Date Received**: Wed, 26 May 2021 04:27:25 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: It's Time To Start Nourishing Your Skin, From Within
**From**: DailySavingsFinder <info.eoU6PX@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:48:13 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:48:15 -0700 (PDT)

---

# It's Time To Start Nourishing Your Skin, From Within

Congratulations, you are the lucky winner! Hurry up, the number of prizes you can win is limited!



## DEL MAR



# Dr. Paul Chasan

Dr. Paul is a board-certified plastic surgeon, who owns the Ranch & Coast Plastic Surgery Center, in Del Mar California. He has completed over 25,000 procedures in his lifetime, holds a patent for a novel plastic surgery device, and is a frequent guest lecturer at UCSD.

**GET YOUR CERALIFT PACKAGE**

# It's Time To Start Nourishing Your Skin, From Within

**GET YOUR CERALIFT PACKAGE NOW!**

**Introducing CeraLift, From Del Mar Laboratories** The first-of-its-kind skin-nourishing supplement combines patented superfood extracts and antioxidants, into one small capsule that should be taken nightly before bed.

Since CeraLift's launch, thousands of Americans have already begun to experience the **joy of firmer, tighter, moister, more radiant skin**. Some have said that CeraLift "is like fertilizer for the skin," because it provides clinical doses of the nutrients that skin needs to stay young and fresh. And now, finally available beyond the exclusive doors of Dr. Chasan's Del Mar clinic, you have the chance to experience CeraLift for yourself today.

To stop these please go here or write to:
616 Corporate Way Ste.2-9092
Valley Cottage, NY 10989

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Confirmed: Your Fifty Dollar TD Bank Reward
**From**: *You're Approved* <info.fxedVr@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:54:21 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:54:22 -0700 (PDT)

---

# Congrats! You've Been Selected For $50 TD Bank Reward



**CONGRATULATIONS!**

**YOU CAN GET A $100 TD Bank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Confirmed: Your Fifty Dollar TD Bank Reward
**From**: *You're Approved* <info.MhBTon@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:54:27 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:54:28 -0700 (PDT)

---

# Congrats! You've Been Selected For $50 TD Bank Reward



**CONGRATULATIONS!**

**YOU CAN GET A $100 TD Bank REWARD GIFT CARD**

**Your Opinion is Important!**

**Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!**

**CLICK HERE!**

115 E 23rd St New York, NY, US 10010
<u>Unsubscribe here</u>



if you do not wish to continue receiving emails newsletters from us <u>CLICK HERE</u>
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Confirmed: Your Fifty Dollar TD Bank Reward
**From**: *You're Approved* <info.5Gdxsz@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:54:32 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:54:33 -0700 (PDT)

---

# Congrats! You've Been Selected For $50 TD Bank Reward





if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.gC4EPC@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:42:42 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:42:42 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





If you wish to unsubscribe from future mailings please click here.
or write to: 14511 Myford Rd. Ste 100 Tustin, CA: 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.EUN7dR@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:42:36 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:42:37 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





**Speak To A Licensed Loan Officer**

Let us guide you through the process, so you can join the thousands of happy homeowners who trust New American Funding.

**(855) 430-1834**

If you wish to unsubscribe from future mailings please click here,
or write to: 14511 Myford Rd. Ste 100 Tustin, CA. 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.Y0Ewle@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:42:47 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:42:48 -0700 (PDT)

# ATTN: Mortgage rates are fluctuating! Don't miss out!





**Speak To A Licensed Loan Officer**

Let us guide you through the process, so you can join the thousands of happy homeowners who trust New American Funding.

**(855) 430-1834**

If you wish to unsubscribe from future mailings please click here, or write to: 14511 Myford Rd. Ste 100 Tustin, CA. 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.vEtt07@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:44:15 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:44:17 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.f0cjhK@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:44:09 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:44:11 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.AMux3X@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:44:04 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:44:05 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.X3lN6L@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:46:56 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:46:56 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.dbtIGm@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:46:50 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:46:51 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.NlaBFe@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 11:47:01 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 08:47:02 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.V2Eznm@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:07:48 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:07:48 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.W8BeRD@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:07:37 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:07:37 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.O1kDh2@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:07:31 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:07:53 -0700 (PDT)

## This Is Your Chance to Test & Keep the new DEWALT Combo Kit



**Test & Keep a Power Tool Combo Kit**

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Take Advantage of FREE Shipping Now for Granite Male
**From**: *Granite* <info.86741@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:19:44 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:20:05 -0700 (PDT)

---

# Better Sex with Granite Male Enhancement



Unsubscribe Here

9108 Cedarwood St. East Brunswick, NJ 08816

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Take Advantage of FREE Shipping Now for Granite Male
**From**: *Granite* <info.QO785y@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:19:39 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:19:54 -0700 (PDT)

---

# Better Sex with Granite Male Enhancement



Unsubscribe Here

9108 Cedarwood St. East Brunswick, NJ 08816

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.zzuGXE@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:29:02 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:29:03 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.HRnsdK@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:29:34 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:29:34 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists** say **ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.YvWS4I@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:29:39 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:29:39 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.opTXLg@jososcialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:46:39 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:50:18 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there… toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body…

**And antibiotics can actually make the fungus worse…** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days… and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.hDYKm2@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:46:50 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:49:26 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there... toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body...

**And antibiotics can actually make the fungus worse...** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days... and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.Db7Jnt@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:46:34 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:49:08 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there... toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body...

**And antibiotics can actually make the fungus worse...** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days... and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.MyxXGoLnAYqd8A32iH@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:48:58 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:48:59 -0700 (PDT)

## Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.AZm4Zw8Nns3dEy2qWp@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:49:10 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:49:11 -0700 (PDT)

---

# Open to get instant $1,000 credit line!

## Poor Credit?
## Don't Sweat It.





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.9v7igafpE1s7MrfH6x@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 12:49:24 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 09:49:25 -0700 (PDT)

## Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.rjnCY4@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:31:38 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 10:31:42 -0700 (PDT)

## Let these beauties add some sunshine to your life





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.5PmsOz@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:31:38 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 10:31:42 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received
a message from Marina.**

All our members are looking for fun
and often send sexy photos. Are
you okay with seeing sexy photos?

View her
sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.TEbkUb@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:31:25 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 10:31:30 -0700 (PDT)

## Let these beauties add some sunshine to your life





## Marina (29 years)

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.FkxCyI@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:40:51 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:14:29 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.I10TR3@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:40:58 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:09:57 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.SDzuRI@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:41:08 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:14:15 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

**worth $500**

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: weird Australian mud kills foot fungus in 14 days (try tonight)
**From**: toenail fungus <info.KtUJvf@josocialla.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:43:56 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 12:22:19 -0700 (PDT)

---

## mix THIS with 6oz of water to kill foot fungus (starts working overnight)

It's bad enough toenail fungus turns your nails a disgusting yellow while making them smell like rotting cheese.

But it doesn't stop there… toenail fungus can actually wreak havoc on your liver, lungs, and brain too. By spreading through your body…

**And antibiotics can actually make the fungus worse…** by killing the good bacteria that not only keep it from spreading, but also protects you from reinfection (which happens over half the time!)

