| | |
|---|---|
| ☐ County Court ☒ District Court<br>**Jefferson** County, Colorado<br>Court Address:<br>**100 Jefferson County Parkway Golden CO 80401**<br>Plaintiff/Petitioner(s): **Joshua Lapin**<br>v.<br>Defendant/Respondent(s): **NRRM, LLC**<br>Attorney or Party Without Attorney (Name and Address):<br><br>Phone Number: (714) 654-8886 E-mail: thehebrewhammerjosh@gmail.com<br>FAX Number: (605) 305-3464  Atty. Reg. #: NA, pro se | ▲ **COURT USE ONLY** ▲<br>Case Number: **22CV99**<br><br>Division         Courtroom |

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS **Summons** in **St. Charles** (name of County/State) on **6/22/22** (date) at **10:03 am** (time) on the Defendant/Respondent at the following location: **500 Boones Lick Rd. St. Charles, MO. 63301**.

☐ By handing the documents to a person identified to me as the Defendant/Respondent: _____ (print name of person served).

☐ By identifying the documents, offering to deliver them to a person identified to me as the Defendant/Respondent who refused service, and then leaving the documents in a conspicuous place.

☐ By leaving the documents at the Defendant/Respondent's usual place of abode with _____ (Name of Person) who is a member of the Defendant/Respondent's family and whose age is 18 years or older. (Identify family relationship)_____.)

☐ By leaving the documents at the Defendant/Respondent's usual workplace with _____ (Name of Person) who is the Defendant/Respondent's secretary, administrative assistant, bookkeeper, or managing agent. (Circle title of person served.)

☒ By leaving the documents with **Felicia Dixon** **Registered Agent** (title) is authorized by appointment or by law to receive service of process for the Defendant/Respondent.

☐ By serving the documents as follows (other service permitted by C.R.C.P 4(g) or C.R.C.P. 304(c)(d) and (e): _____.

☐ **For Eviction Cases Only.**
I have made diligent efforts such as _____ (list personal service attempts) but have been unable to make personal service on the Defendant/Respondent(s) and I have made service of the within summons and complaint by posting a copy of them in a conspicuous place upon the premises described therein.

**I have charged the following fees for my services in this matter:**

☒ Private process server

☐ Sheriff, _____ County
Fee $ _____   Mileage $ _____

JDF 98    R4/20    AFFIDAVIT OF SERVICE

☑ By checking this box, I am acknowledging I am filling in the blanks and not changing anything else on the form.

☐ By checking this box, I am acknowledging that I have made a change to the original content of this form.

## VERIFICATION

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the __22__ day of __June__, __2022__
(date)        (month)           (year)

__St. Charles__
(city or other location, and state OR country)

__David May__                    __David May__            __6/22/22__
(Printed Signature)              Signature                 Date

SWORN TO AND SUBSCRIBED BEFORE ME
THIS __22__ DAY OF __June__ A.D. 20__22__
NOTARY PUBLIC STATE OF MISSOURI
MY COMMISSION EXPIRES __June 14, 2025__
COUNTY OF __St. Louis__

_Kelly Warwick_ (signature)

KELLY WARWICK
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JUNE 14, 2025
ST. LOUIS COUNTY
COMMISSION #13820865

JDF 98   R4/20   AFFIDAVIT OF SERVICE

## AFFIDAVIT OF SERVICE

| Case:<br>22CV99 | Court:<br>District Court, Jefferson County, Colorado | County:<br>Jefferson, CO | Job:<br>7259767 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Joshua Lapin | | Defendant / Respondent:<br>NRRM LLC | |
| Received by:<br>Process Serving STL LLC. | | For:<br>Joshua Lapin | |
| To be served upon:<br>NRRM | | | |

I, David May, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Felicia Dixon, 500 Boones Lick Rd, Saint Charles, MO 63301
**Manner of Service:** Registered Agent, Jun 22, 2022, 10:03 am CDT
**Documents:** District Court Civil Summons

**Additional Comments:**
1) Successful Attempt: Jun 22, 2022, 10:03 am CDT at 500 Boones Lick Rd, Saint Charles, MO 63301 received by Felicia Dixon. Age: 35; Ethnicity: Caucasian; Gender: Female; Weight: 165; Height: 5'6"; Hair: Black;

David May    Date: 6/22/22
661

Process Serving STL LLC.
2536 S Old Highway 94 Suite 114
Saint Charles, MO 63303
314-939-5607

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
Date: 6/22/22    Commission Expires: June 14, 2025

KELLY WARWICK
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JUNE 14, 2025
ST. LOUIS COUNTY
COMMISSION #13820865