# AFFIDAVIT OF SERVICE

| Case:<br>22cv99 | Court:<br>Jefferson County Combined Court | County:<br>Jefferson | Job:<br>7318067 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Joshua Lapin | | Defendant / Respondent:<br>Flex Marketing Group LLC | |
| Received by:<br>Top Notch Investigations | | For:<br>Lapin | |
| To be served upon:<br>American Auto Shield LLC | | | |

I, Michael Rosedale, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   American Auto Shield LLC; Samantha Peck, Corporate: 7700 E Arapahoe Rd COGENCY GLOBAL INC., Centennial, CO 80112

**Manner of Service:**   Corporation, Jul 6, 2022, 10:43 am MDT

**Documents:**   American_Auto_Shield(Centennial).zip Summons & Complaint, Exhibits

**Additional Comments:**
1) Successful Attempt: Jul 6, 2022, 10:43 am MDT at Corporate: 7700 E Arapahoe Rd COGENCY GLOBAL INC., Centennial, CO 80112 received by American Auto Shield LLC; Samantha Peck. Relationship: Registered Agent ;

_Michael Rosedale_   07/07/2022

Michael Rosedale   Date

Top Notch Investigations
Mike Rosedale - 4489 S Jebel Way
Centennial, CO 80015
303-915-8869