# AFFIDAVIT OF SERVICE

| Case:<br>22cv99 | Court:<br>Jefferson County Combined Court | County:<br>Jefferson | Job:<br>7318153 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Joshua Lapin | | Defendant / Respondent:<br>Flex Marketing Group LLC | |
| Received by:<br>Top Notch Investigations | | For:<br>Lapin | |
| To be served upon:<br>Registered Agents Inc | | | |

I, Michael Rosedale, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Registered Agents Inc; Demetri White , Corporate: 1942 Broadway St STE 314C, Boulder, CO 80302
**Manner of Service:**   Corporation, Jul 6, 2022, 2:59 pm MDT
**Documents:**   Flex_Marketing_Group_LLC(Boulder).zip Summons, complaint, motion for leave to e-file, Motion to appear telephonically, Order Denying Blanket Request for Virtual Appearances, Order Denying Leave To E-File

**Additional Comments:**
1) Successful Attempt: Jul 6, 2022, 2:59 pm MDT at Corporate: 1942 Broadway St STE 314C, Boulder, CO 80302 received by Registered Agents Inc; Demetri White . Relationship: Office Manager ;

_Michael Rosedale signature_   07/09/2022

Michael Rosedale   Date

Top Notch Investigations
Mike Rosedale - 4489 S Jebel Way
Centennial, CO 80015
303-915-8869