# Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

      Plaintiff,

   v.

AMERICAN AUTO SHIELD, LLC;
NRRM, LLC d/b/a CARSHIELD;
FLEX MARKETING GROUP, LLC;
JOHN DOE SENDER,

      Defendants.

_____

**JOINT STIPULATION TO REMAND MATTER TO STATE COURT**

_____

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiff Joshua Lapin and Defendants American Auto Shield, LLC; NRRM, LLC; and Flex Marketing Group, LLC (together, "Parties") hereby stipulate as follows:

1. WHEREAS, Plaintiff filed this action on or about May 3, 2022, in the District Court of the First Judicial District, in and for Jefferson County, Colorado;

2. WHEREAS, on June 21, prior to service of any party, Flex Marketing Group, LLC, with the consent of American Auto Shield, LLC, and NRRM, LLC, removed the action to this Court based on 28 U.S.C. §§ 1332(a) and 1442(a)(2) (Dkt. 1);

3. WHEREAS, on June 23, Plaintiff filed a Motion to Remand the matter to state court (Dkt. 9) and on July 20, filed a Declaration in Support of the Amount in Controversy (Dkt. 22-1) stating that he was only seeking $57,000 in total damages plus reasonable fees and costs;

1

4.     WHEREAS, on June 27, Plaintiff filed a Motion for Default Judgment as to Flex Marketing Group, LLC, or in the alternative, Motion for Sanctions for Spoliation (Dkt. 11);

5.     WHEREAS, on July 20, Flex Marketing Group, LLC filed a Motion to Dismiss Under Rule 12(B)(2) and Rule 12(B)(6) (Dkt. 20);

6.     WHEREAS, on July 27, American Auto Shield, LLC filed a Motion to Dismiss (Dkt. 28) and on August 1, NRRM, LLC filed a Motion to Dismiss (Dkt. 30);

7.     WHEREAS, on July 27, the Court issued a Minute Order striking Plaintiff's Motion to Remand for failure to meet and confer prior to filing it as required under D.C.COLO. LCivR 7.1(a) and ordering Plaintiff to comply with the rule before refiling same;

8.     WHEREAS, consistent with the Court's Order, the Parties met and conferred on August 2 and discussed ways to avoid unnecessary motions practice;

9.     WHEREAS, in light of and with express reliance on Plaintiff's representation in his Motion to Remand (Dkt. 9) and his Affidavit in Support of Amount in Controversy (Dkt. 22-1) that the total amount in controversy in this case is $57,000 plus reasonable fees and costs, the Defendants do not oppose remand;

10.    The Parties hereby STIPULATE and AGREE that:

   a.    Plaintiff expressly represents and warrants that the maximum amount he intends to collect in this matter is $57,000 plus the reasonable fees and costs associated with filing and maintaining this action;

   b.    Plaintiff acknowledges that Defendants are expressly relying on this representation in entering this stipulation;

   c.    Based on Plaintiff's representation, the Parties agree that this matter should be remanded to the District Court of the First Judicial District, in

and for Jefferson County, Colorado; and

d.  The Parties further agree that this stipulation and agreement shall be without prejudice to any party's ability to raise or assert any claims or defenses in the underlying litigation after it is remanded to state court, all of which are reserved. For avoidance of doubt and not by way of limitation, this stipulation shall be without prejudice to Defendants' challenges to jurisdiction and assertion that Plaintiff has failed to state a claim as well as Plaintiff's allegations of spoilation.

IT IS SO STIPULATED.

Dated: August 2, 2022                              Respectfully Submitted,

s/ _____          s/ _____
Derek A. Newman                                  Jeffrey H. Kass
Newman Du Wors LLP                            Lewis Brisbois
2101 Fourth Avenue, Suite 1500            1700 Lincoln Street, Suite 4000
Seattle, WA 98121                                  Denver, CO 80203
Telephone: (206) 274-2800                    Telephone:   720.292.2026
Facsimile: (206) 274-2801                      Facsimile:   720.292.2026
Email: dn@newmanlaw.com                    Email:Jeffrey.Kass@lewisbrisbois.com

Craig R. May                                          Attorneys for Defendant
Charles W. Gibson                                 American Auto Shield, LLC and NRRM, LLC
Wheeler Trigg O'Donnell LLP                 d/b/a Carshield
370 Seventeenth Street, Suite 4500
Denver, CO 80202                                  s/ _____
Telephone: (303) 244.1800                    Joshua Lapin
Fax: (303) 244.1879                               401 E 8th ST
Email: may@wtotrial.com,                       STE 214 PMB 7452
gibson@wtotrial.com                             Sioux Falls SD 57103
                                                            Email: thehebrewhammerjosh@gmail.com
                                                            Facsimile: (605) 305-3464
Attorneys for Defendant
Flex Marketing Group, LLC                     Joshua Lapin, Pro Se Plaintiff