IN IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543-CMA-SKC

JOSHUA LAPIN,

        Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC,
NRRM, LLC d/b/a CARSHIELD,
FLEX MARKETING GROUP, LLC,
JOHN DOE SENDER,

        Defendants.

### DEFENDANTS AMERICAN AUTO SHIELD, LLC'S AND NRRM, LLC d/b/a CARSHIELD'S OPPOSITION TO [33] PLAINTIFF'S SECOND MOTION TO REMAND

Defendants American Auto Shield, LLC ("AAS") and NRRM, LLC d/b/a CarShield ("CarShield"), join Defendant Flex Marketing Group LLC's ("Flex") Opposition to Plaintiff's Second Motion to Remand filed on August 12, 2022 ("Flex Opp'n"). The amounts alleged against Flex alone ($77,000) surpass the statutory threshold ($75,000). *See* 28 USC § 1332(a).

Remand also should be denied because the aggregate amount in controversy, as to all defendants, similarly exceeds $75,000. Lapin he seeks $57,000 from all defendants based on his Complaint (*see* Dkt. 1, Dkt. 22-1) ***and*** a further $43,000 against Flex (*see* Dkt. 33 at 2). The Flex Opp'n rightly notes the additional $43,000 in asserted damages arises from claims "under the same statute and under the same theory as the one [Lapin] advances in the Complaint." Dkt. 40 at 4. Because the aggregate amount of damages asserted against all defendants is $100,000 ($57,000 + $43,000) and the claims may properly be joined, as opposed to improperly split (*see*

Flex Opp'n at 5-6), the amount in controversy is sufficient for the purpose of federal jurisdiction over this action.

WHEREFORE, AAS and CarShield respectfully request this Court enter an Order denying the renewed motion to remand.

Dated:  August 12, 2022              Respectfully Submitted,

                                     By:  s/*Jeffrey H. Kass*
                                          Jeffrey H. Kass
                                          LEWIS BRISBOIS BISGAARD & SMITH LLP
                                          1700 Lincoln Street, Suite 4000
                                          Denver, Colorado 80203
                                          Jeffrey.Kass@lewisbrisbois.com
                                          Tel.:   303.861.7760
                                          Fax:    303.861.7767

                                          *Attorneys for Defendant*
                                          *American Auto Shield, LLC and*
                                          *NRRM, LLC d/b/a CarShield*

## CERTIFICATE OF SERVICE

       I certify that on August 12, 2022, I presented the foregoing DEFENDANTS AMERICAN AUTO SHIELD, LLC'S AND NRRM, LLC d/b/a CARSHIELD'S OPPOSITION TO [33] PLAINTIFF'S SECOND MOTION TO REMAND to the Clerk of the Court for filing and uploading to the CM/ECF system, which action caused automatic electronic notification of the filing to be served upon the following:

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:   303-244-4558
gibson@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel.:   206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP-Denver
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:   303-244-1800
Fax:   303-244-1879
may@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

       I further certify that on August 12, 2022, the foregoing DEFENDANTS AMERICAN AUTO SHIELD, LLC'S AND NRRM, LLC d/b/a CARSHIELD'S OPPOSITION TO [33] PLAINTIFF'S SECOND MOTION TO REMAND was served electronically (via email) upon the following:

Joshua Lapin
401 East 8th Street, Suite 214
PMB 7452
Sioux Falls, SD 57103
Tel.:   714-654-8886
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

                                    s/*Jeffrey H. Kass*
                                of LEWIS BRISBOIS BISGAARD & SMITH LLP