# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543-CMA-SKC

JOSHUA LAPIN,

                Plaintiff,

v.

FLEX MARKETING GROUP, LLC,
AMERICAN AUTO SHIELD LLC,
NRRM LLC d/b/a CARSHIELD,
JOHN DOE SENDER

                Defendants.

---

**DEFENDANTS AMERICAN AUTO SHIELD, LLC'S AND NRRM, LLC d/b/a CARSHIELD'S MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF THEIR [28] AND [31] MOTIONS TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**

---

Defendants American Auto Shield, LLC and NRRM, LLC submit this Motion for Extension of Time to File their Replies in Support of their Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) allowing Defendants an additional 8 and 6 days respectively, which would make both replies due on August 30, 2022.

## CERTIFICATE OF CONFERENCE

In accordance with D.C.COLO.LCivR 7.1(a), Counsel and *Pro Se* Plaintiff Joshua Lapin conferred by email on August 22, 2022 to inquire whether he would consent to an extension of time. Plaintiff will not consent.

## DISCUSSION

1.      The two main lawyers representing these Defendants had back to back family summer vacations and are only asking for a very short extension so they have time to adequately

respond. Counsel Jeffrey Kass was away on vacation with his family for 11 days (August 8-19) and counsel Chris Wood is away on vacation with his family since last Wednesday, August 17, 2022, returning this Thursday, August 25, 2022.

2.     The replies to the motions to dismiss [Docket nos. 28 and 31] are due on August 22, 2022 and August 24, 2022, respectively.

3.     As the case is near its inception, no party would be unfairly prejudiced by the extension of time. This motion is not filed for purposes of improper delay or obstruction.

WHEREFORE, Defendants American Auto Shield, LLC and NRRM, LLC respectfully request this Honorable Court enter an Order permitting the Defendants American Auto Shield and NRRM an extension of time to August 30, 2022 to file Replies in Support of their Motions to Dismiss.

Dated:  August 22, 2022.

Respectfully submitted,

s/*Jeffrey H. Kass*

Jeffrey H. Kass,
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel.:  303-861-7760
Fax:  303-861-7767
jeffrey.kass@lewisbrisbois.com

*Attorney for Defendants American Auto Shield, LLC and NRRM, LLC d/b/a CarShield*

## CERTIFICATE OF SERVICE

I certify that on August 22, 2022, the foregoing was filed with the Clerk of Court using

the CM/ECF system, which action caused automatic electronic notice of the filing to be served

on the following:

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
gibson@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
303-244-1800
Fax: 303-244-1879
may@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing*


I further certify that on this on August 22, 2022, a true and correct copy of the foregoing

was served electronically, via email, upon the following:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

s/*Jeffrey H. Kass*
Jeffrey H. Kass