

# Joshua Lapin · 2nd

CEO at SkyCap Solar. Talented Solar Salespeople across America: You deserve more commission ($/kW)! Contact Me.

Fort Collins, Colorado, United States · **Contact info**

500+ connections

 **SkyCap Solar**

**Colorado State University**

  **1 mutual connection:** Scott Levine

**Connect**    🔒 **Message**    **More**

## About

Founder of SkyCap Solar, can put solar panels on roofs in 30+ states and growing. Let me show you how much money solar power can save you! Believer in the American Dream.

## Activity

+ Follow