IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 22-cv-01543-CMA-SKC

JOSHUA LAPIN,

    Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC,
NRRM, LLC, *d/b/a* Carshield,
FLEX MARKETING GROUP, LLC,
JOHN DOE SENDER,

    Defendants.
_____

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
_____

On September 15, 2022, the parties notified the Court of their unanimous consent to disposition of the instant action by a United States Magistrate Judge (Doc. # 49). As such,

IT IS ORDERED as follows:

1.     The above action is referred for disposition to Magistrate S. Kato Crews pursuant to 28 U.S.C. § 636(c);

2.     The above action will be reassigned to Magistrate Judge Crews; and

3.     Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

DATED: September 16, 2022

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge