**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC, et al.,

    Defendants.

## DEFENDANT FLEX MARKETING GROUP, LLC'S NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 3.2, Defendant Flex Marketing Group, LLC ("Flex") respectfully submits this Notice to inform the Court of related cases.

1.      In Montgomery County Circuit Court, Maryland. *Joshua Lapin vs. Government Employees Insurance Company, et al.* Case number: C-15-CV-22-001703. The Maryland lawsuit involves the same plaintiff (Lapin) suing the same defendant (Flex) alleging the same violation of South Dakota commercial email law as he alleges in this matter, albeit over a different set of emails. Flex has filed a motion to dismiss for lack of personal jurisdiction and failure to state a claim, which is pending. Defendant GEICO filed a motion to dismiss for failure to state a claim. A true and correct copy of the public filings in the Maryland matter is maintained at: https://www.newmandocket.com/joshua-lapin-vs-government-employees-insurance-company-et-al/.

2.      United States District Court for the District of Arizona. *Joshua Lapin vs. NortonLifelock Incorporated, et al.* Case number: 2:22-cv-00759-MTL.

The Arizona lawsuit involves the same plaintiff (Lapin) suing the same defendant (Flex) alleging the same violation of South Dakota commercial email law as he alleges in this matter, albeit over a different set of emails. The Court recently dismissed Flex for lack of personal jurisdiction. The Court also scheduled a hearing for Defendant NortonLifeLock's motion to dismiss for failure to state a claim but the hearing was mooted when Lapin voluntarily dismissed the lawsuit under Rule 41(a)(1) of the Federal Rules of Civil Procedure. A true and correct copy of the public filings in the Arizona matter is maintained at: https://www.newmandocket.com/lapin-v-nortonlifelock-incorporated-et-al/.

       3.      United States District Court Southern District Of New York. *Flex Marketing Group, LLC vs. Joshua Lapin*. Case number: 1:22-cv-06179-AT-GWG. Flex is suing Lapin for declaratory relief that Lapin has no claim for relief on any of the emails he complains of (including the emails at issue in this matter). Lapin has moved to dismiss for lack of personal jurisdiction and failure to state a claim, which is pending. The Court has ordered all discovery stayed while it considers the motion. A true and correct copy of the public filings in the New York matter is maintained at: https://www.newmandocket.com/flex-marketing-group-llc-v-lapin/.

Dated October 20, 2022.


**Derek A. Newman**
Newman Du Wors LLP
2101 Fourth Ave., Suite 150
Seattle, WA 98121
Telephone: (206) 274.2800
Fax: (206) 274-2801
Email: dn@newmanlaw.com

s/ Craig R. May
**Craig R. May**
**Charles W. Gibson**
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244.1800
Fax: (303) 244.1879
Email: may@wtotrial.com,
gibson@wtotrial.com

Attorneys for Defendant
Flex Marketing Group, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 20th day of October 2022, served the foregoing

DEFENDANT FLEX MARKETING GROUP, LLC'S NOTICE OF RELATED CASES via

the method described below:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
via Email:  thehebrewhammerjosh@gmail.com

*Pro se* Plaintiff

Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith
1700 Lincoln Street, Suite 4000
Denver, CO 80203
via the Court's CM/ECF system

Counsel for Defendant
NRRM LLC d/b/a CarShield,
and American Auto Shield, LLC

s/   *Craig R. May*
Craig R. May