UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543

JOSHUA LAPIN,

    Plaintiff,

v.

AMERICAN AUTO SHIELD, LLC, et al.,

    Defendants.

**DEFENDANT FLEX MARKETING GROUP, LLC'S NOTICE OF DECISION IN RELATED CASE**

    Defendant Flex Marketing Group, LLC respectfully submits this Notice to inform the Court of the recent decision in the United States District Court for The District of Arizona in *Lapin v. Norton Lifelock Inc., et. al.,* Case No. 2:22-cv-00759-MTL. The Arizona case involved the same plaintiff (Joshua Lapin) making the same claim (violation of South Dakota email laws) against Flex as the lawsuit currently before this Court. The Arizona court recently granted Flex's motion to dismiss for lack of personal jurisdiction in that matter and its decision analyzes many of the same facts and legal principles at issue in Flex's pending motion to dismiss this matter (Dkt. 20). A courtesy copy of the decision is attached as Exhibit 1.

1

Dated October 20, 2022.

**Derek A. Newman**
Newman Du Wors LLP
2101 Fourth Ave., Suite 150
Seattle, WA 98121
Telephone: (206) 274.2800
Fax: (206) 274-2801
Email: dn@newmanlaw.com

s/ Craig R. May
*Craig R. May*
*Charles W. Gibson*
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: (303) 244.1800
Fax: (303) 244.1879
Email: may@wtotrial.com,
gibson@wtotrial.com

Attorneys for Defendant
Flex Marketing Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 20th day of October, 2022, served the foregoing DEFENDANT FLEX MARKETING GROUP, LLC NOTICE OF SUPPLEMENTAL AUTHORITY via the method described below:

Joshua Lapin
401 E. 8th St.
STE 214, PMB 7452
Sioux Falls, SD 57103
via Email:  thehebrewhammerjosh@gmail.com

    *Pro se* Plaintiff

Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith
1700 Lincoln Street, Suite 4000
Denver, CO 80203
via the Court's CM/ECF system

    Counsel for Defendant
    NRRM LLC d/b/a CarShield,
    and American Auto Shield, LLC

s/ *Craig R. May*
Craig R. May