IN IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01543-SKC

JOSHUA LAPIN,

              Plaintiff,

    v.

AMERICAN AUTO SHIELD, LLC,
NRRM, LLC d/b/a CARSHIELD,
FLEX MARKETING GROUP, LLC,
JOHN DOE SENDER,

              Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41, Plaintiff JOSHUA LAPIN and Defendants NRRM, LLC d/b/a CARSHIELD, AMERICAN AUTO SHIELD, LLC and FLEX MARKETING GROUP, LLC stipulate to dismissal with prejudice of Plaintiff's claims against Defendants with each party to bear his and/or its own attorney's fees and costs.

Dated:  October 27, 2022        Respectfully Submitted,


By:  s/*Jeffrey H. Kass*
      Jeffrey H. Kass
      LEWIS BRISBOIS BISGAARD & SMITH LLP
      1700 Lincoln Street, Suite 4000
      Denver, Colorado 80203
      Jeffrey.Kass@lewisbrisbois.com
      Tel.:   303.861.7760
      Fax:   303.861.7767

      *Attorneys for Defendants NRRM, LLC and*
      *American Auto Shield, LLC*

Dated:  October 27, 2022

/s/ Joshua A Lapin

Joshua Lapin
401 East 8th Street, Suite 214
PMB 7452
Sioux Falls, SD 57103
Tel.:    714-654-8886
Fax:    307-655-1269
thehebrewhammerjosh@gmail.com

*Pro Se Plaintiff*

Dated:  October 27, 2022

/s/ Derek Alan Newman

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel.:    206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

## CERTIFICATE OF SERVICE

I certify that on October 27, 2022, I uploaded the following to the CM/ECF system, which action caused automatic electronic notification of the filing to be served upon the following:

Charles Gibson
Wheeler Trigg O'Donnell LLP
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:    303-244-4558
gibson@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Derek Alan Newman
Newman Du Wors LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
Tel.:    206-274-2800
ecf@newmanlaw.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*

Craig Ruvel May
Wheeler Trigg O'Donnell LLP-Denver
370 17th Street, Suite 4500
Denver, CO 80202-5647
Tel.:    303-244-1800
Fax:    303-244-1879
may@wtotrial.com

*Attorneys for Defendant*
*Flex Marketing Group, LLC*
Jeffrey H. Kass
Lewis Brisbois Bisgaard & Smith
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel: 720.292.2026
Fax: 303.861.7767
Jeffrey.Kass@lewisbrisbois.com
*Attorneys for Defendant*
*NRRM LLC dba CarShield and American*
*Auto Shield LLC*

s/*Joshua A. Lapin*

PRO SE PLAINTIFF