**It's why researchers were shocked when they discovered an "Australian mud" that can kill fungus infections in 14 days… and kept them from coming back in more than 18,117 different cases.** Here's how:

>> THIS weird Australian "mud" kills foot fungus in 14 days (see it yourself here)



--SIG--

Unsubscribe Here or write to:
Fungus Clear Secret, 30 N Gould St STE R
Sheridan WY 82801

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.eKBNVi@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:48:58 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 10:53:02 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Take Advantage of FREE Shipping Now for Granite Male
**From**: *Granite* <info.35334@scotrant.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:52:11 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:23:50 -0700 (PDT)

---

## Better Sex with Granite Male Enhancement



9108 Cedarwood St. East Brunswick, NJ 08816

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.SLhcbC@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:58:19 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:13:21 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.neImQA@elaimfinate.com>
**To**: thehebrwhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:58:59 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:18:26 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.gXgiH5@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 13:59:04 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:18:26 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.apLqRt@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:02:05 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:12:03 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





If you wish to unsubscribe from future mailings please click here.
or write to: 14511 Myford Rd. Ste 100 Tustin, CA: 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.Cnwlvj@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:02:09 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:06:49 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





If you wish to unsubscribe from future mailings please click here, or write to: 14511 Myford Rd. Ste 100 Tustin, CA. 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.SWppYO@ukkurfled.com>
**To**: thehebrewwhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:02:14 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:12:03 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





If you wish to unsubscribe from future mailings please click here,
or write to: 14511 Myford Rd. Ste 100 Tustin, CA. 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.IdTpA0@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:10:59 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:13:32 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



**Congratulations!**

You are invited to join a 60-second survey about your experiences with **PNC Bank** and get access to selected offers valued at $50 and greater.

All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.KcLR4P@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:11:10 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:13:35 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

**TAKE THE SURVEY NOW!**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.lFaKId@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:26:36 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:26:37 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes......And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.mZt7h0@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:26:44 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 12:19:51 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes…...And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.RAWsj8@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:27:27 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:27:28 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.3Rt42U@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:27:35 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:27:36 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: You have been randomly selected!
**From**: *VisaGift Opportunity* <info.sk4BkD@diascfharge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:27:29 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:27:31 -0700 (PDT)

---

# Congrats! You've received a Visa reward





115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Confirmed: Your Fifty Dollar TD Bank Reward
**From**: *You're Approved* <info.nobiOX@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 14:30:36 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 11:30:38 -0700 (PDT)

---

# Congrats! You've Been Selected For $50 TD Bank Reward

## CONGRATULATIONS!

### YOU CAN GET A $100 TD Bank REWARD GIFT CARD



### Your Opinion is Important!

### Take a Short Survey to Claim Your $100 TD Bank Reward - click below to get started!

### CLICK HERE!

115 E 23rd St New York, NY, US 10010
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Do you want to lose weight naturally?
**From**: Advanced Weight Loss <info.lraJKY@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:11:31 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 15:07:48 -0700 (PDT)

---

## This fat stripping miracle used to be reserved for RICH folks

Imagine waking up in the hospital, having no idea why you are there...

Finding out you had a heart attack... AND that your wife is pregnant at the same time.

That is exactly what happened to Jacob...

But later he was grateful because it led to an incredible discovery in the hospital that changed his life forever.

Tap on the link below to reveal how Jacob's heart attack enabled him to completely change his life and the lives of 169,796 other Americans...

→ **Jacob's Life-Changing Discovery**

Now, Jacob is finally able to reveal how this transformed his life and the lives of almost 170,000 other Americans:

→ **Go Here Now to Watch Jacob's Mind-blowing Story**

You can unsubscribe at any time. Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send postmail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Do you want to lose weight naturally?
**From**: Advanced Weight Loss <info.gCWVRT@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:11:48 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 10:13:02 -0700 (PDT)

---

## This fat stripping miracle used to be reserved for RICH folks

Imagine waking up in the hospital, having no idea why you are there…

Finding out you had a heart attack… AND that your wife is pregnant at the same time.

That is exactly what happened to Jacob…

But later he was grateful because it led to an incredible discovery in the hospital that changed his life forever.

Tap on the link below to reveal how Jacob's heart attack enabled him to completely change his life and the lives of 169,796 other Americans…

→ **Jacob's Life-Changing Discovery**

Now, Jacob is finally able to reveal how this transformed his life and the lives of almost 170,000 other Americans:

→ **Go Here Now to Watch Jacob's Mind-blowing Story**

You can unsubscribe at any time. Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Do you want to lose weight naturally?
**From**: Advanced Weight Loss <info.bClEet@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:11:36 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 10:43:02 -0700 (PDT)

---

## This fat stripping miracle used to be reserved for RICH folks

Imagine waking up in the hospital, having no idea why you are there...

Finding out you had a heart attack... AND that your wife is pregnant at the same time.

That is exactly what happened to Jacob...

But later he was grateful because it led to an incredible discovery in the hospital that changed his life forever.

Tap on the link below to reveal how Jacob's heart attack enabled him to completely change his life and the lives of 169,796 other Americans...

→ **Jacob's Life-Changing Discovery**

Now, Jacob is finally able to reveal how this transformed his life and the lives of almost 170,000 other Americans:

→ **Go Here Now to Watch Jacob's Mind-blowing Story**

You can unsubscribe at any time. Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: It's Time To Start Nourishing Your Skin, From Within
**From**: DailySavingsFinder <info.kimHJ7@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:25:23 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 10:25:56 -0700 (PDT)

---

# It's Time To Start Nourishing Your Skin, From Within

Congratulations, you are the lucky winner! Hurry up, the number of prizes you can win is limited!



# DEL MAR



## Dr. Paul Chasan

Dr. Paul is a board-certified plastic surgeon, who owns the Ranch & Coast Plastic Surgery Center, in Del Mar California. He has completed over 25,000 procedures in his lifetime, holds a patent for a novel plastic surgery device, and is a frequent guest lecturer at UCSD.

**GET YOUR CERALIFT PACKAGE**

# It's Time To Start Nourishing Your Skin, From Within

**GET YOUR CERALIFT PACKAGE NOW!**

**Introducing CeraLift, From Del Mar Laboratories** The first-of-its-kind skin-nourishing supplement combines patented superfood extracts and antioxidants, into one small capsule that should be taken nightly before bed.

Since CeraLift's launch, thousands of Americans have already begun to experience the **joy of firmer, tighter, moister, more radiant skin**. Some have said that CeraLift "is like fertilizer for the skin," because it provides clinical doses of the nutrients that skin needs to stay young and fresh. And now, finally available beyond the exclusive doors of Dr. Chasan's Del Mar clinic, you have the chance to experience CeraLift for yourself today.

To stop these please go here or write to:
616 Corporate Way Ste.2-9092
Valley Cottage, NY 10989

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New Gadget Provides Wireless Internet Connection Anywhere, Anytime!
**From**: MuamaRyoko <info.dH6Y6V@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:39:49 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 12:23:07 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New Gadget Provides Wireless Internet Connection Anywhere, Anytime!
**From**: MuamaRyoko <info.ZrU0qC@thways.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 13:39:55 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 10:40:37 -0700 (PDT)

---

# New Gadget Provides Wireless Internet Connection Anywhere, Anytime!



If you wish to unsubscribe from future mailings please click here or write to:
Gedimino st. 45-7, LT-44239, Kaunas, Lithuania

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: New American Funding - The Smart & Simple Way to Finance a Home
**From**: New American Funding <info.qTinl9@ukkurfled.com>
**To**: thehebrewwhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 14:02:58 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 11:15:30 -0700 (PDT)

---

# ATTN: Mortgage rates are fluctuating! Don't miss out!





If you wish to unsubscribe from future mailings please click here,
or write to: 14511 Myford Rd. Ste 100 Tustin, CA: 92780

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.uiRfbx@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 14:37:29 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 14:37:05 -0700 (PDT)

---

## Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Attn: Your Monthly Customer Survey #897030
**From**: *Banking Opinion Survey* <info.LlmQlj@androretacken.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 14:37:24 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 14:37:04 -0700 (PDT)

---

# Can't Miss Opportunity: Claim your $50 Survey Offer



All responses are anonymous and confidential. The survey is active for a **limited time** only.

TAKE THE SURVEY NOW!

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.ESiriv@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 15:46:59 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:08:19 -0700 (PDT)

## This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.3LO8hH@acaknfowledge.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 15:47:10 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:08:18 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

**GUARANTEED TOUGH.®**

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We have been trying to reach you - Please respond!
**From**: *Confirmation Needed* <info.XNkyrE@greatnetworkproducts.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 15:47:03 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 12:47:05 -0700 (PDT)

---

## You have been selected to participate





This offer requires paid participation within the Advertiser's rewards program, details apply - see landing page disclaimers

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above.
Registered trademarks are the property of their respective owners.

This ad is sent by a third-party on behalf of the advertiser. All promotional fulfillment is the sole responsibility
of the owner of the program. Please refer to the "program requirements" listed on the offer's registration page
for further details.

UNSUBSCRIBE

Powered By: Digitech Web Resources, LLC | 1100 NASA Parkway, Suite 420F, Houston, TX | 77058

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Tired of spending money on car repairs?
**From**: *CarShield Auto Protection* <info.RiF7XO@artintegraterealty.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 15:54:29 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 12:56:24 -0700 (PDT)

---

==**Protect your car today with an auto repair protection plan.
It's fast and easy!**==





Deductible may apply. See Contract for Rental Car eligibility.
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings.
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Tired of spending money on car repairs?
**From**: *CarShield Auto Protection* <info.jgODu1@artintegraterealty.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 15:54:06 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 12:54:29 -0700 (PDT)

---

==**Protect your car today with an auto repair protection plan.
It's fast and easy!**==





Deductible may apply. See Contract for Rental Car eligibility.
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.vr9Z8l@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:01:09 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:01:10 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists** say **ramp up the fires of inflammation in your body...** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.5XpvzIudb3ZFTfqYKq@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:02:03 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:02:04 -0700 (PDT)

---

## Open to get instant $1,000 credit line!

**Poor Credit?**
**Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: We have been trying to reach you - Please respond!
**From**: *Confirmation Needed* <info.SwDgIu@greatnetworkproducts.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:11:47 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:11:48 -0700 (PDT)

---

## You have been selected to participate





This offer requires paid participation within the Advertiser's rewards program, details apply - see landing page disclaimers

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above.
Registered trademarks are the property of their respective owners.

This ad is sent by a third-party on behalf of the advertiser. All promotional fulfillment is the sole responsibility
of the owner of the program. Please refer to the "program requirements" listed on the offer's registration page
for further details.

UNSUBSCRIBE

Powered By: Digitech Web Resources, LLC | 1100 NASA Parkway, Suite 420F, Houston, TX | 77058

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Tired of spending money on car repairs?
**From**: *CarShield Auto Protection* <info.RHAT0A@artintegraterealty.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:18:30 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:23:42 -0700 (PDT)

---

==**Protect your car today with an auto repair protection plan.
It's fast and easy!**==





Deductible may apply. See Contract for Rental Car eligibility.
CarShield is an independent nationwide company marketing vehicle service contracts
administered by American Auto Shield, 1597 Cole Blvd #200, Lakewood CO, 80401; FLORIDA License number: W111454.
Parts of like kind and quality may be used including remanufactured parts. Coverage not available in California.

Carshield operates only in the United States.
You are receiving this email based on
your previously expressed interest in products or services through an affiliate marketing partner of Carshield.
This email was sent to you by the 3rd party, not from Carshield itself.

Please unsubscribe here to opt out of future e-mailings
333 Mid Rivers Mall Drive, St. Peters MO 63376

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.WP4Fp5@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:25:39 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:25:39 -0700 (PDT)

---

## 1 Cup Before Bed Burns Belly Fat All Night

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists** say **ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.v9tHfD@elaimfinate.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 16:25:28 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 13:25:28 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists say ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.5q9Vrv@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 17:45:14 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 14:45:15 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.b2r7VU@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 17:45:02 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 14:45:03 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

**You have received a message from Marina.**

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

View her sexy photos

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Meet Beautiful, Adoring Russian Women Today
**From**: RussiaWomenOnline <info.KBPDTZ@islittaile.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 17:45:18 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 14:45:42 -0700 (PDT)

## Let these beauties add some sunshine to your life





**Marina (29 years)**

Relationship Status: Single
Build: Slim
Height: 176cm
Distance to City: 12km

All our members are looking for fun and often send sexy photos. Are you okay with seeing sexy photos?

**View her sexy photos**

**You have received a message from Marina.**

To unsubscribe DateNiceRussian.com, please click here
23638 W. Lyons Avenue #468 - Newhall, CA 91321

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In

addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your

games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.hRKtrS@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:00:58 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 19:49:29 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc

Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.ZOt6hS@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:01:04 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 15:14:04 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



# Test & Keep a Power Tool Combo Kit

worth $500

## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.TK6FOW@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:01:09 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:54:57 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc
Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v?rification : hTtP://podio.com/signup/setup?activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.Jpsfy2@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:57:29 -0400 -+03:00
**Date Received**: Sat, 22 May 2021 09:43:03 -0700 (PDT)

## Paraquat Lawsuit Information: Potential Compensation



DON'T LET YOU OR YOUR FAMILY SUFFER IN SILENCE!

This is a free connection service only and there is no charge to be connected with an attorney.
Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.CHcaYK@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:57:12 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 16:12:28 -0700 (PDT)

---

## Paraquat Lawsuit Information: Potential Compensation



This is a free connection service only and there is no charge to be connected with an attorney.

Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup? activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here: hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: Paraquat Lawsuit|Free Claim Review
**From**: *LawsuitWinning* <info.pjcWMJ@hopiri.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 18:57:33 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 16:12:31 -0700 (PDT)

---

# Paraquat Lawsuit Information: Potential Compensation



This is a free connection service only and there is no charge to be connected with an attorney.
Claim reviews will be performed by a third party attorney and the attorney who receives your information may not offer a free claim evaluation. Contact us now for more information!

This email is a commercial solicitation. We respect your privacy and pledge not to abuse your email address. If you wish to no longer receive these emails, go here.
You can also write to us at: Lawsuit Winning | 338 Jericho Turnpike | Suite 249 | Syosset, NY 11791

if you do not wish to continue receiving newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

Dear lsptuit uyypdox, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. Hi dhg, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: sgfdg Site ID: fwh === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Dear lcTychll rGhEG, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. == You need a budget, and your email needs confirmation. == Hello! Quick note to let you know that your email needs to be confirmed before all sorts of great things happen. Like your being able to use YNAB all along your road to budgeting glory. Please confirm by clicking the link below: Confirm your email Thank you! And we're serious about budgeting glory. It's a real thing, and you will bask in it. Regards, The YNAB Team < Dear ashish.ukey003 yyyfy, Welcome to the Enterprise Plus? membership experience. Your Enterprise Plus member number and user name is HYFYF4W. Your membership delivers faster reservations and rentals, a special members-only line at major airport locations and exclusive discounts. In addition, you'll be able to start earning points you can redeem for Free Rental Days after you activate your rewards. Please allow 24 hours for system updates before activating. To get the most from your next rental, simply go to http:// and log in with your member number. Thank you for choosing Enterprise. We look forward to making your next rental experience more rewarding. > Hi jdtnsomzkhadi, My name's Dylan Basile and I work at Event Temple. Nice to meet you and thanks for requesting a demo. Joining me for a quick demo will be the fastest and most efficient way for you to see what the software is capable of. Did any of the times on our website work for you and if so, were you able to schedule a demo okay? Here they are again: hTtP://calendly.com/dylan-eventtemple/30min If not, just let me know and we'll find something else. -- Dylan Basile *Book a demo with me here:* Hi dfdh, Thanks for signing up, and congratulations on your new lacdvvpnpc account! You'll find everything you need to get started below, and if you need additional help there's a link to our support forum at the bottom. === Account Information === Username: uywg Site ID: dsg === Your Account Console === Thanks again! Team lacdvvpnpc Powered by lacdvvpnpc Login Name: mengmxmxuh Password: lacdvvpnpc How do I become a tester for the XT 808 flashlight? Login Name: wkorbkrewq Password: lacdvvpnpc More than a quarter of Europeans surveyed believe Jews have too much influence in business and finance. One in five say they have too much influence in media and politics. In individual countries the numbers are often higher: 42% of Hungarians think Jews have too much influence in finance and business across the world lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc lacdvvpnpc

XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH
XKBMMYUVBKERCNMEXICJNYPQZRMEFGYFPCKCGMCNJDUWLVLZNH It's a 17-year-old boy, too frightened to wear a kippa (a religious skullcap) on the streets of Paris. It's an Israeli restaurant owner in Berlin who is told that he will end up in the gas chambers. It's a 24-year-old Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and

Austrian who knows nothing about the Holocaust. It's the armed guards outside synagogues and Jewish schools across much of Europe. It's the online chat rooms where people peddle conspiracy theories that Jewish "globalists" run the world. It can be violent or subtle. Overt or insidious. Political or personal. It can come from the right or the left. It exists in countries that

have large Jewish populations, like France, and it also flourishes in places with smaller Jewish communities, like Poland + IBM Cloud Hello Nancy, Thank you for signing up for IBM Cloud! Confirm your account to get started. Confirm Account By confirming your account, you accept the Terms of Use Welcome and happy building! _ Thank you, IBM Cloud Visit the IBM Cloud console. ? Copyright IBM Corporation 2014, 2018. IBM + + V?rification du compte Confirmez votre adresse e-mail afin d'activer votre compte Confirmer Merci de votre inscription. Cliquez sur le bouton vert pour confirmer que arthurcdumas010+58zer4gq@gmail.com est bien votre adresse e-mail. Vous pourrez ensuite vous lancer sur Podio. Vous n'arrivez pas ? cliquer sur les liens contenus dans cet e-mail ? Copiez-collez ce lien dans votre navigateur afin d'effectuer la v? rification : hTtP://podio.com/signup/setup?
activation_code=68cd78b9a87946d0ab65f81138426ed9&utm_nooverride=1 Une question ? Contactez-nous : support@podio.com Citrix - 120 S West St - Raleigh, NC 27603 - US + our wonderful wistia logo Welcome to Wistia! You're five minutes away from adding beautiful video to your site! Activate your account + Hi Nancy, Your Fastly account is almost ready. We just need to verify that you?re human. Please confirm your email here:
hTtP://manage.fastly.com/confirm/aeca002368c9f9ae6c565b7a65b1f623 Thanks. We?re glad you?re here. The Fastly Team support@fastly.com www.twitter.com/fastly + Thanks for joining the Parsec community! But before you become a full fledged member of this community, can you please confirm your email. CONFIRM YOUR EMAIL? From the very beginning, our goal has been to develop the lowest latency, 60 FPS game streaming software possible so you can play your games from anywhere. We're excited to welcome you to Parsec! Helpful Links 1. Download Parsec for your device 2. Set up Parsec on your PC to invite friends to game with you or to play from anywhere 3. Connect with your friends on Parsec 4. If you don't have a gaming PC to co-op with friends, build one on Parsec 5. Join our Discord for support, updates, and finding friends to game with Parsec Cloud, Inc. 115 Broadway, Fifth Floor, New York, NY 10006, USA

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.HxQCXg@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:18:49 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:59:08 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.vpTdr8@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:18:53 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 21:48:07 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

## Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.XYPPc0@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:19:06 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:21:28 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

-

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.bmdMXH@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:25:42 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:25:42 -0700 (PDT)

---

# <u>Are your kids safe around your neighbors? Find out now!</u>

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,** <u>Take a Look.</u>





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.2ML2YE@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:25:24 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:25:24 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,**
**Take a Look.**





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.82395@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:25:22 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:25:23 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,**
**Take a Look.**





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.xFJQ1b@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:46:18 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:46:19 -0700 (PDT)

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself…

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it...

Because they worry as more men watch this video...

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you...

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.1YR3Oe@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:46:15 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:46:16 -0700 (PDT)

---

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you...

That's because it reveals that the root cause of ED...

Or any other performance problem in the bedroom...

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

[Click here to see the discovery for yourself...](#)

Even though this breakthrough finding is supported by the latest scientific research...

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The easy Two-in-One trick for Harder and Lasting Erection!
**From**: InstaHard Partner <info.HQ53Pv@chilsno.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:46:24 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:46:25 -0700 (PDT)

---

# Scientifically proven remedy for Thick and Rock-Hard erections!

Hey

If you're a man then you probably already know just how important your blood flow is to getting har



Yet this new discovery in erectile science may still shock you…

That's because it reveals that the root cause of ED…

Or any other performance problem in the bedroom…

May have nothing to do with blood flow, testosterone, or anything else your doctor has told you.

Click here to see the discovery for yourself…

Even though this breakthrough finding is supported by the latest scientific research…

Pharmaceutical companies want to censor it…

Because they worry as more men watch this video…

It could cause sales of their pills and drugs to plummet.

So click here right now to watch the ED discovery Big Pharma wants to hide from you…

Before it gets taken down forever.

Sincerely,

SIG

P.S. The discovery also helps men who have issues with premature ejaculation, lack of stamina, or who just want a surge of vitality and sex drive at any age.

Click here to watch it before it gets taken down.

14261 SW 120th St #103-228 Miami, FL 33186
Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.tOHm0T@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:47:21 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:56:38 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

*Yours in Liberty,*

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9565 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.uySJto@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:47:40 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 18:06:13 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

3100 Technology Dr
Plano, TX 75074
1-888-509-0917

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.Eyk1cq@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Fri, 21 May 2021 20:47:26 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 17:50:55 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory in their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 6565 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.EKmnf2YA1J63rLEdzu@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 22 May 2021 01:03:05 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:04:44 -0700 (PDT)

---

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.aLwOpl8U9LtviR5RsX@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 22 May 2021 01:07:56 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:08:25 -0700 (PDT)

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.YScaGFoy6px9QVkFHn@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Sat, 22 May 2021 01:09:28 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 22:09:40 -0700 (PDT)

---

# **Truly believe this formula is a work of art**

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: A healthy brain, and for keeping your joints feeling young and spry.
**From**: Arthritis Diet <info.5cjJcM@elaimfinate.com>
**To**: thehebrwhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 06:35:25 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 03:35:56 -0700 (PDT)

---

## <mark>1 Cup Before Bed Burns Belly Fat All Night</mark>

Hi ,

If your joint or back pain is ruining your life, then please take a close look at this salad:



Looks healthy, right?

Well, looks can be deceiving.

This salad actually **contains 3 ingredients that Harvard scientists** say **ramp up the fires of inflammation in your body…** causing chronic pain that keeps you on the sidelines of life.

Can you guess what the 3 inflammation-causing ingredients are?

Can you guess what the 5 inflammation-causing ingredients are?

Click here to reveal the answer (as well as the 5 worst foods for joint pain that 9/10 Americans eat every day).

To Your Best Health,

UNSUBSCRIBE

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.tM5Wdq@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:47:58 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:47:59 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes…...And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.ERggr7@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:47:53 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:47:54 -0700 (PDT)

---

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes…...And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Mixture Melts 39 pounds (notice change in 7 days)
**From**: Swallow this herb <info.O3Bxmb@dollanets.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:47:31 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:47:32 -0700 (PDT)

# Mother Poops Out 39 lbs of Pure Body Fat, Doctor is speechless

A shocking military scientist discovered that people who ate a certain golden ratio of herbs were able to poop out more fat...

Instead of your body turning all that food you eat into stubborn rolls of fat, it could just slide out quickly and easily in the bathroom.

Imagine not having to go to the gym to "burn" off fat.

Or starving yourself on horrible diets that deprive you of the foods you really love.

And instead, pooping that fat out.

His mom, Lisa lost 77 pounds in only 11 weeks without a single work-out or even leaving the couch as she had a broken hip.



Another lost 10 dress sizes......And still another lost 38 lbs and now has a body that is "20 years younger".

**Click Here to see if pooping out fat could help you too**

3901-85 Queens Wharf Road, Toronto, ON M5V 0J9 CA
Unsubscribe here

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: It's Time To Start Nourishing Your Skin, From Within
**From**: DailySavingsFinder <info.JXqyEQ@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:48:07 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:48:10 -0700 (PDT)

---

# It's Time To Start Nourishing Your Skin, From Within

Congratulations, you are the lucky winner! Hurry up, the number of prizes you can win is limited!





## Dr. Paul Chasan

Dr. Paul is a board-certified plastic surgeon, who owns the Ranch & Coast Plastic Surgery Center, in Del Mar California. He has completed over 25,000 procedures in his lifetime, holds a patent for a novel plastic surgery device, and is a frequent guest lecturer at UCSD.

**GET YOUR CERALIFT  PACKAGE**

# It's Time To Start Nourishing Your Skin, From Within

**GET YOUR CERALIFT PACKAGE NOW!**

**Introducing CeraLift, From Del Mar Laboratories** The first-of-its-kind skin-nourishing supplement combines patented superfood extracts and antioxidants, into one small capsule that should be taken nightly before bed.

Since CeraLift's launch, thousands of Americans have already begun to experience the **joy of firmer, tighter, moister, more radiant skin**. Some have said that CeraLift "is like fertilizer for the skin," because it provides clinical doses of the nutrients that skin needs to stay young and fresh. And now, finally available beyond the exclusive doors of Dr. Chasan's Del Mar clinic, you have the chance to experience CeraLift for yourself today.

To stop these please go here or write to:
616 Corporate Way Ste.2-9092
Valley Cottage, NY 10989

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: It's Time To Start Nourishing Your Skin, From Within
**From**: DailySavingsFinder <info.CaYTav@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Mon, 24 May 2021 10:48:02 -0400 -+03:00
**Date Received**: Mon, 24 May 2021 07:48:04 -0700 (PDT)

# It's Time To Start Nourishing Your Skin, From Within

Congratulations, you are the lucky winner! Hurry up, the number of prizes you can win is limited!





## Dr. Paul Chasan

Dr. Paul is a board-certified plastic surgeon, who owns the Ranch & Coast Plastic Surgery Center, in Del Mar California. He has completed over 25,000 procedures in his lifetime, holds a patent for a novel plastic surgery device, and is a frequent guest lecturer at UCSD.

**GET YOUR CERALIFT PACKAGE**

# It's Time To Start Nourishing Your Skin, From Within

**GET YOUR CERALIFT PACKAGE NOW!**

**Introducing CeraLift, From Del Mar Laboratories** The first-of-its-kind skin-nourishing supplement combines patented superfood extracts and antioxidants, into one small capsule that should be taken nightly before bed.

Since CeraLift's launch, thousands of Americans have already begun to experience the **joy of firmer, tighter, moister, more radiant skin**. Some have said that CeraLift "is like fertilizer for the skin," because it provides clinical doses of the nutrients that skin needs to stay young and fresh. And now, finally available beyond the exclusive doors of Dr. Chasan's Del Mar clinic, you have the chance to experience CeraLift for yourself today.

To stop these please go here or write to:
616 Corporate Way Ste.2-9092
Valley Cottage, NY 10989

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: ð_ððµð¶ð»ð_ðð¼ð_ðºð¶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð ðð²ð¿ð_ð¶ð°ð½ð¼ð¼ð¿ð®ð¹!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 20 May 2021 18:49:36 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## This is important!

Can't Load Image? **CLICK HERE** To See it!

**I think you missed my email yesterday...This is very important!**

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- Step 1) Enter Name and State
- Step 2) See Results.

This might be the most important web search that you do.

**Notice:** This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ð𝔐µð¶ð»ð¸_ðð¼ð_ðºð¶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð¿ð±ð®ð…ð§ð𝔐ð¶ð_ð¶ð ðð²ð¿ð_ð¶ðºð½ð¼ð¿ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Thu, 20 May 2021 17:04:13 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## <span style="color:white;background:red">This is important!</span>

Can't Load Image? **CLICK HERE** To See it!

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:** This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ð�𝑚ð¶ð»ð¸_ð𝑚¼ð_ðºð¶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ð𝑚ð¶ð_ð¶ð
ðð²ð¿ð_ð¶ðºð½ð¼ð𝑚¿ð𝑚¼ð¿ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 14 May 2021 17:40:51 -0700 (PDT)

---

<span style="color:red">**<u>Seriously,</u>**</span>
**<u>search_for_yourself and see_what_comes_up!</u>**

**This is important!**

Can't Load Image? **<u>CLICK HERE</u>** To See it!

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ð𝗈µð¶ð»ð_,ðð¼ð_ðºð¶ðð𝗈²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ð𝗎ð¶ð_ð¶ð ðð²ð¿ð_ð¶ðºð½ð½ð¼ð¿ð𝗮ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Wed, 12 May 2021 18:23:51 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## This is important!

**Can't Load Image? CLICK HERE To See it!**

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:** This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ðð𵧶ð»ð¸_ðð¼ð_𺹶ððð²ð± ðºð_ð²ðºð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð¶ð_ð¶ð
ðð²ð¿ð_ð¶ðºð½ð¼ð¿ð¬ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 18 May 2021 10:28:44 -0700 (PDT)

---

# <span style="color:red">Seriously,</span>
# search_for_yourself and see_what_comes_up!

## <span style="color:red">This is important!</span>

Can't Load Image? **CLICK HERE** To See it!

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ððµð¶ð»ð¸_ðð¼ð_ð²ð¶ðððð²ð± ðºð_ð²ð²ð®ð®¶ð¹_ðð²ððð²ð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð
ðð²ð¿ð¸_ð¶ð²ºð½ð¼ð¼ð¿ð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Wed, 12 May 2021 09:39:56 -0700 (PDT)

---

<p align="center"><span style="color:red">**Seriously,**</span><br>
**search_for_yourself and see_what_comes_up!**</p>

<p align="center"><span style="color:white;background:red">**This is important!**</span></p>

<p align="center">**Can't Load Image? CLICK HERE To See it!**</p>

## I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:** This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ðððµð¶ð»ð¸_ðð¼ð_ðºð¶ðððð²ð± ð²ð_ð²ðºð®ð®¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð¶ð_ð¶ð ðð²ð¿ð¸ð_ð¶ð¶ð½ð¼ð½ð¼ð¿ðð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 18 May 2021 20:20:36 -0700 (PDT)

<span style="color:red">**_Seriously,_**</span>
**search_for_yourself and see_what_comes_up!**

<span style="color:red">**This is important!**</span>

Can't Load Image? **CLICK HERE** To See it!

## I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

**Enter Any Name**

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð_ðð𵶶ð»ð¸_ðð¼¼ð_ð²ð¶ðððð²ð± ð²ð_ð²ð²ð®ð¶ð¹_ðð²ððð²ð¿ð±ð®ð...ð§ðµð¶ð_ð¶ð ðð²ð¿ð¸_ð¶ð²ð½ð¼ð¼ð¿ð®ð»ð!
**From**:
**To**: thehebrewhammerjosh@gmail.ussaa.com
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Sat, 15 May 2021 01:27:03 -0700 (PDT)

---

<p style="text-align:center"><span style="color:red">**Seriously,**</span></p>

# <u>search_for_yourself and see_what_comes_up!</u>

## This is important!

Can't Load Image? **CLICK HERE** To See it!

### I think you missed my email yesterday...This is very important!

This New Site is Collecting Your Data, Enter Name to See What They Post - Not Even Google May Show You This.

Have you looked up your name yet? Search exposed records of millions of Americans here, with a simple computer search.

You could be surprised by what's publicly available on you.

Look up your own name to see what others could potentially see about you, or search anyone you know.

The process is simple:

- **Step 1) Enter Name and State**Â
- **Step 2) See Results.**

This might be the most important web search that you do.

**Notice:**Â This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please be careful when conducting a search and ensure all the information you enter is accurate.

Enter Any Name

Physical Address for email: TruthFinder 2534 State Street, Suite 473,
San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

**If you do not wish to continue**
**receiving email newsletters CLICK HERE or send post-mail To**
**8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: JXTEA6AACZ7SHN6.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 18 May 2021 10:53:06 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

**The_brain_inside_your_p enis...**

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: A3HHMHOSFXZJCDT.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Wed, 12 May 2021 14:03:38 -0700 (PDT)

---

## Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

**Can't Load Image? CLICK HERE To See it!**

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: V4G9YZAQKBJPWPK.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 14 May 2021 03:20:52 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

**Can't Load Image? CLICK HERE To See it!**

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: 04FXCXCFWBQUGBF.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Sat, 15 May 2021 01:30:17 -0700 (PDT)

---

## Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_p enis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: V7R2B5310JSKZEA.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Tue, 18 May 2021 18:23:00 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: P2JOIKXDBAUYKP0.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Wed, 12 May 2021 23:07:06 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

Can't Load Image? CLICK HERE To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the **hidden** cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: EEPN3WFNAZCKH4W.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Fri, 14 May 2021 18:30:27 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

## The_brain_inside_your_penis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ð<sup>a</sup>Why are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.sefrom.life>
**To**: WMIOQPAMBGNU632.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Sat, 15 May 2021 14:30:24 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

### The_brain_inside_your_penis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more… click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: ðªWhy are FEMINIST mad about this video? ð
**From**: "âInstahard_Promo" <InstaHardnow@thehebrewhammerjosh.serviceswin.shop>
**To**: VP1GRAEQOOFPMCN.thehebrewhammerjosh@itlgopk.uk
**Date Sent**: Wed, 24 Feb 2021 18:03:01 -0500 (EST)
**Date Received**: Wed, 19 May 2021 02:58:43 -0700 (PDT)

---

# Impotence_and_ED...

## Problems getting hard? Watch THIS....

## The_brain_inside_your_penis...

Can't Load Image? **CLICK HERE** To See it!

Hi

When Chris Cutler, a marriage counselor from Texas…

Ran an anonymous "divorce survey" with his clients…

Little did he know that not only would it lead him to discovering the *hidden* cause of ED…

**But it would also show him how to quickly fix ED for good.**



He was shocked to see that it had nothing to do with blood flow, low testosterone…

Your age, genetics…

Or anything else doctors tell you…

But rather a hidden part of your penis that acts as your "second brain."

If you want to know more…  click the link below to watch his presentation.

**Click here to see Chris Cutler's controversial presentation about your "Second Brain"…**

Inside you'll discover the bizarre story behind his discovery…

Why big pharma is trying to silence him…

And most importantly…

**How you could easily start getting bigger, harder, and longer lasting erections as soon as tonight…**

Using the second brain secret he reveals inside.

-SIG

P.S. Chris Cutler's divorce survey reveals some other controversial information…

That you won't find anywhere else.

In fact, it has feminist groups trying to pull his presentation off the internet.

Which is why you must watch it NOW…

**Click here to see the presentation FEMINISTS HATE…**

You may unsubscribe at any time. Unsubscribe

**If you do not wish to continue
receiving email newsletters CLICK HERE or send post-mail To
8595 Pelham Rd,,546,Greenville,South Carolina,29615**

**Subject**: Transform your bathroom in 24 hours
**From**: 24Hour Bathroom Remodel <info.ejhp98@wurrippear.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 12:55:50 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 09:56:52 -0700 (PDT)

---

# Transform your bathroom in 24 hours



This is an advertisement. *See site for details. To stop receiving messages, please visit here or send a request to: 2222 Michelson Dr. Ste 222-112, Irvine, CA 92612

if you do not wish to continue receiving emails newsletters from us CLICK HERE

or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Kill This Bacteria, Make Your Johnson Bigger
**From**: Bedroom Secrets <info.YKc073@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:05:36 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:13:07 -0700 (PDT)

---

# Fight and overcome ED! While you still can hurry!

### Subject Line:

Why women cheat…

### Body:

Hi there,

What I am about to reveal will solve your problem like it did for me.

You see, my ego became fragile when I found out my wife almost cheated on me.

Studies show 1 out of every 2 men over the age of 40 suffer from Erectile Dysfunction.

And when a woman knows her man is finding it hard to have an erection, she can react in a different ways.

Trust me. You do not want to wait and go that far.

Just like me, you deserve to put a quick end to your shame and regain your sexual vitality.

The solution? which I have and I promised to solve this problem for you

Click here to learn more!

See you soon!
< NAME >

unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Kill This Bacteria, Make Your Johnson Bigger
**From**: Bedroom Secrets <info.U8398D@ukkurfled.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:05:43 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:13:11 -0700 (PDT)

---

# Fight and overcome ED! While you still can hurry!

**Subject Line:**

Why women cheat…

**Body:**

Hi there,

What I am about to reveal will solve your problem like it did for me.

You see, my ego became fragile when I found out my wife almost cheated on me.

Studies show 1 out of every 2 men over the age of 40 suffer from Erectile Dysfunction.

And when a woman knows her man is finding it hard to have an erection, she can react in a different ways.

Trust me. You do not want to wait and go that far.

Just like me, you deserve to put a quick end to your shame and regain your sexual vitality.

The solution? which I have and I promised to solve this problem for you

Click here to learn more!

See you soon!
< NAME >

unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.rcexsIUM5rZ8YKjfrU@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:39:38 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:42:23 -0700 (PDT)

---

## Open to get instant $1,000 credit line!

## Poor Credit?
## Don't Sweat It.





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Bad or no credit? No Problem! You are still approved!
**From**: Advance Platinum <info.5rb39F9SsKnAcyLr7Z@miseocndies.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:39:47 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:42:29 -0700 (PDT)

---

## Open to get instant $1,000 credit line!

**Poor Credit?
Don't Sweat It.**





Depending on your credit situation, there are a variety of card types available. YES, even those who may have less than perfect credit, poor credit, or limited credit may qualify for credit products!

**Learn More Now**

1540 Keller Parkway, Suite 108, PMB 260,
Keller, Texas 76248

You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.xy2tiR@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:46:07 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:47:24 -0700 (PDT)

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



## GUARANTEED TOUGH.®

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

**CONTINUE FOR FREE ›**

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: This Is Your Chance to Test & Keep the new DEWALT Combo Kit
**From**: Action Required <info.IlJeNH@disconsis.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 13:46:02 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 10:51:36 -0700 (PDT)

---

# This Is Your Chance to Test & Keep the new DEWALT Combo Kit



**GUARANTEED TOUGH.®**

With the release of this powerful and flexible Power Tool Combo Kit, you may be eligible to **test & keep** the most favorite DeWALT tools on the market.

Click the button below to see if you qualify:

## CONTINUE FOR FREE ›

This rewards program is not endorsed, sponsored by or affiliated with any merchants listed above. Registered trademarks are the property of their respective owners.

You may unsubscribe at any time. Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can't Miss Opportunity: Claim your Pandemic Response Promo Offer Valued Up To $90
**From**: *Congratulations ! You have been selected* <info.MEaOP7@shernmers.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 14:43:17 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 11:49:00 -0700 (PDT)

# We Have a Surprise For Pandemic Response Customers



You may unsubscribe at any time Unsubscribe

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.O7Ud8B@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 14:55:28 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 11:59:46 -0700 (PDT)

---

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

**These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.**



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: The Fastest Way To Stop A Barking Dog (It's Genius)
**From**: BARK BEGONE <info.zAM9cC@qualligin.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 14:55:22 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 15:49:08 -0700 (PDT)

# The Fastest Way To Stop A Barking Dog (It's Genius)

### Dear Dog Lover,

Is your dog's barking driving you nuts? We love our dogs, and we want them to bark when there is something we should be made aware of  after all, that's kind of their job.

### But what about when your dog barks at things that he shouldn't? Things like:

- The mailman, for the 20th time today.
- The dog across the street. Again.
- The doorbell. 20 minutes after the person ringing it has left.

### These are the kinds of situations Bark Begone was made for. Using only ultrasonic tones  meaning no shock, no spray, and no pain  Bark begone immediately gets your dog's attention and stops the barking, fast.



In fact, Bark Begone has over 50,000 happy users, and probably close to that number of quiet households. Let your dog bark to sound the alarm, but when you're ready to get some silence, try Bark Begone.

For a limited time, Bark Begone is having a half price sale! Check it out here.

**Claim Your Discount Here**

Click unsubscribe to discontinue receiving marketing emails from Bark Begone
Unsubscribe.

This email was sent by Bark Begone, 32565 B Golden Lantern Street #154, Dana Point, CA, 92629

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.B38LYT@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 14:57:50 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 11:57:51 -0700 (PDT)

---

# Are your kids safe around your neighbors? Find out now!

## Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,** [Take a Look.](#)





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Can u really trust everyone in your life?
**From**: TruthFinder <info.UBjahs@alanknave.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 14:57:45 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 11:57:45 -0700 (PDT)

---

## <u>Are your kids safe around your neighbors? Find out now!</u>

Controversial Search Engine Goes Viral. You'll want to read this... It's important!

Shocking site exposes public records of millions of Americans, with a simple computer search. Have you looked up your name yet? Or searched someone you know?

New Site is Collecting Your Data, Enter Name to See What They Post - **Not Even Google May Show You What's Online,** <u>Take a Look.</u>





Discover what your report says about you - before your spouse, family, friends, or coworkers do.

You could be surprised by what's publicly available on you. Look up your own name to see what others could potentially see about you, or search anyone you know.

**The process is simple - Step 1)** Enter Name and State, **Step 2)** See Results.

NOTICE: This site contains REAL police records, background reports, photos, court documents, address information, phone numbers, and much more. Please BE CAREFUL when conducting a search, and ensure all the information you enter is accurate.

This might be the most important web search you do Click Here to Enter a Name.



truthfinder

Click unsubscribe to discontinue receiving marketing emails from TruthFinder. Physical Address for email: TruthFinder 2534 State Street, Suite 473, San Diego, CA 92101
Instant Checkmate 3111 Camino Del Rio N Suite 400 San Diego, CA 92106

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you concerned about your safety? - Help Secure Your Home
**From**: *ADT Home Security* <info.IfKVEW@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 15:56:15 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 20:08:05 -0700 (PDT)

---

# ADT Home Security System a $100 Visa Reward Card from ADT





term. and installation fees apply. Taxes addt'l.
Equipment shown requires upgrade to ADT Video.
For full terms and pricing see below.

† With minimum purchase of $449



# 6 Month Guarantee

If ADT cannot resolve a
system related issues in the
first six months of contract,
we'll refund your installation
and monitoring fees.**

**Certain restrictions may apply. See terms and conditions here.

## 1-844-610-2586

\* Traditional security/28.99: Requires 36-month monitoring contract starting at $28.99/mo (24-month monitoring contract in California, total fees from $695.76). Service and installation charges vary depending on system configuration, equipment and services selected. Applies to Traditional Service level only. Landline phone required. Upon early termination by Customer, ADT may charge 75% of the monthly service charges due for the balance of the initial contract term. Excludes ADT's Quality Service Plan (QSP).

†$100 VISA® Prepaid Debit Card: Requires 36-month monitoring contract starting at $28.99/mo with QSP (24-month

[$100 Visa to Prepaid Debit Card. Requires 36 month monitoring contract starting at $28.99/mo with QSP (24 month monitoring contract in California, total fees from $1391.76), and enrollment in ADT Easy Pay. One (1) Visa prepaid card valued at $100 with minimum purchase price of $449 after promo is applied. Installation must occur within 60 days of offer expiration date to receive prepaid card. Visa prepaid card is redeemable after the customer pays their first month's bill after which an email will be sent to the customer's email address associated with their account. The email will grant access to the reward and allow the option for a virtual card or a physical card to be sent in the mail. It may take 3-5 business days after the bill is paid to receive the email with a token to redeem your card. Use your Visa Prepaid card anywhere Visa debit cards are accepted in the U.S. Visa Prepaid card only valid for xx after issue date. You will not have access to the funds after expiration. The Visa card is issued by the Bancorp Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc.

**ADT Money-Back Guarantee: Money back guarantee only applies after ADT has made attempts to resolve a system related issue and has not been able to resolve that issue within the first 6 months of your contract. Equipment must be fully removed before a refund will be processed. Conditions preventing normal system operation cannot be caused by the customer.

Interactive Services: ADT Command Interactive Solutions Services ("ADT Command") helps you manage your home environment and family lifestyle. Requires purchase of an ADT alarm system with 36 month monitoring contract ranging $45.99-$57.99/mo with QSP (24-month monitoring contract in California, total fees ranging $1103.76-$1391.76), enrollment in ADT Easy Pay, and a compatible device with Internet and email access. These interactive services do not cover the operation or maintenance of any household equipment/systems that are connected to the ADT Command equipment. All ADT Command services are not available with all interactive service levels. All ADT Command services may not be available in all geographic areas. You may be required to pay additional charges to purchase equipment required to utilize the interactive service features you desire.

General: Additional charges may apply in areas that require guard response service for municipal alarm verification. System remains property of ADT. Local permit fees may be required. Prices and offers subject to change and may vary by market. Additional taxes and fees may apply. Satisfactory credit required. A security deposit may be required. Simulated screen images and photos are for illustrative purposes only.

Licenses: ©2021 ADT LLC dba ADT Security Services. All rights reserved. ADT, the ADT logo, 800.ADT.ASAP and the product/service names listed in this document are marks and/or registered marks. Unauthorized use is strictly prohibited. Third-party marks are the property of their respective owners. License information available at www.ADT.com/legal or by calling 800.ADT.ASAP. CA ACO7155, 974443, PPO120288; FL EF0001121; LA F1639, F1640, F1643, F1654, F1655; MA 172C; NC Licensed by the Alarm Systems Licensing Board of the State of North Carolina, 7535P2, 7561P2, 7562P10, 7563P7, 7565P1, 7566P9, 7564P4; NY 12000305615; PA 09079; MS 15019511.

ADT LLC dba ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431-0835

Unsubscribe | This is an advertisement.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Are you concerned about your safety? - Help Secure Your Home
**From**: *ADT Home Security* <info.5Akzx1@throthoup.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 15:56:12 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 15:18:12 -0700 (PDT)

---

# ADT Home Security System a $100 Visa Reward Card from ADT







term. and installation fees apply. Taxes addt'l.
Equipment shown requires upgrade to ADT Video.
For full terms and pricing see below.

† With minimum purchase of $449



# 6 Month Guarantee

If ADT cannot resolve a
system related issues in the
first six months of contract,
we'll refund your installation
and monitoring fees.**

**Certain restrictions may apply. See terms and conditions here.

## 1-844-610-2586

\* Traditional security/28.99: Requires 36-month monitoring contract starting at $28.99/mo (24-month monitoring contract in
California, total fees from $695.76). Service and installation charges vary depending on system configuration, equipment and
services selected. Applies to Traditional Service level only. Landline phone required. Upon early termination by Customer, ADT
may charge 75% of the monthly service charges due for the balance of the initial contract term. Excludes ADT's Quality
Service Plan (QSP).

†$100 VISA® Prepaid Debit Card: Requires 36-month monitoring contract starting at $28.99/mo with QSP (24-month

[$100 Visa to Prepaid Debit Card. Requires 36 month monitoring contract starting at $28.99/mo with QSP (24 month monitoring contract in California, total fees from $1391.76), and enrollment in ADT Easy Pay. One (1) Visa prepaid card valued at $100 with minimum purchase price of $449 after promo is applied. Installation must occur within 60 days of offer expiration date to receive prepaid card. Visa prepaid card is redeemable after the customer pays their first month's bill after which an email will be sent to the customer's email address associated with their account. The email will grant access to the reward and allow the option for a virtual card or a physical card to be sent in the mail. It may take 3-5 business days after the bill is paid to receive the email with a token to redeem your card. Use your Visa Prepaid card anywhere Visa debit cards are accepted in the U.S. Visa Prepaid card only valid for xx after issue date. You will not have access to the funds after expiration. The Visa card is issued by the Bancorp Bank, Member FDIC, pursuant to a license from Visa U.S.A. Inc.

**ADT Money-Back Guarantee: Money back guarantee only applies after ADT has made attempts to resolve a system related issue and has not been able to resolve that issue within the first 6 months of your contract. Equipment must be fully removed before a refund will be processed. Conditions preventing normal system operation cannot be caused by the customer.

Interactive Services: ADT Command Interactive Solutions Services ("ADT Command") helps you manage your home environment and family lifestyle. Requires purchase of an ADT alarm system with 36 month monitoring contract ranging $45.99-$57.99/mo with QSP (24-month monitoring contract in California, total fees ranging $1103.76-$1391.76), enrollment in ADT Easy Pay, and a compatible device with Internet and email access. These interactive services do not cover the operation or maintenance of any household equipment/systems that are connected to the ADT Command equipment. All ADT Command services are not available with all interactive service levels. All ADT Command services may not be available in all geographic areas. You may be required to pay additional charges to purchase equipment required to utilize the interactive service features you desire.

General: Additional charges may apply in areas that require guard response service for municipal alarm verification. System remains property of ADT. Local permit fees may be required. Prices and offers subject to change and may vary by market. Additional taxes and fees may apply. Satisfactory credit required. A security deposit may be required. Simulated screen images and photos are for illustrative purposes only.

Licenses: ©2021 ADT LLC dba ADT Security Services. All rights reserved. ADT, the ADT logo, 800.ADT.ASAP and the product/service names listed in this document are marks and/or registered marks. Unauthorized use is strictly prohibited. Third-party marks are the property of their respective owners. License information available at www.ADT.com/legal or by calling 800.ADT.ASAP. CA ACO7155, 974443, PPO120288; FL EF0001121; LA F1639, F1640, F1643, F1654, F1655; MA 172C; NC Licensed by the Alarm Systems Licensing Board of the State of North Carolina, 7535P2, 7561P2, 7562P10, 7563P7, 7565P1, 7566P9, 7564P4; NY 12000305615; PA 09079; MS 15019511.

ADT LLC dba ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431-0835

Unsubscribe | This is an advertisement.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.NCgjTX@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 15:59:41 -0400 -+03:00
**Date Received**: Fri, 21 May 2021 07:42:45 -0700 (PDT)

---

## **High Demand for properties just like yours, review inquiries**

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Property Notice - Multiple interested buyers for your home. View your potential offer.
**From**: *WeBuyHomes4Cash Network Representative* <info.wGapHU@destbaplia.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 15:59:33 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 13:02:48 -0700 (PDT)

---

## High Demand for properties just like yours, review inquiries

If you cannot see the images below, click here.



If you would no longer like to receive communication from us, click here.

PO Box 660675 #31403 Dallas, TX 75266-0675

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.XlS2eY@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 18:44:13 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 15:45:32 -0700 (PDT)

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory in their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: SHOOTERS: This Red Dot Sight Aims the Gun for you
**From**: Red Dot Sight <info.2YU4nq@bishopriat.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 18:44:19 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 15:46:10 -0700 (PDT)

---

## SHOOTERS: This Red Dot Sight Aims the Gun for you

While supplies last, a leading distributor of military-grade firearm accessories has massively discounted available inventory on their top-selling holographic sight.

With Democrats promising to push gun control laws after the mid-terms, this company insisted the do all they can to get these can't-miss, easy-to-aim sights into gun owner's hands.

...to be sure that if you or your loved ones were attacked, you would not miss.

Owing to the surging demand for firearm accessories, they are close to sold out.



Click here to see if any are left at 60% off retail

Yours in Liberty,

*Oli Fischer*

Oli Fischer

P.S. Anyone who places an order today won't have to pay shipping and will also receive a Free package of BeeWare targets with their order.

*3100 Technology Dr*
*Plano, TX 75074*
*1-888-509-0917*

Unsubscribe

If you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 9500 Pelham Rd.,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.aO1K40rUUBfOBd5Ojo@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 23:15:37 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 20:31:34 -0700 (PDT)

---

# **Truly believe this formula is a work of art**

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615

**Subject**: Want to Treat Skin Problems Naturally?
**From**: DermaPrime Plus <info.WFnHx3H3b60u4EzTWm@massrreion.com>
**To**: thehebrewhammerjosh@gmail.com
**Date Sent**: Thu, 20 May 2021 23:44:13 -0400 -+03:00
**Date Received**: Thu, 20 May 2021 21:01:08 -0700 (PDT)

---

# Truly believe this formula is a work of art

Scientists have just discovered **wrinkles** are not the result of **aging or bad genetics**...

Instead, after using an incredibly powerful microscope to look **deep inside the skin layers** they've realised....

Age spots and deep lines are caused by something **deeply disturbing that's poisoning your skin**...

Do you want to know if you too are in danger?

This is the **no. 1 sign** you should pay close attention to!

Find out more here:

**The Sure Sign That Your Wrinkles Are Caused By Skin Poisoning**

If you no longer wish to receive email advertisements, please click here to unsubscribe.
You may also write to us at:
1st floor World Trade Center, 6 Bayside Road, Gibraltar GX111AA.

if you do not wish to continue receiving emails newsletters from us CLICK HERE
or send post-mail To 8595 Pelham Rd,,546,Greenville,South Carolina,29615